








```
KSR    10/24/02    9:53
3:02-CV-02060   LUCENT TECHNOLOGIES V. GATEWAY INC
*3*
*O.*
```

FILED
02 OCT 24 AM 9:32
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: Ridgeway, DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., et. al., <br><br> Plaintiff, <br> v. <br> GATEWAY, INC., et. al., <br><br> Defendants. | Civil No. 02cv2060 BTM (JAH) <br><br> **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

This Court finds this matter unsuitable for an early neutral evaluation conference. Accordingly, IT IS HEREBY ORDERED that, pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1, a case management conference shall be held on **November 19, 2002 at 9:30 a.m.**, in the chambers of the Honorable John A. Houston, United States Magistrate Judge, First Floor, United States Courthouse, 940 Front Street, San Diego, California. The purpose of the conference is to set a timetable and schedule for future proceedings and discovery and to explore possibilities for early settlement.

Dated:     October 22, 2002

JOHN A. HOUSTON
United States Magistrate Judge

cc: Judge Moskowitz
    All Counsel of Record



02cv2060