USDC SCAN INDEX SHEET

















AXR    7/23/03    13:56

3:02-CV-02060   LUCENT TECHNOLOGIES V. GATEWAY INC

*73*

*AMDCMP.*

Jane Hahn, SBN 125203
Alison P. Adema, SBN 149285
HAHN & ADEMA
501 West Broadway, Suite 1730
San Diego, California 92101-3595
Telephone (619) 235-2100
Facsimile  (619) 235-2101

Attorneys for *Lucent Technologies Inc.*

*Additional counsel listed on the last page*

FILED

JUL 2 3 2003

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., <br><br> Defendants, <br> and <br> MICROSOFT CORPORATION, <br><br> Intervener. | Case No. 02-CV-2060 B (LAB) <br> consolidated with <br> Case No. 03-CV-0699 B (LAB) <br> Case No. 03-CV-1108 B (LAB) <br><br><br> **FIRST AMENDED COMPLAINT IN CASE NO. 03-CV-1108 B (LAB)** <br><br> JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, <br><br> Plaintiff, <br> v. <br> LUCENT TECHNOLOGIES INC., <br><br> Defendant. | |
| LUCENT TECHNOLOGIES INC., <br><br> Plaintiffs, <br> v. <br> DELL COMPUTER CORPORATION, <br><br> Defendant. | |

FIRST AMENDED COMPLAINT IN CASE NO. 03-CV-1108 B (LAB)

Case No. 02cv2060 B (LAB)

ORIGINAL

# COMPLAINT

Plaintiff Lucent Technologies Inc.("Lucent") for its Complaint against Dell Computer Corporation ("Dell") hereby demand a jury trial and allege as follows:

## Parties

1.    Plaintiff Lucent Technologies Inc. is a corporation organized under the laws of the state of Delaware with its principal place of business at 600 Mountain Avenue, Murray Hill, NJ 07974.

2.    Lucent is a leading global supplier of computer and communications equipment, including data, software, voice, and wireless-networking technologies.  Researchers at Lucent's Bell Laboratories have developed a wide variety of key innovations that have greatly enhanced the capabilities and utility of personal computers.  Common features such as video display, audio encoding, networking, and user interfaces have all benefited from Lucent's research and development efforts.

3.    On information and belief, Defendant Dell is a corporation organized under the laws of the state of Delaware with its principal place of business at One Dell Way, Round Rock, Texas  78682.

4.    Dell makes, uses, sells, and offers for sale in the United States, and imports into the United States, computer systems, components, and accessories.

## Nature of the Action

5.    This is a civil action for infringement of six United States Patents. This action is based upon the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*

## Jurisdiction and Venue

6.    This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

7.    Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(b) because Dell has committed acts of infringement in this district and because Dell is subject to personal jurisdiction in this district.

**The Patents**

8.    United States Patent No. 4,439,759 (the "Fleming '759 Patent"), entitled "Terminal Independent Color Memory For A Digital Image Display System," was duly and legally issued on March 27, 1984, to Fleming et al.  A copy of the Fleming '759 Patent is attached hereto as Exhibit A.

9.    United States Patent No. 4,910,781 (the "Ketchum '781 Patent"), entitled "Code Excited Linear Predictive Vocoder Using Virtual Searching," was duly and legally issued on March 20, 1990, to Ketchum et al.  A copy of the Ketchum '781 Patent is attached hereto as Exhibit B.

10.    United States Patent No. 4,958,226 (the "Haskell '226 Patent"), entitled "Conditional Motion Compensated Interpolation Of Digital Motion Video," was duly and legally issued on September 18, 1990, to Haskell et al.  A copy of the Haskell '226 Patent is attached hereto as Exhibit C.

11.    United States Patent No. 5,227,878 (the "Puri '878 Patent"), entitled "Adaptive Coding and Decoding of Frames and Fields of Video," was duly and legally issued on July 13, 1993, to Puri et al.  A copy of the Puri '878 Patent is attached hereto as Exhibit D.

12.    United States Patent No. 5,347,295 (the "Agulnick '295 Patent"), entitled "Control of a Computer Through a Position-Sensed Stylus," was duly and legally issued on September 13, 1994, to Agulnick et al.  A copy of the Agulnick '295 Patent is attached hereto as Exhibit E.

13.    United States Patent No. 5,649,131 (the "Ackerman '131 Patent"), entitled "Communications Protocol," was duly and legally issued on July 15, 1997, to Ackerman et al.  A copy of the Ackerman '131 Patent is attached hereto as Exhibit F.

14.    United States Patent No. 4,317,956 (the "Torok '956 Patent"), entitled "Remote Chalkboard Automatic Cursor," was duly and legally issued on March 2, 1982, to Torok et al.  A copy of the Torok '956 Patent is attached hereto as Exhibit G.

15.     United States Patent No. 4,383,272 (the "Netravali '272 Patent"), entitled "Video Signal Interpolation Using Motion Estimation," was duly and legally issued on May 10, 1983, to Netravali et al.  A copy of the Netravali '272 Patent is attached hereto as Exhibit H.

16.     United States Patent No. B1 4,582,956 (the "Doughty '956 Patent"), entitled "Method And Apparatus For Displaying At A Selected Station Special Service Information During A Silent Interval Between Ringing," was duly and legally issued on April 15, 1986, to Carolyn A. Doughty.  A reexamination certificate confirming the patentability of the invention of the Doughty '956 Patent was duly and legally issued on September 20, 1994.  A copy of the Doughty '956 Patent is attached hereto as Exhibit I.

17.     United States Patent No. 4,617,676 (the "Jayant '676 Patent"), entitled "Predictive Communication System Filtering Arrangement," was duly and legally issued on October 14, 1986, to Jayant et al.  A copy of the Jayant '676 Patent is attached hereto as Exhibit J.

18.     United States Patent No. 4,701,954 (the "Atal '954 Patent"), entitled "Multipulse LPC Speech Processing Arrangement," was duly and legally issued on October 20, 1987 to Atal et al.  A copy of the Atal '954 Patent is attached hereto as Exhibit K.

19.     U.S. Patent No. 4,763,356 (the "Day '356 Patent"), entitled "Touch Screen Form Entry System," was duly and legally issued on August 9, 1988, to Day, Jr. et al. A copy of the Day '356 Patent is attached hereto as Exhibit L.

20.     The Fleming '759, Ketchum '781, Haskell '226, Puri '878, Agulnick '295, Ackerman '131, Torok '956, Netravali '272, Doughty '956, Jayant '676, Atal '954, and Day '356 Patents are collectively referred to herein as the "Patents-in-Suit."

21.     Lucent owns each of the Patents-in-Suit, with the right to sue for past infringement.

## COUNT I

### (Patent Infringement of United States Patent No. 4,439,759)

22.     Paragraphs 1 through 21 are incorporated by reference as if stated fully herein.

23.     The Fleming '759 Patent is valid and enforceable.

1       24.    Before the expiration of the Fleming '759 Patent, Dell made, used, sold, and

2 offered to sell products that infringed at least one claim of the Fleming '759 Patent.

3       25.    Before the expiration of the Fleming '759 Patent, Dell also contributed to

4 and/or induced the infringement of at least one claim of the Fleming '759 Patent.

5       26.    Although Lucent notified Dell of its infringement of the Fleming '759 Patent,

6 Dell continued its infringement after receiving this actual notice.

7       27.    Dell's infringement of the Fleming '759 Patent was willful.

8       28.    Lucent has been damaged by Dell's infringement of the Fleming '759 Patent.

9

10 <div align="center">**COUNT II**</div>

11 <div align="center">**(Patent Infringement of United States Patent No. 4,910,781)**</div>

12       29.    Paragraphs 1 through 21 are incorporated by reference as if stated fully herein.

13       30.    The Ketchum '781 Patent is valid and enforceable.

14       31.    Dell makes, uses, sells, and offers to sell products that infringe at least one

15 claim of the Ketchum '781 Patent.

16       32.    Dell also contributes to and/or induces the infringement of at least one claim

17 of the Ketchum '781 Patent.

18       33.    Although Lucent notified Dell of its infringement of the Ketchum '781 Patent,

19 Dell continued its infringement after receiving this actual notice.

20       34.    Dell's infringement of the Ketchum '781 Patent was, and continues to be,

21 willful.

22       35.    Lucent has been damaged by Dell's infringement of the Ketchum '781 Patent

23 and will suffer irreparable injury unless the infringement is enjoined by this Court.

24

25 <div align="center">**COUNT III**</div>

26 <div align="center">**(Patent Infringement of United States Patent No. 4,958,226)**</div>

27       36.    Paragraphs 1 through 21 are incorporated by reference as if stated fully herein.

28       37.    The Haskell '226 Patent is valid and enforceable.

Case No. 02cv2060 B (LAB)

FIRST AMENDED COMPLAINT IN CASE NO 03-CV-1108 B (LAB)

38.   Dell makes, uses, sells, and offers to sell products that infringe at least one claim of the Haskell '226 Patent.

39.   Dell also contributes to and/or induces the infringement of at least one claim of the Haskell '226 Patent.

40.   Although Lucent notified Dell of its infringement of the Haskell '226 Patent, Dell continued its infringement after receiving this actual notice.

41.   Dell's infringement of the Haskell '226 Patent was, and continues to be, willful.

42.   Lucent has been damaged by Dell's infringement of the Haskell '226 Patent and will suffer irreparable injury unless the infringement is enjoined by this Court.

## COUNT IV

### (Patent Infringement of United States Patent No. 5,227,878)

43.   Paragraphs 1 through 21 are incorporated by reference as if stated fully herein.

44.   The Puri '878 Patent is valid and enforceable.

45.   Dell makes, uses, sells, and offers to sell products that infringe at least one claim of the Puri '878 Patent.

46.   Dell also contributes to and/or induces the infringement of at least one claim of the Puri '878 Patent.

47.   Although Lucent notified Dell of its infringement of the Puri '878 Patent, Dell continued its infringement after receiving this actual notice.

48.   Dell's infringement of the Puri '878 Patent was, and continues to be, willful.

49.   Lucent has been damaged by Dell's infringement of the Puri '878 Patent and will suffer irreparable injury unless the infringement is enjoined by this Court.

## COUNT V

### (Patent Infringement of United States Patent No. 5,347,295)

50.   Paragraphs 1 through 21 are incorporated by reference as if stated fully herein.

FIRST AMENDED COMPLAINT IN CASE NO 03-CV-1108 B (LAB)                                    Case No. 02cv2060 B (LAB)

1    51.    The Agulnick '295 Patent is valid and enforceable.

2    52.    Dell makes, uses, sells, and offers to sell products that infringe at least one

3    claim of the Agulnick '295 Patent.

4    53.    Dell also contributes to and/or induces the infringement of at least one claim

5    of the Agulnick '295 Patent.

6    54.    Lucent has been damaged by Dell's infringement of the Agulnick '295 Patent

7    and will suffer irreparable injury unless the infringement is enjoined by this Court.

8

9                              **COUNT VI**

10          **(Patent Infringement of United States Patent No. 5,649,131)**

11    55.    Paragraphs 1 through 21 are incorporated by reference as if stated fully herein.

12    56.    The Ackerman '131 patent is valid and enforceable.

13    57.    Dell makes, uses, sells, and offers to sell products that infringe at least one

14    claim of the Ackerman '131 Patent.

15    58.    Dell also contributes to and/or induces the infringement of at least one claim

16    of the Ackerman '131 Patent.

17    59.    Although Lucent notified Dell of its infringement of the Ackerman '131

18    Patent, Dell continued its infringement after receiving this actual notice.

19    60.    Dell's infringement of the Ackerman '131 Patent was, and continues to be,

20    willful.

21    61.    Lucent has been damaged by Dell's infringement of the Ackerman '131

22    Patent and will suffer irreparable injury unless the infringement is enjoined by this Court.

23

24                             **COUNT VII**

25          **(Patent Infringement of United States Patent No. 4,317,956)**

26    62.    Paragraphs 1 through 21 are incorporated by reference as if stated fully herein.

27    63.    The Torok '956 Patent is valid and enforceable.

28

FIRST AMENDED COMPLAINT IN CASE NO 03-CV-1108 B (LAB)

Case No. 02cv2060 B (LAB)

1    64.    Before the expiration of the Torok '956 Patent, Dell made, used, sold, and

2 offered to sell products that infringed at least one claim of the Torok '956 Patent.

3    65.    Before the expiration of the Torok '956 Patent, Dell also contributed to and/or

4 induced the infringement of at least one claim of the Torok '956 Patent.

5    66.    Although Lucent notified Dell of its infringement of the Torok '956 Patent,

6 Dell continued its infringement after receiving this actual notice.

7    67.    Dell's infringement of the Torok '956 Patent was willful.

8    68.    Lucent has been damaged by Dell's infringement of the Torok '956 Patent.

9

10    **COUNT VIII**

11    **(Patent Infringement of United States Patent No. 4,383,272)**

12    69.    Paragraphs 1 through 21 are incorporated by reference as if stated fully herein.

13    70.    The Netravali '272 Patent is valid and enforceable.

14    71.    Before the expiration of the Netravali '272 Patent, Dell made, used, sold, and

15 offered to sell products that infringed at least one claim of the Netravali '272 Patent.

16    72.    Before the expiration of the Netravali '272 Patent, Dell also contributed to

17 and/or induced the infringement of at least one claim of the Netravali '272 Patent.

18    73.    Although Lucent notified Dell of its infringement of the Netravali '272 Patent,

19 Dell continued its infringement after receiving this actual notice.

20    74.    Dell's infringement of the Netravali '272 Patent was willful.

21    75.    Lucent has been damaged by Dell's infringement of the Netravali '272 Patent.

22

23    **COUNT IX**

24    **(Patent Infringement of United States Patent No. 4,582,956)**

25    76.    Paragraphs 1 through 21 are incorporated by reference as if stated fully herein.

26    77.    The Doughty '956 Patent is valid and enforceable.

27    78.    Before the expiration of the Doughty '956 Patent, Dell made, used, sold, and

28 offered to sell products that infringed at least one claim of the Doughty '956 Patent.

FIRST AMENDED COMPLAINT IN CASE NO 03-CV-1108 B (LAB)    Case No. 02cv2060 B (LAB)

79.     Before the expiration of the Doughty '956 Patent, Dell also contributed to and/or induced the infringement of at least one claim of the Doughty '956 Patent.

80.     Although Lucent notified Dell of its infringement of the Doughty '956 Patent, Dell continued its infringement after receiving this actual notice.

81.     Dell's infringement of the Doughty '956 Patent was willful.

82.     Lucent has been damaged by Dell's infringement of the Doughty '956 Patent.

## COUNT X

### (Patent Infringement of United States Patent No. 4,617,676)

83.     Paragraphs 1 through 21 are incorporated by reference as if stated fully herein.

84.     The Jayant '676 Patent is valid and enforceable.

85.     Dell makes, uses, sells, and offers to sell products that infringe at least one claim of the Jayant '676 Patent.

86.     Dell also contributes to and/or induces the infringement of at least one claim of the Jayant '676 Patent.

87.     Although Lucent notified Dell of its infringement of the Jayant '676 Patent, Dell continued its infringement after receiving this actual notice.

88.     Dell's infringement of the Jayant '676 Patent was, and continues to be, willful.

89.     Lucent has been damaged by Dell's infringement of the Jayant '676 Patent and will suffer irreparable injury unless the infringement is enjoined by this Court.

## COUNT XI

### (Patent Infringement of United States Patent No. 4,701,954)

90.     Paragraphs 1 through 21 are incorporated by reference as if stated fully herein.

91.     The Atal '954 Patent is valid and enforceable.

92.     Dell makes, uses, sells, and offers to sell products that infringe at least one claim of the Atal '954 Patent.

Case No. 02cv2060 B (LAB)

93.    Dell also contributes to and/or induces the infringement of at least one claim of the Atal '954 Patent.

94.    Although Lucent notified Dell of its infringement of the Atal '954 Patent, Dell continued its infringement after receiving this actual notice.

95.    Dell's infringement of the Atal '954 Patent was, and continues to be, willful.

96.    Lucent has been damaged by Dell's infringement of the Atal '954 Patent and will suffer irreparable injury unless the infringement is enjoined by this Court.

## COUNT XII

### (Patent Infringement of United States Patent No. 4,763,356)

97.    Paragraphs 1 through 21 are incorporated by reference as if stated fully herein.

98.    The Day '356 Patent is valid and enforceable.

99.    Dell makes, uses, sells, and offers to sell products that infringe at least one claim of the Day '356 Patent.

100.    Dell also contributes to and/or induces the infringement of at least one claim of the Day '356 Patent.

101.    Although Lucent notified Dell of its infringement of the Day '356 Patent, Dell continued its infringement after receiving this actual notice.

102.    Dell's infringement of the Day '356 Patent was, and continues to be, willful.

103.    Lucent has been damaged by Dell's infringement of the Day '356 Patent and will suffer irreparable injury unless the infringement is enjoined by this Court.

### Prayer for Relief

**WHEREFORE,** Lucent prays for judgment as follows:

A.    That Dell has willfully infringed the Patents-in-Suit;

B.    That Dell, its officers, agents, and employees, and those persons in active concert or participation with any of them, and their successors and assigns be permanently enjoined from infringement, inducement of infringement, and contributory infringement of each of the Patents-in-Suit not yet expired,

1    including but not limited to making, importing, using, offering for sale, or

2    selling any devices or systems that infringe, or using processes that infringe,

3    the Patents-in-Suit before the expiration dates of those patents;

4    C.    That Lucent be awarded all damages adequate to compensate it for Dell's

5    infringement of the Patents-in-Suit, such damages to be determined by a jury

6    and, if necessary to adequately compensate Lucent for the infringement, an

7    accounting, and that such damages be trebled and awarded to Lucent with

8    prejudgment interest;

9    D.    That this case be declared an exceptional case within the meaning of 35

10   U.S.C. § 285 and that Lucent be awarded the attorney fees, costs, and

11   expenses that it incurs prosecuting this action; and

12   E.    That Lucent be awarded such other and further relief as this Court deems just

13   and proper.

FIRST AMENDED COMPLAINT IN CASE NO 03-CV-1108 B (LAB)

Case No. 02cv2060 B (LAB)

1

## JURY DEMAND

2          Lucent demands a trial by jury on all issues triable of right by a jury.

3

4

5   Dated: July 21 , 2003          By:   _Jane Hahn_____
                                          Jane Hahn
6                                         Alison P. Adema
                                          HAHN & ADEMA
7

8                                         Additional Counsel:
                                          John M. Desmarais (admitted *pro hac vice*)
9                                         Robert A. Appleby (admitted *pro hac vice*)
                                          Maxine Y. Graham (admitted *pro hac vice*)
10                                        KIRKLAND & ELLIS LLP
                                          153 East 53rd Street
11                                        New York, New York  10022
                                          Telephone:  (212) 446-4800
12                                        Facsimile:  (212) 446-4900

13                                        Attorneys for *Lucent Technologies Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED COMPLAINT IN CASE NO 03-CV-1108 B (LAB)          Case No. 02cv2060 B (LAB)

.

**EXHIBIT A**

# United States Patent [19]

## Fleming et al.

[11]   **4,439,759**

[45]   **Mar. 27, 1984**

[54]   **TERMINAL INDEPENDENT COLOR MEMORY FOR A DIGITAL IMAGE DISPLAY SYSTEM**

[75]   Inventors:   **James R. Fleming**, Indianapolis, Ind.; **William A. Frezza**, North Brunswick; **Gerald S. Soloway**, Holmdel, both of N.J.

[73]   Assignee:   **Bell Telephone Laboratories, Incorporated**, Murray Hill, N.J.

[21]   Appl. No.:   **265,195**

[22]   Filed:   May 19, 1981

[51]   Int. Cl.$^3$ ................................................. G09G 1/16
[52]   U.S. Cl. ..................................... 340/703; 340/723; 340/750
[58]   Field of Search ............... 340/703, 701, 717, 747, 340/750, 726, 709, 723

[56]   **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,422,419 | 1/1969 | Mathews et al. | 340/736 |
| 4,091,374 | 5/1978 | Müller et al. | 340/717 |
| 4,233,601 | 11/1980 | Hankins et al. | 340/703 |
| 4,342,029 | 7/1982 | Hofmanis et al. | 340/703 |

*Primary Examiner*—Marshall M. Curtis
*Attorney, Agent, or Firm*—H. L. Newman

[57]   **ABSTRACT**

The present terminal independent color memory for a digital image display system provides for inter-system compatability, color display systems generally having varying modes of access to color memories, varying color memory capacities, and features such as blinking implemented in varying ways. The data processor (1) of the present system may access color memory (6a) of video controller (6) or color values stored in permanent memory (9) or random access memory (10), responsive to the same command language. The present data processor (1) is also capable of entering color data values comprising color hues and gray levels into color memory for use in a terminal independent manner. Multiple process chained blinking from a particular color to a particular color is also provided by the present processor, the several processes in time-delayed relationship to one another.

**10 Claims, 14 Drawing Figures**



EXHIBIT A

01

U.S. Patent     Mar. 27, 1984          Sheet 1 of 11          4,439,759



FIG. 1

EXHIBIT A

## FIG. 2



## FIG. 3



## FIG. 4



Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3652   Page 19 of 331

*FIG. 5*



EXHIBIT A

U.S. Patent   Mar. 27, 1984   Sheet 5 of 11   4,439,759



FIG. 7



FIG. 6

EXHIBIT A

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3654   Page 21 of 331



FIG. 10



FIG. 8

| 801 | LINK | – | LINK TO NEXT ACTIVE PROCESS OR FREE PROCESS BLOCK OR NULL |
| 802 | STATUS | – | INACTIVE ON OFF |
| 803 | FROM COLOR | – | BINARY NUMBER INDEX INTO COLOR TABLE |
| 804 | SAVE COLOR | – | RGB VALUE - SAME SIZE AS COLOR MAP ENTRY |
| 805 | TO COLOR | – | BINARY NUMBER INDEX INTO COLOR TABLE |
| 806 | ON TIME | – | 6 BITS    1 - 64 |
| 807 | OFF TIME | – | 6 BITS    1 - 64 |
| 808 | CURRENT COUNT | – | 8 BITS |

EXHIBIT A

007

*FIG. 9*





EXHIBIT A

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3656   Page 23 of 331

*FIG. 11*



EXHIBIT A
109

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3657   Page 24 of 331

## FIG. 12



ADD BLINK PROCESS

\* FPIAL – FIRST PROCESS IN ACTIVE LIST

EXHIBIT A



FIG. 13

EXHIBIT A

## FIG. 14

| | PROCESS 3 | PROCESS 2 | PROCESS 1 |
|---|---|---|---|
| LINK | | | |
| STATUS | ON | ON | ON |
| FROM COLOR | 3 | 7 | 7 |
| SAVE COLOR | RED | BLUE | WHITE |
| TO COLOR | 7 | 1 | 3 |
| ON TIME | 4 | 4 | 2 |
| OFF TIME | 5 | 2 | 2 |
| CURRENT COUNT | 3 | 2 | 1 |

HEAD OF ACTIVE LIST — 1400

1401 — LINK (PROCESS 3)
1402 — STATUS
1403 — FROM COLOR
1404 — SAVE COLOR
1405 — TO COLOR
1406 — ON TIME
1407 — OFF TIME
1408 — CURRENT COUNT

1409 — LINK (PROCESS 2)
1410 — STATUS
1411 — FROM COLOR
1412 — SAVE COLOR
1413 — TO COLOR
1414 — ON TIME
1415 — OFF TIME
1416 — CURRENT COUNT

1417 — LINK (PROCESS 1)
1418 — STATUS
1419 — FROM COLOR
1420 — SAVE COLOR
1421 — TO COLOR
1422 — ON TIME
1423 — OFF TIME
1424 — CURRENT COUNT

EXHIBIT A

12

4,439,759

1

# TERMINAL INDEPENDENT COLOR MEMORY FOR A DIGITAL IMAGE DISPLAY SYSTEM

## BACKGROUND OF THE INVETNION

### 1. Technical Field

This invention relates to digital image display systems and, more particularly, to a terminal independent color memory for such systems.

### 2. Description of the Prior Art

Methods and apparatus for providing color digital images on video display screens are well known. A problem, however, has arisen in that compatability among digital display systems has been made difficult by the great variety of methods and apparatus for providing the color images. For example, the Picture Description Instructions PDI for the Telidon Videotex System, CRC Technical Note No. 696-E, developed by the Canadian Department of Communications describes a specific color value selection method: a direct selection of data values for the primary colors—red, green and blue. The Prestel videotex customer terminal developed by the British Post Office and the Antiope terminal developed by the French CCETT employ a technique for specifying both a foreground and a background color by indexing a permanent read-only color memory.

In the art of color computer graphics, the terminal manufacturers generally employ a color look-up table called a color map indexed by a binary number. The application of a color map expands the repertory of available colors for display. In particular, the Tektronix 4027 terminal is capable of providing 8 colors for direct use from the 64 possible color values that may be loaded into its color map. Other features such as blinking may be provided by such terminals; however, the various methods and apparatus for providing such features are similarly incompatible.

With the advent of videotex, also known as viewdata, and teletext services wherein a customer is able to access a remote host computer and associated data base with a digital image display terminal, there has arisen a need to solve the above-described problems from employing incompatible terminals. There remains a requirement for a terminal-independent color memory for a digital image display system.

## SUMMARY OF THE INVENTION

The above-stated problems and related problems of incompatability among digital image display systems are solved by the principles of the present terminal independent color memory. Processing means are provided for accessing color data in a terminal independent manner, regardless of the size of color memory or its permanent or semi-permanent nature. In accordance with the present invention, the known modes of color access are incorporated into the present algorithm for selecting a particular mode of color memory access, for setting a particular color in a color map memory table or for setting foreground or background in-use drawing color. These in-use drawing colors may be applied by subsequently received text and graphics drawing commands. In a system having a permanent color memory, the algorithm selects the closest color to the desired color hue from the permanent color selection table.

An algorithm for loading the present color map memory selects a gray scale equally spaced between black and white and hue data values equally spaced about a hue circle wherein the primary colors are located in 120 degree relationship. In this manner, a host computer is able upon initialization of the present terminal independent color memory to predict the configuration of a particular color map memory table and the color composition of a digital image or frame of information for display.

An algorithm for providing color blinking by means of a linked list of multiple processes is provided. The on and off intervals of blink-from colors and blink-to colors may be specified. In addition, the delay between processes is selectable. Simple animation is possible with the present technique. For example, a ball may appear to bounce across an image, a river may appear to flow or stars may appear to twinkle.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a general block diagram of a digital image display system which may employ the principles of the present invention, the system being exemplary of arrangements for color processing;

FIG. 2 is an operational diagram of the process for selecting a color data value from a color map memory table for display of particular picture element data;

FIGS. 3, 4, and 5 are flow diagrams of a method for accessing color data values for display regardless of the mode of access employed by a particular digital image display system in accordance with the present invention;

FIG. 6 is a representation of a color hue circle wherein the primary colors—red, green and blue—are located at 120 degrees, 240 degrees and 360 degrees respectively;

FIG. 7 is an exemplary table of color data values selected in accordance with a method for initializing a color map memory table in a terminal independent manner in accordance with the present invention;

FIGS. 8 through 14 generally depict the present method for poviding multiple processes of color blinking in accordance with the present invention;

FIG. 8 is a depiction of the contents of a memory block associated with a particular blink process;

FIG. 9 comprises blink process tables indicating the logical connection of linked lists of active and free process blocks as depicted in FIG. 8;

FIG. 10 is an actual depiction of an active blink process table comprising a plurality of process blocks as depicted in FIG. 8;

FIG. 11 is a flowchart diagram of an algorithm for providing multiple process color blinking;

FIG. 12 is a flowchart diagram of an algorithm for adding a new process to the active blink process table of FIG. 10;

FIG. 13 is an exemplary timing diagram and color tables for a color blink comprising three processes; and

FIG. 14 is an exemplary blink process table similar to that depicted in FIG. 9 whose process memory block entry values are shown relative to a particular point in the timing diagram of FIG. 13.

## DETAILED DESCRIPTION

Referring more particularly to FIG. 1, there is shown a general block diagram of a digital image display system employing the principles of the present invention. The digital image display system comprises a data processor 1 having bidirectional access to a processor data bus 2. A separate timing generator 3 may provide the

EXHIBIT A

113

4,439,759

3

clock signals required on the processor data bus 2; however, in some systems, the timing generator capability is provided by data processor 1. The timing generator 3 may also provide the timing signals on a video data bus 8 for use by video memory 4, and by a video controller 6. The video controller 6 operates video display 7 responsive to the picture element data received over the video data bus 8. The picture element comprises a binary index for selecting color data values from color map memory 6a. Complete digital images or frames 5 of picture element information are sequentially displayed in color by video display 7.

Data processor 1 may be a microprocessor comprising program or read-only memory 9 and scratch pad or random access memory 10. In a viewdata or teletext terminal which may be located in a residential home, it is desirable that data processor 1 be as small as possible; accordingly, a microprocessor may be assumed.

Data processor 1 responds to user input from a keyboard 18, keypad 19, joystick 20, floppy disc 21, light pen or other data input device known in the art through peripheral device interface 17. In accordance with known technology, data processor 1 may program the video memory 4, the timing generator 3 and the video controller 6 to the proper modes of operation which will allow maximum flexibility in remotely reconfiguring the terminal operating characteristics.

In its application with a viewdata or teletext terminal, the data processor 1 may also respond to input provided from a remote or centralized data base such as one located at a television broadcast station or a provider of viewdata services. Such inputs are provided through communications interface 12. In the case of teletext services, a TV broadcast signal 16 is received at receiver 14 and provided to interface 12. In the case of viewdata services, data is provided over a communications line 15 through a data modulator/demodulator 13 to interface 12. Input/output controller 11 under user control provides selectable access to the various data input and output arrangements.

Processor data bus 2 is a bi-directional conduit through which the data processor 1 controls the video memory 4, the timing generator 3 and the video controller 6. Several bus structures may be adapted for use in the present invention. One example is the INTEL Corp. Multibus. Whichever specific bus structure is chosen, the bus generally comprises address capability, a data path and control lines which may include interrupt, reset, clock (for synchronous use), wait (for asynchronous use), and bus request lines.

The timing generator 3 may comprise a chain of programmable logic circuits, digital dividers and counters for providing required timing signal outputs. For operation of the video data bus 8, a number of different timing signals are required. Horizontal and vertical drive signals are provided in accordance with horizontal and field rates respectively. A dot clock signal is provided at the dot frequency (picture element or pel rate) of the system. An odd/even field signal indicates if the odd or even field is to be displayed in an interlaced system. A composite blanking signal indicates if video is being displayed or if vertical or horizontal retrace is occurring. Also, a group clock signal or other signals may be provided. The group clock signal indicates when to access data for a new group of picture element data 65 from memory. For example, picture element data in video memory having a slow access time may be serially provided in groups of 4, 8 or 16 picture elements.

4

On the other hand, a parallel data transmission scheme is possible, potentially increasing the requirements for leads of video data bus 8.

Video controller 6 accepts digital image information from the video data bus 8, pel-by-pel, and converts the digital information, if necessary, to analog form for presentation on video display 7. The video controller comprises three components: (1) color map memory 6a; (2) digital to analog conversion and sample and hold circuits (not shown), if required by video display 7; and (3) a standard composite video encoder (not shown), for example, for providing NTSC standard video or red, green, blue (RGB) outputs.

Color map memory 6a comprises a color map memory table in random access memory indexed by a binary number component of pel data entering the video controller 6 by way of video data bus 8. For example, if four bits of color data are compiled per picture element, 16 color choices are directly accessible from color map memory table 6a. Each color data value indexed may comprise, for example, 12 bits of RGB data, the domain of possible data values in this case being 4096 possible values. The color map memory 6a may be loaded and updated from the large repertory of possible choices by the data processor 1 under local or remote control.

The application of color map memory 6a provides flexibility and greater color capacity than other color memory means. However, other color memory means are known in the art. Permanent memory 9 of data processor 1 may contain a directly accessible color table. Selections of color data values from permanent memory 9 are transferred to color map memory 6a for subsequent use. Also, random access or semi-permanent memory 10 of data processor 1 may contain a color memory, color data similarly being transferrable to color map memory 6a. Various modes of access to color memory, wherever located, in a digital image display system, are employed by the providers of viewdata and teletext services. Means for providing terminal independent color memory will be subsequently discussed in connection with FIGS. 3–14.

The color memory RGB output may be provided to three separate digital to analog converters, one for each primary color. In accordance with techniques generally known in the art, the RGB output may enter a monitor video display 7 directly, may be converted to a composite video signal for input to a monitor video display 7 or modulated to a particular RF frequency for input through the antenna lead-in of a television set display 7.

Video display 7, as previously discussed, may either be a monitor or a television set. In deference to the previous discussion, it may additionally comprise other forms of video display known in the art including a video projection system, a liquid crystal display or an LED display. The list is not intended to be inclusive and, if another standard format of input video signal is required, the principles of the present invention assume the capability of video controller 6 for providing such a standard video signal.

The video memory 4 comprises random access memory for storage of video picture element information for display. In particular, video memory 4 generally accepts input from the data processor 1 in the form of an image comprising digitized picture element information. The video memory 4 stores the information until rearrangement of data occurs and periodically passes the pel information over video data bus 8 to the video controller 6 on command of data processor 1. As previ-

EXHIBIT A

4,439,759

5

ously indicated, the pel data comprises binary data employed to index a particular color entry in color map memory 6a.

The video data bus 8 connects the timing generator 3 and the video memory 4 to the video controller 6. It comprises the following types of leads: data leads for picture element information which is used for indexing into the color map memory 6a of video controller 6, and timing leads for providing video timing and control. The six timing and control leads include the previously mentioned horizontal and vertical drive signals, the dot clock, the field signal, the composite blanking signal and the group clock signal.

Referring more particularly to FIG. 2, an operational diagram is shown which depicts how a binary number component of picture element data stored in a planar bit memory 4 indexes color map memory 6a so that primary color data values for a video signal are provided for video display. Similar reference characters have been employed in FIGS. 2 through 14 wherever possible and in the subsequent discussions wherever possible. In addition, the first numeral of reference characters employed in FIGS. 2 through 14 relates to the location where the referenced element first appears.

In the depicted example a color map memory table of 16 colors is shown. The capacity or domain of the color map memory table may comprise, for example, four bits each of red, green and blue data. The total twelve bit capacity then relates to 4096 possible colors. Accordingly, each of the 16 tabular values indexed may comprise 12 bits of RGB data.

In the depicted example, picture element data 201 comprises, in addition to coordinate data of the location in a particular image or frame 5 for display, the binary index value representing the color that picture element 201 is to be. Binary index value 1011 representing the twelfth entry in the color map memory table may, for example, represent color data value 0011 1111 0000; 0011 being red data; 1111 being green data, and 0000 being blue data. The RGB data value, as previously discussed, illuminates the particular coordinate location in the particular in-use color in frame 5 of display 7.

Upon command of a host computer remotely provided by a teletext or videotex service provider, the color map memory table of 16 colors may be specifically loaded in combination with video processor 1 and the subsequently described software algorithms locally stored in program memory 9. Under control of local keyboard input, the data processor 1 may also specifically load the color map memory table. In accordance with the present invention, either the host computer or the local user may directly load colors into color map memory 6a from permanent memory 9 or from a semi-permanent memory 10 with color data values for use.

Referring to FIGS. 3, 4, and 5, flow diagrams are depicted of a method or algorithm for accessing color memory 6a in a terminal independent manner and for setting the foreground and background in-use color if possible. FIG. 3 particularly represents a command decoding process. If a first particular command is found, then the flow diagram of FIG. 4 is performed within data processor 1. If a second particular command is found, then the flow diagram of FIG. 5 is preformed. Other commands or operation codes (opcodes) are interpreted by the command decoder algorithm depicted in FIG. 3. These other commands may include commands to perform the subsequently described blinking

6

process or other text or graphic drawing processes. The commands will be hereinafter referred to as opcodes.

Referring particularly to FIG. 3, the data processor is instructed in box 301 of the opcode decoder algorithm to attempt to locate the next opcode. The opcode may be remotely received from a host computer or locally received through the peripheral device interface 17. At decision box 302, the data processor 1 determines if the opcode entered is one for selecting a mode of color memory access. At box 303, transfer is effected to the algorithm for the mode selection process shown in FIG. 4 if there is a match. If there is not a match, the data processor determines at decision box 304 whether the opcode entered is one for setting a color data value. At box 305, transfer is effected to the algorithm for the color setting process shown in FIG. 5 if there is a match. In a similar manner, the entered opcode may be compared with other valid opcodes 306 and the entire opcode decoding process repeated.

Referring to FIG. 4, an algorithm for selecting a mode from a plurality of modes of color memory access and for setting foreground and background in-use colors for two of these modes is shown in flowchart form. Having transferred control to box 401 of the algorithm of FIG. 4 in the operation of the flowchart of FIG. 3, the data processor 1 now interprets the operands or data following the opcode. In general, it is presumed that an opcode will always be followed by a sequence of operands or data entrys or a new opcode. Accordingly, in the process depicted in FIG. 4, the data operands are interpreted and, as a result, the mode of access and the background and foreground color set if possible.

In particular at box 402, the first data operand is recovered if possible. If a box 403 an operand is located, another attempt is made at box 404 to locate a second operand. If at box 407 a second operand is found, the color mode of access is set at box 411 to mode 2. In other words, the color mode is determined by the number of operands following the opcode for selecting the mode of access. Accordingly, when no operands are found, the color mode is set at box 405 to mode 0. If one operand is found, the color mode is set at box 408 to mode 1.

In color mode 0, besides setting the color mode, it may be necessary in systems employing random access color memory 10 to reinitialize color memory 6a to a default set of color data values. Accordingly block 406 suggests this activity if it may be performed. Color mode 0 of the present terminal independent color memory is adapted for use in digital image display systems employing a direct color selection process either from permanent or semi-permanent color memory.

After setting the color modes to 1 or 2 at blocks 408 or 411 respectively, the foreground and background in-use drawing colors are set. If foreground and background colors may be set in color mode 0, the subsequently described algorithm of FIG. 5 performs this feature. In color mode 1, only picture element data of the actual character in video memory 4 is drawn in the current in-use foreground color without illuminating adjoining picture element data in a background color. In color mode 2, text characters will be drawn in the in-use foreground color over the in-use background color. In other words, a character may fill a rectangular field on display 7. The actual character is illuminated in foreground color as in color mode 1, and the rectangular field surrounding the actual character is filled with the current in-use background color.

*EXHIBIT A 4*

*15*

Therefore, in color mode 1, the foreground color is set at box 409 to the value of the first operand. At box 410, the background color is set to a data value representing "invisible" or no color. In color mode 2 the data processor compares the first and second operands entered. If the two operands are equal, then it is assumed that it is desired to only change the background in-use color and not the foreground color. Otherwise, the foreground color is set at box 414 and the background color is set at box 413 to the first and second operands respectively. Control is returned at box 415 to the opcode decoder program upon the completion of the color access algorithm.

Referring to FIG. 5, an algorithm in flowchart form is depicted (1) in color modes 1 or 2, for setting the color data values in color map memory 6a in a terminal independent manner or (2) in color mode 0, for setting foreground and background colors. At decision box 502, the data processor determines if color mode 0 has been previously entered. It is assumed that, before the opcode for setting a color data value is entered, the select color access mode opcode has been read and acted upon in accordance with the flowcharts of FIGS. 3 and 4.

If the color access mode at decision box 502 is 0, then the first operand is located if possible at box 503. If the operand is located at decision box 505 then a second operand is located if possible at box 507.

If a second operand was not successfully located at decision box 509, then the foreground color and the background color will be modified at boxes 512 and 514 respectively. At box 512, the foreground color is set to the index of the closest match of the first operand and a color value from the color map memory table 6a. At box 514, the background color is set to an "invisible" color. "Invisible" is intended to describe the process of depositing pel values in video memory 4 only at the character or graphics drawing command locations corresponding to the foreground of the resulting image and not over-writing those corresponding to the background.

If a second operand has been successfully located at decision box 509 then a check is made at decision box 511 to see if both operands are equal. If the first operand and second operand are equal, then by convention only the background color is set at box 515. If the two operands are not equal at decision box 511 then the foreground color is set at box 513 and the background color is subsequently set at box 515. As in the case of a single operand, the foreground color and the background color are set to the index of the closest matched color in the color map memory table 6a.

If the color mode was not 0 at decision box 502 then the color map memory table 6a will be loaded with colors specified by subsequent operands. The current in use foreground color index will indicate the first potential color map memory table entry to be changed. INDEX is set to the current in-use foreground color index at box 501. An attempt is made to get an RGB operand at box 504 if possible. If the operand is found at decision box 506, then the RGB operand is loaded into the color map memory table 6a at the location determined by INDEX. The INDEX is then incremented at box 510. The sequence of boxes 504, 506, 508, and 510 is repeated as long as operands are available.

Referring to FIG. 6, a color hue circle is shown wherein the primary colors—red, green, and blue—are located at 120 degrees, 240 degrees, and 360 degrees.

Upon the operation of the box 406 of FIG. 4 and on other occasions in the operation of a digital image display system, for example, an explicit resetting operation, it is appropriate to initialize or establish color map memory table 6a regardless of the number of possible entries and in a predictable fashion. Accordingly, a method is provided whereby one half of the color map memory is filled with a gray scale whose values are equally spaced between black and white and the other half of color map memory 6a is filled with a color hue scale whose values are spaced about a hue circle of 360 degrees.

In particular, if the number of bits of a binary number index into a particular color map 6a is defined as N, then the number of entries in the color map is $2^N$. Then the quantity $2^N/2$ of entries comprise gray scale values and the quantity $2^N/2$ of entires comprise color hue values.

The capacity or domain of the color map memory table 6a may be defined as comprising M bits of data. Then, the quantity M/3 bits of data may represent data for each primary color—red, green, and blue. In general, the relationship between M and N may be maintained that M be greater than or equal to three times the quantity N-1.

By way of example, if a particular color map memory is indexed by a 4 bit binary index value, then 8 gray scale levels and 8 hues are loaded upon request into color map memory table 6a. The quantity M then should be greater than or equal to 9:3 bits each of red, green, and blue data.

The gray scale is found particularly as a binary number in this example between 000 000 000 and 111 111 111 and generally is represented by the binary result of the equation: $P_1 = k/(I-1)$ where I represents the decimal number of gray scale levels, generally $2^N/2$, k, a quantity between 0 . . . I-1, is the particular entry in the map desired, and $P_1$ is the binary result for a primary color—red, green, and blue. It is most convenient if, in the operation of data processor 1, the result is normalized and rounded to the nearest M/3 bits. The value for all the primary colors is set equal to this last.

Referring briefly to FIG. 7, an exemplary color map memory table is shown. In accordance with the above method, the first eight values are shown initialized to gray scale levels in a gray scale 706 between 000 000 000 at address 704 with the binary index value 0000 and value 111 111 111 at address 704 with the binary index value 0111.

To provide the color hue values, data processor 1 must first calculate the angle of a desired color hue h. If n entries are required then the result of the calculation (j−1) times 360 degrees divided by n (wherein j is an integer between 1 and n) provides the angle of h. In FIG. 6, if eight hue data values are desired then by way of example, color data values are desired for 45 degrees, at location 611, 90 degrees at location 612, 135 degrees at location 613, and so on about the color hue circle.

In general, the data processor must particularly locate the location of the closest primary color angle to the desired angle, the next closest primary color and the furthest primary color from the desired angle. In particular, for the example of color value 611 at 45 degrees, then the primary color blue is the closest primary color to location 601 or 360 degrees. This result may be appropriately established in temporary memory as variable $P_1$. The next closest primary color to the exemplary desired color hue is red at location 603 or 120 degrees. This result may be appropriately established in

9

temporary memory as variable $P_2$. The furthest primary color from the exemplary desired color hue is green at location 605 or 240 degrees. This result may be established in temporary memory as variable $P_3$.

The results $P_1$, $P_2$, and $P_3$, of this calculation are then employed generally to establish the color data values for the primary colors—red, green and blue. As it is known that $P_1$ is blue in the particular example under discussion, the blue data value in binary form is set in color map memory as all 1 bits. As it is known that $P_3$ is green, the green data value is set in color map memory as all 0 bits.

In the case of $P_2$, data processor 1 is instructed to calculate the binary result of the equation:

$$P_2 = \left| \frac{\langle h - \langle P_1}{60^\circ} \right|$$

As it is known that $P_2$ is red, the red data value is set in color map memory to the binary result of the above calculation. As with the gray level calculation, it is generally appropriate that the result be rounded to the nearest M/3 data bits in length after normalizing the result.

Referring again to FIG. 7, the color hue data values are entered in address locations 1000 to 1111 in the depicted exemplary color map memory table. In particular, the above exemplary calculation for a hue at 45 degrees on the hue circle of FIG. 6 is located at address 1001. As previously indicated, the blue data value is all 1 bits or 111; the green value is all 0 bits or 000, and the red value is given by the binary result 101.

Referring to FIG. 8, there is shown a depiction of a memory block associated with a particular process identifying its parameters. Each time a blink process is initiated, a blink process block must be established in memory which stores the relevant parameters associated with that particular blink process. The first entry 801 in the block stores the LINK value, which is a pointer to the starting address of another blink process block. If the process is actively blinking, then the LINK value will point to the next active process block. If the process is INACTIVE, then the LINK value will point to the next FREE process block.

The second entry 802 in the block stores the current STATUS of the blink process. The status can be either INACTIVE, ON, or OFF (the latter two of which are considered active states).

The third entry 803 is used to store the BLINK-FROM COLOR, which is a binary number index that acts as an index into the color map memory table. This index number is extracted from the operand following the blink process opcode representing the color blinking process and does not change throughout the life of the process.

The fourth entry 804 is used to store the SAVE COLOR, which is an RGB value and not a binary index that is periodically copied out of the color map memory table in a manner that will be described subsequently.

The fifth entry 805 is used to store the BLINK-TO COLOR which is a binary number that acts as an index into the color map memory table. This number is also extracted from the operand following the blink process opcode and does not change throughout the life of the process.

The sixth entry 806 stores the ON TIME and the seventh entry 807 stores the OFF TIME, both of which are most conveniently numbers between 1 and 64 that represent time intervals in fractions of a second. These

10

are also extracted from the operand following the blink process opcode and do not change throughout the life of the process.

The eighth entry 808 stores the CURRENT COUNT which is also a number that represents a time interval. This number is updated regularly as the process is executed.

FIG. 9 gives a logical view of how the linked blink process blocks are treated. There are two linked lists kept in memory. The first contains all of the active process blocks and the second contains all of the INACTIVE or free process blocks. The memory occupied by the INACTIVE process blocks is available for use by new blink processes, and hence this list is called the FREE list. The head 901 of the ACTIVE list is a single pointer that contains the address in memory of the beginning of the process block of the most recently received active blink process 902. The LINK entry in this block in turn points to the beginning of the next most recently received active blink process 903, and so on to the beginning of block 904, block 905 through the entire list of process blocks that contain active blink processes. The displaced appearance of the blink process blocks is intended to represent their random appearance in memory. The last process block on the list contains a LINK value NULL indicating the end of the list. The head of the FREE list 910 is a single pointer that contains the address in memory of the beginning of the process block of the first inactive blink process 911. The LINK entry in this block points to the beginning of the next inactive process block 912 and so on to the beginning of block 913, block 914 through the remainder of the inactive process blocks. When the system is initialized, as well as any time that there are no currently active blink processes, all of the available blocks of memory allocated to the blink feature are on the FREE list.

When a new blink process is initiated, more particularly described in the discussion of FIG. 12, the first block in FREE list 911 is made available for its use. When this happens, the head of the FREE list pointer 910 is changed to the address of the beginning of the next free block 912. Also, the head of the ACTIVE list pointer 901 is changed to the address of the beginning of the block 911 just allocated, and the LINK pointer within block 911 is changed to the address of the beginning of what was the most recently received active blink process block 902. The new active process block 911 is then loaded with the relevant parameters of the blink process being defined.

FIG. 10 shows the actual organization within memory of blink process blocks. The first entry 1001 and the second entry 1002 store the head of the ACTIVE list pointer and the head of the FREE list pointer, respectively. Process blocks are stored in sequential memory locations 1003 through 1010 or until the capacity allocated within memory 10 is reached. These locations do not necessarily correspond to the order in which the blocks appear on the linked lists.

FIG. 11 shows a flow diagram for TICK, the primary blink processing subroutine. TICK is periodically called from a main control program, typically every 1/10th second. This subroutine goes through, examines, and updates each process block (and the color map memory table if necessary) in the ACTIVE list starting with the most recently received blink process block and proceeding to the last.

EXHIBIT A

4,439,759

11

Activity block 1101 with which the TICK subroutine begins sets the value of an internal status variable PTR to the address stored in the head of the ACTIVE list. (This, as described previously, points to the most recently received active process block.) Activity block 1102 initiates a loop, whose steps comprise blocks 1103 through 1117, that is exited only when it returns a PTR value of NULL. The first step in the loop, activity block 1103, subtracts one from the COUNT of the process block pointed to by PTR. Decision block 1104 then checks the value of COUNT to see if it is equal to or less than zero. If it is not, then control action proceeds through block 1109 (by passing blocks 1106 through 1116) to activity block 1117, which changes PTR to the address stored in the LINK entry of the process block it pointed to by PTR or, in other words, the current process block. Control then loops back to activity block 1103 as long as PTR does not have the value NULL. If the COUNT is less than or equal to zero, then control proceeds through block 1105 to decision block 1106. Decision block 1106 checks the value of STATUS in the current process block. If STATUS is on, then control proceeds through block 1108 to activity block 1111. If STATUS off, then control proceeds through block 1107 to activity block 1110.

Activity block 1111 takes the RGB value stored in SAVE COLOR of the current process block and writes it into the color map memory table entry indicated by the index stored in the FROM COLOR entry in that process block. Control then passes to activity block 1112, which sets the COUNT entry of the current process block to the contents of the OFF TIME entry of that block.

Activity block 1116 then sets the STATUS of that process block to OFF before control passes to activity block 1117, whose action has been described previously.

Activity block 1110 copies the RGB value from the color map entry indicated by the index stored in the FROM COLOR entry of the current process block into the SAVE COLOR entry of that process block. Activity block 1113 then copies the RGB value from the color map entry indicated by the index stored in the TO COLOR entry of the current process block into the color map entry indicated by the index stored in the FROM COLOR entry of that process block. Activity block 1114 then sets the COUNT entry to the value stored in the ON entry. Finally Activity block 1115 sets the STATUS entry to ON before control is passed to Activity block 1117, whose action has been described previously.

When the loop is finally exited, that is, when PTR returns the value NULL, the subroutine TICK is complete and control returns to the main control program.

In the previous discussion, the assumption was made that an active process list already had been established.

FIG. 12 is a flow diagram illustrating how one active blink process is added to the active list. Since only one active process is allowed for the ordered pair of FROM COLOR (FC) and TO COLOR (TC), the current list of active process blocks must be searched to determine if a process is active for a given pair. This search is indicated in box 1201. If the ordered pair (FC, TC), is found in the currently active process blocks then that block is made INACTIVE and is removed from the linked list as indicated in box 1206. When box 1205 is encountered an attempt is made to obtain a free process block from the previously described FREE list. At decision box

12

1207 a check is made to see if a free block was successfully obtained. If no block was obtained then the entire set of possible blocks must have been already allocated to ACTIVE processes and therefore no addition can be made, so the entire process addition procedure is exited.

If a free process block is obtained then it must be initialized as illustrated in box 1210. The new process always begins with a STATUS of OFF which guarantees that the first transition will be OFF-to-ON as previously stated.

The FROM COLOR, TO COLOR and ON and OFF TIME'S are also initialized in box 1210 from data obtained from the operand entered following the blink process opcode.

The phase delay (PD) is an offset from the next OFF-to-ON transition of the most recently received active process (that is, the process of the head of the ACTIVE process list). The head of the ACTIVE list is checked at decision box 1211 in case the list is empty. If the list is empty, then the phase delay does not apply and the CURRENT COUNT in the new process block is set to the OFF TIME as indicated in box 1219.

If an active process exists then two situations arise, either the process is currently ON or OFF. The STATUS of the proces is checked in decision block 1214. If the process is ON then the next OFF-to-ON transition will occure when the CURRENT COUNT reaches the interval of time represented by OFF TIME expires. Therefore, the total time to the next OFF-to-ON transition will be the CURRENT COUNT plus the OFF TIME. In order to synchronize the new process to the most recently received active process, its CURRENT COUNT is set to the time until the next OFF-to-ON transition plus any phase delay as shown in box 1210.

If the last active process has a STATUS of OFF, then the next OFF-to-ON transition will occur at a total time equal to CURRENT COUNT. The new process is therefore synchronized to that transition simply by setting the new process CURRENT COUNT to the CURRENT COUNT of the most recently received process plus any indicated phase delay.

In all cases once the complete process block is initialized, it is added to the active process list as shown in BOX 1220. The ADD NEW PROCESS returns control to the main control program.

Referring to FIG. 13, exemplary color tables and a timing diagram are illustrated for three active blink processes. Successive representations of an eight entry color table are illustrated in table 1301. Time is indicated by time line 1312. A legend 1311 indicates the assumed color values of color table 1301. The information that was used to establish the three blink processes is as shown in Table 1.

TABLE 1

| PROCESS 1 | |
|---|---|
| Arrival Time | T = 0 |
| FROM COLOR | 6 |
| TO COLOR | 3 |
| ON TIME | 2 |
| OFF TIME | 2 |
| PHASE DELAY | 3 |
| PROCESS 2 | |
| Arrival Time | T = 5 |
| FROM COLOR | 7 |
| TO COLOR | 1 |
| ON TIME | 4 |
| OFF TIME | 2 |
| PHASE DELAY | 1 |
| PROCESS 3 | |

4,439,759

13
14

TABLE 1-continued

| Arrival Time | T = 10 |
|---|---|
| FROM COLOR | 3 |
| TO COLOR | 7 |
| ON TIME | 4 |
| OFF TIME | 5 |
| PHASE DELAY | 1 |

The color table 1301 at time T=0 contains the color value white in entry 1, the color value red in entry 3, the color value green in entry 6 and the color value blue in entry 7. The other entries may contain color values but are not important in this example.

Process 1 arrives at time T=0 and assuming no active processes already exist, process 1 is activated with a STATUS of OFF (1304). The phase delay that was specified for process 1 is not relevant because no active blink processes existed when the information for process 1 arrived at time T=0.

When process 1 is activated the CURRENT COUNT is set to the OFF TIME which is equal to 2 and therefore an OFF-to-ON transition will occur at time T=2 (1313).

When the OFF-to-ON transition occurs, the color value in the color table indexed by the FROM COLOR, which is equal to 7, is saved in the process block in the SAVE COLOR entry 1302. The color value saved is blue shown by the entry 1315. After the FROM COLOR is saved, the contents of the color table indexed by the TO COLOR is copied to the color table entry indexed by the FROM COLOR. This results in the color value red in entry 3 at 1316 to be copied to entry 7 at 1317.

As a result of this change, any picture elements which were previously displayed using the color value stored in color map entry 7 will immediately change from blue to red. The STATUS of process 1 will be set to ON and the CURRENT COUNT will be set to the ON TIME which is equal to 2. An ON-to-OFF transition will occur at time T=4 referenced by character 1314. At that transition the previously saved color 1315 is restored in the color table at the entry indexed by the FROM COLOR, which is equal to 7, and referenced by character 1318. The STATUS is again set to OFF and the CURRENT COUNT is set to the OFF TIME which is equal to 2. The above sequence is repeated as long as the process is active.

Process 2 arrives at time T=5 which is after process 1 has been activated. Process 2 is started with a STATUS of OFF and must be synchronized with the next OFF-to-ON transition of process 1. Since at time T=5 the STATUS of process 1 is OFF then the time to the next OFF-to-ON transition will be equal to 1, which is the CURRENT COUNT of process 1. A phase delay of 1 was specified with process 2 so the OFF TIME of process 2 is set to the sum of the CURRENT COUNT of process 1 plus the phase delay of process 2, which equals 2. This setting results in the first OFF-to-ON transition occurring at time T=7 referenced by character 1319. Process 2 then begins the color save, copy and restore sequence previously described for process 1.

Process 3 arrives at time T=14 and must be synchronized to process 2. The next OFF-to-ON transition of process 2 occurs at time T=13, and, because of the phase delay of 1, the first OFF-to-ON transition for process 3 will occur at time T=14, referenced by character 1321. As with process 1 and 2, the save, copy and restore sequence will continue for process 3 until

changed by either another specification for the same ordered pair of FROM COLOR and TO COLOR or a general resetting procedure.

It should be noted that when colors are copied from one entry in the color table to another that an interaction between processes can result. This is illustrated at time T=13 and T=14. At time T=13, process 2 makes an OFF-to-ON transition referenced by character 1320. The color white is copied to color table entry 7 as referenced by 1324. At time T=14, process 1 makes an OFF-to-ON transition as referenced by 1322. At that transition, the SAVE COLOR, referenced by 1325, is white because of the previous copy operation performed by process 2 at time T=13. This interaction of colors between processes is useful for simple animation and complex blinking sequences.

FIG. 14 illustrates the state of the three process blocks at time T=15.

What is claimed is:

1. In a digital image display system:
a memory for storing color data values;
processing means responsive to a predetermined command and data sequence comprising at least one command, the processing means decoding the predetermined command and data sequence, the predetermined command and data sequence selecting one of a plurality of modes of access to color data values, the modes comprising
a first mode of access wherein an in-use foreground color is directly specified as a color data value;
a second mode of access wherein the in-use foreground color is specified as an index into the color memory; and
a third mode of access wherein the in-use foreground color and an in-use background color are specified as indexes into the color memory; and
display means responsive to the processing means, the display means displaying the colors associated with the color data values accessed by the selected mode.

2. A digital image display system comprising:
a color memory for storing color data values;
processing means responsive to predetermined command and data sequences, the processing means, responsive to a first command, selecting a mode of access to the color memory; and responsive to a second command, setting a color data value in the color memory; and
display means responsive to the processing means, the display means displaying a color associated with the color data value accessed by the selected mode.

3. A display system as recited in claim 2, wherein the processing means responsive to a second command sets plural color data values in color memory.

4. In a video image display system having a color memory, a method for displaying a color image in a terminal independent manner responsive to commands and data received from a command and data source, the method comprising the steps of:
receiving commands and data from the command and data source;
reading a first command for selecting a mode of access to the color memory, and responsive to data following the first command, selecting the mode of access to the color memory;
reading a second command for setting color data values in the color memory and, responsive to data

4,439,759

**15**

following the second command, setting the color data values in the color memory,

reading a third command for accessing color data values in the color memory, and

displaying a color image associated with the color data values accessed by the third command on a video display terminal.

5. A digital image display system comprising:

a color map memory for storing color data values;

processing means for storing color data values in the color map memory and accessing color data values stored in the color map memory, the color data values comprising $2^N/2$ gray level data values equally spaced between black and white, where N is the number of bits in a color entry address of the color map memory and the processing means storing the gray level data values in one half of the color map memory, the color data values further comprising $2^N/2$ hue data values equally spaced about a 360 degree hue circle wherein primary colors red, green, and blue are located in 120 degree relationship to one another and the processing means storing the hue data values in another half of the color map memory, the processing means upon command accessing color data values stored in the color map memory; and

display means responsive to the processing means for displaying an image associated with accessed color data values.

6. A digital image display system comprising:

a color map memory for storing color data values;

processing means for storing hue color data values in the color map memory and accessing color data values stored in the color map memory, the hues being equally spaced about a 360 degree hue circle wherein primary colors red, green, and blue are located in 120 degree relationship to one another, and where h is a desired hue color data value, n is a desired number of hue color data values, angle of h is determined by $(j-1) \times 360$ degrees divided by n, where j is an integer between 1 and n, $P_1$ is the closest primary color to the angle of h, $P_2$ is the next closest primary color to the angle of h, and $P_3$ is the furthest primary color from the angle of h, the identity of $P_1$, $P_2$, and $P_3$ being assigned among the primary colors, the processing means setting the binary value of $P_1$ in the color map memory as all 1 bits, setting the binary value of $P_3$ in the color map memory as all 0 bits, and setting in the color

**16**

map memory the normalized and rounded binary value of $P_2$ resulting from the equation:

$$P_2 = \frac{\sphericalangle h - \sphericalangle P_1}{60°}$$

and upon command accessing color data values stored in the color map memory; and

display means responsive to the processing means for displaying an image associated with accessed color data values.

7. A digital image display system comprising:

a color memory for storing color data values;

processing means responsive to a particular command and data sequence providing a blinking of certain picture element data from one particular color specified by the data sequence to another particular color specified by the data sequence by periodically changing color data values in the color memory, multiple color blinking processes being provided responsive to multiple commands, each process subsequent to a first process being in delay relationship to the next previous process; and

a display means for displaying the multiple color blinking responsive to the processing means.

8. A display system as recited in claim 7 wherein the processing means determines the time interval each particular color is displayed during a blinking cycle responsive to the command and data sequence.

9. In a digital image display system having a color memory, a method for providing a blinking of certain picture element data from one particular color to another particular color, the color blinking method initiated by the reception of a particular command and data sequence, the color blinking method characterized by the steps of:

specifying multiple color blinking processes, each color blinking process including providing a blinking of certain picture element data from one particular color specified by the data sequence to another particular color specified by the data sequence by periodically changing color data values in the color memory;

specifying a delay interval, if desired, between the processes; and

displaying the multiple color blinking.

10. A method for providing color blinking as recited in claim 9 further characterized by the steps of

specifying a particular time interval a particular color is displayed during a blinking cycle of a particular color blinking process.

* * * * *

EXHIBIT A

**EXHIBIT B**

# United States Patent [19]

Ketchum et al.

[11]    Patent Number:    4,910,781

[45]    Date of Patent:    Mar. 20, 1990

[54]    CODE EXCITED LINEAR PREDICTIVE VOCODER USING VIRTUAL SEARCHING

[75]    Inventors:    Richard H. Ketchum, Wheaton; Willem B. Kleijn, Batavia; Daniel J. Krasinski, Glendale Heights, all of Ill.

[73]    Assignee:    AT&T Bell Laboratories, Murray Hill, N.J.

[21]    Appl. No.:    67,650

[22]    Filed:    Jun. 26, 1987

[51]    Int. Cl.⁴ ................................... G10L 7/02
[52]    U.S. Cl. ........................................ 381/36
[58]    Field of Search ....................... 381/36–41, 381/29–32, 51; 364/513.5; 375/122

[56]    References Cited

## U.S. PATENT DOCUMENTS

4,720,861    1/1988    Bertrand ..................... 381/36

## OTHER PUBLICATIONS

Adoul et al., "Fast Celp Coding Based on Algebraic Codes", IEEE ICASSP, 81, pp. 1957–1960.
Crossman et al., "Multipulse Excited Channel Vocoder", IEEE ICASSP, 87, pp. 1926–1930.
Troncoso et al., "Efficient Procedures for Finding the Optimum Innovation in Stochastic coders", IEEE ICASSP, 86, pp. 2375–2378.
Schroeder et al, "Code-Excited Linear Prediction (HELP): High Quality Speech at Very Low Bit Rates", IEEE ICASSP, 85, pp. 937–940.
Singhal, S. and B. S. Atal, "Improving Performance of Multi-Pulse LPC Coders at Low Bit Rates", Proc. Int. Conf. Acoust, Speech and Sign. Process., San Diego, 1.3.1–1.3.4, 1984.
Atal, B. S. and M. R. Schroeder, "Stochastic Coding of Speech Signals at Very Low Bit Rates", Proc. of ICC, Amsterdam, 1610–1613, 1984.
Trancoso, I. M. and B. S. Atal, "Efficient Procedures for Finding the Optimum Innovation in Stochastic Coders", Proc. Int. Conf. Acoust., Speech and Sign. Process., Tokyo, 2379–2382, 1986.
Atal, B. S., "High-Quality Speech at Low Bit Rates: Multi–Pulse and Stochastically Excited Linear Predictive Coders", Proc. Int. Conf. Acoust., Speech and Sign. Process., Tokyo, 1681–1684, 1986.
Chen, J. H. and Gersho, A., "Real–Time Vector APC Speech Coding at 4800 bps with Adaptive Postfiltering", Proc. Int. Conf. Acoust., Speech and Sign. Process., Dallas, 2185–2188, 1987.

*Primary Examiner*—David L. Clark
*Assistant Examiner*—John A. Merecki
*Attorney, Agent, or Firm*—John C. Moran

[57]    ABSTRACT

Apparatus for encoding speech using a code excited linear predictive (CELP) encoder using a virtual searching technique during speech transitions such as from unvoiced to voiced regions of speech. The encoder compares candidate excitation vectors stored in a codebook with a target excitation vector representing a frame of speech to determine the candidate vector that best matches the target vector by repeating a first portion of each candidate vector into a second portion of each candidate vector. For increased performance, a stochastically excited linear predictive (SELP) encoder is used in series with the adaptive CELP encoder. The SELP encoder is responsive to the difference between the target vector and the best matched candidate vector to search its own overlapping codebook in a recursive manner to determine a candidate vector that provides the best match. Both of the best matched candidate vectors are used in speech synthesis.

18 Claims, 5 Drawing Sheets



EXHIBIT B



FIG. 1

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3671   Page 38 of 331



FIG. 2

EXHIBIT B
123

U.S. Patent      Mar. 20, 1990      Sheet 3 of 5      4,910,781

$$
r_1^T H^T H r_1 = \begin{bmatrix} x_0 & x_1 & x_2 & x_3 & x_4 \end{bmatrix} \begin{bmatrix} \Lambda_0 & \Lambda_1 & \Lambda_2 & \Lambda_3 & \Lambda_4 \\ \Lambda_1 & \Lambda_0 & \Lambda_1 & \Lambda_2 & \Lambda_3 \\ \Lambda_2 & \Lambda_1 & \Lambda_0 & \Lambda_1 & \Lambda_2 \\ \Lambda_3 & \Lambda_2 & \Lambda_1 & \Lambda_0 & \Lambda_1 \\ \Lambda_4 & \Lambda_3 & \Lambda_2 & \Lambda_1 & \Lambda_0 \end{bmatrix} \begin{bmatrix} x_0 \\ x_1 \\ x_2 \\ x_3 \\ x_4 \end{bmatrix}
$$

FIG. 3

$$
r_2^T H^T H r_2 = \begin{bmatrix} x_1 & x_2 & x_3 & x_4 & x_5 \end{bmatrix} \begin{bmatrix} \Lambda_0 & \Lambda_1 & \Lambda_2 & \Lambda_3 & \Lambda_4 \\ \Lambda_1 & \Lambda_0 & \Lambda_1 & \Lambda_2 & \Lambda_3 \\ \Lambda_2 & \Lambda_1 & \Lambda_0 & \Lambda_1 & \Lambda_2 \\ \Lambda_3 & \Lambda_2 & \Lambda_1 & \Lambda_0 & \Lambda_1 \\ \Lambda_4 & \Lambda_3 & \Lambda_2 & \Lambda_1 & \Lambda_0 \end{bmatrix} \begin{bmatrix} x_1 \\ x_2 \\ x_3 \\ x_4 \\ x_5 \end{bmatrix}
$$

FIG. 4

$$
r_1^T H^T H r_1 = \begin{bmatrix} x_0 & x_1 & x_2 & x_3 & x_4 \end{bmatrix} \begin{bmatrix} \Lambda_0 & \Lambda_1 & \Lambda_2 & \Lambda_3 & \Lambda_4 \\ \Lambda_1 & \Lambda_0 & \Lambda_1 & \Lambda_2 & \Lambda_3 \\ \Lambda_2 & \Lambda_1 & \Lambda_0 & \Lambda_1 & \Lambda_2 \\ \Lambda_3 & \Lambda_2 & \Lambda_1 & \Lambda_0 & \Lambda_1 \\ \Lambda_4 & \Lambda_3 & \Lambda_2 & \Lambda_1 & \Lambda_0 \end{bmatrix} \begin{bmatrix} x_0 \\ x_1 \\ x_2 \\ x_3 \\ x_4 \end{bmatrix}
$$

501   502   503   504

FIG. 5

$$
r_2^T H^T H r_2 = \begin{bmatrix} x_1 & x_2 & x_3 & x_4 & x_5 \end{bmatrix} \begin{bmatrix} \Lambda_0 & \Lambda_1 & \Lambda_2 & \Lambda_3 & \Lambda_4 \\ \Lambda_1 & \Lambda_0 & \Lambda_1 & \Lambda_2 & \Lambda_3 \\ \Lambda_2 & \Lambda_1 & \Lambda_0 & \Lambda_1 & \Lambda_2 \\ \Lambda_3 & \Lambda_2 & \Lambda_1 & \Lambda_0 & \Lambda_1 \\ \Lambda_4 & \Lambda_3 & \Lambda_2 & \Lambda_1 & \Lambda_0 \end{bmatrix} \begin{bmatrix} x_1 \\ x_2 \\ x_3 \\ x_4 \\ x_5 \end{bmatrix}
$$

601   604   602   603

FIG. 6

EXHIBIT B

24



FIG. 7

EXHIBIT  B



FIG. 9

FIG. 8

4,910,781

1

## CODE EXCITED LINEAR PREDICTIVE VOCODER USING VIRTUAL SEARCHING

### CROSS-REFERENCE TO RELATED APPLICATION

The following application was filed concurrently with this application and is assigned to the same assignees as this application:

R. H. Ketchum, et al, "Improved Code Excited Linear Predictive Vocoder", Ser. No. 067,649.

### MICROFICHE APPENDIX

Included in this application is Microfiche Appendix A. The total number of microfiche is 1 sheet and the total number of frames is 37.

### TECHNICAL FIELD

This invention relates to low bit rate coding and decoding of speech and in particular to an improved code excited linear predictive vocoder that provides high performance.

### BACKGROUND AND PROBLEM

Code excited linear predictive coding (CELP) is a well-known technique. This coding technique synthesizes speech by utilizing encoded excitation information to excite a linear predictive coding (LPC) filter. This excitation is found by searching through a table of excitation vectors on a frame-by-frame basis. The table, also referred to as codebook, is made up of vectors whose components are consecutive excitation sample. Each vector contains the same number of excitation samples as there are speech samples in a frame. The codebook is constructed as an overlapping table in which eht excitation vectors are defined by shifting a window along a linear array of excitation samples. The analysis is performed by first doing an LPC analysis on a speech frame to obtain a LPC filter that is then excited by the various candidate vectors in the codebook. The best candidate vector is chosen on how well its corresponding synthesis output matches a frame of speech. After the best match has been found, information specifying the best codebook entry and the filter are transmitted to the synthesizer. The synthesizer has a similar codebook and accesses the appropriate entry in that codebook and uses it to excite an identical LPC filter. In addition, it utilizes the best candidate excitation vector to update the codebook so that the codebook adapts to the speech.

The problem with this technique is that the codebook adapts very slowly during speech transitions such as from unvoiced regions to voiced regions of speech. Voiced regions of speech are characterized in that a fundamental frequency is present in the speech. This problem is particularly noticeable for women since the fundamental frequencies that can be generated by women are higher than those for men.

### SUMMARY OF THE INVENTION

The following problem is solved and a technical advance is achieved by a vocoder that utilizes virtual searching of the codebook containing the candidate excitation vectors to improve response during speech transitions such as from unvoiced to voiced regions of speech. A method in accordance with this invention comprises the steps of: grouping speech into frames, comparing candidate sets of excitation information stored in a table with the samples of the present frame to

2

determine the candidate set that best matches the present speech by repeating a first portion of each group of the candidate sets in a second portion of each of the group of candidate sets of information, determining the location of the best matched candidate set in the table, and communicating that location for reproduction of the speech by a decoder.

Advantageously, the step of comparing comprises the steps of: storing candidate sets of excitation information as a linear array of samples in the table, shifting a window equal to the number of samples in each candidate set through the array to form candidate sets of excitation information thereby creating candidate sets of the group towards the end of the linear array for which there are not enough samples to fill the second portion of the group's candidate sets, and repeating the first portion of each candidate set of the group in the second portion of each of the group to complete each of the group. Also, the other candidate sets obtained by shifting the window through the linear array other than those that are part of the group are filled entirely with sequential samples from the table.

Advantageously, the comparing step further comprises the steps of: forming a target set of excitation information in response to the present frame of speech, calculating a temporary set of excitation information from the target set and the best matched set of excitation information, searching another table for other candidate sets with the temporary set of excitation information to determine the candidate set from the other table that best matches the temporary excitation set, determining the other location of the best matched candidate set in the other table, and the communicating step further communicates the other location for speech reproduction.

In addition, the comparing step further comprises the steps of: determining filter coefficients in response to the present speech frame, calculating finite impulse response filter information from the set of filter coefficients, recursively calculating an error value for each of the candidate sets stored in the table in response to the finite impulse response filter information and the target set of excitation information, and selecting the best candidate set on the basis that it has the smallest error value. Also, the communicating step further communicates the filter coefficients for speech reproduction.

Advantageously, an apparatus in accordance with this invention has a searcher circuit that searches through a plurality of candidate sets of excitation information in a table to determine the candidate set that best matches samples of a present frame of speech by repeating a first portion of each candidate set of a group of candidate sets into a second portion of each candidate set of the group. Further, the apparatus has a encoder for communicating information identifying the best matched candidate set's location in the table for reproduction of the speech by a decoder.

### BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 illustrates, in block diagram form, analyzer and synthesizer sections of a vocoder which is the subject of this invention;

FIG. 2 illustrates, in graphic form, the formation of excitation vectors from codebook 104 using the virtual search technique which is the subject of this invention;

EXHIBIT B

427

4,910,781

FIGS. 3 through 6 illustrate, in graphic form, the vector and matrix operation used in selecting the best candidate vector;

FIG. 7 illustrates, in greater detail, adaptive searcher 106 of FIG. 1;

FIG. 8 illustrates, in greater detail, virtual search control 708 of FIG. 7; and

FIG. 9 illustrates, in greater detail, energy calculator 709 of FIG. 7.

DETAILED DESCRIPTION

FIG. 1 illustrates, in block diagram form, a vocoder which is the subject of this invention. Elements 101 through 112 represent the analyzer portion of the vocoder; whereas, elements 151 through 157 represent the synthesizer portion of the vocoder. The analyzer portion of FIG. 1 is responsive to incoming speech received on path 120 to digitally sample the analog speech into digital samples and to group those digital samples into frames using well-known techniques. For each frame, the analyzer portion calculates the LPC coefficients representing the formant characteristics of the vocal tract and searches for entries from both the stochastic codebook 105 and adaptive codebook 104 that best approximate the speech for that frame along with scaling factors. The latter entries and scaling information define excitation information as determined by the analyzer portion. This excitation and coefficient information is then transmitted by encoder 109 via path 145 to the synthesizer portion of the vocoder illustrated in FIG. 1. Stochastic generator 153 and adaptive generator 154 are responsive to the codebook entries and scaling factors to reproduce the excitation information calculated in the analyzer portion of the vocoder and to utilize this excitation information to excite the LPC 35 filter that is determined by the LPC coefficients received from the analyzer portion to reproduce the speech.

Consider now in greater detail the functions of the analyzer portion of FIG. 1. LPC analyzer 101 is responsive to the incoming speech to determine LPC coefficients using well-known techniques. These LPC coefficients are transmitted to target excitation calculator 102, spectral weighting calculator 103, encoder 109, LPC filter 110, and zero-impulse response filter 111. Encoder 109 is responsive to the LPC coefficients to transmit the latter coefficients via path 145 to decoder 151. Spectral weighting calculator 103 is responsive to the coefficients to calculate spectral weighting information in the form of a matrix that emphasizes those portions of speech that are known to have important speech content. This spectral weighting information is based on a finite impulse response LPC filter. The utilization of a finite impulse response filter will be shown to greatly reduce the number of calculations necessary for performing the computations performed in searchers 106 and 107. This spectral weighting information is utilized by the searchers in order to determine the best candidate for the excitation information from the codebooks 104 and 105.

Target excitation calculator 102 calculates the target excitation which searchers 106 and 107 attempt to approximate. This target excitation is calculated by convolving a whitening filter based on the LPC coefficients calculated by analyzer 101 with the incoming speech 65 minus the effects of the excitation and LPC filter for the previous frame. The latter effects for the previous frames are calculated by filters 110 and 111. The reason

that the excitation and LPC filter for the previous frame must be considered is that these factors produce a signal component in the present frame which is often referred to as the ringing of the LPC filter. As will be described later, filters 110 and 111 are responsive to the LPC coefficients and calculated excitation from the previous frame to determine this ringing signal and to transmit it via path 144 to subtracter 112. Subtracter 112 is responsive to the latter signal and the present speech to calculate a remainder signal representing the present speech minus the ringing signal. Calculator 102 is responsive to the remainder signal to calculate the target excitation information and to transmit the latter information via path 123 to searcher 106 and 107.

The latter searchers work sequentially to determine the calculated excitation also referred to as synthesis excitation which is transmitted in the form of codebook indices and scaling factors via encoder 109 and path 145 to the synthesizer portion of FIG. 1. Each searcher calculates a portion of the calculated excitation. First, adaptive searcher 106 calculates excitation information and transmits this via path 127 to stochastic searcher 107. Searcher 107 is responsive to the target excitation received via path 123 and the excitation information from adaptive searcher 106 to calculate the remaining portion of the calculated excitation that best approximates the target excitation calculated by calculator 102. Searcher 107 determines the remaining excitation to be calculated by subtracting the excitation determined by searcher 106 from the target excitation. The calculated or synthetic excitation determined by searchers 106 and 107 is transmitted via paths 127 and 126, respectively, to adder 108. Adder 108 adds the two excitation components together to arrive at the synthetic excitation for the present frame. The synthetic excitation is used by the synthesizer to produce the synthesized speech.

The output of adder 108 is also transmitted via path 128 to LPC filter 110 and adaptive codebook 104. The excitation information transmitted via path 128 is utilized to update adaptive codebook 104. The codebook indices and scaling factors are transmitted from searchers 106 and 107 to encoder 109 via paths 125 and 124, respectively.

Searcher 106 functions by accessing sets of excitation information stored in adaptive codebook 104 and utilizing each set of information to minimize an error criterion between the target excitation received via path 123 and the accessed set of excitation from codebook 104. A scaling factor is also calculated for each accessed set of information since the information stored in adaptive codebook 104 does not allow for the changes in dynamic range of human speech.

The error criterion used is the square of the difference between the original and synthetic speech. The synthetic speech is that which will be reproduced in the synthesizer portion of FIG. 1 on the output of LPC filter 117. The synthetic speech is calculated in terms of the synthetic excitation information obtained from codebook 104 and the ringing signal; and the speech signal is calculated from the target excitation and the ringing signal. The excitation information for synthetic speech is utilized by performing a convolution of the LPC filter as determined by analyzer 102 utilizing the weighting information from calculator 103 expressed as a matrix. The error criterion is evaluated for each set of information obtained from codebook 104, and the set of excitation information giving the lowest error value is the set of information utilized for the present frame.

EXHIBIT B

:28

4,910,781

5

After searcher 106 has determined the set of excitation information to be utilized along with the scaling factor, the index into the codebook and the scaling factor are transmitted to encoder 109 via path 125, and the excitation information is also transmitted via path 127 to stochastic searcher 107. Stochastic searcher 107 subtracts the excitation information from adaptive searcher 106 from the target excitation received via path 123. Stochastic searcher 107 then performs operations similar to those performed by adaptive searcher 106.

The excitation information in adaptive codebook 104 is excitation information from previous frames. For each frame, the excitation information consists of the same number of samples as the sampled original speech. Advantageously, the excitation information may consist of 55 samples for a 4.8 Kbps transmission rate. The codebook is organized as a push down list so that the new set of samples are simply pushed into the codebook replacing the earliest samples presently in the codebook. When utilizing sets of excitation information out of codebook 104, searcher 106 does not treat these sets of information as disjoint sets of samples but rather treats the samples in the codebook as a linear array of excitation samples. For example, searcher 106 will form the first candidate set of information by utilizing sample 1 through sample 55 from codebook 104, and the second set of candidate information by using sample 2 through sample 56 from the codebook. This type of searching a codebook is often referred to as an overlapping codebook.

As this linear searching technique approaches the end of the samples in the codebook there is no longer a full set of information to be utilized. A set of information is also referred to as an excitation vector. At that point, the searcher performs a virtual search. A virtual search involves repeating accessed information from the table into a later portion of the set for which there are no samples in the table. This virtual search technique allows the adaptive searcher 106 to more quickly react to speech transitions such as from an unvoiced region of speech to a voiced region of speech. The reason is that in unvoiced speech regions the excitation is similar to white noise whereas in the voiced regions there is a fundamental frequency. Once a portion of the fundamental frequency has been identified from the codebooks, it is repeated.

FIG. 2 illustrates a portion of excitation samples such as would be stored in codebook 104 but where it is assumed for the sake of illustration that there are only 10 samples per excitation set. Line 201 illustrates that the contents of the codebook and lines 202, 203 and 204 illustrate excitation sets which have been formed utilizing the virtual search technique. The excitation set illustrated in line 202 is formed by searching the codebook starting at sample 205 on line 201. Starting at sample 205, there are only 9 samples in the table, hence, sample 208 is repeated as sample 209 to form the tenth sample of the excitation set illustrated in line 202. Sample 208 of line 202 corresponds to sample 205 of line 201. Line 203 illustrates the excitation set following that illustrated in line 202 which is formed by starting at sample 206 on line 201. Starting at sample 206 there are only 8 samples in the code book, hence, the first 2 samples of line 203 which are grouped as samples 210 are repeated at the end of the excitation set illustrated in line 203 as samples 211. It can be observed by one skilled in the art that if the significant peak illustrated in line 203 was a pitch

6

peak then this pitch has been repeated in samples 210 and 211. Line 204 illustrates the third excitation set formed starting at sample 207 in the codebook. As can be seen, the 3 samples indicated as 212 are repeated at the end of the excitation set illustrated on line 204 as samples 213. It is important to realize that the initial pitch peak which is labeled as 207 in line 201 is a cumulation of the searches performed by searchers 106 and 107 from the previous frame since the contents of codebook 104 are updated at the end of each frame. The statistical searcher 107 would normally arrive first at a pitch peak such as 207 upon entering a voiced region from an unvoiced region.

Stochastic searcher 107 functions in a similar manner as adaptive searcher 106 with the exception that it uses as a target excitation the difference between the target excitation from target excitation calculator 102 and excitation representing the best match found by searcher 106. In addition, search 107 does not perform a virtual search.

A detailed explanation is now given of the analyzer portion of FIG. 1. This explanation is based on matrix and vector mathematics. Target excitation calculator 102 calculates a target excitation vector, $t$, in the following manner. A speech vector $s$ can be expressed as

$$s = Ht + z$$

The H matrix is the matrix representation of the all-pole LPC synthesis filter as defined by the LPC coefficients received from LPC analyzer 101 via path 121. The structure of the filter represented by H is described in greater detail later in this section and is part of the subject of this invention. The vector $z$ represents the ringing of the all-pole filter from the excitation received during the previous frame. As was described earlier, vector $z$ is derived from LPC filter 110 and zero-input response filter 111. Calculator 102 and subtracter 112 obtain the vector $t$ representing the target excitation by subtracting vector $z$ from vector $s$ and processing the resulting signal vector through the all-zero LPC analysis filter also derived from the LPC coefficients generated by LPC analyzer 101 and transmitted via path 121. The target excitation vector $t$ is obtained by performing a convolution operation of the all-zero LPC analysis filter, also referred to as a whitening filter, and the difference signal found by subtracting the ringing from the original speech. This convolution is performed using well-known signal processing techniques.

Adaptive searcher 106 searches adaptive codebook 104 to find a candidate excitation vector $r$ that best matches the target excitation vector $t$. Vector $r$ is also referred to as a set of excitation information. The error criterion used to determine the best match is the square of the difference between the original speech and the synthetic speech. The original speech is given by vector $s$ and the synthetic speech is given by the vector $y$ which is calculated by the following equation:

$$y = HL_i r_i + z$$

where $L_i$ is a scaling factor.
The error criterion can be written in the following form:

$$e = (Ht + z - HL_i r_i - z)^T (Ht + z - HL_i r_i - z). \qquad (1)$$

EXHIBIT B

29

4,910,781

7

In the error criterion, the H matrix is modified to emphasis those sections of the spectrum which are perceptually important. This is accomplished through well known pole-bandwidth widing technique. Equation 1 can be rewritten in the following form:

$$e = (t - L_i r_i)^T H^T H (t - L_i r_i). \tag{2}$$

Equation 2 can be further reduced as illustrated in the following:

$$e = t^T H^T H t + L_i r_i^T H^T H L_i r_i - 2L_i r_i^T H^T H t. \tag{3}$$

The first term of equation 3 is a constant with respect to any given frame and is dropped from the calculation of the error in determining which $r_i$ vector is to be utilized from codebook 104. For each of the $r_i$ excitation vectors in codebook 104, equation 3 must be solved and the error criterion, e, must be determined so as to chose the $r_i$ vector which has the lowest value of e. Before equation 3 can be solved, the scaling factor, $L_i$ must be determined. This is performed in a straight forward manner by taking the partial derivative with respect to $L_i$ and setting it equal to zero, which yields the following equation:

$$L_i = \frac{r_i^T H^T H t}{r_i^T H^T H r_i}. \tag{4}$$

The numerator of equation 4 is normally referred to as the cross-correlation term and the denominator is referred to as the energy term. The energy term requires more computation than the cross-correlation term. The reason is that in the cross-correlation term the product of the last three elements needs only to be calculated once per frame yielding a vector; and then for each new candidate vector, $r_h$ it is simply necessary to take the dot product between the candidate vector transposed and the constant vector resulting from the computation of the last three elements of the cross-correlation term.

The energy term involves first calculating $H r_i$ then taking the transpose of this and then taking the inner product between the transpose of $H r_i$ and $H r_i$. This results in a large number of matrix and vector operations requiring a large number of calculations. The present invention is directed towards reducing the number of calculations and enhancing the resulting synthetic speech.

In part, the present invention realizes this goal by utilizing an infinite impulse response LPC filter rather than an infinite impulse response LPC filter as utilized in the prior art. The utilization of a finite impulse response filter having a constant reponse length results in the H matrix having a different symmetry than in the prior art. The H matrix represents the operation of the finite impulse response filter in terms of matrix notation. Since the filter is a finite impulse response filter, the convolution of this filter and the excitation information represented by each candidate vector, $r_i$, results in each sample of the vector $r_i$ generating a finite number of response samples which are designated as R number of samples. When the matrix vector operation of calculating $H r_i$ is performed which is a convolution operation, all of the R response points resulting from each sample in the candidate vector, $r_i$, are summed together to form a frame of synthetic speech.

The H matrix representing the finite impulse response filter is an $N+R$ by N matrix, where N is the frame

8

length in samples, and R is the length of the truncated impulse response in number of samples. Using this form of the H matrix, the response vector Hr has a length of $N+R$. This form of H matrix is illustrated in the following equation 5:

$$H = \begin{bmatrix} h_0 & 0 & . & . & 0 \\ h_1 & h_0 & . & . & . \\ . & . & & & . \\ h_R & h_{R-1} & . & . & . \\ 0 & h_R & & . & h_0 \\ . & 0 & & . & h_1 \\ . & . & & & . \\ . & . & & h_R & h_{R-1} \\ 0 & 0 & . & 0 & h_R \end{bmatrix}. \tag{5}$$

Consider the product of the transpose of the H matrix and the H matrix itself as in equation 6:

$$A = H^T H. \tag{6}$$

Equation 6 results in matrix A which is N by N square, symmetric, and Toeplitz as illustrated in the following equation 7.

$$A = \begin{bmatrix} A_0 & A_1 & A_2 & A_3 & A_4 \\ A_1 & A_0 & A_1 & A_2 & A_3 \\ A_2 & A_1 & A_0 & A_1 & A_2 \\ A_3 & A_2 & A_1 & A_0 & A_1 \\ A_4 & A_3 & A_2 & A_1 & A_0 \end{bmatrix}. \tag{7}$$

Equation 7 illustrates the A matrix which results from $H^T H$ operation when N is five. One skilled in the art would observe from equation 5 that depending on the value of R that certain of the elements in matrix A would be 0. For example, if $R=2$ then elements $A_2$, $A_3$ and $A_4$ would be 0.

FIG. 3 illustrates what the energy term would be for the first candidate vector $r_1$ assuming that this vector contains 5 samples which means that N equals 5. The samples $X_0$ through $X_4$ are the first 5 samples stored in adaptive codebook 104. The calculation of the energy term of equation 4 for the second candidate vector $r_2$ is illustrated in FIG. 4. The latter figure illustrates that only the candidate vector has changed and that it has only changed by the deletion of the $X_0$ sample and the addition of the $X_5$ sample.

The calculation of the energy term illustrated in FIG. 3 results in a scalar value. This scalar value for $r_1$ differs from that for candidate vector $r_2$ as illustrated in FIG. 4 only by the addition of the $X_5$ sample and the deletion of the $X_0$ sample. Because of the symmetry and Toeplitz nature introduced into the A matrix due to the utilization of a finite impulse response filter, the scalar value for FIG. 4 can be easily calculated in the following manner. First, the contribution due to the $X_0$ sample is eliminated by realizing that its contribution is easily determinable as illustrated in FIG. 5. This contribution can be removed since it is simply based on the multiplication and summation operations involving term 501 with terms 502 and the operations involving terms 504

EXHIBIT  B

30

4,910,781

9

with term 503. Similarly, FIG. 6 illustrates that the addition of term $X_8$ can be added into the scalar value by realizing that its contribution is due to the operations involving term 601 with terms 602 and the operations involving terms 604 with the terms 603. By subtracting the contribution of the terms indicated in FIG. 5 and adding the effect of the terms illustrated in FIG. 6, the energy term for FIG. 4 can be recursively calculated from the energy term of FIG 3. It would be obvious to one skilled in the art that this method of recursive calculation is independent of the size of the vector $r_i$ or the A matrix. These recursive calculations allow the candidate vectors contained within adaptive codebook 104 or codebook 105 to be compared with each other but only requiring the additional operations illustrated by FIGS. 5 and 6 as each new excitation vector is taken from the codebook.

In general terms, these recursive calculations can be mathematically expressed in the following manner. First, a set of masking matrices is defined as $I_k$ where the last one appears in the kth row.

$$I_k = \begin{bmatrix} 1 & 0 & . & . & . & . & 0 \\ 0 & 1 & . & . & . & . & . \\ . & . & . & . & . & . & . \\ . & . & . & 1 & 0 & . & . \\ . & . & . & 0 & 0 & . & . \\ . & . & . & . & . & . & . \\ 0 & . & . & . & . & . & 0 \end{bmatrix} \qquad (8)$$

In addition, the unity matrix is defined as I as follows:

$$I = \begin{bmatrix} 1 & 0 & . & . & . & . \\ 0 & 1 & 0 & . & . & . \\ . & 0 & 1 & 0 & . & . \\ . & . & 0 & 1 & 0 & . \\ . & . & . & 0 & 1 & 0 \\ 0 & . & . & . & 0 & 1 \end{bmatrix} \qquad (9)$$

Further, a shifting matrix is defined as follows:

$$S = \begin{bmatrix} 0 & 1 & 0 & . & . & . & 0 \\ 0 & 0 & 1 & . & . & . & . \\ . & . & . & . & . & . & . \\ . & . & . & . & . & 0 & 1 \\ 0 & . & . & . & 0 & 0 & 0 \end{bmatrix} \qquad (10)$$

For Toeplitz matrices, the following well known theorem holds:

$$S^T A S = (I - I_1) A (I - I_1). \qquad (11)$$

Since A or $H^T H$ is Toeplitz, the recursive calculation for the energy term can be expressed using the following nomenclature. First, define the energy term associated with the $r_{j+1}$ vector as $E_{j+1}$ as follows:

$$E_{j+1} = r_{j+1}{}^T H^T H r_{j+1}. \qquad (12)$$

In addition, vector $r_{j+1}$ can be expressed as a shifted version of $r_j$ combined with a vector containing the new sample of $r_{j+1}$ as follows:

$$r_{j+1} = S r_j + (I - I_{N-1}) r_{j+1}. \qquad (13)$$

10

Utilizing the theorem of equation 11 to eliminate the shift matrix S allows equation 12 to be rewritten in the following form:

$$E_{j+1} = E_j + 2 [r_{j+1}{}^T (I - I_{N-1}) H^T H S r_j - \qquad (14)$$
$$\eta^T (I - I_1) H^T H I_1 r_j] -$$
$$\eta^T I_1 H^T H I_1 r_j + r_{j+1}{}^T (I - I_{N-1}) H^T H (I - I_{N-1}) r_{j+1}.$$

It can be observed from equation 14, that since the I and S matrices contain predominantly zeros with a certain number of ones that the number of calculations necessary to evaluate equation 14 is greatly reduced from that necessary to evaluate equation 3. A detailed analysis by one skilled in the art would indicate that the calculation of equation 14 requires only $2Q + 4$ floating point operations, where Q is the smaller of the number R or the number N. This is a large reduction in the number of calculations from that required for equation 3. This reduction in calculation is accomplished by utilizing a finite impulse response filter rather than an infinite impulse response filter and by the Toeplitz nature of the H'H matrix.

Equation 14 properly computes the energy term during the normal search of codebook 104. However, once the virtual searching commences, equation 14 no longer would correctly calculate the energy term since the virtual samples as illustrated by samples 213 on line 204 of FIG. 2 are changing at twice the rate. In addition, the samples of the normal search illustrated by samples 214 of FIG. 2 are also changing in the middle of the excitation vector. This situation is resolved in a recursive manner by allowing the actual samples in the codebook, such as samples 214, to be designated by the vector $w_i$ and those of the virtual section, such as samples 213 of FIG. 2, to be denoted by the vector $v_i$. In addition, the virtual samples are restricted to less than half of the total excitation vector. The energy term can be rewritten from equation 14 utilizing these conditions as follows:

$$E_i = w_i{}^T H^T H w_i + 2 w_i{}^T H^T H v_i + v_i{}^T H^T H v_i. \qquad (15)$$

The first and third terms of equation 15 can be computationally reduced in the following manner. The recursion for the first term of equation 15 can be written as:

$$w_{j+1}{}^T H^T H w_{j+1} = w_j{}^T H^T H w_j - 2 w_j{}^T (I - I_1) H^T H I_1 w_j \qquad (16)$$
$$- w_j{}^T I_1 H^T H I_1 w_j.$$

and the relationship between $v_j$ and $v_{j+1}$ can be written as follows:

$$v_{j+1} = S^2 (I - I_{p+1}) v_j + (I - I_{N-2}) v_{j+1}. \qquad (17)$$

This allows the third term of equation 15 to be reduced by using the following:

$$H^T H v_{j+1} = S^2 H^T H v_j + H^T H S^2 (I_p - I_{p+1}) v_j \qquad (18)$$
$$+ (I - I_{N-2}) H^T H S^2 (I - I_{p+1}) v_j + H^T \cdot$$
$$H (I - I_{N-2}) v_{j+1}.$$

The variable p is the number of samples that actually exists in the codebook 104 that are presently used in the existing excitation vector. An example of the number of samples is that given by samples 214 in FIG. 2. The second term of equation 15 can also be reduced by equation 18 since $v_i{}^T H^T H$ is simply the transpose of $H^T H v_i$ in matrix arithmetic. One skilled in the art can

EXHIBIT B

31

4,910,781

11

immediately observe that the rate at which searching is done through the actual codebook samples and the virtual samples is different. In the above illustrated example, the virtual samples are searched at twice the rate of actual samples.

FIG. 7 illustrates adaptive searcher 106 of FIG. 1 in greater detail. As previously described, adaptive searcher 106 performs two types of search operations: virtual and sequential. During the sequential search operation, searcher 106 accesses a complete candidate excitation vector from adaptive codebook 104; whereas, during a virtual search, adaptive searcher 106 accesses a partial candidate excitation vector from codebook 104 and repeats the first portion of the candidate vector accessed from codebook 104 into the latter portion of the candidate excitation vector as illustrated in FIG. 2. The virtual search operations are performed by blocks 708 through 712, and the sequential search operations are performed by blocks 702 through 706. Search determinator 701 determines whether a virtual or a sequential search is to be performed. Candidate selector 714 determines whether the codebook has been competely searched; and if the codebook has not been completely searched, selector 714 returns control back to search determinator 701.

Search determinator 701 is responsive to the spectral weighting matrix received via path 122 and the target excitation vector received path 123 to control the complete search codebook 104. The first group of candidate vectors are filled entirely from the codebook 104 and 30 the necessary calculations are performed by blocks 702 through 706, and the second group of candidate excitation vectors are handled by blocks 708 through 712 with portions of vectors beings repeated.

If the first group of candidate excitation vectors is 35 being accessed from codebook 104, search determinator communicates the target excitation vector, spectral weighting matrix, and index of the candidate excitation vector to be accessed to sequential search control 702 via path 727. The latter control is responsive to the 40 candidate vector index to access codebook 104. The sequential search control 702 then transfers the target excitation vector, the spectral weighting matrix, index, and the candidate excitation vector to blocks 703 and 704 via path 728.

Block 704 is responsive to the first candidate excitation vector received via path 728 to calculate a temporary vector equal to the $H^T H t$ term of equation 3 and transfers this temporary vector and information received via path 728 to cross-correlation calculator 705 50 via path 729. After the first candidate vector, block 704 just communicates information received on path 728 to path 729. Calculator 705 calculates the cross-correlation term of equation 3.

Energy calculator 703 is responsive to the information on path 728 to calculate the energy term of equation 3 by performing the operations indicated by equation 14. Calculator 703 transfers this value to error calculator 706 via path 733.

Error calculator 706 is responsive to the information 60 received via paths 730 and 733 to calculate the error value by adding the energy value and the cross-correlation value and to transfer that error value along with the candidate number, scaling factor, and candidate value to candidate selector 714 via path 730. 65

Candidate selector 714 is responsive to the information received via path 732 to retain the information of the candidate whose error value is the lowest and to

12

return control to search determinator 701 via path 731 when actuated via path 732.

When search determinator 701 determines that the second group of candidate vectors is to be accessed from codebook 104, it transfers the target excitation vector, spectral weighting matrix, and candidate excitation vector index to virtual search control 708 via path 720. The latter search control accesses codebook 104 and transfers the accessed code excitation vector and information received via path 720 to blocks 709 and 710 via path 721. Blocks 710, 711 and 712, via paths 722 and 723, perform the same type of operations as performed by blocks 704, 705 and 706. Block 709 performs the operation of evaluating the energy term of equation 3 as does block 703; however, block 709 utilizes equation 15 rather than equation 14 as utilized by energy calculator 703.

For each candidate vector index, scaling factor, candidate vector, and error value received via path 724, candidate selector 714 retains the candidate vector, scaling factor, and the index of the vector having the lowest error value. After all of the candidate vectors have been processed, candidate selector 714 then transfers the index and scaling factor of the selected candidate vector which has the lowest error value to encoder 109 via path 125 and the selected excitation vector via path 127 to adder 108 and stochastic searcher 107 via path 127.

FIG. 8 illustrates, in greater detail, virtual search control 708. Adaptive codebook accessor 801 is responsive to the candidate index received via path 720 to access codebook 104 and to transfer the accessed candidate excitation vector and information received via path 720 to sample repeater 802 via path 803. Sample repeater 802 is responsive to the candidate vector to repeat the first portion of the candidate vector into the last portion of the candidate vector in order to obtain a complete candidate excitation vector which is then transferred via path 721 to blocks 709 and 710 of FIG. 7.

FIG. 9 illustrates, in greater detail, the operation of energy calculator 709 in performing the operations indicated by equation 18. Actual energy component calculator 901 performs the operations required by the first term of equation 18 and transfers the results to adder 905 via path 911. Temporary virtual vector calculator 902 calculates the term $H^T H v_l$ in accordance with equation 18 and transfers the results along with the information received via path 721 to calculators 903 and 904 via path 910. In response to the information on path 910, mixed energy component calculator 903 performs the operations required by the second term of equation 15 and transfers the results to adder 905 via path 913. In response to the information on path 910, virtual energy component calculator 904 performs the operations required by the third term of equation 15. Adder 905 is responsive to information on paths 911, 912, and 913 to calculate the energy value and to communicate that value on path 726.

Stochastic searcher 107 comprises blocks similar to blocks 701 through 706 and 714 as illustrated in FIG. 7. However, the equivalent search determinator 701 would form a second target excitation vector by subtracting the selected candidate excitation vector received via path 127 from the target excitation received via path 123. In addition, the determinator would always transfer control to the equivalent control 702.

4,910,781

13

Microfiche Appendix A comprises a C language source program that implements this invention. The program of Microfiche Appendix A is intended for execution at a Digital Equipment Corporation's VAX 11/780-5 computer system with appropriate peripheral equipment or a similar system.

It is to be understood that the afore-described embodiments are merely illustrative of the principles of the invention and that other arrangements may be devised by those skilled in the art without departing from the spirit and scope of the invention.

What is claimed is:

1. A method of encoding speech for communication to a decoder for reproduction and said speech comprises frames of speech each having a plurality of samples, comprising the steps of:

storing a plurality of candidate sets of excitation information each having samples in a table, a group of said sets of excitation information having fewer samples than each of said frames of speech and remaining sets of said sets of excitation information having the same number of samples as each of said frames of speech;

searching said plurality of candidate sets of excitation information with a present one of said frames to determine the candidate set of excitation information that best matches said present frame by repeating upon searching each of said group of said candidate sets a portion of each of said group of said candidate sets of excitation information so that each of said group of said candidate sets of excitation information has the same number of samples as said present frame; and

communicating information to identify the location of the determined candidate set of excitation information in said table for reproduction of said speech for said present frame by said decoder.

2. The method of claim 1 wherein said step of searching comprises the steps of:

storing excitation information in said table as a linear array of samples;

shifting a window through said array equal to the number of samples in said present frame to form each candidate set of excitation information; and

repeating a portion of each of said group of said candidate sets of excitation in information to complete each of said group of said candidate sets of excitation information.

3. The method of claim 2 wherein said remaining sets of said candidate sets of excitation information are filled entirely with samples from said array.

4. The method of claim 3 wherein said searching step further comprises the steps of:

forming a target set of excitation information in response to a present one of said frames of speech;

calculating a temporary set of excitation information from said target set of excitation information and the determined candidate set of excitation information;

searching a plurality of other candidate sets of excitation information stored in another table with said temporary set of excitation information to determine the other candidate set of excitation information that best matches said temporary set of excitation information from said other table; and

determining another location of the other determined candidate set of excitation information in said other table; and

14

said step of communicating further communicates said other location for reproduction of said speech for said present frame by said decoder.

5. The method of claim 4 where said searching step further comprises the steps of determining a set of filter coefficients in response to said present one of said frames of speech;

calculating information representing a finite impulse response filter from said set of filter coefficients;

recursively calculating an error value for each of said plurality of candidate sets of excitation information stored in said table in response to the finite impulse response filter information in each of said candidate sets of excitation information and said target set of excitation information; and

selecting said determined candidate set of excitation information whose calculated error value is the smallest.

6. The method of claim 5 wherein said step of communicating further communicates said filter coefficients for reproduction of said speech for said present frame by said decoder.

7. The method of claim 6 further comprises the step of updating said table by replacing one of said candidates sets of excitation information with said determined one of said candidate sets of excitation information from said table.

8. A method for encoding speech for communication to a decoder for reproduction and said speech comprises frames with each frame represented by a speech vector having a plurality of samples, comprising the steps of:

calculating a target excitation vector in response to a present speech vector;

storing a plurality of candidate excitation vectors having samples in an overlapping table, a group of said candidate excitation vectors having fewer samples than said target excitation vector and a remainder of said candidate excitation vectors having the same number of samples as said target excitation vector;

calculating an error value associated with each of said plurality of candidate excitation vectors, said error value being a function of its associated candidate excitation vector and said target excitation vector and calculating an error value by repeating for each of said group of candidate excitation vectors a portion of each of said group of said candidate speech vectors so that each of said group of candidate excitation vectors has the same number of samples as said target excitation vector thereby compensating for speech transitions such as between unvoiced and voiced regions of said speech;

selecting the candidate excitation vector whose calculated error value is the smallest; and

communicating information defining the location of the selected candidate excitation vector in said table.

9. The method of claim 8 wherein said step of calculating comprises the steps of:

storing an array of samples in said table;

shifting a window through said array equal to the number of samples in said present speech vector to form each of said candidate excitation vectors; and

repeating a portion of each of said group of said candidate excitation to complete each of said group of candidate excitation vectors.

EXHIBIT B

133

4,910,781

15

10. The method of claim 9 wherein said remainder of candidate excitation vectors are filled entirely with samples accessed sequentially from said array.

11. The method of claim 10 wherein said calculating step further comprises the steps of:

calculating a temporary excitation vector from said target excitation vector and the selected excitation vector;

calculating a set of filter coefficients in response to a present one of said speech vectors;

calculating a response matrix to model a finite impulse response filter based on said filter coefficients for said present speech vector;

calculating a spectral weighting matrix of a Toeplitz form by matrix operations on said response matrix;

calculating a cross-correlation value in response to said temporary excitation vector and said spectral weighting matrix and each of a plurality of other candidate speech vectors stored in another overlapping table;

recursively calculating an energy value for each of said other candidate excitation vectors in response to said temporary excitation vector and said spectral weighting matrix and each of said other candidate excitation vectors;

calculating an error value for each of said other candidate excitation vectors in response to each of said cross-correlation and energy values for each of said other candidate excitation vectors;

selecting the other candidate excitation vector whose calculated error value is the smallest;

said communicating step further communicates the location of the selected other candidate excitation vector in said other table for reproduction of said speech for said present speech vector.

12. Apparatus for encoding speech to be communicated to a decoder for reproduction and said speech comprises frames each having a plurality of samples, comprising;

means for storing a plurality of candidate sets of excitation information each having samples in a table, a group of said sets of excitation information having fewer samples than each of said frames of speech and remaining sets of said sets of excitation information having the same number of samples as each of said frames of speech;

means for searching through said plurality of candidate sets of excitation information with a present one of said frames to determine the candidate set of excitation information that best matches said present frame by repeating upon searching each of said group of said candidate sets of excitation information a portion of each of said group of said candidate sets of excitation information so that each of said group of said candidate sets of excitation information has the same number of samples as said present frame thereby compensating the amount of matching during speech transitions such as be- tween unvoiced and voiced regions of said speech; and

means for communicating information to identify the location of the determined candidate set of excita-

16

tion information in said table for reproduction of said speech for said present frame by said decoder.

13. The apparatus of claim 12 wherein said searching means comprises:

means for storing excitation information in said table as a linear array of samples;

means for shifting a window through said array equal to the number of samples in said present frame to form each candidate set of excitation information; and

means for repeating a portion of each of said group of said candidate sets of excitation information to complete each of said group of said candidate sets of excitation information.

14. The apparatus of claim 13 wherein said remainder candidate sets of excitation information are filled entirely with samples said array.

15. The apparatus of claim 14 wherein said searching means further comprises:

means for forming a target set of excitation information in response to a present one of said frames of speech;

means for calculating a temporary set of excitation information from said target set of excitation information and the determined candidate set of excitation information;

means for searching a plurality of other candidate sets of excitation information stored in another table with said temporary set of excitaton information to determine the other candidate set of excitation information that best matches said temporary set of excitation information from said other table;

means for determining a location of the other determined candidate set of excitation information in said other table; and

said step of communicating further communicates said other location for reproduction of said speech for said present frame by said decoder.

16. The apparatus of claim 15 wherein said searching step further comprises means for determining a set of filter coefficients in response to said present one of said frames of speech;

means for calculating information representing a finite impulse response filter from said set of filter coefficients;

means for recursively calculating an error value for each of said plurality of candidate sets of excitation information stored in said table in response to the finite impulse response filter information in each of said candidate sets of excitation information and said target set of excitation information; and

means for selecting said determined candidate set of excitation information whose calculated error value is the smallest.

17. The apparatus of claim 16 wherein communicating means further communicates said filter coefficients for reproduction of said speech for said present frame by said decoder.

18. The apparatus of claim 17 further comprises means for updating said table by replacing one of said candidate sets of excitation information with said determined one of said candidate sets of excitation information from said table.

* * * * *

**EXHIBIT C**

# United States Patent [19]

## Haskell et al.

[11] **Patent Number:** 4,958,226

[45] **Date of Patent:** Sep. 18, 1990

[54] **CONDITIONAL MOTION COMPENSATED INTERPOLATION OF DIGITAL MOTION VIDEO**

[75] Inventors: **Barin G. Haskell**, Tinton Falls, N.J.; **Atul Puri**, Bronx, N.Y.

[73] Assignee: **AT&T Bell Laboratories**, Murray Hill, N.J.

[21] Appl. No.: **413,520**

[22] Filed: **Sep. 27, 1989**

[51] Int. Cl.5 ............................................. H04N 7/12

[52] U.S. Cl. ................................ 358/136; 358/135

[58] Field of Search ..................... 358/135, 136, 133

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,218,703 | 8/1980 | Netravali et al. . | |
| 4,218,704 | 8/1980 | Netravali et al. . | |
| 4,383,272 | 5/1983 | Netravali et al. . | |
| 4,442,454 | 4/1984 | Powell ........................ | 358/167 |
| 4,460,923 | 7/1984 | Hirano et al. ................ | 358/136 |
| 4,665,436 | 5/1987 | Osborne et al. ............. | 358/135 X |
| 4,667,233 | 5/1987 | Furukawa .................... | 358/136 |
| 4,727,422 | 2/1988 | Hinman ........................ | 358/135 X |
| 4,782,387 | 11/1988 | Sabri et al. .................. | 358/135 |

### OTHER PUBLICATIONS

"Movement–Compensated Frame–Frequency Conversion of Television Signals," H. Yamaguchi, T. Sugi and

K. Kinuhata, IEEE Transactions on Communications, vol. COM–35, No. 10, Oct. 1987, pp. 1069–1082.

*Primary Examiner*—James J. Groody
*Assistant Examiner*—Victor R. Kostak
*Attorney, Agent, or Firm*—Henry T. Brendzel

[57]                **ABSTRACT**

Motion digital video is encoded and decoded by a motion compensated interpolation method and apparatus. In accordance with the method, selected frames of the video are interpolated in the decoder with the aid of interpolation correction codes that are generated in the encoder and sent to the decoder. In an encoder embodiment that interpolates half of the frames, every other frame is encoded and decoded within the encoder. The decoded versions of adjacent frames are appropriately combined and compared to the interleaved camera frame that is to be interpolated in the decoder. The differences, which correspond to "pels correction" information, are encoded and quantized. Those that exceed a predetermined threshold value are added to the encoder's output buffer. The inverse operation is carried out in the decoder. That is every pair of decoded frames is averaged and combined with the decoded "pels correction" information to form the interpolated frames.

**12 Claims, 2 Drawing Sheets**



*EXHIBIT* C

135

FIG. 1



EXHIBIT C

36

# U.S. Patent     Sep. 18, 1990     Sheet 2 of 2     4,958,226

FIG. 2



EXHIBIT C

37

4,958,226

1

## CONDITIONAL MOTION COMPENSATED INTERPOLATION OF DIGITAL MOTION VIDEO

### BACKGROUND OF THE INVENTION

This invention relates to signal coding and, more particularly, to a method and apparatus for encoding and decoding video signals of moving images.

Video signals typically originate from video cameras. The bandwidth of video signals is quite substantial and consequently, practioners in the art have tried to reduce the bandwidth of these signals without unduly degrading the the images. Typically to reduce bandwidth the video signals are encoded and redundancies in the encoded signals are extracted and deleted. Different techniques are used in the art and some are better suited for still images, while others are better suited for moving images. One of the techniques for reducing the bandwidth of moving images is generally referred to as motion compensated predictive coding.

In conventional motion compensated predictive coding, each video frame is first partitioned into square blocks of picture elements (pels); such as blocks fo 8 pels by 8 pels. Each block is coded, in turn, and the developed encoded sequence is transmitted over a communications channel to a decoder. The communications channel may be, or may include, a storage element. Next, a determination is made as to whether or not the pels of the block have changed significantly compared with the previous frame. If not, an indicator signal is sent which signifies to the decoder that it needs to merely repeat the pels of that block from the previous frame obtain the pels for the current block. This is known as "Conditional Replenishment". If the pels have changed since the previous frame, an attempt is made to determine the best estimate of motion that is occurring in the block. This is frequently done by a "Block Matching Motion Estimation" technique wherein the pels of the current block are successively compared with various small shifts of the corresponding block in the previous frame. The shift that gives the best match is deemed to be the "best estimate" of the displacement in the block's image between frames, and the amount of this shift, called the "Motion Vector", is selected and sent to the decoder.

The pels of the current block are then compared with those of the "best" shifted block from the previous frame to see if there is a significant difference. If not, an indicator signal is sent to the decoder, which merely causes the pels of the shifted block from the previous frame to be repeated for the pels for the current shifted block. Such blocks are said to have been successfully "Motion Compensated". However, if there is a significant difference between the two blocks, the difference is encoded and sent to the decoder so that the pels of the current block may be more accurately recovered. Coding of this difference is typically performed by means of the "Discrete Cosine Transform" (DCT).

The volume of code that is generated by the above procedure is variable. It can be appreciated, for example, that image changes that do not correspond to a uniform translation, or motion, of the image may require substantial encoding to describe the deviation of a block from its best translated replica. On the other hand, when the image does not change between successive frames, then there is a minimal amount of information that needs to be encoded. To accommodate these potentially wide variations in the amount of code that

2

needs to be transmitted, typical encoders include a FIFO memory at the output, to serve as a buffer.

The FIFO is not a panacea. For a given transmission rate, when an excessive volume data is generated, there is always a danger that the FIFO would overflow. When it does, coding must stop until the transmission channel can empty the FIFO sufficiently so that new data to be accepted into it. Since it is inconvenient to stop encoding in the middle of a frame, most systems discard an entire frame whenever the FIFO buffer is full, or nearly so. To compensate for the loss of a frame, such systems cause the decoder to repeat its most recently available frame. Frame repeating results in moving objects in the scene being reproduced in a jerky fashion, rather than in the smooth way that would occur if frame repeating were not invoked.

There have been some suggestions for improving the quality of the repeated frames in order to make them more faithfully resemble the original. One technique is called "Motion Compensated Interpolation". With this technique, instead of simply repeating the pels from the previous frame, the Motion Vectors are used to laterally displace the block by the appropriate amount prior to display. In other words, this method creates the missing block of pels by averaging over the immediately previous and following blocks of pels that are available to the decoder. While this might seem to be a good idea, experimental results show that when the images of successive blocks do not represent translational motion, the reproduced image may be worse than with frame repeating. Although it has been observed that this degradation is caused by a relatively few pels that do not conform to the assumption of translational motion, putting these pels in the wrong place creates highly visible artifacts.

### SUMMARY OF THE INVENTION

In accordance with the principles of this invention, pels that cause highly visible artifacts are detected, and corresponding correction information is transmitted to the decoder. The amount of correction information that must be sent is relatively small, and the improvement in picture quality is quite large.

Since the interpolation technique that employs the principles of this invention yields good results, it has been found acceptable to interpolate every other frame, or two out of three frames, on a regular basis. The benefit of such regular interpolation is a reduced transmission bit rate which results from the fact that the pel correction information comprises fewer bits than the actual frame coding information.

In an encoder embodiment that interpolates half of the frames, every other frame is encoded and thereafter decoded within the encoder. The decoded versions of adjacent frames are appropriately combined and compared to the interleaved camera frame that is to be interpolated in the decoder. The differences, which correspond to "pels correction" information, are encoded and quantized. Those that exceed a predetermined threshold value are added to the encoder's output buffer. The inverse operation is carried out in the decoder. That is every pair of decoded frames is averaged and combined with the decoded "pels correction" information to form the interpolated frames.

EXHIBIT C

38

4,958,226

3

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 presents a block diagram of an encoder in accordance with the principles of this invention; and

FIG. 2 depicts a block diagram of a decoder in accordance with the principles of this invention.

## DETAILED DESCRIPTION

Given a specified transmission rate in the communications channel, frame interpolation needs to be resorted to only when the FIFO is at, or near overflow. When that is the selected approach, the encoder of our invention encodes the blocks of every frame and concurrently develops the codes for interpolating the blocks from the information available to the encoder from previous and subsequent frames. At the input to the FIFO buffer, a switch is installed that is sensitive to the available memory in the buffer. When the available memory falls below a preselected threshold, the switch is set to accept the frame interpolation code. Otherwise, the switch is set to accept the frame encoding code. Other control techniques are also available, such as selecting some frames for encoding and some frames for interpolation, based on the occupancy level of the buffer. Both specific frames can thus be selected for interpolations as well as a proportion of frames to be interpolated.

The above insures that the encoder would not exceed the tranamission capacity of the communications channel. In some applications, however, it is more important to achieve a low transmission rate. Knowing that the frame interpolation code is less voluminous than the frame encoding code, it makes sense to accept the frame interpolation code wherever possible. The zeal to chose interpolation code in preference to the frame encoding code is tempered, however, by the level of degradation that is acceptable to the user in the reconstituted picture. It is further tempered by the observation that the volume of the frame interpolation code increase with increased use of the frame interpolation code so one could quickly reach a point of "diminishing returns" in the use of interpolation code.

Experimentally, it has been found that interpolating every other frame is quite beneficial. Accordingly, for the illustrative purposes of this disclosure, the following describes the structure and operation of an encoder and a decoder that interpolates every other frame in accordance with the principles of this invention.

FIG. 1 describes an encoder of our invention. In FIG. 1, a video signal is applied to switch 10. The control toggles at the video frame rate and thus feed alternate frames to outputs A and B. The control is such that switch 10 is in position A when frame $F_{i+1}$ is coming out of the video camera. The index i designates the frame number from some arbitrary starting point. During the previous video frame period, frame $F_i$ came out of the camera, passed through output B of switch 10 and to the input of frame memory 16. Now, frame $F_i$ is coming out of frame memory 16. It is frame $F_i$ that will be interpolated in the decoder.

The following segment describes the operation of the motion compensation coding portion of the coder, which is well known to those skilled in the art.

Frame $F_{i+1}$ passes to subtractor 20 and to motion estimator 11. Frame memory 12 contains the frame that was previously coded via motion compensation; and in this case it is frame $F_{i-1}$. The output of memory 12 forms the other input to motion estimator 11. For each

4

block of pels, motion estimator 11 compares the pels of frames $F_{i+1}$ and $F_{i-1}$ to determine the best estimate of motion. The best estimate is delivered as a motion vector signal on bus 100, and thus it passes to shift circuit 15. Circuit 15 also accepts the pels information about the previous frame, $F_{i-1}$, from frame memory 12, applies the appropriate translational shift according to the above-mentioned motion vector and outputs a block of "Prediction" pels to be used as a prediction of the incoming frame $F_{i+1}$ pels.

This prediction block of pels passes to the other input of substractor 20 whereupon it is subtracted from the incoming pels of frame $F_{i+1}$ to give a "Prediction Error" signal. The prediction error typically is transformed by DCT 30 and the output coefficients are quantized by quantizer 40. The quantized values are coded into bits coder 50 and passed to buffer 60 to await transmission to the decoder.

From the above, it is clear that the input to the quantizer depends on the nature of the moving image, and consequently and as indicated above, it has the possibility of emptying or overflowing. To avoid this, a feedback path is provided to quantizer 40, so that the quantizer coarseness can be increased if buffer overflow threatens, or decreased if buffer emptying is imminent.

Continuing with the description of motion compensated coding, the quantized output signals of quantizer 40 are inverse transformed by inverse DCT 41, and applied to adder 42. Adder 42 also receives the prediction pels of shift circuit 15 resulting in a coded version of frame $i+1$, $F_{i+1}$, which is passed into frame memory 12 for use with a subsequent frame as described above.

This completes the discussion of conventional motion compensation coding.

With the coded versions of frames $i-1$ and $i+1$, i.e., $F_{i-1}$ and $F_{i+1}$ being available, frame $F_i$ can be generated.

The $F_i$ generation starts with the motion vectors that are produced by motion estimator 11. These are used by shift circuit 13 to shift the incoming pels from frame $F_{i-1}$, perhaps by half the motion vector, to produce one estimate of the pels in frame $F_i$. Circuit 14 also uses the motion vectors of line 100 to shift the coded pels of $F_{i+1}$, perhaps by half and in the opposite direction from the motion vector. This produces another estimate of the pels of $F_i$.

The two estimates produced by shift circuits 13 and 14 are combined in averager 17 to produce the final prediction of frame $F_i$. This interpolated prediction is usually very good, but not always.

To improve the interpolated prediction in accordance with our invention, subtractor 43 calculates an error signal that corresponds to the difference between the actual frame data that exits frame memory 16 ($F_i$) and the predicted frame as it appears at the output of averager 17 ($F_i$). The error signal is transformed by DCT 18, quantized by quantizer 19 and passed to coder 44, which detects large occurrences of interpolation error and codes them for transmission. The coded interpolation error is passed to buffer 60 in the same way as from coder 50. Similarly, a feedback path is provided to quantizer 19 to combat buffer overflow and underflow.

The decoder, depicted in FIG. 2, is very similar to the encoder. The components mirror corresponding components in the coder with a few deviations. In particular, the input is received in buffer 23 and is distributed therefrom based on the nautre of the signals. Frame encoding code (e.g. corresponding to $F_{i-1}$ and $F_{i+1}$) is

EXHIBIT C

39

4,958,226

5

sent to deocder 22 and therefrom to DCT$^{-1}$ 24, adder 27, memory 28 and shift circuit 26. These elements correspond to elements 41, 42, 12, and 15, respectively, and operate in the same manner. That is completely expected, since the function of these elements in the encoder is to emulate the decoder. Thus, the contents of memory 28 correspond to the estimated frames. Similarly, elements 39, 31 and 32 in the decoder correspond to elements 13, 14 and 17, respectively in the encoder and operate in the same manner.

The pels correction code also exits buffer 23, is decoded in decoder 25 and inverse transformed in element 34. This correction information is added to the estimate of $F_i$ developed by circuit 35 and is applied to memory 33. Memory 33 delays the $F_i$ information to permit a proper interleaving of $F_i$ between $F_{i-1}$ and $F_{i+1}$. As can be observed from above, one of the deviations is that the interpolation error subtractor 43 of the encoder becomes adder 35 at the decoder. Also, another output of frame memory 28 is shown since frame $F_{i-1}$ pels for the video output display may need to be read out at a different rate for the video output at switch 21 than the frame $F_{i-1}$ pels are needed for shift circuits 26 and 39.

It may be noted that there is a tradeoff between the buffer size of buffer 23 and the necessity for frame memory 33. If the buffer is sufficiently large, frame memory 33 could be deleted. The frame $F_i$ output from adder 35 would then pass directly to the video output via switch 21, which would be in position B. Following this, switch 21 would toggle to its A input, and decoding would stop for a frame period while frame $F_{i+1}$ was displayed via the output of frame memory 28 and the A input of switch 21. During this time, decoder buffer 23 would fill with data from the channel.

Many alternative arrangements are possible for the basic conditional motion compensation interpolation approach. For example, more than one frame might be conditionally interpolated, in which case shifter circuits 13, 14, 30 and 31 need to be more versatile and frame memories 16 and 33 need to be larger. Also in computing the best estimmate of motion, motion estimator 11 might take frame $F_i$ pels as additional input. This would enable simultaneous minimization of both motion compensation prediction error as well as interpolation error. Still other improvements may be introduced by skilled artisans practicing this invention without departing from the spirit and scope thereof.

We claim:

1. A circuit for encoding applied video signals that comprise successive frames, where each frame is divided into blocks, comprising:
first means for encoding the blocks of some of said frames by developing for each block of such frames (a) and approximated version of said block derived from an approximated version of said block developed for a previous frame, and (b) a code which represents the deviation of said block from said approximated version of said block;
second means for approximating the blocks of those of said frames that are to be interpolated by combining approximated versions of said blocks in selected ones of the frames that are encoded in said first means; and
third means responsive to said second means and to said frames to be interpolated for developing a code that corresponds to those pels in blocks approximated by said second means that differ from

6

corresponding pels in said frames to be interpolated by greater than a preselected threshold.

2. A circuit for encoding applied video signals that comprise successive frames, where each frame is divided into blocks, including means for encoding the blocks of some of said frames by developing for each block of such frames (a) an approximated version of said block derived from an approximated version of said block developed for a previous frame, and (b) a code which represents the deviation of said block from said approximated version of said block, the improvement comprising:
second means for approximating the blocks of those of said frames that are to be interpolated by combining approximated versions of said blocks in selected ones of the frames that are encoded in said means for encoding; and
third means responsive to said second means and to said frames to be interpolated for developing the code that corresponds to those pels in blocks approximated by said second means that differ from corresponding pels in said frames to be interpolated by greater than a preselected threshold.

3. The circuit of claim 2 wherein said code developed for a pel by said third means represents the difference between the value of said pel and the value of said pel approximated by said second means.

4. The circuit of claim 2 wherein the frames selected for combining in said second means include a frame encoded in said first means that precedes the frame approximated in said second means and a frame encoded in said first means that succeeds the frame approximated in said means.

5. The circuit of claim 4 wherein said combining includes developing anticipated versions of said blocks.

6. The circuit of claim 2 wherein a set proportion of frames of said applied video signals are interpolated.

7. The circuit of claim 6 wherein said proportion is approximately one half.

8. The circuit of claim 2 fruther comprising buffer means for interposed between the codes developed by said means for encoding and said third means and an output port of said circuit.

9. The circuit of claim 8 for controlling the proportion of frames selected for interpolation by said second means and code generation by said third means based on the occupancy level of said buffer.

10. The circuit of claim 8 for selecting frames for interpolation by said second means and code generation by said third means when said buffer is occupied beyond a chosen proportion of its capacity.

11. The circuit of claim 7 wherein granularity of the codes generated by said first means and said third means is controlled by the occupancy level of said buffer.

12. A circuit responsive to coded video signals where the video signals comprise successive frames and each frame includes a plurality of blocks and where the coded video signals comprise codes that describe deviations from approximated blocks and codes that describe deviations from interpolated blocks, comprising:
means for developing block approximations from said codes that describe deviations from approximated blocks; and
means responsive to said block approximations and to said codes that describe deviations from interpolated blocks to develop said interpolated blocks.

* * * * *

EXHIBIT C

**EXHIBIT D**

US005227878A

# United States Patent [19]

## Puri et al.

[11]  Patent Number: 5,227,878

[45]  Date of Patent: Jul. 13, 1993

[54] **ADAPTIVE CODING AND DECODING OF FRAMES AND FIELDS OF VIDEO**

[75] Inventors: Atul Puri, New York, N.Y.; Rangarajan Aravind, Matawan, N.J.

[73] Assignee: AT&T Bell Laboratories, Murray Hill, N.J.

[21] Appl. No.: 793,063

[22] Filed: Nov. 15, 1991

[51] Int. Cl.⁵ ..................... H04N 3/133; H04N 3/137
[52] U.S. Cl. ..................................... 358/136; 358/105
[58] Field of Search ............... 358/133, 135, 136, 138, 358/105

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,437,087 | 3/1984 | Petr | 375/27 |
| 4,475,213 | 10/1984 | Medaugh | 375/27 |
| 4,958,226 | 9/1990 | Haskell et al. | 358/136 |
| 4,969,040 | 11/1990 | Charavi | 358/136 |
| 4,999,705 | 3/1991 | Puri | 358/136 |
| 5,001,561 | 3/1991 | Haskell et al. | 358/133 |
| 5,091,782 | 2/1992 | Krause | 358/136 |

### OTHER PUBLICATIONS

B. Astle, "A Proposal For MPEG Video Report, Rev. 1," Int'l Organization For Standardization, ISO-IEC/JTC1/SC2/WG11, Aug. 14, 1991, pp. 1-78.
"Coding Of Moving Pictures And Associated Audio—

For Digital Storage Media At Up To About 1.5 Mbit/-s—Part 2 Video," 1991, pp. 2-51.
A. N. Netraveli et al., "Digital Pictures Representation and Compression," (Plenum Press, New York 1988), pp. 301-504.

*Primary Examiner*—Howard W. Britton
*Attorney, Agent, or Firm*—E. S. Indyk

[57]  **ABSTRACT**

Improved compression of digital signals relating to high resolution video images is accomplished by an adaptive and selective coding of digital signals relating to frames and fields of the video images. Digital video input signals are analyzed and a coding type signal is produced in response to this analysis. This coding type signal may be used to adaptively control the operation of one or more types of circuitry which are used to compress digital video signals so that less bits, and slower bit rates, may be used to transmit high resolution video images without undue loss of quality. For example, the coding type signal may be used to improve motion compensated estimation techniques, quantization of transform coefficients, scanning of video data, and variable word length encoding of the data. The improved compression of digital video signals is useful for video conferencing applications and high definition television, among other things.

**33 Claims, 20 Drawing Sheets**



FUNCTIONAL SPECIFICATION OF BLOCK ADAPTIVE MOTION COMPENSATED PREDICTOR

EXHIBIT D 4

## FIG. 1A



EXHIBIT D

Case 8:03-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3698   Page 60 of 331



FIG. 1B

FIG. 1C

FIG. 1A

FIG. 1B

EXHIBIT D

43



## FIG. 1D

| 0 1 | 1 B | 2 B | 3 P | 4 B | 5 B | 6 P | 7 B | 8 B | 9 P | 10 B | 11 B |

## FIG. 1E

FRAME BLOCK SCAN

FRAME SCAN

## FIG. 1F

FIELD BLOCK SCAN

FIELD SCANS

EXHIBIT D

44

Case 8:08-cv-02060-B-MDD    Document 73    Filed 07/23/03    Page 62 of 331

# FIG. 1G

### LENGTHS OF INTRA VLC #1 (EOB = 2 BITS)

#### LEVEL (ABSOLUTE VALUE)

|   |   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|----|----|----|----|----|
|       | 0  | 3  | 4  | 5 | 6  | 6 | 7 | 8 | 8 | 9 | 9 | 9 | 11 | 11 | 11 |
|       | 1  | 5  | 7  | 9 | 11 |   |   |   |   |   |   |   |    |    |    |
|       | 2  | 6  | 9  |   |    |   |   |   |   |   |   |   |    |    |    |
|       | 3  | 7  | 11 |   |    |   |   |   |   |   |   |   |    |    |    |
| R     | 4  | 7  |    |   |    |   |   |   |   |   |   |   |    |    |    |
| U     | 5  | 8  |    |   |    |   |   |   |   |   |   |   |    |    |    |
| N     | 6  | 8  |    |   |    |   |   |   |   |   |   |   |    |    |    |
|       | 7  | 9  |    |   |    |   |   |   |   |   |   |   |    |    |    |
|       | 8  | 9  |    |   |    |   |   |   |   |   |   |   |    |    |    |
|       | 9  | 9  |    |   |    |   |   |   |   |   |   |   |    |    |    |
|       | 10 | 11 |    |   |    |   |   |   |   |   |   |   |    |    |    |
|       | 11 | 11 |    |   |    |   |   |   |   |   |   |   |    |    |    |
|       | 12 | 13 |    |   |    |   |   |   |   |   |   |   |    |    |    |

# FIG. 1H

### LENGTHS OF INTRA VLC #2 (EOB = 2 BITS)

#### LEVEL (ABSOLUTE VALUE)

|   |   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|----|----|----|----|----|
|       | 0  | 3  | 5  | 6  | 7  | 9 | 9 | 11 | 11 |   |   |   |    |    |    |
|       | 1  | 4  | 6  | 9  | 11 |   |   |    |    |   |   |   |    |    |    |
|       | 2  | 5  | 8  | 11 |    |   |   |    |    |   |   |   |    |    |    |
|       | 3  | 6  | 9  |    |    |   |   |    |    |   |   |   |    |    |    |
|       | 4  | 7  | 11 |    |    |   |   |    |    |   |   |   |    |    |    |
|       | 5  | 7  | 11 |    |    |   |   |    |    |   |   |   |    |    |    |
|       | 6  | 7  |    |    |    |   |   |    |    |   |   |   |    |    |    |
| R     | 7  | 8  |    |    |    |   |   |    |    |   |   |   |    |    |    |
| U     | 8  | 8  |    |    |    |   |   |    |    |   |   |   |    |    |    |
| N     | 9  | 8  |    |    |    |   |   |    |    |   |   |   |    |    |    |
|       | 10 | 9  |    |    |    |   |   |    |    |   |   |   |    |    |    |
|       | 11 | 9  |    |    |    |   |   |    |    |   |   |   |    |    |    |
|       | 12 | 9  |    |    |    |   |   |    |    |   |   |   |    |    |    |
|       | 13 | 9  |    |    |    |   |   |    |    |   |   |   |    |    |    |
|       | 14 | 11 |    |    |    |   |   |    |    |   |   |   |    |    |    |
|       | 15 | 11 |    |    |    |   |   |    |    |   |   |   |    |    |    |

EXHIBIT D

45

## FIG. 1I

### LENGTHS OF INTRA VLC #3 (EOB = 3 BITS)

LEVEL (ABSOLUTE VALUE)

| RUN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|-----|---|---|---|---|---|---|---|---|---|----|----|----|----|----|
| 0 | 3 | 4 | 4 | 6 | 6 | 7 | 8 | 8 | 9 | 9 | 9 | 11 | 11 | 11 |
| 1 | 4 | 7 | 9 | 11 | | | | | | | | | | |
| 2 | 6 | 9 | | | | | | | | | | | | |
| 3 | 7 | 11 | | | | | | | | | | | | |
| 4 | 7 | | | | | | | | | | | | | |
| 5 | 8 | | | | | | | | | | | | | |
| 6 | 8 | | | | | | | | | | | | | |
| 7 | 9 | | | | | | | | | | | | | |
| 8 | 9 | | | | | | | | | | | | | |
| 9 | 9 | | | | | | | | | | | | | |
| 10 | 11 | | | | | | | | | | | | | |
| 11 | 11 | | | | | | | | | | | | | |
| 12 | 13 | | | | | | | | | | | | | |

## FIG. 1J

### LENGTHS OF INTRA VLC #4 (EOB = 4 BITS)

LEVEL (ABSOLUTE VALUE)

| RUN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|-----|---|---|---|---|---|---|---|---|---|----|----|----|----|----|
| 0 | 3 | 3 | 5 | 6 | 6 | 7 | 8 | 8 | 9 | 9 | 9 | 11 | 11 | 11 |
| 1 | 4 | 7 | 9 | 11 | | | | | | | | | | |
| 2 | 6 | 9 | | | | | | | | | | | | |
| 3 | 7 | 11 | | | | | | | | | | | | |
| 4 | 7 | | | | | | | | | | | | | |
| 5 | 8 | | | | | | | | | | | | | |
| 6 | 8 | | | | | | | | | | | | | |
| 7 | 9 | | | | | | | | | | | | | |
| 8 | 9 | | | | | | | | | | | | | |
| 9 | 9 | | | | | | | | | | | | | |
| 10 | 11 | | | | | | | | | | | | | |
| 11 | 11 | | | | | | | | | | | | | |
| 12 | 13 | | | | | | | | | | | | | |

EXHIBIT D

146

# FIG. 1K

## LENGTHS OF PRED. VLC #1 (EOB = 2 BITS)

### LEVEL (ABSOLUTE VALUE)

| RUN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 3 | 5 | 6 | 7 | 9 | 9 | 11 | 11 | | | | | | |
| 1 | 4 | 6 | 9 | 11 | | | | | | | | | | |
| 2 | 5 | 8 | 11 | | | | | | | | | | | |
| 3 | 6 | 9 | | | | | | | | | | | | |
| 4 | 7 | 11 | | | | | | | | | | | | |
| 5 | 7 | 11 | | | | | | | | | | | | |
| 6 | 7 | | | | | | | | | | | | | |
| 7 | 8 | | | | | | | | | | | | | |
| 8 | 8 | | | | | | | | | | | | | |
| 9 | 8 | | | | | | | | | | | | | |
| 10 | 9 | | | | | | | | | | | | | |
| 11 | 9 | | | | | | | | | | | | | |
| 12 | 9 | | | | | | | | | | | | | |
| 13 | 9 | | | | | | | | | | | | | |
| 14 | 11 | | | | | | | | | | | | | |
| 15 | 11 | | | | | | | | | | | | | |

# FIG. 1L

## LENGTHS OF PRED. VLC #2 (EOB = 2 BITS)

### LEVEL (ABSOLUTE VALUE)

| RUN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 3 | 4 | 5 | 6 | 6 | 7 | 8 | 8 | 9 | 9 | 9 | 11 | 11 | 11 |
| 1 | 5 | 7 | 9 | 11 | | | | | | | | | | |
| 2 | 6 | 9 | | | | | | | | | | | | |
| 3 | 7 | 11 | | | | | | | | | | | | |
| 4 | 7 | | | | | | | | | | | | | |
| 5 | 8 | | | | | | | | | | | | | |
| 6 | 8 | | | | | | | | | | | | | |
| 7 | 9 | | | | | | | | | | | | | |
| 8 | 9 | | | | | | | | | | | | | |
| 9 | 9 | | | | | | | | | | | | | |
| 10 | 11 | | | | | | | | | | | | | |
| 11 | 11 | | | | | | | | | | | | | |
| 12 | 13 | | | | | | | | | | | | | |

## FIG. 1M

### LENGTHS OF PRED. VLC #3 (EOB = 3 BITS)

LEVEL (ABSOLUTE VALUE)

| RUN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 3 | 4 | 6 | 7 | 9 | 9 | 11 | 11 | | | | | | |
| 1 | 4 | 6 | 9 | 11 | | | | | | | | | | |
| 2 | 4 | 8 | 11 | | | | | | | | | | | |
| 3 | 6 | 9 | | | | | | | | | | | | |
| 4 | 7 | 11 | | | | | | | | | | | | |
| 5 | 7 | 11 | | | | | | | | | | | | |
| 6 | 7 | | | | | | | | | | | | | |
| 7 | 8 | | | | | | | | | | | | | |
| 8 | 8 | | | | | | | | | | | | | |
| 9 | 8 | | | | | | | | | | | | | |
| 10 | 9 | | | | | | | | | | | | | |
| 11 | 9 | | | | | | | | | | | | | |
| 12 | 9 | | | | | | | | | | | | | |
| 13 | 9 | | | | | | | | | | | | | |
| 14 | 11 | | | | | | | | | | | | | |
| 15 | 11 | | | | | | | | | | | | | |

## FIG. 1N

### LENGTHS OF PRED. VLC #4 (EOB = 4 BITS)

LEVEL (ABSOLUTE VALUE)

| RUN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 3 | 4 | 6 | 7 | 9 | 9 | 11 | 11 | | | | | | |
| 1 | 3 | 6 | 9 | 11 | | | | | | | | | | |
| 2 | 5 | 8 | 11 | | | | | | | | | | | |
| 3 | 6 | 9 | | | | | | | | | | | | |
| 4 | 7 | 11 | | | | | | | | | | | | |
| 5 | 7 | 11 | | | | | | | | | | | | |
| 6 | 7 | | | | | | | | | | | | | |
| 7 | 8 | | | | | | | | | | | | | |
| 8 | 8 | | | | | | | | | | | | | |
| 9 | 8 | | | | | | | | | | | | | |
| 10 | 9 | | | | | | | | | | | | | |
| 11 | 9 | | | | | | | | | | | | | |
| 12 | 9 | | | | | | | | | | | | | |
| 13 | 9 | | | | | | | | | | | | | |
| 14 | 11 | | | | | | | | | | | | | |
| 15 | 11 | | | | | | | | | | | | | |

EXHIBIT D

48



FIG. 2

ADAPTIVE MOTION
COMPENSATED
UNI/BI-DIRECTIONAL
PREDICTIVE DECODER

EXHIBIT D

49



FIG. 3

FUNCTIONAL SPECIFICATION OF BLOCK ADAPTIVE MOTION COMPENSATED PREDICTOR

BLOCK ADAPTIVE FRAME/FIELD UNIDIRECTIONAL MOTION COMPENSATED PREDICTION SELECTOR

EXHIBIT D



FIG. 4A

FUNCTIONAL SPECIFICATION OF BLOCK ADAPTIVE MOTION COMPENSATED BIDIRECTIONAL PREDICTOR

EXHIBIT D



FIG. 4B

FIG. 4C

| FIG 4A |
|--------|
| FIG 4B |

# FIG. 5



# FIG. 6



# FIG. 7



EXHIBIT D

53



FIG. 8

FLOWCHART FOR INTRA DC PREDICTION

EXHIBIT D.

154

# FIG. 9

### EXAMPLE: MACRO BLOCK ADAPTIVE FRAME/FIELD DC PREDICTION



# FIG. 12

### DECODING MSCALE FOR B-PICTURES





FIG. 10

EXHIBIT D

# FIG. 11

### ENCODING MSCALE FOR B-PICTURES



EXHIBIT D

⌐ ˙˙67

# FIG. 13



VISIBILITY MATRIX SELECTOR

# FIG. 14



EXHIBIT D

058

# FIG. 15



MOTION VECTOR PREDICTION FOR P-PICTURES

MOTION VECTOR PREDICTION

EXHIBIT D



FIG. 16A

MOTION VECTOR PREDICTION FOR B-PICTURES

EXHIBIT D

160



FIG. 16C

FIG. 16A

FIG. 16A
FIG. 16B

FIG. 16B

MOTION VECTOR PREDICTION

EXHIBIT D

61

5,227,878

1

## ADAPTIVE CODING AND DECODING OF FRAMES AND FIELDS OF VIDEO

### TECHNICAL FIELD

This invention relates to coding and decoding of video signals. More particularly, this invention relates to adaptive encoders and decoders involved in the transmission and reception of digital video signals.

### BACKGROUND OF THE INVENTION

Worldwide efforts are underway to improve the quality of video signal production, transmission, and reproduction because a great deal of commercial importance is being predicted for improved quality video systems. These efforts involve, at least in part, increasing the resolution with which are converted into representative electrical signals by increasing the spatial and temporal sampling rates that are used to convert video images into electrical signals. This increase in resolution consequently means that more data about images must be produced, processed, and transmitted in a given period of time.

Video images such as those images in the field of view of a television camera are scanned at a predetermined rate and converted into a series of electrical signals, each electrical signal representing a characteristic of a predetermined region of the image generally referred to as a picture element, pel, or pixel. A plurality of the picture elements taken together at a predetermined instant of time form what amounts to a still picture representing the nature of the image at the predetermined instant of time. Increasing the quality of video signals produced in this manner involves, at least in part, the use of larger number of smaller-size picture elements to represent a given image frame and the production of a large number of image frames per unit time. For example, the CCIR-601 recommendation specifies the number of picture elements in a frame to be 720 horizontal picture elements×486 vertical picture elements (U.S. and Japan) or 576 vertical picture elements (Europe). Thirty or 25 interlaced pictures are produced each second. In high definition television (HDTV) projects, it has been proposed to have about 700-1000 horizontal lines each having 1200-2000 picture elements. These HDTV efforts contemplate production of 25 or 30 interlaced pictures per second or 60 or 50 non-interlaced pictures per second.

As the number of picture elements for each video frame and the rate at which frames are produced increases, there is an increasing amount of video data which must be produced, transmitted, and received in a given period of time. It would be advantageous if video signals produced by these systems could be compressed so that a smaller amount of data could be generated which would still contain enough information so that higher quality video images could be reproduced.

A number of data compression schemes have been proposed which attempt to transmit higher quality video images using the same numbers of bits and the same bit rates used for lower quality images. One such scheme involves an encoder which receives digital video signals representing the characteristics of a sequence of picture elements. The encoder transforms blocks of such video signals into blocks of transform coefficients relating to the spatial frequency components in the areas of the image represented by the blocks of picture elements. The blocks of frequency coeffici-

2

ents are then quantized and scanned according to some predetermined sequence. The quantized frequency coefficients are then sent in the order defined by the scanning sequence to a variable word length coder then encodes the quantized frequency coefficients and then transmits the encoded quantized frequency coefficients. It has been found that less bits need to be sent when these encoded quantized frequency coefficients are sent instead of pixel data bits.

Another data compression scheme which has been proposed involves estimating the characteristics of a segment of video signal and subtracting the estimate from the actual segment of video signal to produce an estimate error signal which is then coded and transmitted instead of the actual segment of video signal. Again, it has been found that a lesser number of bits need to be transmitted when estimation error signals are transmitted in place of pixel data signals.

Yet another technique of compressing video data involves the production and transmission of data representing motion vectors calculated in light of a current segment of video signal and a prior segment of video signal instead of transmission of pixel data. These motion vectors may be used to provide motion compensation for producing more accurate estimates of a video signal and smaller estimate error signal, which thereby reduces the number of bits which must be used to transmit video signals.

Each of these techniques seeks to send data derived from an actual video signal which can be used by a decoder in a receiver of the video signals to reconstruct the actual video signal from a limited subset of the data defined the actual video signal. The actual number of bits which must be transmitted in these situations is less than the number of bits needed to define each picture element in the video signal and, thus, higher resolution video signals may be transmitted at the same bit rate. Although each of these techniques is to a certain degree successful in achieving suitable compression of video data without undue loss of information, there are significant areas whereby the encoding of video data may be improved so that the number of bits which must be transmitted is reduced and an accurate reconstruction may be made by a video decoder.

### SUMMARY OF THE INVENTION

Improved compression of video data is achieved by an adaptive video frame/field encoder and decoder. In one example of the invention, different size blocks of video data are processed to achieve different modes of coding and different modes of motion estimation. The behavior of an encoder in accordance with one example of the invention and the behavior of a corresponding decoder adapt to certain characteristics of the video image. This adaptive behavior involves changing between a process of coding and decoding information from a frame of video or coding and decoding information from a field of video. In a more specific example, this invention involves an adaptation between coding and decoding information from a frame of video data or coding and decoding information from each of a plurality of interlaced fields of video data. Depending upon the coding mode used, certain steps may be taken, either individually or in any combination, to improve the compression and decompression of video data. In specific examples, appropriate quantization is chosen, different scanning techniques are adopted, different techniques of

EXHIBIT D

162

5,227,878

**3**

predicting certain components of the video signals are used, or different motion compensation modes are employed. The benefits of this invention are useful for all video systems involving digital video signals, including high definition television and video telecommunication systems.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram representing a video signal encoder in accordance with this invention.

FIG. 1a is an illustration of a group of pictures structure useful in one example of the invention.

FIGS. 1b and 1c illustrate examples of block scans useful in one example of the invention.

FIGS. 1d to 1k illustrate examples of tables identifying the lengths of variable length codes used in one example of the invention.

FIG. 2 is a block diagram representing a video signal decoder in accordance with this invention.

FIG. 3 is a block diagram representing the functional specification of a block adaptive motion compensated unidirectional predictor in accordance with this invention.

FIG. 4 is a block diagram representing the functional specification of a block adaptive motion compensated bidirectional predictor in accordance with this invention.

FIG. 5 is a detailed block diagram of the block adaptive frame/field coding analyzer shown in FIG. 1.

FIG. 6 is a block diagram of the block formatter of FIG. 1.

FIG. 7 is a block diagram of the block unformatter of FIGS. 1 and 2.

FIG. 8 is a flow chart illustrating intra DC coefficient prediction of FIGS. 1 and 2.

FIG. 9 is an example of adaptive frame/field DC coefficient prediction.

FIG. 10 is a block diagram of the variable word length choice analyzer of FIG. 1.

FIG. 11 is a flow chart illustrating the encoding of an mscale parameter for B-pictures in one example of the invention.

FIG. 12 is a flow chart illustrating the decoding of an mscale parameter for B-pictures in one example of the invention.

FIG. 13 is a block diagram of an example of a visibility matrix selector useful in one example of the invention.

FIG. 14 is a block diagram of a forward/inverse scan selector useful in one example of the invention.

FIG. 15 is a flow chart illustrating motion vector prediction for P-pictures in accordance with one example of the invention.

FIG. 16 is a flow chart illustrating motion vector prediction for B-pictures in accordance with one example of the invention.

### DETAILED DESCRIPTION

FIG. 1 shows an adaptive motion compensated predictive/interpolative encoder in accordance with one example of this invention. The encoder of FIG. 1 receives digital video input signals on an input line 10 and compresses those video input signals for transmission to a receiver which decompresses those signals to produce video images. The digital video input signals are spatial and temporal samples of a video image and may be produced by scanning an image field and producing an electrical signal relating to the characteristics of the

**4**

image field at predetermined points. The characteristics determined in the scanning operation are converted into electrical signals and digitized. The video input signals comprise a succession of digital words, each representing some information at a particular instant of time about a small region of the image field generally referred to as a picture element. A complete set of digital representations for the image at a particular instant of time is called a frame or a picture. Each frame may be considered to be composed of a number of smaller regions generally known as fields; for example, each frame may be composed of two interlaced fields representing odd- and even-numbered horizontal lines or rows of picture elements in the image. The frame may also be considered to represent a number of macroblocks, submacroblocks, and blocks of picture elements which are groups of contiguous picture elements, for example, $16 \times 16$ macroblocks of picture elements, $16 \times 8$ sublocks of picture elements, and $8 \times 8$ blocks of picture elements.

The digital input video signal may be a monochrome video signal or a color video signal. In the case of a monochrome video signal, each frame may comprise a set of digital representations of the brightness or intensity of a two-dimensional array of picture elements which make up a video image. In the case of a color video signal, each picture comprises not only a brightness component but also a color component. For example, in the CCIR 601 recommendation, a color video signal picture (i.e., a temporal sample of the image) may be composed of a luminance frame of 720 horizontal picture elements $\times 480$ vertical picture elements and two chrominance frames Cb and Cr at $\frac{1}{2}$ resolution of 360 horizontal picture elements $\times 240$ vertical picture elements each. A sequence of such pictures may be transmitted at a rate of 29.97 pictures per second. The luminance frame is formed as the interlaced union of the two constituent CCIR-601 luminance fields, while the chrominance frames are derived by filtering and subsampling the respective 4:2:2 CCIR-601 chrominance frames.

For the purpose of illustrating a specific example of the invention, the description below will assume that the video signal on input line 10 is a video signal in accordance with the CCIR 601 recommendation. Those skilled in the art will appreciate that the principles of the invention are applicable to other types of video signals, such as HDTV video signals. To assist in the description of the example of the invention shown in FIG. 1, some terminology should be defined. A block is an 8-horizontal-row by 8-vertical-column array of contiguous picture elements. Blocks may be groups of luminance data or groups of chrominance data. A macroblock is composed of four contiguous $8 \times 8$ luminance data blocks and the two $8 \times 8$ chrominance data blocks corresponding to the area of the image represented by the four luminance data blocks. A slice is one horizontal row of macroblocks starting at the left edge of the picture and ending at the right end of the picture. A luminance frame is formed as an interlaced union of two CCIR 601 luminance fields. One field comprises even-numbered horizontal rows of picture elements and the other field comprises odd-numbered horizontal rows of picture elements.

In the examples of the invention shown in FIGS. 1 and 2, a plurality of picture types are encoded and decoded. Specifically, I-pictures, P-pictures, and B-pictures are encoded and decoded. I-pictures or intra-

EXHIBIT D
463

5,227,878

5 6

coded pictures are pictures which are coded and de-coded without reference to any other pictures. P-pictures, or predicted pictures are pictures which are coded in light of a previous picture. Motion compensation may be used to produce P-pictures. B-pictures, or bidirectionally predicted pictures are pictures which are coded in light of characteristics of a previous I- or P-picture and future I- or P-picture. As in the case of P-pictures, B-pictures may also be coded by using motion compensation. In appropriate circumstances, P-pictures and I-pictures may have some of their blocks coded in the same fashion that the blocks of the I-pictures are coded, i.e., without reference to other pictures ("intra coding"). A Group-of-Picture (GOP) structure is used in this example with N=12 and M=3 in Motion Picture Experts Group (MPEG) parlance. This GOP consists of one intra-coded I-picture, 3 predictively coded P-pictures, and 8 bidirectionally predictive code B-pictures. This GOP ensures that a complete I-picture occurs every 12/29.97 (approximately 0.4) seconds, which is hence the maximum delay for acquiring a picture from a bit stream. See FIG. 1a.

A picture is divided into macroblocks where a macroblock is a 16×16 luminance block plus the co-sited 8×8 Cb- and Cr-blocks (one of each). This definition, however, is easily extended to full CCIR-601 vertical chrominance resolution, where a 16×16 luminance block is associated with two 8×8 Cb and two 8×8 Cr blocks. The macroblock is the unit for which motion-compensation and quantization modes are defined. A slice is defined to be one row of macroblocks, starting at the left edge of the picture and ending at the right edge.

The digital video input signal on input line 10 is encoded into a compressed bit stream by the encoder shown in FIG. 1 which may be transmitted on output line 26 to another location having a receiver which may decode the bit stream and produce a video image. One important feature of the encoder of FIG. 1 is that a variety of coding techniques may be employed in appropriate circumstances to efficiently compress the video input signal on line 10 and to permit accurate reconstruction of the video image in the decoder without significant loss of information. Specifically, the encoder of FIG. 1 adaptively selects its coding operation so that either coding of frames in the video signal or coding of the interlaced fields in the frames of the video input signal takes place. Once the type of coding to be used for the video input signal has been selected, a variety of techniques used to compress video data may be improved in an adaptive fashion in light of the coding technique adopted to the encoder of FIG. 1. For example, techniques of estimating future video signals may be made more accurate. Techniques of using motion compensation with these estimation techniques are also improved. In addition, items such as quantization procedures, scanning techniques, DC coefficient prediction, and variable word length coding may also be improved.

Two basic quantization and coding modes are allowed for a macroblock: frame coding and field coding. These quantization and coding modes are completely independent of the motion-compensation modes. In frame coding, four 8×8 luminance subblocks are formed from a macroblock. In field coding, four 8×8 luminance subblocks are derived from a macroblock by separating the lines of the two fields, such that each subblock contains only lines of one field. Frame coding is superior to field coding where there is not much motion between the two fields, and field coding is supe-

rior when there are detailed moving areas. The mode decision is made in the pixel domain once for the entire macroblock. An 8×8 DCT is then applied to each frame subblock or field subblock, depending on the mode selected.

The digital video input signal on input line 10 in FIG. 1 is directed to the noninverting input of a summing element 11. An inverting input of the scanning element 11 receives a signal on line 12 related to an estimate of the video input signal on line 10. The estimate for P-pictures is based upon a prediction made in light of past I- and P-pictures. The estimate for B-pictures is based upon a prediction made in light of past and future I- and P-pictures. No estimate is made for I-pictures and intra-coded portions of P- and B-pictures, so that the estimate signal on line 12 in these situations are zero, as indicated symbolically in FIG. 1 by the opening of an inter/intra type switching element 13b in series with line 12. The summing element 11 produces an output signal on line 13 which is related to the error between the digital video input signal on line 10 and the estimate signal on line 12. The estimate error signal on line 13 is directed to the input of a block adaptive frame/field coding analyzer 14. The coding analyzer 14 examines predetermined characteristics of the video input signals on line 10 or of the estimate error signal on line 13, depending on the state of a switching element 13a and makes a decision as to the type of coding to be used by the encoder of FIG. 1. The analyzer 14 decides, when the switching element 13a connects line 13 to the input of the analyzer 14, whether or not it would be advantageous to either code the frames of the estimate error signal on line 13 or to code the interlaced field of that estimate error signal. When the switching element 13a connects the input signal on line 10 to the input of the analyzer 14, the analyzer decides whether or not it would be advantageous to either code the frames of the input signal on line 10 or to code the interlaced fields of that input signal on line 13. The nature of analyzer 14's decision is indicated by the production of a coding type signal on line 15. In a specific example of the invention using a video input signal produced by an interlace scanning technique, the selector 14 checks to see whether or not there are similarities in adjacent or alternating horizontal scan lines in the input signal or the estimate error signal. If the selector finds that the differences between adjacent scan lines are less than the differences between alternate scan lines, then the selector 14 produces a coding type signal on line 15 which indicates that frames of video information in the estimate error signal or the input signal are to be coded by the encoder of FIG. 1. If the selector 14 finds that the differences between adjacent scan lines are greater than the differences between alternate scan lines, then the selector 14 produces a coding type signal on line 15 which indicates that each field of oddly numbered scan lines and each field of evenly numbered scan lines are to be coded separately.

The input signal on line 10 or the estimate error signal on line 13 is selectively directed to the input of a block formatting circuit 15a, depending on the state of the switching element 13a. The formatting circuit 15a is also responsive to the coding type signal on line 15 to direct the signals on either line 10 or line 13 in proper order on a line 17 to the input of a discrete cosine transform circuit 16. When field coding has been selected by selector 14, the order in which the data comprising the input signal on line 10 or the estimate error signal on

EXHIBIT D

464

5,227,878

7

line 13 is changed so that first oddly numbered scan lines are consecutively directed to the input of a discrete cosine transform circuit 16 on the input line 17 followed by consecutive evenly numbered scan lines, or vice versa. The discrete cosine transform circuit 16 then converts each submacroblock of either evenly numbered or oddly numbered scan lines to a matrix of transform coefficients representing, in this example of the invention, spatial frequency components in the portion of the image represented by each submacroblock.

When frame coding has been chosen by the selector 14, each macroblock is sent to the discrete cosine transform circuit 16 on line 17 in the order they were received at the input of selector 14 on line 13. The discrete cosine transform circuit 16 then converts each block in the macroblock into a similarly sized matrix of transform coefficients representing, in this example of the invention, spatial frequency components in the portion of the image represented by each macroblock.

In addition to frame coding of entire macroblocks and field coding of submacroblocks representing oddly numbered and evenly numbered scan lines, the selector 14 may also be configured so that it may direct the encoder of FIG. 1 to code other kinds of submacroblocks such as groups of contiguous blocks which are smaller than the size of a macroblock.

The transform coefficients produced by the discrete cosine transform circuit 16 are directed on output line 18 to the input of a visibility matrix selector and perceptual quantizer 19. The quantizer 19 divides each of the transformed coefficients from discrete transform circuit 16 by predetermined scaling factors in one of a plurality of visibility matrices and a quantization parameter determined in light of the characteristics of the digital input signal communicated to the quantizer 19 on line 20 and in light of the characteristics of the estimate error signal communicated on the quantizer 19 on line 21. The amount by which the transform coefficients are quantized is also determined by the coding type signal produced by the selector 14 on line 15. The coding type signal is used by the quantizer 19 to adjust the quantization levels applied to the transform coefficients from discrete cosine transform circuit to improve the compression of video signals produced by the operation of the quantizer 19.

For AC-coefficient quantization, a 5-bit quantization parameter and a set of quantizer matrices are employed. Quantization is performed with a dead-zone for non-intra coding and without one for intra coding. This example of the invention allows four different quantizer 50 matrices: one for each of the combinations of intra-/nonintra- and frame/field-coded macroblocks. There are no default matrices specified; the ones used are loaded and transmitted at the sequence layer. The Cb- and Cr-subblocks use the same matrices as the luminance subblocks.

In I-pictures, all macroblocks are coded, and the 5-bit quantization parameter is transmitted for every macroblock. In P- and B-pictures, some macroblocks may contain no coded coefficient data. A one-bit flag is sent for each macroblock to signal whether the macroblock is coded or not. In P-pictures, the quantization parameter is then transmitted for every coded macroblock.

In B-pictures, a 5-bit quantization parameter is transmitted at the start of every slice. A two-bit index (denoted mscale addr) is transmitted for every coded macroblock in the slice that identifies one of four multipliers (all of which are transmitted at the sequence layer). The

8

slice quantization parameter is multiplied by the selected multiplier (denoted mscale) and the product rounded to the nearest integer and limited to 5 bits. The resulting number becomes the quantization parameter for that macroblock.

A coded block pattern framework (for signalling which of the subblocks inside a macroblock contain coded data) is used only with B-pictures.

Once the AC coefficients are quantized, they are coded for transmission. A scanning matrix ("scan") defines the order in which they are processed for encoding. Two fixed scans are defined: one for use in the frame-coding mode and the other for use in the field-coding mode. These scans do not change with the picture type in this example of the invention. See FIG. 1b and 1c.

Run-length and level combination are VL-coded for non-zero quantized AC coefficients. For each macroblock in I- and P-pictures, the encoder is allowed to choose one codebook out of a small number of codebooks. In this example of the invention, four codebooks for I-pictures and four for P-pictures are used. These eight codebooks are derived basically by permuting a set of codewords. Among other things, they differ in the length of the end of block (EOB) codeword (2, 3 or 4 bits). The lengths of the codewords in the top left corner of each codebook are shown in FIGS. 1d–1k.

For a particular macroblock in an I- or P-picture, the codebook yielding the smallest bit-count is selected, and signalled to the decoder with a 2-bit identifier. In B-pictures, this overhead for codebook selection was found to be excessive; therefore, one fixed codebook is used for all macroblocks in B-pictures. This codebook is one of the four used with P-pictures, and is the one shown in FIG. 1k.

In FIG. 1, the quantized transform coefficients are scanned by a scan selector circuit 23 in a predetermined order and sent to an encoder and multiplexer 24 which may select between a fixed word length codings of the transform coefficients or one or more variable word length coding of the transform coefficients. The scan analyzer 23 is responsive to the coding type signal produced by the selector 14 on line 15. The scan selector 23 determines one of a plurality of possible scanning orders which may be used to direct the transform coefficients to the encoder and multiplier 24. The order which the scanning selector 23 choses is based on what order may most conveniently be used by the encoder and multiplexer 24 to most efficiently code the transform coefficients with the fewest number of bits. For example, when frame coding has been used, the scan selector 23 may be configured to perform a zig zag scanning of the transform coefficients in the quantizer 19. When field coding has been used, the scan selector 23 may perform vertical scanning of the quantized transform coefficient in the quantizer 19. One of the strategies which may be employed in scanning the quantized transform coefficients in a strategy which will group like valued coefficients together for sequential transmission to the encoder and multiplexer 24. Examples of scanning sequences for frame block scans and field block scans are illustrated in FIGS. 1a and 1b, respectively. When like-valued coefficients are grouped together, a more efficient coding, such as a variable word length coding may be employed by the encoder 24. Longer word lengths may be used to represent higher valued coefficients while shorter word lengths may be used to represent coefficients having a value of zero or close to zero. An end of block (EOB)

EXHIBIT D

165

9
10

code may be used to transmit pluralities of like valued coefficients.

As described in more detail below, the circuit of FIG. 1 includes a variable word length choice analyzer 23a which is responsive to the DCT coefficients output by the scan selector 23 and the picture type signal from line 32. The analyzer 23a produces a variable word length table select signal which is input to the encoder and multiplexer 24 and which is used by the encoder and multiplexer 24 to select one of a plurality of code tables which may be used to perform different kinds of fixed word length and variable word length coding of the DCT coefficients.

In addition to transmitting encoded transform coefficients, the encoder and multiplexer 24 receives and transmits along with the encoded coefficients a number of control signals which are used by a decoder in a video signal receiver to create a video image from the coded signals produced by the encoder in FIG. 1. These control signals include a signal related to the quantization parameter produced on line 30 between the quantizer 19 and the encoder and multiplexer 24. These control signals also include a picture type signal on line 32, which may be produced by an independently running sequencer not shown in FIG. 1. FIG. 1a shows an example of a sequence of I-, P-, and B-pictures which may be used. The picture type signal on line 32 represents what kind of picture is being produced by the encoder of FIG. 1, namely, either an I-, P-, or B-picture in this example of the invention.

The words produced by the encoder 24 are sent to a buffer 25 which then directs those words in an output bit stream on an encoder output line 26 at appropriate times. A fullness signal is produced on line 27 which is directed to an input of the quantizer 19 which thereby controls its operation to prevent the buffer 25 from overflowing or underflowing.

The production of an estimate of the digital video input signal is now described. The transform coefficients on the output of the scan selector 23 are connected to the input of an inverse scan selector 28 which rearranges the transform coefficients into the order they had in the quantizer 19 prior to being scanned by the scan selector 23. As shown in FIG. 1, the inverse scan selector 28 is also responsive to the coding type signal on line 15 which notifies the inverse scan selector 28 of the predetermined order into which the quantized transform coefficients were ordered by the scan selector 23 and thereby is the mechanism by which the inverse scan selector 28 is able to use the correct inverse scanning sequence. The transform coefficients as reordered by the inverse scan selector 28 are directed to a visibility matrix selector and dequantizer 29 which performs an inverse quantization procedure on the transform coefficients which basically reverses the operation of the quantizer 19. As shown in FIG. 1 the dequantizer 29 is responsive to the coding type signal on line 15 and the quantization parameter produced by the quantizer 19 to determine the correct dequantization procedure.

The output of the dequantizer 29 is directed to the input of an inverse discrete cosine transform circuit 34 which produces an output signal corresponding to the estimate error signal produced on line 13. The output signal from the inverse discrete cosine transform circuit 34 is directed on the noninverting input of a summing element 36 which receives at its inverting input a signal on line 38 which is related to an estimate of the video input signal on line 10. The output of the summing

element 36 is directed to a next previous picture store 36a via a write next switching element 36b between the output of the summing element 36 and the input of the next picture store 36a. The output of the summing element 36 represents a frame of video data which has been coded by the encoder of FIG. 1. Writing a picture into the next picture store 36a causes a picture previously stored in the next picture store 36a to be written into a previous picture store 36c via closure of a write previous switching element 36d.

A motion estimation circuit 37 receives the digital video input signal from line 10, signals relating to the contents of the stores 36a and 36c, and the picture type signal from line 32. The motion estimation circuit 37 produces signals related to motion vectors which are used by an estimation circuit 38 which produces an estimate or prediction of the video input signal on line 10. An estimation circuit 38 is responsive to the contents of the stores 36a and 36c and the motion vectors produced by the motion estimation circuit 37 to produce a motion compensated estimate of the video input signal on line 10.

The motion compensated estimate produced by the estimation circuit 38 in this example of the invention, involving the previously described macroblock structure of video signals, takes into account the fact that a macroblock contains two interlaced fields of luminance pixels. Accordingly, two main categories of motion compensation are used by the estimation circuit 38, namely, a frame motion compensation mode and a field motion compensation mode. In the frame motion compensation mode, picture elements of an entire frame are predicted on a macroblock by macroblock basis from picture elements in reference frames. In the field compensation mode, the picture elements of one field are predicted only from pixels of reference fields corresponding to that one field. For example, pixels in a field of oddly numbered scan lines are predicted only from pixels in a reference field of oddly numbered scan lines.

In addition to having different motion compensation modes based on prediction of frames or fields of picture elements, there can be other modes of compensation based on the type of pictures being handled. In this example of the invention, the modes of compensation can also be based on whether P-pictures or B-pictures are being predicted. (No prediction is made for I-pictures). Examples of motion compensation types are summarized below.

A. Motion Compensation Modes for P-pictures

1. 16×16 frame motion compensation mode (type 1)

In this mode, the 16×16 luminance block is compensated by another 16×16 block from a reference frame which is fetched using one forward motion vector. No distinction is made between the picture element scan lines of the interlaced fields. The prediction block contains picture elements of both fields of the reference frame.

2. 16×8 frame motion compensation mode (type 2)

In this mode, the 16×16 luminance block is divided by a horizontal line of demarcation into a top 16×8 subblock and a bottom 16×8 subblock. Each subblock is independently compensated using a forward motion vector. Again, no distinction is made between the scan lines of the two interlaced fields making up the luminance subblocks. Two motion vectors are created and transmitted for each macroblock in this mode.

3. 16×8 field motion compensation mode (type 3)

EXHIBIT D

166

5,227,878

**11**

In this mode, the 16×16 luminance block is separated by field polarity, namely, by oddly numbered and evenly numbered scan lines, into two 16×8 subblocks. Each of the 16×8 subblocks contains only picture elements lines of one of the interlaced fields in the original 16×16 luminance block. Each field subblock is compensated independently using a separate forward motion vector with a 16×8 subblock that is derived from picture element scan lines of a field of the same polarity in the reference frame. Two motion vectors are created and transmitted for each macroblock in this mode.

**B. Motion Compensation Modes For B-pictures**

1. 16×16 bidirectional (P and N) frame motion compensation mode (type 3)

A forward (from a previous [P] frame) motion vector fetches a 16×16 block from a past reference frame and a backward (from a new [N] frame) motion vector fetches a 16×16 block from a future reference frame. The 16×16 blocks are averaged to yield a final prediction block.

2. 16×16 forward (P) unidirectional frame motion compensation mode (type 1)

This is a forward unidirectional predictional mode in which only one forward motion vector is used for each macroblock.

3. 16×16 backward (N) unidirectional frame motion compensation mode (type 2)

This is a backward unidirectional predictional mode in which only one backward motion vector is used for each macroblock.

4. 16×8 frame motion compensation mode (type 4); top-forward (P1) with bottom-backward (N2)

In this mode the 16×16 luminance block is divided by a horizontal line of demarcation into a 16×8 top subblock and a 16×8 bottom subblock. The top subblock is compensated using a forward motion vector which fetches a 16×8 block from a past reference frame. The bottom subblock is compensated using a backward motion vector which fetches a 16×8 block from a future reference frame. Two motion vectors are produced and transmitted for each macroblock in this mode.

5. 16×8 frame motion compensation mode (type 5); top-backward (N1) with bottom-forward (P2)

This mode is similar to the mode B.4. described above. The top subblock is compensated using a backward motion vector and the bottom subblock is compensated using a forward motion vector.

6. 16×8 field motion compensation mode (type 6); odd-forward (P1) with even-backward (N2)

In this mode the 16×16 luminance block is separated by field polarity into two 16×8 field subblocks. One of the field subblocks contains the oddly numbered picture element scan lines and the other field subblock contains the evenly numbered picture element scan lines. The 16×8 field subblock containing the oddly numbered field lines is compensated using a forward motion vector and another 16×8 subblock derived from only the oddly numbered scan lines of a past reference frame. Similarly, the 16×8 field subblock containing the evenly numbered field scan lines is compensated using a backward motion vector and a 16×8 subblock derived from only the evenly numbered field lines of a future reference frame. Two motion vectors are produced and transmitted per macroblock in this mode.

7. 16×8 field motion compensated mode (type 7); odd-backward (N1) with even-forward (P2)

**12**

This mode is similar to mode B.6. described above with the 16×8 subblock containing the oddly numbered field lines being compensated by using a backward motion vector and a subblock from a future reference frame and the 16×8 block containing the evenly numbered field lines compensated using a forward motion vector and a subblock from a past reference frame. Two motion vectors are produced and transmitted per macroblock in this mode.

The motion estimation circuit 37 thus may produce motion vectors needed to effectuate a variety of motion compensation modes. These motion vectors are transmitted to the estimation circuit 38 via a line 39 and are used by the estimation circuit to perform an adaptive motion compensated prediction of the video input signal on line 10.

The estimation circuit is composed of two main parts, a block adaptive frame/field uni/bidirectional motion compensated prediction analyzer 38a and a block adaptive frame/field uni/bidirectional motion compensated prediction selector 38b. The prediction analyzer 38a is responsive to the motion vectors produced by the motion estimation circuit 37, the picture type signal from line 32, and the contents of the next picture store 36a and the previous picture store 36c. The prediction analyzer 38a produces a motion compensation type signal on line 38c which identifies which one of the motion compensation odes, such as the compensation modes described here, is used to produce an estimation of the video input signal on line 10. The prediction selector 38b takes appropriate ones of the motion vectors computed by the motion estimation circuit 37 and the motion compensation type signal on line 38c and computes an estimation of the video input signal on line 10. The estimate is produced in light of appropriate ones of the frames stored in stores 36a and 36c.

Each motion vector component in encoded differently, with respect to a previously transmitted component. The motion vectors produced by the motion estimation circuit 37 are also transmitted on a line 40 to a motion vector prediction circuit 41 and to summing element 42. The motion vector prediction circuit 41 also receives the picture type signal on line 32 and the motion compensation type signal on line 38c, which identifies the motion compensation mode being used by the estimation circuit 38. The circuit 41 produces an output signal to the inverting input of the summing element 42 which is related to a predicted value of the motion vector produced by the motion estimation circuit 37. The summing element 42 subtracts the motion vector estimate from the motion vector signal on line 40 and produces a differential motion vector signal which is directed to the input of the encoder and multiplexer 24. The encoder and multiplexer 24 sends the differential motion vector signal to the buffer 25 for insertion into the output bit stream on line 26. The differential motion vector signal will be used by a decoder to reconstruct a video image in accordance with the video input signal on line 10.

The decoder and multiplexer 24 also receives a block classification signal on line 43 which is produce by a block type classification circuit 44 in response to the previously described picture type signal, coding type signal, and motion compensation type signal.

The block type classification circuit 44 also receives an inter/intra type signal on line 44a which identifies whether intercoding or intracoding is being used for the block of video being classified. The inter/intra type

EXHIBIT D

167

5,227,878

13

14

signal is produced by an inter/intra analyzer circuit 44b which receives the video input signal on line 10 and the estimate error signal on line 13. The analyzer circuit 44a determines and compares the energies present in the input signal and the estimation signal and makes a decision as to whether inter or intra coding is to be used. Inter coding, namely, coding of the estimate error signal on line 13, is used for P- and B-pictures when the energy of the estimate error signal is less than the energy of input signal. Sometimes in P- and B-pictures, such as in the situation where there is a scene change, it would be advantageous to code in an intra fashion, namely, to code the input video signal on line 10 instead of the estimate error on line 17. This is the case when the energy in the video input signal on line 10 is less than the energy in the estimate error signal on line 13. When this condition is sensed by the analyzer circuit 44b, the inter/intra type signal indicates that intra coding is to be used. As shown in FIG. 1, the inter/intra type coding signal from analyzer 44b controls the states of switching element 13a and the inter/intra type switching element 13b. The inter/intra coding type signal from the analyzer 44b also is directed to the input of the quantizer 19 to control the quantizing operation in accordance with how the video data is being coded. The inter/intra coding type signal is also a part of the block classification signal sent to the encoder and multiplexer 24.

The block classification signal on line 43 is transmitted to the buffer 25 by the encoder and multiplexer for insertion into the output bit stream on line 26. The block classification signal is used by a decoder to create an image in accordance with the video input signal on line 10.

All macroblocks in I-pictures are intra coded; intra coding of macroblocks is also allowed in P- and B-pictures. In intra coded macroblocks (field or frame mode), the DC coefficient of each subblock is uniformly quantized to 255 levels. DC-prediction is then employed to reduce the number of bits needed to encode the DC coefficients. Two predictors are maintained for luminance DC-prediction to increase its efficiency in switching between the frame- and field-coding modes. For chroma DC-prediction, one predictor suffices for each color component. All DC predictors are reset to zero at the start of a slice and at a nonintra coded macroblocks.

A signal on line 47 related to the magnitudes of intra coded DC coefficients produced by the discrete cosine transform circuit 16 is directed to the input of an intra DC coefficient prediction circuit 45 and the non-inverting input of a summing element 46. The switch 48 in line 47 symbolically represents the direction of only the intra DC coefficients produced by the discrete cosine transform circuit 16 to the input of the intra DC coefficient prediction circuit 45 and the summing element 46. The prediction circuit 45 also receives the coding type signal produced by the coding analyzer 14. The prediction circuit 45 produces an output relating to a predicted value of the intra code DC coefficient and directs that output signal to the inverting input of the summing element 46. The noninverting input of the summing element 46 receives the actual intra DC coefficient. The summing element 46 subtracts the prediction from the DC coefficient to produce a differential DC coefficient prediction which is directed to the input of the encoder and multiplexer 24. The differential DC coefficient is directed by the encoder and multiplexer 24 to the buffer 25 for insertion into the bit stream on output line 26. A decoder uses the differential DC coefficient to construct an image in accordance with the video input signal 10.

FIG. 2 shows an adaptive motion compensated uni-/bi-directional predictive/interpolative decoder which may be used to decode the output bit stream produced by an encoder such as the one shown in FIG. 1. An input bit stream is received by the decoder of FIG. 2 on an input line 50. The input bit stream on line 50 is placed in a buffer 52 and then sent to a variable word length decoder and demultiplexer 54 which performs a decoding and demultiplexing operation which is the inverse of the encoding and multiplexing produced by the encoder and multiplexer 24 shown in FIG. 1. The decoder and demultiplexer 54 produces on an output line 56 the quantized discrete cosine transform coefficients of FIG. 1. An inverse scan selector 64 rearranges the order of the coefficients appearing on input line 56 into the same order that those coefficients had in the quantizer 19 of FIG. 1. The inverse scan selector 64 directs the coefficients it receives in inverse order to a visibility matrix selector and dequantizer 66. The dequantizer circuit 66 is responsive to a coding type signal on line 68, a picture type signal on line 70, and the quantization parameter on line 68a retrieved from the bit stream input to the decoder of FIG. 2 by the decoder and demultiplexer circuit 54 to perform a dequantization which is the inverse of the quantization performed by the quantizer 19 in FIG. 1.

The intra DC transform coefficients for I-pictures and intracoded portions of P- and B-pictures are produced at the output of a summing element 58 which receives the differential DC coefficient as decoded and demultiplexed by the decoder and demultiplexer 54. The summing element 58 also receives an intra DC coefficient prediction signal from a prediction circuit 60 which is also responsive to intra DC coefficient signals on line 57 and a coding type signal on line 68. The state of a switching element 66a is controlled to switch an input line of an inverse discrete cosine transform circuit 72 between the DCT coefficient signal on the output of the dequantizer 66 and the intra DC coefficient signal on line 57. The dequantized transform coefficients and the intra DC coefficients are directed through a switching element 66a to an inverse discrete cosine transfer circuit 72 which performs a transform operation which is the inverse of the transform operation produced by the discrete cosine transform circuit 16 in FIG. 1. The output of the inverse discrete cosine transform circuit 72 in FIG. 2 is a decoded version of either the video signal on input line 10 in the case of I-pictures and intra coded portions of P- and B-pictures or it is a decoded version of the estimate error signal on line 13 in FIG. 1. The output signal from the transform circuit 72 is directed to the input of a block formatting circuit 72a which performs an unformatting operation which is the inverse of the formatting operation performed by block 15a in FIG. 1. The output of the unformatting circuit 72a is directed to one input of a summing element 74. Another input of the summing element 74 receives an estimate signal on line 76. The output of the summing element 74 is related to the difference between the estimate error signal from the unformatter 72a and the estimate signal on line 76 and comprises a video output on line 78 which is analogous to the video input signal on line 10 in FIG. 1.

EXHIBIT D

5,227,878

15

The decoder and demultiplexer 54 in FIG. 2 directs the block classification signal received from the encoder of FIG. 1 to a block type declassification circuit 80 via an input line 82. The block type declassification circuit 80 produces a coding type signal on line 68, a picture type signal on line 70, a motion compensation type signal on line 88, and an inter/intra type signal on line 88a which correspond to the coding type, picture type, motion compensation type, and the inter/intra type signals produced by the encoder of FIG. 1.

The decoder and demultiplexer 54 also retrieves the differential motion vector signal from the bit stream sent by the encoder of FIG. 1 and directs the differential motion vector signal on a line 90 to the input of a summing element 92. Another input to summing element 92 is received from a motion vector prediction circuit 94 along line 96. The motion vector prediction circuit 94 is responsive to a motion compensation type signal on line 88, a picture type signal on line 70, and selected motion vectors on line 98a to produce a prediction of the motion vectors which is directed to one of the inputs to the summing element 92.

The output of the summing element 92 is a motion vector signal on line 98 which corresponds to the motion vector signals produced by the motion estimator 37 and used in the encoding performed by the circuit of FIG. 1. The motion vector signals are directed to an estimation circuit 100 on an input line 102. A next picture store 100a in responsive to the video output signals on line 78 through selective opening and closing of a switching element 100b shown in FIG. 2 to store selected frames of the video output signal. Writing a new frame of information into store 100a causes a previous frame in store 100a to be written into previous picture store 100c via closure of a switching element 100d. The estimation circuit 100 is responsive to the contents of the stores 100a and 100c, the motion vectors on line 102, the motion compensation type signal on line 88, and a picture type signal on line 70 to produce an estimate on line 76 of the video output signal on line 78 in a manner analogous to the estimate produced by the estimation circuit 38 in FIG. 1. As in FIG. 1, switching element 100e in series with line 76 acts to disconnect the estimate signal from the input of summing element 74 when I-pictures are being decoded or when intra coded portions of P- and B-pictures are involved.

FIG. 3 shows a block diagram of a block adaptive motion compensated predictor 106 in accordance with this invention. A decoded picture is received on line 108. The circuit of FIG. 3 produces predictions of P-pictures in accordance with the motion compensation modes identified above for P-pictures. The decoded picture may be either received from the output of the summing element 36 in FIG. 1 or the output of the summing element 74 in FIG. 2. The decoded picture on line 108 is received in the previous picture store 36c or 100c. The decoded picture from the previous picture store is sent to the input of a switching element 110 which selectively directs the decoded picture to one of three output lines in accordance with the motion compensation type signal. If the motion compensation type is type A.1., the decoded picture is sent to a frame macroblock motion compensation predictor 112 which produces a motion compensated prediction signal on the output line 114 of the predictor 106. If the motion compensation type is type A.2., the decoded picture is sent to the input of a submacroblock switching element 116. The switching element 116 selectively directs appropri-

16

ate portions of the decoded picture to one of a pair of frame submacroblock motion compensated prediction circuits 118 and 120. The top half frame submacroblock is directed to the prediction circuits 118 and the bottom half frame submacroblock is directed to the prediction circuit 120. The predictions produced by circuits 118 and 120 are sent to two inputs 122 and 124 of a frame submacroblock to macroblock formatter 126 which then directs the resulting formatted prediction to the output line 114 of the prediction circuit 106.

If the motion compensation type is type A.3., the decoded picture is sent by the switching element 110 to the input of a submacroblock switching element 128 which selectively directs the top field submacroblock portion of the decoded picture to one of two field submacroblock motion compensated prediction circuits 130 and 132 and the bottom field submacroblock portion of the decoded picture to the other of the prediction circuits 130 and 132. The prediction signals produced by the prediction circuits 130 and 132 are directed on lines 134 and 136 to the inputs of a field submacroblocks to macroblock formatting circuit 138 which then outputs the formatted predictions on the output line 114 of the prediction circuit 106. The prediction circuits are responsive to either one or two motion vector signals (MV1 or MV1 and MV2) as described above and shown in FIG. 3.

FIG. 4 is a block diagram of a block adaptive motion compensated bidirectional predictor 140 in accordance with this invention. The circuit of FIG. 4 produces predictions of B-pictures in accordance with the motion compensation modes identified above for B-pictures. A decoded previous picture is received on line 142 from either one of the outputs of summing element 36 in FIG. 1 or summing element 74 in FIG. 2. The decoded previous picture is sent to the previous picture store 36c or 100c of FIGS. 1 and 2, respectively. A decoded next picture is received on an input line 146 from the output of either summing element 36 in FIG. 1 or summing element 74 in FIG. 2. The decoded next picture is directed to the next picture store 36a or 100a of FIGS. 1 and 2, respectively. The decoded previous picture in the previous picture store is selectively directed by a switching element 150 on input line 149 to one of six output lines depending upon the motion compensation type signal in FIGS. 1 and 2. The decoded next picture in the next picture store is selectively directed by the switching element 150 on input line 152 to one of a second set of six output lines, depending again on the value of the motion compensation type signal in FIGS. 1 and 2.

If the motion compensation type is type B.1., the decoded previous picture in the previous picture store is directed on an output line 154 to the input of a frame macroblock motion compensation prediction circuit 156 which then outputs a frame macroblock motion compensated prediction on a line 158 and on an output line 160 of the prediction circuit 140. Type B.1. motion compensation is undefined for the decoded next pictures in the next picture store 146 so that the decoded next pictures are not involved in the prediction operation and do not influence the prediction signal produced on output line 160 in type B.1. situations.

If the motion compensation type is type B.2., the decoded next picture in the next picture store is directed to an output line 156 of the switching element 150 toward the input of a frame macroblock motion compensated prediction circuit 162 which produces a frame

EXHIBIT D

169

17

macroblock motion compensated prediction on an output line 164 and an output line 160 of the prediction circuit 140. Type B.2. motion compensation is undefined for the decoded previous pictures in the previous picture store so that the decoded previous pictures are not involved in the prediction operation and do not influence the prediction signal produced on output line 160 in type B.2. situations.

When the motion compensation type is type B.3., the decoded previous picture in the previous picture store is directed on output line 166 of the switching element 150 to one input of a frame macroblock bidirectional motion compensated prediction circuit 168. The decoded next picture in the next picture store is directed to an output line 170 of the switching element 150 to a second input of the prediction circuit 168. The prediction circuit 168 produces a prediction signal on line 172 which is directed to the output line 160 of the prediction circuit 140.

When the compensation type is type B.4., the decoded previous picture in the previous picture store is directed to an output line 174 of the switching element 150 and the decoded next picture in the next picture store 148 is directed to an output line 176 of the switching element 150. The pictures on line 174 and 176 are directed to the inputs of a switching element 178 which selectively directs the pictures to the inputs of a pair of frame submacroblock motion compensated prediction circuits 180 and 182. The outputs of the prediction circuits 180 and 182 are directed to the inputs of a frame submacroblocks to macroblock formatting circuit 184 on lines 186 and 188. The output of the formatting circuit 184 is directed to the output line 160 of the prediction circuit 140.

When the motion compensation type is type B.5., the decoded previous picture in the previous picture store is directed to an output line 190 of the switching element 150 and the decoded next picture in the next picture store is directed to an output line 192 of the switching element 150. The pictures on lines 190 and 192 are directed to the inputs of a switching element 194 which selectively directs the pictures to a pair of frame submacroblock motion compensated prediction circuits 196 and 198. Prediction signals on lines 200 and 202 from the prediction circuits 196 and 198 are input to a frame submacroblocks to macroblocks formatting circuit 204 which sends formatted prediction signals to the output line 160 of the prediction circuit 140.

When the motion compensation type is type B.6., the decoded previous picture in the previous picture store is directed to an output line 206 of the switching element 150 and the decoded next picture in the next picture store is sent to an output line 208 of the switching element 150. The pictures on lines 206 and 208 are sent to the inputs of a switching element 210 which selectively directs those pictures to the inputs of a pair of field submacroblock motion compensated prediction circuits 212 and 214. The prediction circuits 212 and 214 send prediction signals on lines 216 and 218 to the inputs of a field submacroblocks to macroblock formatting circuit 60 220. The formatting circuit 220 directs formatted prediction signals to the output line 160 of the prediction circuit 140.

When the motion compensation type is type B.7., the decoded previous picture in the previous picture store is sent to an output line 222 of the switching element 150 and the decoded next picture in the next picture store is sent to an output line 224 of the switching element 150.

18

The pictures on lines 222 and 224 are sent to inputs of a switching element 226 which selectively directs the picture signals to a pair of field submacroblock motion compensated prediction circuits 228 and 230. The prediction circuits send prediction signals to a field submacroblocks to macroblocks formatting circuit 232 which directs the prediction signals to the output line 160 of the prediction circuit 140. As shown in FIG. 3, the predictor circuits are responsive to one or two motion vector signals (MV1 or MV1 and MV2).

FIG. 5 shows a detailed block diagram of the block adaptive frame/field coding analyzer 14 shown in FIG. 1. Macroblocks are received by the coding analyzer on an input line 234. The macroblocks received on the input line 234 are directed to a macroblock vertical correlation computer 236 which determines the amount of correlation between successive horizontal lines of each macroblock and produces a frame correlation signal on line 238 which is sent to a thresholder and comparator circuit 240. The macroblocks received on the input line 234 are also sent to a macroblock to field submacroblocks formatting circuit 242. The formatter 242 separates each macroblock into two separate fields, one of which comprises the evenly numbered horizontal lines of picture elements in each macroblock and the other or which comprises the oddly numbered horizontal lines of picture elements in each macroblock. The evenly numbered horizontal lines are sent to a submacroblock vertical correlation computer 244 when a selector switch 246 connects the output of the formatting circuit 242 to the input of the correlation computer 244. The correlation computer 244 determines the level of correlation between the evenly numbered horizontal lines sent to the computer 244 and produces a signal to a submacroblock selector switch 248 relating to the level of correlation. When the switch 248 is in an appropriate position, the signal from the correlation computer 244 relating to correlation level is sent to the input of an accumulator 250. The oddly numbered horizontal lines are sent to a submacroblock vertical correlation computer 252 when the selector switch 246 connects the output of the formatting circuit 242 to the input of the correlation computer 252. The correlation computer 252 determines the level of correlation between the oddly numbered horizontal lines sent to the computer 252 and produces a signal sent to the submacroblock selector switch 248 relating to the level of correlation. When the switch 248 is connected appropriately, the signal from the correlation computer 252 relating to the correlation level of the oddly numbered lines is sent to the accumulator 250. The accumulator 250 sums the correlation levels of the oddly numbered and evenly number fields in the macroblocks and produces a total correlation signal indicating the level of correlation in the fields. The total correlation signal is divided by two in a divider circuit 254 and sent to the threshold in comparator circuit 240. The comparator circuit 240 compares the correlation levels of the frame correlation signal from computer 236 and the field correlation signal from divider 254 and produces the coding type signal shown in FIGS. 1 and 2. The coding type signal indicates whether frames of video information are to be encoded and decoded or fields of video information are to be encoded and decoded. Specifically, frames are to be encoded and decoded when the frame correlation level is greater than the field correlation level. Fields are to be encoded and decoded when the field correlation level is greater than the frame correlation level.

EXHIBIT D

170

FIG. 6 shows the block formatter 15a of FIG. 1. Macroblocks are received on an input line 256 and directed to the input of a switching element 258. The state of the switching element is determined by the characteristics of the coding type signal produced by the circuit of FIG. 5. When the coding type signal indicates that frame coding is to take place, the switching element 258 connects the line 256 to the input to a macroblock to frame blocks formatter 260, the output of which is directed to a switching element 262 which connects the output of the formatter 260 to a block output line 264 of the formatter of FIG. 6. When the coding type signal indicates that field coding is to take place, the switching element 258 connects the line 256 to the input of a macroblock to field blocks formatter 266, the output of which is directed to the switching element 262 which connects the output of the formatter 266 to the block output line 264 of the formatter of FIG. 6.

FIG. 7 is a diagram of a block unformatter shown both in FIGS. 1 and 2. Blocks are received by the unformatter of FIG. 7 on an input line 268 which directs those blocks to the input of a switching element 270. When the coding type signal indicates that frame coding is to take place, the switching element 270 connects the blocks received on the output line 268 to the input of a frame blocks to macroblock formatter 272 which directs frame macroblocks to the input of a switching element 274 which is configured by the coding type signal in this situation to direct frame blocks from the formatter 272 to a macroblock output line 276. When the coding type signal indicates that field coding is to take place, the switching element 270 connects the blocks received on the input line 268 to the input of a field blocks to macroblock formatter 278 which directs the field blocks to the input of a switching element 274 which is configured by the coding type signal to direct macroblocks from the formatter 278 to the macroblock output line 276.

FIG. 8 is a flow chart representing an intra DC coefficient prediction circuit as shown as in FIGS. 1 and 2. Actually computed intra DC coefficients are directed to the input of the circuit of FIG. 8 on line 47. A quantization index is computer in block 280 by dividing the DC coefficient present on line 47 by a DC step-size parameter which may be eight. A decision then is made at block 282 to determine whether or not this DC coefficient is the DC coefficient for the first macroblock in a slice or whether the previous macroblock was a nonintra macroblock. For purposes of this discussion, the block index identifies the location of a block in a macroblock as shown for a frame macroblock and a field macroblock in FIG. 9. If the decision of block 282 is yes, a decision then is made at block 284 as to whether the block index is zero. If the block index is zero, a DC top block predictor parameter is set equal to some arbitrary value in block 286, for example, the predictor is set to 128. The DC prediction then is made by the prediction circuit of FIG. 8 is set equal to this top block DC predictor in block 288. In block 290, the top block predictor is overwritten with the value of the quantization index computed in block 280. In block 292 a bottom block DC predictor parameter is set equal to the value of the top block DC predictor set in block 290. The DC prediction is output from the circuit of FIG. 8 on output line 294 which corresponds to the output of the intra 65 DC coefficient macroblock blocks in FIGS. 1 and 2.

If the block index is 1, 2, or 3, as determined in block 284 in FIG. 8, a check is made in block 296 to see if the block index is one. If the block index is one, the DC prediction is set equal to the top block DC predictor in block 298. The top block DC predictor then is overwritten with the quantization index in block 300 and the DC prediction is output by the circuit of FIG. 8 on line 294. If the block index, as determined in block 296, is 2 or 3, the DC prediction is set to the bottom block DC predictor in block 302 and the bottom block DC predictor then is overwritten with the value of the quantization index in block 304. The DC prediction signal is output from the circuit of FIG. 8 on line 294.

If the macroblock is not the first macroblock in a slice or the previous macroblock is not a nonintra type macroblock as determined in block 282 in FIG. 8, a decision is made in block 306 as to whether or not the current macroblock type is the same as the previous macroblock type. If the current macroblock is a frame type macroblock, block 306 in FIG. 8 determines if the previous macroblock was also a frame type macroblock. If the current macroblock is a field type macroblock, block 306 in FIG. 8 determines if the previous macroblock was also a field-type macroblock. If either of the determinations is in the affirmative, a check is made at block 308 to see if the block index is zero or one. If the block index is zero or one, the DC prediction is set equal to the top block DC predictor in block 310 and then in block 312 the top block DC predictor is set equal to the quantization index computed in block 280. The DC prediction then is output by the circuit of FIG. 8 on line 294. If the block index is 2 or 3, as determined in block 308, then the DC prediction is set equal to the bottom block predictor in block 314. The bottom block DC predictor then is overwritten with the quantization index in block 316 and the DC prediction is sent from the circuit of FIG. 8 on line 294.

If the current macroblock type is not the same as the previous macroblock type, as determined in block 306, then a check is made in block 318 to see if the block index is zero. If the block index is zero, an average of the current values of the top block DC predictor and the bottom block DC predictor is made in block 320. The average computed in block 320 is rounded in block 322. The top block DC predictor is set equal to the rounded average in block 324. The DC prediction then is set equal to the top block DC predictor in block 326. The top block DC predictor then is overwritten with the value of the quantization index in block 328. The bottom block DC predictor is set equal to the top block DC predictor in block 330. The DC prediction is sent to the output line 294 of the circuit of FIG. 8.

If the block index is 1, 2, or 3, as determined in block 318, a determination is made in block 332 to see if the block index is 1. If the block index is 1, the DC prediction is set to be equal to the top block DC predictor in block 334. The top block DC predictor then is overwritten in block 336 with the quantization index and the DC prediction is directed to the output line 294 of the circuit of FIG. 8. If the block index is not 1, as determined in block 332, then the DC prediction is set equal to the value of the bottom block DC predictor in block 338 and the bottom block DC predictor then is overwritten in block 340 with the value of the quantization index computed in block 280. As in the other cases, the DC prediction is directed to the output line 294.

FIG. 9 illustrates a sequence of six macroblocks in a slice of video data. The arrows in FIG. 9 illustrate schematically the relationship between the predicted DC coefficients for each of the blocks of video data and the

5,227,878

21

actual values of DC coefficients computer for adjacent blocks. The origin of each of the arrows is placed in the block for which an actual DC coefficient has been determined. The head of the arrow indicates the location of the block for which the actual value of the DC coefficient is used as a prediction of the DC coefficient for the block containing the head of the arrow. The circles in some of the blocks indicate the situation where an average of actual values of DC coefficients is used to predict the DC coefficients for the block in which the circles reside. FIG. 9 shows a frame type macroblock numbered 0 at the start of the macroblock slice, followed by a frame type macroblock numbered 1, a field type macroblock numbered 2, a frame type macroblock numbered 3, a field type macroblock numbered 4, and a field type macroblock numbered 5. Each of the macroblocks contains four blocks, the upper left hand block of each macroblock being given a block index of 0. The upper right hand block of each macroblock is given a block index of 1, the lower left hand block of each macroblock is given a block index of 2, and the lower right hand block of each macroblock is given a block index of 3. By way of example, a frame macroblock 0 and a field macroblock 4 are labeled with the block indices in FIG. 9. The block in frame macroblock 0 with an index of 0 is predicted to have a value of DC coefficient equal to an arbitrary value such as 128. The predicted value of the DC coefficient for the block in the frame macroblock 0 having an index of 1 is predicted to be the DC coefficient computed for the block having an index of 0 as illustrated by the arrow from the block having an index of 0 to the block having an index of 1. The predicted value of the DC coefficient for the block with an index of 2 in frame macroblock 0 is predicted to be the same as the actual value of the DC coefficient computed for the block having an index of 0 in the frame macroblock 0 as illustrated by the vertically downwardly directed arrow from the block of index 0 to the block of index 2. The predicted value of the DC coefficient for the block with an index of 3 in macroblock 0 is the same as the actual value of the DC coefficient computed for the block with an index of 2 in macroblock 0. The value of the DC coefficient predicted for the blocks of index 0 in the field macroblock 2, the frame macroblock 3, and the field macroblock 4 are each predicted to be the average of the computed coefficients for blocks of index 1 and 3 in the prior macroblocks in each instance. The rest of the predictions are apparent in light of the content of FIGS. 8 and 9 and are not further discussed.

FIG. 10 is a block diagram of the variable word length choice analyzer shown in FIG. 1. The analyzer receives the picture type signal on line 32 as an input to a signal translator 342 which produces two signals, an intracoding indication 344 which identifies whether or not there is intra-type coding and a B-type predictive indicator 346 which indicates whether or not predictive coding of B-pictures is being undertaken.

The variable word length choice analyzer also receives the DCT coefficients from the scan selector 23 in a run length computer 348 which determines, for all nonzero coefficients received, the number of zeros immediately prior to the receipt of that nonzero DCT coefficient. In other words, the computer 348 determines the run length for each DCT coefficient and sends signals relating to the amplitude and run length of each received DCT coefficient to the input of an intra indication switching element 350. The switching element 350 directs the signals from the run length com-

22

puter 348, when it is in the number 1 state shown in FIG. 10, to the input of sequencing switching element 352, which may be a counting circuit. The switching element 350 is in the number 1 state when the choice analyzer of FIG. 10 is analyzing DCT coefficient for I-pictures. The switching element 352 sequentially directs the amplitude and run length of each coefficient to the inputs of each of a series of four variable word length code length tables 354, 356, 358, and 356. The tables 354, 356, 358, and 360 contain data which represents the expected code length which will be produced if the DCT coefficient having an amplitude and run length as represented by the signals from the run length computer 348 are coded in accordance with four different coding schemes, one for each of the tables 354, 356, 358, and 360. When the switching element 352 connects the output of the run length computer 348 to the input of one of the tables 354, 356, 358, and 360, that table produces a signal on a respective output line 362, 364, 366, and 368 relating to the expected code length which will result from coding the DCT coefficient in accordance with the coding scheme for which the data in the table has been produced. The expected code lengths on lines 362, 364, 366, and 368 are directed to the number 1 inputs of a switching element 370. When the DCT coefficients are for I-pictures, the state of the switching element 370 is such that the signals on lines 362, 364, 366, and 368 are directed to the inputs of accumulators 372, 374, 376, and 378, respectively. The contents of the accumulators 372, 374, 376, and 378 are directed to four inputs of a comparator and minimum evaluation circuit 380 which is responsive to a compare enable signal to determine which of the expected run lengths stored in the accumulators 372, 374, 376, and 378 is the smallest. The evaluation circuit 380 produces a variable word length table select signal on line 382 which is then sent to the encoder and multiplexer 24 in FIG. 1 which then uses the signal produced on line 382 to select an efficient fixed or variable word length coding scheme identified by the nature of the variable word length table select signal on line 382. The select signal on line 382 causes the encoder 24 to select one of a plurality of coding tables stored in the encoder 24 which each control the encoding of quantized DCT coefficients in accordance with a separate and distinct fixed word length or variable word length coding scheme.

When P- and B-pictures are being coded, the switching element 350 is placed in state 0 such that the DCT coefficient amplitudes and run lengths are directed to the input of a bidirectional prediction indication switching element 384. When P-pictures are being coded, the switching element 384 is in the state 0 which causes the coefficient amplitudes and run lengths to be connected to the input of a sequencing switching element 386, which may be a counting circuit. The switching element 386 sequentially connects the P-picture coefficient amplitude and run lengths to each of four variable word length code length tables 388, 390, 392, and 394. The tables 388, 390, 392, and 394 each contain information about expected code lengths which will be produced by coding the DCT coefficient having the computed amplitude and run lengths in accordance with separate and distinct codes represented by each table 388, 390, 392 and 394. The expected code lengths from the tables 388, 390, 392, and 394 are sent to the 0 inputs of the switching element 370. For P-pictures, the state of the switching elements 370 and 396 is such that the outputs of the tables 388, 390, 392, and 394 are directed on output lines

EXHIBIT D

172

398, 400, 402, and 404 and to the inputs of the accumulators 372, 374, 376, and 378. As in the case of I-pictures described above, the accumulators 372, 374, 376, and 378 direct the expected code lengths to the evaluation circuit 380 which then produces a variable word length select signal on line 382 which is used by the encoder and multiplexer 24 to code the quantized DCT coefficients using a code which is most efficient in terms of the smallest number of bits which must be used to transmit the DCT coefficients.

When B-pictures are being analyzed by the circuit of FIG. 10, the DCT coefficient amplitudes and run lengths from the computer 348 are directed to the input of a switching element 384 which is in a state which will connect those amplitudes and run lengths only to the variable word length code length table 388 which produces an expected run length signal and sends it to the input of the accumulator 372 and is used to produce a variable word length table select signal on line 382. Note that in the case of B-pictures, the state of switching element 396 is such that the output of the tables 390, 392, and 394 are not connected the inputs of the accumulators 374, 376, and 378.

In the example of the invention described here, a parameter Mscale is produced. The M scale parameter is a multiplexer to be used in computing the quantization parameter for bidirectionally coded frames. One M scale parameter is produced for each macroblock by selection from predetermined tables which have been determined experimentally for a particular picture resolution and bit rate.

FIG. 11 is a flow chart illustrating the encoding of the M scale parameter for bidirectionally coded pictures. In block 406, a decision is made as to whether or not the current macroblock was coded in the previous P-picture or I-picture. If not, whether decision is made in Block 408 as to whether or not the average quantization parameter was nonzero for a corresponding slice in the previous P-picture or I-picture. If it was zero, the average quantization parameter is set equal to 16 in block 410. If the average quantization parameter was nonzero, as determined in block 408, or after the average quantization parameter has been set to 16 in block 410, the quantization parameter for the corresponding macroblock in the previous P-picture or I-picture is set equal to 16 in block 412, since there was no quantization parameter for that macroblock. If the macroblock was coded in the previous P-picture or I-picture, as determined in block 406, or after the operation of block 412, the quantization step size is set equal to 2 times the quantization parameter in block 414. The quantization step size for the slice is set equal to 2 times the average quantization parameter for the corresponding slice in the previous P-picture or I-picture in block 414. A decision then is made in block 416 as to whether or not the prediction for the macroblock is to be unidirectional or intra. If the prediction is to be bidirectional, in other words, if the no route is followed at the output of block 416, then a temporary scale factor is set equal to a scale factor tuned to the resolution and bit rate times the quantizer 420 step size for the macroblock in the previous P-picture or I-picture in block 418. In block 420 a ratio parameter is computed by dividing the temporary scale factor by the quantization step size for the slice. In block 422 a variable min__ind is set equal to 9, a variable min__valf is set equal to 1,000, and a variable zlimit is set equal to 4. A decision then is made at block 424 to see whether an index z is less than zlimit. If z is less than zlimit, a vari-

able absdiff is set equal to the absolute value of the difference between the ratio computed in block 420 and a mscale parameter in block 426. Then in block 428 a decision is made as to whether or not the value of absdiff is less than min__valf. If the yes route is followed from block 428, a variable min__ind is set equal to z and the variable min__valf is set equal to the variable absdiff in block 430. The routine of FIG. 11 then returns to the input of block 424. If the no route is followed on the output of block 428, the routine of FIG. 11 returns directly to the input of block 424. The loop just described is repeated until z is no longer less than zlimit and the no route is followed on the output of block 424, after which in block 432 the current quantization step size is set equal to a rounded product of an mscale variable shown in block 432 and the quantization stepsize for the slice. The current quantization parameter is set equal to one-half of the current quantization step size in block 434 and the value of min__ind is sent for insertion into the encoder output bit stream for use by the decoder to recreate images from the compressed bit stream. The current quantization parameter is clipped to a valve of 31 by the operation of blocks 436 and 438.

If it is determined in block 416 that there is unidirectional prediction, then a temporary scale factor is computed in block 440, a ratio of the temporary scale factor to the quantization step size for the slice is computed in block 442 and in block 444, the min__ind, min__valf, and the zlimit variables are set to the same values they were set to in block 422. A decision is made in block 446 to see if an index z is less than zlimit. If that is the case, a variable absdiff is computed in block 448 as the absolute value of the difference between the ratio computed in block 442 and an mscale parameter identified in block 448. A check then is made in block 450 to see if absdiff is less than min__valf. If that is the case, min__ind is set equal to z and min__valf is set equal to absdiff in block 452. The routine of FIG. 11 then returns to the input of block 446. The loop continues until z is no longer less than zlimit and then the routine follows the no route as the output of block 446. When the no route is followed in block 454, the current quantization step parameter is set equal to a product similar to the product already described for block 432 and the routine of FIG. 11 performs the previously described steps identified in blocks 434, 436 and 438.

FIG. 12 illustrates the operation of a decoder in accordance with this invention with respect to the mscale parameter produced for B-pictures. The min__ind parameter is extracted from the bit stream sent to the decoder in block 456. The quantization parameter for the slice is extracted from that bit stream in block 458. Block 460 computes the quantization step size from the quantization parameter for the slice in block 460. A decision then is made in block 462 as to whether the prediction for the macroblock is unidirectional or intra. If the prediction is unidirectional or intra, the current quantization step is computed as specified in block 464. If the prediction is bidirectional, the current quantization step size is computed as specified in block 456.

FIG. 13 shows a detailed block diagram of a visibility matrix selector. DCT coefficients are input to the selector on line 468 which is directed to the input of a coefficient weighting circuit 470. As those skilled in the art will appreciate, weighting factors are retrieved from a selected one of four visibility matrices 472, 474, 476 and 478, depending on the states of switching elements 480, 482, 484, 486, 488, and 490, which states are determined

25

by the condition of signals identified in FIG. 13 and discussed elsewhere. Depending on which visibility matrix is selected, predetermined weighting factors are directed on line 492 to an input of the coefficient waiting circuit 470 which then produces weighted DCT coefficients on an output line 494 in light of the DCT coefficients introduced on line 468 and the weighting factors introduced on line 492.

FIG. 14 is a block diagram of a forward/inverse scan selector in accordance with this invention. The scan selector of FIG. 14 comprises a forward/inverse scan formatting circuit 496 which receives a forward inverse/scan designation signal on line 498 and quantization indices on line 500. One of four predetermined scanning orders may be produced in accordance with information stored in four scanning blocks 502, 504, 506, and 508. Depending on the states of switching elements 510, 512, 514, 516, 518, and 520, which are determined by the nature of control signals identified in FIG. 14 and discussed elsewhere, the operation of the scan formatter 496 is controlled by signals on an input line 522 produced by a selected one of the scanning blocks 502, 504, 506, and 508. The scan formatter 496 produces scan quantization indices on line 524 in light of the inputs received on lines 498, 500 and 522.

FIG. 15 is a flow chart illustrating motion vector prediction for P-pictures. A new macroblock is obtained in block 526. Block 528 determines if this macroblock is the first macroblock of a slice. If it is the first macroblock, the variables stored in five registers identified in block 530 are initialized to zero and the routine of FIG. 15 proceeds to the input of a decision block 532. If it is determined in block 528 that this macroblock is not the first macroblock in a slice, the routine of FIG. 15 proceeds directly from the block 528 to the input of block 532. Block 532 determines whether or not this is an inter macroblock. If it is not a inter macroblock, the variables stored in five registers identified in block 534 are initialized to zero and the routine of FIG. 15 returns to the input of block 526.

If block 532 determines that the macroblock is an inter macroblock, then decisions are made as to which motion compensation type is involved. These decisions are made in blocks 536, 538, and 540. If the motion compensation type is type 1, then in block 542 a motion vector prediction variable is set equal to the value of the REG 16×16 FRM_P variable. In block 544 the REG 16×16 FRM_P variable is set equal to the value of a current motion vector variable and the motion prediction is output by the routine of FIG. 15.

If the motion compensation type is type 2, in block 546 a first motion vector prediction variable is set equal to the REG 16×16 FRM_P1 variable. The REG 16×16 FRM_P1 variable is changed to the value of a current motion vector variable (P1) in block 548. In block 550, a second motion vector prediction variable is set equal to the REG 16×16 FRM_P2 variable. In block 532, the REG 16×16 FRM_P2 variable is set equal to the value of a current motion vector variable (P2) and the motion prediction is output by the routine of FIG. 15.

If the motion compensation type is type 3, then as first motion vector prediction-variable is set equal to the REG 16×8 FLD_P1 variable in block 554. In block 556, the REG 16×8 FLD_P1 variable is then set equal to a current motion vector (P1) variable. In block 558 a second motion vector prediction variable is set equal to the REG 16×8 FLD_P2 variable. The REG 16×8

26

FLD_P2 variable then is set equal to the value of a current motion vector (P2) variable in block 560 and the motion vector prediction is output by the routine of FIG. 15. An error condition is identified in block 561 in a situation where it is determined that the motion compensation type is not one of the three permitted types in FIG. 15.

FIG. 16 is a flow chart illustrating motion vector prediction for B-pictures. A new macroblock is obtained in block 562. A determination is made in block 564 as to whether this is the first macroblock in a slice. If it is the first macroblock in a slice, a list of variables stored in register identified in block 566 is initialized to zero. After the operation of block 566, the routine of FIG. 16 proceeds to the input of block 568. If the macroblock is not the first macroblock in a slice, as determined in block 564, then the output of block 564 is directly connected to the input of block 568.

Block 568 determines if this is an inter macroblock. If it is no an inter macroblock, block 570 initializes a list of variables stored in registers identified in block 570 to zero and the routine of FIG. 16 returns to the input of block 562. If block 568 determines that this is an inter macroblock, then blocks 572, 574, 576, 578, 580, 582, and 584 determine whether the motion compensation type is one of seven possible types.

If the motion compensation type is type 1 for B-pictures, block 586 sets a motion vector prediction variable equal to the variable REG 16×16 FRM_P. Block 588 then sets the REG 16×16 FRM_P variable to be equal to a current motion vector variable (P) and the motion vector prediction is output by the routine of FIG. 16.

If the motion compensation type is type 2 for B-pictures, block 590 sets a motion vector prediction variable equal to the REG 16×16 FRM_N variable. Block 592 sets the REG 16×16 FRM_N variable to the value of a current motion vector variable (N) and the motion vector prediction is output by the routine of FIG. 16.

If the motion compensation type is type 3 for B-pictures, block 594 sets a first motion vector prediction variable to the value of the REG 16×16 FRM_P variable. Block 596 then sets a current motion vector (P) variable to the value of the REG 16×16 FRM_P variable.

Block 598 sets a second motion vector prediction variable equal to the REG 16×16 FRM_N variable. Block 600 then sets the value of the REG 16×16 FRM_N to the value of a current motion vector variable (N) and the motion vector predictions are output by the routine of FIG. 16.

If the motion compensation type is type 4 for B-pictures, block 602 sets a first motion vector prediction variable equal to the REG 16×8 FRM_P1 variable. Block 604 changes the value of the REG 16×8 FRM_P1 variable to the value of a current motion vector (P1) variable. Block 606 sets a second motion vector prediction variable to the value of the REG 16×8 FRM_N2 variable. Block 608 changes the value of the REG 16×8 FRM_N2 variable to the value of a current motion vector (N2) variable and the motion vector predictions are output by the routine of FIG. 16.

If the motion compensation type is type 5 for B-pictures, block 610 sets a first motion vector prediction variable to be equal to the REG 16×8 FRM_N1 variable. Block 612 changes the value of a current motion vector (N1) variable. Block 614 sets the value of a second motion vector prediction variable to be equal to the

EXHIBIT D

174

5,227,878

27

value of the REG 16×8 FRM_P2 variable. Block 616 then changes the value of the REG 16×8 FRM_P2 variable to the value of a current motion vector (P2) variable and the motion vector prediction are output by the routine of FIG. 16.

If the motion compensation type is type 6 for B-pictures, block 618 sets the value of a first motion vector prediction variable to the value of the REG 16×8 FLD_P1 variable. Block 620 changes the value of the RE 16×8 FLD_P1 variable to the value of a current motion vector (P1) variable. Block 622 sets the value of a second motion vector prediction variable to be equal to the value of the REG 16×8 FLD_N2 variable. Block 624 changes the value of the REG 16×8 FLD_N2 variable to the value of a current motion vector (N2) variable and the motion vector predictions are output by the routine of FIG. 16.

If the motion compensation type is type 7 for B-pictures, block 626 sets the value of a first motion vector prediction variable to the value of the REG 16×8 FLD_N1 variable. Block 628 changes the value of the REG 16×8 FLD_N1 variable to be equal to the value of a current motion vector (N1) variable. Block 630 sets the value of a second motion vector prediction variable to be equal to the value of the REG 16×8 FLD_P2 variable. Block 632 changes the value of the REG 16×8 FLD_P2 variable to be the same as the value of a current motion vector (P2) variable and the motion vector predictions are output by the routine of FIG. 16.

If the routine of FIG. 16 determines that the motion compensation type is not one of the seven permitted types, the routine of FIG. 16 identifies an error condition in block 634.

A summary of the syntactical details of this example of the invention are shown below:

### Sequence Header

sequence_header_code
horizontal_size
vertical_size
pel_aspect_ratio
picture_rate
bit_rate
intra_frame_quantizer_matrix [64]
intra_field_quantizer_matrix [64]
nonintra_frame_quantizer_matrix [64]
nonintra_field_quantizer_matrix [64]
mscale [64]

### Group-of-Pictures Layer

group_start_code
time_code
closed_gap
broken_link

### Picture Layer

picture_start_code
temporal_reference
picture_coding_type
full_pel_forward_vector (for P- and B-pictures)
forward_f (for P- and B-picture)
full_pel_backward_vector (for B-pictures)
backward_f (for B-pictures)

### Slice Layer

slice_start_code
quantization_parameter

28

### Macroblock Layer in Intra Coded MBs

macroblock_type
quantization_parameter (5 bits)
vlc_select (2 bits)

### Macroblock Layer in Predictive-Coded MBs

macroblock_type
motion_horizontal_forward
motion_vertical_forward
macroblock_code_nocode (1 bit)
quantization_parameter (5 bits, sent when macroblock_code_nocode is "1")
vlc_select (2 bits, sent when macroblock_code_nocode is "1")

### Macroblock Layer in Bidirectionally Predictive-Coded MBs

macroblock_type
motion_horizontal_forward
motion_vertical_forward
motion_horizontal_backward
motion_vertical_backward
macroblock_code_nocode (1 bit)
mscale_addr (2 bits, sent when macroblock_code_nocode is "1")
coded_block_pattern (sent when macroblock_code_nocode is "1")

### Block Layer in Intra-Coded MBs

dct_dc_size
dct_dc_differential
dct_coeff_next
end_of_block (codeword depends on the codebook used)

### Block Layer in Non Intra Coded MBs

dct_coeff_first
dct_coeff_next
end_of_block (in P-pictures, codeword depends on the codebook used)

The entire set of macroblock modes for all three picture types is listed in Table 1 below.

TABLE I

| VLC TABLES FOR MACROBLOCK TYPES | | | | |
|---|---|---|---|---|
| macroblock_type in I-pictures: | | | | |
| 1 | 1 | Intra | | , frame-code |
| 2 | 01 | Intra | | , field-code |
| macroblock_type in P-pictures: | | | | |
| 1 | 10 | 16×8 | frame-MC, | frame-code |
| 2 | 11 | 16×8 | field-MC, | frame-code |
| 3 | 01 | 16×16 | frame-MC, | field-code |
| 4 | 0010 | 16×8 | frame-MC, | field-code |
| 5 | 0011 | 16×8 | field-MC, | field-code |
| 6 | 0001 | 16×16 | frame-MC, | field-code |
| 7 | 00001 | Intra | | , field-code |
| 8 | 000001 | Intra | | , frame-code |
| macroblock_type in P-pictures: | | | | |
| 1 | 10 | 16×16 | frame-MCbr, | field-code |
| 2 | 11 | 16×16 | frame-MCbdr, | frame-code |
| 3 | 010 | 16×16 | frame-MCb, | frame-code |
| 4 | 011 | 16×16 | frame-MCf, | frame-code |
| 5 | 0010 | 16×16 | frame-MCf, | field-code |
| 6 | 0011 | 16×16 | frame-MCf, | frame-code |
| 7 | 00010 | 16×8 | frame-MCbf, | frame-code |
| 8 | 00011 | 16×8 | field-MCb, | frame-code |
| 9 | 000010 | 16×8 | frame-MCf, | field-code |
| 10 | 000011 | 16×8 | field-MCbf, | frame-code |
| 11 | 0000010 | 16×8 | field-MCbf, | field-code |
| 12 | 0000011 | 16×8 | frame-MCbf, | field-code |

EXHIBIT D

175

29

### TABLE I-continued

| | VLC TABLES FOR MACROBLOCK TYPES | | |
|---|---|---|---|
| 13 | 00000010 | 16×8 | field-MCbf, field-code |
| 14 | 00000011 | 16×8 | frame-MCfb, field-code |
| 15 | 000000010 | Intra | , frame-code |
| 16 | 000000011 | Intra | , field-code |

In a fully automated one-pass encoder, the delay incurred by the encoding process is 2 to 3 picture periods. The delay at the decoder is 1 to 2 picture periods (not counting any postprocessing delays). However, the encoder and decoder buffers introduce a significantly greater delay of 0.5 seconds. The total code delay is thus 0.65 to 0.7 seconds.

30

I-pictures provide access points roughly every 0.4 seconds. Beginning with the I-picture, the other pictures in the GOP can be decoded as necessary to obtain the desired picture from the bit stream.

Fast forward and reverse enabled by having regularly spaced I-pictures.

The basic feature of our proposal have been presented, with all its syntactical details.

### APPENDIX

The following appendix is an example of computer code written in the C programming language which may be used to create a working example of this invention on a programmed digital computer.

EXHIBIT D

76



```
/*
 * Atul Puri
 * Copyright AT&T Bell Labs
 * Sept 1991
 *
 * mscale.c
 *
 * Example of a code segment used for MSCALE quantization of B-frames
 *
 */

if (meas_hdr->stop_mac[y_index][x_index] != 0)
    {
    if ((*ptr_type_mb == 4) || (*ptr_type_mb == 5))
        {
        tmpscalef = qntpar->mscaleb_mac*meas_hdr->stop_mac[y_index][x_index];
        ratiof = tmpscalef/((float) din_step); /* din_step is default */
        min_ind = 9;
        min_valf = 1000.0;
        for (s=0; s < 4; s++)
            {
            diff = ratiof - qntpar->mscaleb[s];
            absdiff = fabs (diff);
            if (absdiff < min_valf)
                {
                min_ind = s;
                min_valf = absdiff;
                }
            }
        if (min_ind == 9)
            {
            fprintf(stderr, "in quant3..INTERP frame, error in MSCALE computation...quitting\n");
            exit(0);
            }
        round_even(qntpar->mscaleb[min_ind]*din_step, &qntpar->stop_size);
        }
    else
        {
        tmpscalef = qntpar->mscalep_mac*meas_hdr->stop_mac[y_index][x_index];
        ratiof = tmpscalef/((float) din_step); /* din_step is default */
        min_ind = 9;
        min_valf = 1000.0;
        for (s=0; s < 4; s++)
            {
            diff = ratiof - qntpar->mscalep[s];
            absdiff = fabs (diff);
            if (absdiff < min_valf)
                {
                min_ind = s;
                min_valf = absdiff;
                }
            }
        if (min_ind == 9)
            {
            fprintf(stderr, "in quant3..INTERP frame, error in MSCALE computation...quitting\n");
            exit(0);
            }
```

EXHIBIT  D

-177

33                                5,227,878                              34

```
          }
          round_even(qntpar->qmscalep[min_ind]*dis_step, &qntpar->qstep_size);
      }
      else
          {   /* no coding, stay with default */
          if (qntpar->qstep_size > 63)
              qntpar->qstep_size = 63;
      }
  }
```

```
/*------------------------------------------------------------------------*/
/*
    Atul Puri
    Copyright AT&T Bell Labs
    Sept 1991

    vlc_coeff_adap.c

    Adaptive VLC coding of coefficients and Intra DC prediction

*/
/*------------------------------------------------------------------------*/
#include <stdio.h>
#include <math.h>
#include "zzz.h"

/* VLTBL10 and VLTBL11, EOB 2-bits */

static int vltbl10[32][40] = {
{ 3, 5, 6, 7, 8, 9, 9,11,11,13,13,13,13,14,14,15,15,15,16,16,16,17,17,17,
{ 5, 7, 9,11,13,14,16,16,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
{ 7, 9,13,14,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
{ 7,11,13,14,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
{ 7,13,14,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
{ 8,13,16,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
{ 8,13,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
{ 9,14,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
{ 9,14,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
{11,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
{11,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
{13,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
{13,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
{13,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
{14,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
{14,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
```

EXHIBIT D

:78

35   3,227,878   36

```
/*vltbl1i vltbl p0 */
static int vltbl1[32][40] ={
```

(array data of large integer values, predominantly `20,`)

```
/* VLTBLI2: EOB 3-bits */
static int vltbli2[32][40] ={
{ 3, 4, 4, 6, 7, 8, 9, 9, 9,11,11,11,13,13,13,13,14,14,14,15,15,15,15,15,16,16,16,16,16,17,17,17,
```

EXHIBIT D

79

37

```
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
4, 7, 9,11,13,13,14,16,17,20,20,20,20,20,20,20,20,20,20,20,
6, 7,11,13,14,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
7,11,13,14,16,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
8,13,14,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
9,14,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
11,16,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
13,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
13,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
14,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
15,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
15,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
16,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
};
```

38

```
/* VLTBL3:  EOB 4-bits */

static int vltbl3[32][40] = {
2, 5, 6, 7, 8, 9, 9,11,16,16,20,20,20,20,20,20,20,20,20,20,
4, 7, 9,11,13,14,16,16,17,20,20,20,20,20,20,20,20,20,20,20,
6, 7,11,13,14,16,17,20,20,20,20,20,20,20,20,20,20,20,20,20,
7,11,13,14,16,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
8,13,14,16,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
9,13,16,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
11,14,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
13,16,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
13,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
14,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
14,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
14,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
15,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
15,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
```

5,227,878

39    40

```
{15,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
 ... (table of values, mostly 20) ...
/* VITBLP0 and VITBLP1 EOB 2-bits */
static int vitblp0[32][40] = {
 3,  5,  6,  7,  9, 11, 13, 13, ...
 ...
};

/* vitbl10 */
static int vitblp1[32][40] = {
 3,  4,  5,  6,  7,  8,  9,  9, 11, 11, 13, ...
 6,  9, 11, 11, 13, 14, 14, 16, 20, 20, ...
 7, 11, 13, 14, 20, 20, 20, 20, 20, 20, ...
};
```

5,227,878

41

```
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
7,13,13,14,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
8,13,13,16,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
9,14,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
11,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
13,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
13,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
14,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
14,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
15,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
15,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
15,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
16,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
};
```

42

```
/* VLTBLP2: EOB 3-bits */

static int vltblp2[32][40]={
17,17,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
16,16,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
16,16,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
15,16,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
15,15,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
15,15,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
15,15,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
15,15,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
15,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
13,13,13,13,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
4,6,7,9,11,11,13,13,20,20,20,20,20,20,20,20,20,20,20,20,
4,6,11,14,16,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
6,13,14,16,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
7,11,13,14,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
7,13,14,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
8,14,16,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
8,14,16,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
9,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
9,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
11,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
13,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
13,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
13,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,
```

EXHIBIT D

32

5,227,878

43                                                                 44

```
{15,20,20,20,20,20,20,20},
{15,20,20,20,20,20,20,20},
{15,20,20,20,20,20,20,20},
{16,20,20,20,20,20,20,20},
{17,20,20,20,20,20,20,20},
{17,20,20,20,20,20,20,20},
};

/* VLTBLP3:  EOB 4-bits */

static int vltblp3[32][40]={
{ 3, 4, 6, 7, 9,11,13,13,13,13,14,14,15,15,16,16,17,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{ 3, 6, 9,11,13,14,16,16,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{ 6, 9,13,14,16,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{ 7,11,13,14,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{ 7,11,14,16,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{ 8,14,16,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{ 8,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{ 9,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{ 9,17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{11,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{13,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{13,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{13,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{15,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{16,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
{17,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20,20},
};

static  int    vlc_dcdif_lum[9]  = {3, 2, 2, 3, 3, 4, 5, 6, 6};
static  int    vlc_dcdif_chr[9]  = {2, 2, 2, 3, 4, 5, 6, 7, 7};
```

EXHIBIT D

83

```
vlc_2d2_adap(source, step_size, n_points, n_bits, parameter, type_macro, type_pnb_macro, block_index, index, mean_hdr, qntpar, error)
short   *source;
int     *step_size;
int     *type_macro;
int     *type_pnb_macro;
int     n_bits[4];                  /* Number of bits used to code the coefficients. OUTPUT */
int     block_index, index;
int     n_points;
struct  codec *parameter;
struct  q_stat *qntpar;
int     mean_mac
        *error;                     /* Used to store the sign of the current source value if truncation is required */
                *mean_hdr;          /* Number of coefficients to be coded in SOURCE. INPUT */
        {                           /* Pointer to step size used by the quantizer routine. INPUT */
                                    /* Pointer to source data to be VLC'd. INPUT */
        int     qnt_index;
        int     f, oo, jk, level, cnt, run, rr, newl;
        int     sign;
        int     weight;

float   p_ind;
int     max_coeff_blk;
int     steparr[64];
int     *ptr_type, *ptr_type_pnb

int     dc_prediction;
int     dc_dif, size;

int     jtmp, itmp;
FILE    *file_pointer;
static  int     first-1;
static  int     hist_amprun[64][32];
int     gof_id, seglen_id, frame_id;
int     search_id, range_id, intp_id, prevmc_id, origmc_id, fracmc_id;
float   avg_pred;
int     avg_pred1;
int     tmp_mac_index;
int     u, ulimit;
short   *ptr_source;

max_coeff_blk = 64;

for (u=0; u < 4; u++)
        {
        n_bits[u] = 0;
        }

cnt = 0;
ptr_type = type_macro + block_index;
ptr_type_pnb = type_pnb_macro + block_index;

tmp_mac_index = block_index/6;

for(l=0;l<n_points;l++)
        {
```

EXHIBIT D

384

```c
/*-----------RESET SIGN-----------*/
sign = 0;

If ((*ptr_type == 1) && (1 == 0))     /*-----------LOAD STEP SIZE-----------*/
{
    steparr[1] = 0; /* DC COEF of INTRA */
}
else
{
    steparr[1] = *step_size;
}

/*-----------LOAD WEIGHT OF STEP-----------*/
If ((parameter->JPEG_QUANT==2) || ((parameter->JPEG_QUANT==1) && (*ptr_type==1)))
{
    if ((index >= 0) && (index < 4))
    {
        weight = parameter->weight_zig_lum[1];
    }
    else
    {
        weight = parameter->weight_zig_chr[1];
    }
}
/* (JPEG_QUANT==0) || (JPEG_QUANT==1 && *ptr_type==0) */
else
if (parameter->ENABLE_MATRIX)
{
    weight = parameter->weight_zig_alt[1];
}
else
{
    weight = 16;
}

/*-----------PROCESS RECONST'S-----------*/
If ((*ptr_type == 1) && (1 == 0))            /* If Intra Block DC coef */
{
    qnt_index = *source/steparr[1];
    if ((qnt_index < 0) || (qnt_index > 255))
        exit(-1);
}
else                                         /* Non DC coef INTRA, any coef INTER */
{
    if (*source == 0)                        /* ZERO source */
        qnt_index = 0;
    else                                     /* NonZERO source */
```

EXHIBIT D

```c
                if (*source < 0)
                {
                    sign = 1;
                    *source = - *source;
                }
            }

            if (*ptr_type == 1)                          /* Non DC coef INTRA */
            {
                if (parameter->JPEG_QUANT==1 || parameter->JPEG_QUANT==2)
                {
                    p_ind = 0.833;
                }
                else                                     /* CCITT */
                {
                    p_ind = 0.0;
                }
            }
            else
            {
                if (parameter->JPEG_QUANT==2)            /* Real JPEG */
                {
                    p_ind = 1.0;
                }
                else                                     /* Pseudo JPEG and CCITT */
                {
                    p_ind = 0.0;
                }
            }

            quant_for(*source, &qnt_index, steparr[i]/2, weight, p_ind, parameter, error);
        }
    }

    /* ENSURE LIMITS OF QUANT INDEX */
    if(qnt_index < 0 )
    {
        exit(-1);
    }

    if ((*ptr_type == 1) && (i == 0))
    {
        if (parameter->JPEG_QUANT)
        {
            if ((index >= 0) && (index < 4))             /* LUM BLOCK */
            {
                /* reset prediction at start of slice in quant3.c */
                if (((tmp_mac_index%15) == 0) || (*(ptr_type-6) != 1))  /* first macro of slice, prev macro non-intra*/
                {
                    if ((index==0) || (index==1))
                    {
                        dc_prediction = mean_hdr->dc_pred_ltop;
```

EXHIBIT D

186

5,227,878

51                                52

```
            mean_hdr->dc_pred_ltop = qnt_index;
            if (index == 0)
            {
                mean_hdr->dc_pred_lbot = mean_hdr->dc_pred_ltop;
            }
        else
            {
                dc_prediction = mean_hdr->dc_pred_lbot;
                mean_hdr->dc_pred_lbot = qnt_index;
            }
    }
    if ( *ptr_type_pnb == *(ptr_type_pnb-6) )
    {
        if ((index == 0) || (index == 1))
        {
            dc_prediction = mean_hdr->dc_pred_ltop;
            mean_hdr->dc_pred_ltop = qnt_index;
        }
        else
        {
            dc_prediction = mean_hdr->dc_pred_lbot;
            mean_hdr->dc_pred_lbot = qnt_index;
        }
    }
    else
    {
        if ((index == 0) || (index == 1))
        {
            if (index == 0)
            {
                avg_predf = ((float)(mean_hdr->dc_pred_ltop + mean_hdr->dc_pred_lh\y#)/2
                roundf(r(v->pred1);
                mean_hdr->dc_pred_ltop = avg_pred1;
            }
            dc_prediction = mean_hdr->dc_pred_ltop;
            mean_hdr->dc_pred_ltop = qnt_index;
            if (index == 0)
            {
                mean_hdr->dc_pred_lbot = mean_hdr->dc_pred_ltop;
            }
        }
        else
        {
            dc_prediction = mean_hdr->dc_pred_lbot;
            mean_hdr->dc_pred_lbot = qnt_index;
        }
    }
```

EXHIBIT D

487

```
            if (index == 4)
            {
                dc_prediction = mean_hdr->dc_pred_cb;       /* CHR BLOCK */
                mean_hdr->dc_pred_cb = qnt_index;
            }

            if (index == 5)                                 /* CHR BLOCK */
            {
                dc_prediction = mean_hdr->dc_pred_cr;
                mean_hdr->dc_pred_cr = qnt_index;
            }

        mean_hdr->dc_predictor[index] = dc_prediction;    /* Note...used in vlc_2d2adap_bits_()...only... */
        dc_dif = qnt_index - dc_prediction;
        size_dc_dif(dc_dif, &size, parameter, error);

        if ((index >= 0) && (index < 4))                  /* LUM BLOCK */
        {
            n_bits[0] = n_bits[1] = n_bits[2] = n_bits[3] = (size + vlc_dcdif_lum[size]);
        }
        else                                              /* CHR BLOCK */
        {
            n_bits[0] = n_bits[1] = n_bits[2] = n_bits[3] = (size + vlc_dcdif_chr[size]);
        }

    }

    /* COMPUTE RUN */
    level = qnt_index;
    if ((i == 0) && (level != 0))
    {
        run = 0;
    }

    else
    {
        if (level == 0)
            cnt++;
        else
        {
            run = cnt;
            cnt = 0;
        }

    /* 2D VLC CODE (RUN, LEVEL) using all 4 tables */
    if (qntpar->intra_frm == 1)
        ulimit = 7;
    else if (qntpar->pred_frm == 1)
        ulimit = 4;
    else if (qntpar->intp_frm == 1)
        ulimit = 1;

    for (u=0; u < ulimit; u++)
        if (level != 0)
```

else

EXHIBIT D

55    5,227,878    56

```
if (((level >= 1)&&(level <= 40)) && ((run >= 0)&&(run <= 31)))
  {
  switch (u)
    {
    case 0:  if (qntpar->intra_frm == 1)
               n_bits[0] += vltbli0[run][level-1];
             else if (qntpar->pred_frm == 1)
               n_bits[0] += vltblp0[run][level-1];
             else if (qntpar->intp_frm == 1)
               n_bits[0] += vltblp0[run][level-1];
             break;

    case 1:  if (qntpar->intra_frm == 1)
               n_bits[1] += vltbli1[run][level-1];
             else if (qntpar->pred_frm == 1)
               n_bits[1] += vltblp1[run][level-1];
             break;

    case 2:  if (qntpar->intra_frm == 1)
               n_bits[2] += vltbli2[run][level-1];
             else if (qntpar->pred_frm == 1)
               n_bits[2] += vltblp2[run][level-1];
             break;

    case 3:  if (qntpar->intra_frm == 1)
               n_bits[3] += vltbli3[run][level-1];
             else if (qntpar->pred_frm == 1)
               n_bits[3] += vltblp3[run][level-1];
             break;
    }
  }
else
  {
  if (((level > 40)&&(level <=128)) || ((run > 31)&&(run <=63)))
    switch (u)
      {
      case 0:  n_bits[0] += 20;
               break;

      case 1:  n_bits[1] += 20;
               break;

      case 2:  n_bits[2] += 20;
               break;

      case 3:  n_bits[3] += 20;
               break;
      }
```

EXHIBIT D

١8 9



```
          else
          {
          if (parameter->VLC_EXTEND)
              {
              if ((level > 128)&&(level <=255))
                  {
                  switch (u)
                      {
                      case 0:
                          n_bits[0] += 28;
                          break;
                      case 1:
                          n_bits[1] += 28;
                          break;
                      case 2:
                          n_bits[2] += 28;
                          break;
                      case 3:
                          n_bits[3] += 28;
                          break;
                      }
                  }
              else
                  {
                  exit(-1);
                  }
              }
          else
              {
              exit(-1);
              }
          }

source++;
```

EXHIBIT D



```
/*----------------------------------------------------------------------------
    Atul Puri
    Copyright AT&T Bell Labs
    Sept 1991

    load_qntpar.c

    Loads Inter/Intra matrices and MSCALE parameters
----------------------------------------------------------------------------*/

#include <stdio.h>
#include "zzz.h"

load_qntpar(qntpar, error)
struct q_strt *qntpar;
int      *error;
{
    register int   i;
    FILE   *fp_qntpar;

    /* open qnt file to read quant. parameters */
    if ((fp_qntpar = fopen("qntpar_file", "r")) == NULL)
    {
        fprintf(stderr, "in LOAD_QNTPAR....unable to open qntpar_file....quitting.!!\n");
        exit(0);
    }

    /* Read jpeg_lum_frm[] and jpeg_lum_fld[], weighting matrix for INTRA, frame and field blocks */
    for (i=0; i < 64; i++)
    {
        fscanf(fp_qntpar, "%d", &qntpar->jpeg_lum_frm[i]);
    }
    for (i=0; i < 64; i++)
    {
        fscanf(fp_qntpar, "%d", &qntpar->jpeg_lum_fld[i]);
    }

    /* copy jpeg_lum_frm[] matrix to jpeg_chr_frm[] and jpeg_lum_fld[] matrix to jpeg_chr_fld[] */
    for (i=0; i < 64; i++)
    {
        qntpar->jpeg_chr_frm[i] = qntpar->jpeg_lum_frm[i];
        qntpar->jpeg_chr_fld[i] = qntpar->jpeg_lum_fld[i];
    }

    /* Read ccit_alt_frm[] and ccit_alt_fld[], weighting matrices for NON-INTRA, frame and field blocks */
    for (i=0; i < 64; i++)
    {
        fscanf(fp_qntpar, "%d", &qntpar->ccit_alt_frm[i]);
    }
    for (i=0; i < 64; i++)
    {
        fscanf(fp_qntpar, "%d", &qntpar->ccit_alt_fld[i]);
    }

    /* Read mscale[] and mscalep[] , local scale factors for mquant of INTP frames */
    for (i=0; i < 4; i++)
    {
        fscanf(fp_qntpar, "%t", &qntpar->mscale[i]);
    }
    for (i=0; i < 4; i++)
```

5,227,878

61                                   62

```c
        {scanf(fp_qntpar, "%f", &qntpar->mscalep[i]);
    }

/* Read scaleb_mac and scalep_mac, global scale factors for mquant of INTP frames */
fscanf(fp_qntpar, "%f", &qntpar->scaleb_mac);
fscanf(fp_qntpar, "%f", &qntpar->scalep_mac);

/* Read step_vari[] and var_lmti[], step sizes and variance thresholds corresponding to activity classes for INTRA frame */
for (i=0; i < 8; i++)
    {
        fscanf(fp_qntpar, "%d", &qntpar->step_vari[i]);
    }

for (i=0; i < 8; i++)
    {
        fscanf(fp_qntpar, "%d", &qntpar->var_lmti[i]);
    }

/* Read step_varp[] and var_lmtp[], step sizes and variance thresholds corresponding to activity classes for PRED frame */
for (i=0; i < 8; i++)
    {
        fscanf(fp_qntpar, "%d", &qntpar->step_varp[i]);
    }

for (i=0; i < 8; i++)
    {
        fscanf(fp_qntpar, "%d", &qntpar->var_lmtp[i]);
    }

/* close qntpar file */
fclose (fp_qntpar);
}

#include <stdio.h>
#include "zzz.h"

vlc_predp_pred (vol_map_adap, index, type_pnb, parameter, mv_bits)
int    *vol_map_adap;
int    index;
struct codec *parameter;
int    *type_pnb;
int    *mv_bits;
{
int    mod, quo;
int    low, high, range, tmp_diff;
int    i, hp_index;
int    dist;
int    *ptr_vec;
int    *ptr_type;
int    curr_vec_px1, curr_vec_py1, curr_vec_px2, curr_vec_py2, diff_vec, macros_in_slice;

int    MV_LMT;

static int first = 1;
static FILE *p_coutil;

static int reg_16x16frm_px, reg_16x16frm_px2, reg_16x16frm_py2;
static int reg_16x8frm_px1, reg_16x8frm_py1, reg_16x8frm_py2;
static int reg_16x8fld_px1, reg_16x8fld_px2, reg_16x8fld_py2;
```

EXHIBIT D

92

```
macros_in_slice = 45;
*mv_bits = 0;

ptr_vec = vel_map.sdap + 4*index;
ptr_type = type_prb + index;

curr_vec_px1 = *ptr_vec;
curr_vec_py1 = *(ptr_vec + 1);

curr_vec_px2 = *(ptr_vec + 2);
curr_vec_py2 = *(ptr_vec + 3);

/* "dist" is now indicated by "forward_f" .... */
dist = parameter->forward_f;
if (dist < 1)
    {
    fprintf (stderr, "vis_mv1_pred: dist %d too small. STOP\n", dist) ;
    exit (-1);
    }

if ( (index % macros_in_slice) == 0)
    {
    reg_16x16frm_px = reg_16x16frm_py = 0;
    reg_16x8frm_px1 = reg_16x8frm_py1 = reg_16x8frm_px2 = reg_16x8frm_py2 = 0;
    reg_16x8fld_px1 = reg_16x8fld_py1 = reg_16x8fld_px2 = reg_16x8fld_py2 = 0;
    }

/* Begin MV processing ... */
switch (*ptr_type)
    {

case 0:
case 1:
    diff_vec = curr_vec_px1 - reg_16x16frm_px;
    mv_send (diff_vec, dist, mv_bits, parameter->symbits_ind);
    diff_vec = curr_vec_py1 - reg_16x16frm_py;
    mv_send (diff_vec, dist, mv_bits, parameter->symbits_ind);
    reg_16x16frm_px = curr_vec_px1;
    reg_16x16frm_py = curr_vec_py1;
    break;

case 2:
case 3:
    diff_vec = curr_vec_px1 - reg_16x8frm_px1;
    mv_send (diff_vec, dist, mv_bits, parameter->symbits_ind);
    diff_vec = curr_vec_py1 - reg_16x8frm_py1;
    mv_send (diff_vec, dist, mv_bits, parameter->symbits_ind);
    diff_vec = curr_vec_px2 - reg_16x8frm_px2;
    mv_send (diff_vec, dist, mv_bits, parameter->symbits_ind);
    diff_vec = curr_vec_py2 - reg_16x8frm_py2;
    mv_send (diff_vec, dist, mv_bits, parameter->symbits_ind);
    reg_16x8frm_px1 = curr_vec_px1;
    reg_16x8frm_py1 = curr_vec_py1;
    reg_16x8frm_px2 = curr_vec_px2;
    reg_16x8frm_py2 = curr_vec_py2;
    break;

case 4:
case 5:
    diff_vec = curr_vec_px1 - reg_16x8fld_px1;
    mv_send (diff_vec, dist, mv_bits, parameter->symbits_ind);
    diff_vec = curr_vec_py1 - reg_16x8fld_py1;
    mv_send (diff_vec, dist, mv_bits, parameter->symbits_ind);
    diff_vec = curr_vec_px2 - reg_16x8fld_px2;
```

EXHIBIT D

93

```
        mv_send (diff_vec, disc, mv_bits, parameter->mvpbits_ind);
        diff_vec = curr_vec_py2 - reg_16x8fld_py2;
        mv_send (diff_vec, disc, mv_bits, parameter->mvpbits_ind);
        reg_16x8fld_px1 = curr_vec_px1;
        reg_16x8fld_py1 = curr_vec_py1;
        reg_16x8fld_px2 = curr_vec_px2;
        reg_16x8fld_py2 = curr_vec_py2;
        break;

case 6:
case 7:  reg_16x16frm_px = reg_16x16frm_py = 0;
         reg_16x8frm_px1 = reg_16x8frm_px2 = reg_16x8fld_py2 = 0;
         reg_16x8frm_py1 = reg_16x8fld_px1 = reg_16x8fld_py1 = 0;
         *mv_bits += 0;
         break;

default: fprintf(stderr, "in VLC_MVADAP...illegal ptr_type=%d...quitting..\n", *ptr_type);
         exit(0);
         }

    terminate();
    }


#include <math.h>
#include <stdio.h>
#include "zzz.h"
#include "myalloc.h"

mot_pred_adap(prev_frm, curr_frm, pred_frm, vel_map, vel_map_frmsub, vel_map_fldsub, type_mcadap, parameter)
short   *prev_frm;
short   *curr_frm;
short   *pred_frm;
int     *vel_map;
int     *vel_map_frmsub;
int     *vel_map_fldsub;
int     *type_mcadap;
struct *parameter;

{
register int i,j,k,p;
int         X_blocks, Y_blocks, blocks_in_frm;
int         mot_bl_size;

int         prev_frm_x, prev_frm_y;
int         curr_frm_x, curr_frm_y;

int         *ptr_x_vec;
int         *ptr_y_vec;

short       **curr_array, **prev_array, **prev_fld0, **prev_fld1;

short       **prev_blint, **prev_blint_fld0, **prev_blint_fld1;

int         lum_ind;

short       frmablk[16][16], fld0blk[8][16], fld1blk[8][16];

float       newfit;

int         l, temp_dif, min_ind, num_mcdif;
int         count_frmmac_mac, count_frmsub_mac, count_fldsub_mac;
```

EXHIBIT D

```
float      avg_mrqdif[3], ref0, ref2, T0, T2;

short      predblk[3][16][16];

count_frsmac_mac = count_frsmsub_mac = count_fldsub_mac = 0;

for(i=0;i<y_blocks;i++)                      /* do for all y blocks */

    for(j=0;j<x_blocks;j++)                  /* do for all x blocks */

        {/*------------------------------------------------------
          STEP 1.       PREDICT 16x16 FRAME BLOCK
         ------------------------------------------------------*/

        ptr_x_vec = vel_map;
        ptr_y_vec = vel_map + 1;

    curr_frm_x = i*mot_bl_size;
    curr_frm_y = j*mot_bl_size;

    if (parameter->MOT_EST_FRAC)

        {
        prev_frm_x = 2*curr_frm_x + (*ptr_x_vec);
        prev_frm_y = 2*curr_frm_y + (*ptr_y_vec);

        for (s = 0; s < 2*mot_bl_size; s += 2)

            {for (p = 0; p < 2*mot_bl_size; p += 2)
                predblk[0][s/2][p/2] = prev_bilint[s + prev_frm_y][p + prev_frm_x];
            }
        }

    else

        {/* INTEGER PEL MOT COMP */
        prev_frm_x = curr_frm_x + (*ptr_x_vec);
        prev_frm_y = curr_frm_y + (*ptr_y_vec);

        for (s = 0; s < mot_bl_size; s++)

            {for (p = 0; p < mot_bl_size; p++)
                predblk[0][s][p] = prev_bilint[s + prev_frm_y][p + prev_frm_x];
            }
        }

        /*------------------------------------------------------
          STEP 2.       PREDICT 16x8 FRAME BLOCK
         ------------------------------------------------------*/

    vel_map++;
    vel_map++;

    for (k=0; k < 2; k++)

        {
        ptr_x_vec = vel_map_frmsub;
        ptr_y_vec = vel_map_frmsub + 1;

        curr_frm_x = i*mot_bl_size;
        curr_frm_y = j*mot_bl_size + k*mot_bl_size/2;
```

EXHIBIT D
195

5,227,878

69                                                                70

```
if (parameter->MOT_EST_FRAC)
    {
    prev_frm_x = 2*curr_frm_x + (*ptr_x_vec);
    prev_frm_y = 2*curr_frm_y + (*ptr_y_vec);

    for(s = 0; s < 2*mot_bl_size/2; s += 2)
        {for(p = 0; p < 2*mot_bl_size; p += 2)
            prevblk[s][p/2 + k*mot_bl_size/2][p/2] = prev_blint[s + prev_frm_y][p + prev_frm_x];
            }/* end for p */
        }/* end for s */
    }

else
    {
    prev_frm_x = curr_frm_x + (*ptr_x_vec);
    prev_frm_y = curr_frm_y + (*ptr_y_vec);

    for (s = 0; s < mot_bl_size/2; ++s)
        {
        for (p = 0; p < mot_bl_size; ++p)
            {
            prevblk[s][s + k*mot_bl_size/2][p] = prev_array[s + prev_frm_y][p + prev_frm_x];
            }/* end for p */
        }/* end for s */

    }

vel_map_frmnumb++;
vel_map_frmnumb++;

/*================================================
/*                STEP 3.      PREDICT 16x8 FIELD BLOCK
/*================================================

ptr_x_vec = vel_map_fldnmb;
ptr_y_vec = vel_map_fldnmb + 1;

curr_frm_x = (*mot_bl_size;
curr_frm_y = (*mot_bl_size/2;

if (parameter->MOT_EST_FRAC)
    {
    prev_frm_x = 2*curr_frm_x + (*ptr_x_vec);
    prev_frm_y = 4*curr_frm_y + (*ptr_y_vec);

    for(s = 0; s < 2*mot_bl_size; s += 4)
        {for(p = 0; p < 2*mot_bl_size; p += 2)
            if (k == 0)
                fldblk[s/4][p/2] = prev_blint_fld0[s + prev_frm_y][p + prev_frm_x];

            else
                fldblk[s/4][p/2] = prev_blint_fld1[s + prev_frm_y][p + prev_frm_x];
            }
        }

    }
```

EXHIBIT D
196

71     5,227,878     72



```
    else
        {
        prev_frm_x = curr_frm_x + (*ptr_x_vec);
        prev_frm_y = 2*curr_frm_y + (*ptr_y_vec);
        for (m = 0; m < mot_bl_size; m += 2)
            for (p = 0; p < mot_bl_size; ++p)
                if (m == 0)
                    {
                    fld0blk[m/2][p] = prev_fld0[m + prev_frm_y][p + prev_frm_x];
                    }
                else
                    {
                    fld1blk[m/2][p] = prev_fld1[m + prev_frm_y][p + prev_frm_x];
                    }
        }

    vel_map_fldnub++;
    vel_map_fldnub++;

    }/* end for k, two field/frame split*/

    for (m=0; m < mot_bl_size; m++)
        for (p=0; p < mot_bl_size; p++)
            if (m%2 == 0)
                {
                predblk[2][m][p] = fld0blk[m/2][p];
                }
            else
                {
                predblk[2][m][p] = fld1blk[m/2][p];
                }

    }

/*~~~~~~~~~~~~~~~~~~ STEP 4.     ADAPT BETWEEN THREE PREDICTIONS ~~~~~~~~~~~~~~~~~~*/

    /* Step 4(a) compute all three differences */
    curr_frm_x = i*mot_bl_size;
    curr_frm_y = l*mot_bl_size;

    for (k=0; l < 3; l++)
        {
        avg_sqdif[l] = 0.0;
        sum_sqdif = temp_dif = 0;
        for (m=0; m < mot_bl_size; m++)
            for (p=0; p < mot_bl_size; p++)
                {
                temp_dif = curr_array[m+curr_frm_y][p+curr_frm_x] - predblk[l][m][p];
                sum_sqdif += abs(temp_dif);
                }
```

EXHIBIT D

197

```
        avg_sqdif[i] = sum_sqdif;
        }
    }

    /* Step 4(b) compare differences determine min_ind */
    T0 = 1.0;
    ref0 = ((float)avg_sqdif[0])/T0;

    T2 = 1.0;
    ref2 = ((float)avg_sqdif[2])/T2;

    if ((avg_sqdif[1] < ref0) || (avg_sqdif[2] < ref0))
    {
        if (avg_sqdif[1] < ref2)
        {
            min_ind = 1;
            count_frmsub_mac++;
        }
        else
        {
            min_ind = 2;
            count_fldsub_mac++;
        }
    }
    else
    {
        min_ind = 0;
        count_frmmac_mac++;
    }

    /* Step 4(c) Transfere to prediction frame */
    for (p=0; p < mot_bl_size; p++)
        {pred_frm = predblk[min_ind][s][p];
         pred_frm++;
    }

    /* Step 4(d) save mc adaptation info */
    *type_mcadap = min_ind;
    type_mcadap++;
    }/* end for j */

    }/* end for i */

}

#include <math.h>
#include <stdio.h>
#include "zzz.h"

find_scanmode(type_pnb, mac_index, scanmode, parameter, qntpar, error)
int     *type_pnb;
int     mac_index;
int     *scanmode;
```

EXHIBIT D



```
struct codec *parameter;
struct q_stat *qntpar;
{
    register int i,j,k,s,p,ltmp;
    int       x_blocks,y_blocks, blocks_in_frm;
    int       mot_bl_size;
    int       *ptr_type;

    ptr_type = type_pnb + mac_index;

    if (qntpar->intra_frm == 1)
    {
        if ((*ptr_type >=0) && (*ptr_type < 2))
        {
            if ((*ptr_type % 2) == 0)          /* frame */
            {
                scanmode = 2;
            }
            else
            {
                scanmode = 3,                  /* field */
            }
        }
        else
        {
            fprintf(stderr,"In find_scanmode...illegal..type_pnb=%d for...Intra picture..quitting\n", *ptr_type);
            exit(0);
        }
    }

    else if (qntpar->pred_frm == 1)
    {
        if ((*ptr_type >=0) && (*ptr_type < 8))
        {
            if ((*ptr_type % 2) == 0)          /* frame */
            {
                scanmode = 2;
            }
            else
            {
                scanmode = 3,                  /* field */
            }
        }
        else
        {
            fprintf(stderr,"In find_scanmode...illegal..type_pnb=%d for...Pred picture..quitting\n", *ptr_type);
            exit(0);
        }
    }

    else if (qntpar->intp_frm == 1)
```

EXHIBIT D

99

5,227,878

77                                                        78

```
        if ((*ptr_type >=0) && (*ptr_type < 16))
            if ((*ptr_type % 2) == 0)           /* frame */
            {
                scanmode = 2;
            }
            else
            {
                scanmode = 3;                   /* field */
            }
        else
        {
            fprintf(stderr,"in find_scanmode...illegal..type_pmb=%d for...interp picture..quitting\n", "ptr_type);
            exit(0);
        }
}

}/* end find_scanmode */


#include <stdio.h>
#include "zzz.h"

vlc_mvadap_intp(vel_map_adap, index, type_pmb, parameter, mv_bits)
int    *vel_map_adap;
int    index;
struct codec *parameter;
int    *type_pmb;
int    *mv_bits;
{
    int    mod, quo;
    int    low, high, range, tmp_diff;
    int    i, n_points;
    int    dist;
    int    *ptr_vec;
    int    *ptr_type;
    int    curr_vec_x1, curr_vec_y1, curr_vec_x2, curr_vec_y2, diff_vec, macros_in_slice;

    int    MV_LMT;

    static int first = 1;
    static FILE *p_coutfl;

    static int reg_16x16frm_px,  reg_16x16frm_px2, reg_16x8frm_px2;
    static int reg_16x16frm_py,  reg_16x16frm_py;
    static int reg_16x8frm_px1,  reg_16x8frm_px1,  reg_16x8frm_py2;
    static int reg_16x8frm_py1,  reg_16x8frm_py1,  reg_16x8frm_py2;
    static int reg_16x8fld_px1,  reg_16x8fld_px1,  reg_16x8fld_py2;
    static int reg_16x8fld_py1,  reg_16x8fld_py1,  reg_16x8fld_py2;

    macros_in_slice = 45;
    *mv_bits = 0;
```

EXHIBIT D

100

5,227,878

79                                                            80

```
ptr_vec = vol_map_adap + 4*index;
ptr_type = type_pred + index;

curr_vec_x1 = *ptr_vec;
curr_vec_y1 = *(ptr_vec + 1);

curr_vec_x2 = *(ptr_vec + 2);
curr_vec_y2 = *(ptr_vec + 3);

/* Some checking */
dist = parameter->forward_f;
if( (dist < 1) || (dist > 6))
    {
    fprintf (stderr, "vlc_mvadap_intp forward_f %d out of range. STOP\n", dist);
    exit (-1);
    }

dist = parameter->backward_f;
if( (dist < 1) || (dist > 6))
    {
    fprintf (stderr, "vlc_mvadap_intp: backward_f %d out of range. STOP\n", dist);
    exit (-1);
    }

if( (index % macros_in_slice) == 0)
    {
    reg_16x16frm_px = reg_16x16frm_py = 0;
    reg_16x16fld_px = reg_16x16fld_py = 0;
    reg_16x8frm_px1 = reg_16x8frm_px2 = reg_16x8frm_px1 = reg_16x8frm_px2 = 0;
    reg_16x8frm_py1 = reg_16x8frm_py2 = reg_16x8frm_py1 = reg_16x8frm_py2 = 0;
    reg_16x8fld_px1 = reg_16x8fld_px2 = reg_16x8fld_px1 = reg_16x8fld_px2 = 0;
    reg_16x8fld_py1 = reg_16x8fld_py1 = reg_16x8fld_py2 = 0;
    }

/* Begin MV processing .... */
switch (*ptr_type)
{
case 0:
case 1: /* 16x16 frm p */
    dist = parameter->forward_f;
    diff_vec = curr_vec_x1 - reg_16x16frm_px;
    diff_vec = curr_vec_y1;  reg_16x16frm_py;
    mv_send (diff_vec, dist, mv_bits,parameter->maymbits_ind);
    reg_16x16frm_px = curr_vec_x1;
    reg_16x16frm_py = curr_vec_y1;
    break;

case 2: /* 16x16 frm n */
case 3: dist = parameter->backward_f;
    diff_vec = curr_vec_x1 - reg_16x16frm_px;
    diff_vec = curr_vec_y1;  reg_16x16frm_py;
    mv_send (diff_vec, dist, mv_bits,parameter->maymbits_ind);
    reg_16x16frm_px = curr_vec_x1;
    reg_16x16frm_py = curr_vec_y1;
    break;

case 4: /* 16x16 frm b */
case 5: dist = parameter->forward_f;
    diff_vec = curr_vec_x1 - reg_16x16frm_px;
```

EXHIBIT D
01

```
        mv_mend (diff_vec, dist, mv_bits,parameter->symbits_ind);
        diff_vec = curr_vec_y1;    reg_16x16frm_py;
        mv_mend (diff_vec, dist, mv_bits,parameter->symbits_ind);
        dist = parameter->backward_f;
        diff_vec = curr_vec_x2;    reg_16x16frm_nx;
        mv_mend (diff_vec, dist, mv_bits,parameter->symbits_ind);
        diff_vec = curr_vec_y2;    reg_16x16frm_ny;
        mv_mend (diff_vec, dist, mv_bits,parameter->symbits_ind);
        reg_16x16frm_px = curr_vec_x1;
        reg_16x16frm_py = curr_vec_y1;
        reg_16x16frm_nx = curr_vec_x2;
        reg_16x16frm_ny = curr_vec_y2;
        break;

case 6:  /* 16x8 frm pm */
case 7:  dist = parameter->forward_f;
        diff_vec = curr_vec_x1;    reg_16x8frm_px1;
        mv_mend (diff_vec, dist, mv_bits,parameter->symbits_ind);
        diff_vec = curr_vec_y1;    reg_16x8frm_py1;
        mv_mend (diff_vec, dist, mv_bits,parameter->symbits_ind);
        reg_16x8frm_px1 = reg_16x8frm_nx2 = reg_16x8frm_ny2 = 0;
        reg_16x8fld_px1 = reg_16x8fld_px1 = reg_16x8frm_py2 = 0;
        reg_16x8fld_nx1 = reg_16x8fld_ny1 = reg_16x8fld_ny2 = 0;
        break;

default:
        fprintf(stderr, "In vlc_mvadap_intp...illegal ptr_type%d...quitting.\n", *ptr_type);
        exit(0);
}

}


#include <math.h>
#include <stdio.h>
#include "zzz.h"

frame_field(curr_frm,adap_frm,type_codadap,type_mcadap,type_ifdadap,parameter)
short   *curr_frm;
short   *adap_frm;
int     *type_codadap;
int     *type_mcadap;
int     *type_ifdadap;
struct codec *parameter;
{
        register int i,j,k,m,p;
        int     x_blocks, y_blocks, blocks_in_frm;
        int     mot_bl_size;

        int     prev_frm_x, prev_frm_y;
        int     curr_frm_x, curr_frm_y;

        short   **curr_array;
        int     lum_ind;

        double  sum, sumsq, sumhorsq, sumversq;
        float   npeak_frmac, npeak_ifdamac;
        double  var, varhor, varver, avg, avgsq;
        double  phor, pverfrm, pverfld;
```

83                                              84

```
double     prwrfld_slice[90];
int        count_frmno, count_fldmac;
int        cnt_16x16frmnc_frmcod, cnt_16x16frmnc_fldcod, cnt_16x8frmnc_frmcod, cnt_16x8frmnc_fldcod;
int        cnt_16x8fldmc_frmcod, cnt_16x8fldmc_fldcod, cnt_intrx_frmcod, cnt_intrx_fldcod;
static     int    first = 1;

FILE       *file_pointer;
int        got_id, seglen_id, frame_id;
int        search_id, range_id, intp_id, prwmc_id, origmc_id, frmmc_id;

cnt_16x16frmnc_frmcod = cnt_16x16frmnc_fldcod = cnt_16x8frmnc_frmcod = cnt_16x8frmnc_fldcod = 0;
cnt_16x8fldmc_frmcod = cnt_16x8fldmc_fldcod = cnt_intrx_frmcod = cnt_intrx_fldcod = 0;

count_frmno = count_fldmac = 0;
npnls_frmno = 256.0; npnls_fldmnc = 128.0;
for(i=0;i<y_blocks;i++)              /* do for all y blocks */
{
    for(j=0;j<x_blocks;j++)          /* do for all x blocks */
    {
        curr_frm_x = i*mot_bl_size;
        curr_frm_y = i*mot_bl_size;

/*;----------------------------------------------------------------
;;              STEP 1.        FIND horiz and vertical frame correlation
;;----------------------------------------------------------------
;;
;
        sumsq = sum = 0.0;
        avg = avgsq = var = 0.0;
        for(s = 0; s < mot_bl_size; s++)
        {
            for(p = 0; p < mot_bl_size; p++)
            {
                sum += curr_array[s+curr_frm_y][p+curr_frm_x];
                sumsq += curr_array[s+curr_frm_y][p+curr_frm_x]*curr_array[s+curr_frm_y][p+curr_frm_x];
            }
        }

        avg = sum / npnls_frmno;
        avgsq = sumsq / npnls_frmno;
        var = avgsq - (avg*avg);

        sumhorsq = sumversq = 0.0;
        varhor = varver = 0.0; prvverfrm = 0.0;
        for(s = 0; s < mot_bl_size; s++)
        {
            for(p = 0; p < mot_bl_size; p++)
            {
                if (p+curr_frm_x+1) >= (x_blocks*mot_bl_size)
                    sumhorsq += (curr_array[s+curr_frm_y][p+curr_frm_x] - avg) *
                                (curr_array[s+curr_frm_y][p+curr_frm_x] - avg));
                else
                    sumhorsq += (curr_array[s+curr_frm_y][p+curr_frm_x] - avg) *
                                (curr_array[s+curr_frm_y][p+curr_frm_x+1] - avg));

                if ((s+curr_frm_y+1) >= (y_blocks*mot_bl_size))
                {
```

EXHIBIT D

5,227,878

85

86



EXHIBIT D

5,227,878

87                88

```
if (prev_frm >= prev_fld)
    {
    count_frmmac++;
    *type_codadap = 0;
    }
else
    {
    count_fldmac++;
    *type_codadap = 1;
    }
/*-------------------------------------------------------------------------*/
/*----- STEP. 4   Copy 16x16 frame mac or field maca depending on correlation -----*/
/*-------------------------------------------------------------------------*/
if (*type_codadap == 1)  /* Field Mode */
    {
    for (k=0; k < 2; k++)   /* field0 followed by field 1 */
        for(s = 0; s < mot_bl_size; s += 2)
            {
            for(p = 0; p < mot_bl_size; p++)
                {adap_frm = curr_array[s+k*curr_frm_y][p+curr_frm_x];
                 adap_frm++;
                }
            }
    }

else                     /* Frame Mode */
    {
    for(s = 0; s < mot_bl_size; s++)
        {
        for(p = 0; p < mot_bl_size; p++)
            {adap_frm = curr_array[s+curr_frm_y][p+curr_frm_x];
             adap_frm++;
            }
        }
    }

type_codadap++;
type_mcadap++;
type_l(fadap);
}/* end for j */
}/* end for i */


}/* end frame_field */
```

EXHIBIT D

105

5,227,878

89

90

We claim:

1. An apparatus for encoding digital video signals, comprising:

a means for receiving a digital video input signal comprising a succession of digital representations related to picture elements making up at least one frame of a video image, the frame comprising a plurality of interlaced fields;

a means for coding groups of digital representations related to frames of picture elements;

a means for coding groups of digital representations related to interlaced fields in the frames; and

a means responsive to the digital video input signal for producing a field frame coding type signal which directs a selected one, but not both, of the frame coding means or the field coding means to code the digital video input signal.

2. The encoding apparatus of claim 1, in which the fields comprise alternating horizontal scan lines of the frames.

3. An apparatus for compressing digital video signals, comprising:

a means for receiving a digital video input signal comprising a succession of digital signals representing picture elements which make up at least one frame of a video image, the frame comprising a plurality of interlaced fields;

a means for producing a signal relating to an estimate of the digital video input signal;

a means responsive to the digital video input signal and the estimate of the digital video input signal for producing an error signal;

a circuit means responsive to the error signal for determining frequency coefficients of the error signal;

a means for quantizing the frequency coefficients;

a means for scanning the quantized frequency coefficients in predetermined order for producing a succession of frequency coefficient signals in the predetermined order;

a variable word length encoder responsive to the succession of the frequency coefficient signals for producing a compressed video signal bit stream; and

a means responsive to the digital video input signal prior to compression for producing a coding type signal for controlling compression of the digital video input signals by causing a selected one, but not both, of frame encoding and field encoding to be applied to the digital video input signal.

4. The apparatus of claim 3, in which the means for producing a coding type signal controls the predetermined order of scanning produced by the scanning means.

5. The apparatus of claim 3, in which the means for producing a coding type signal controls the means for producing a signal relating to an estimate of the digital video input signal.

6. The apparatus of claim 3, in which the means for producing a coding type signal controls the quantizing means.

7. The apparatus of claim 6, in which the estimate of the digital input video signal is produced in response to motion vectors determined by a motion estimating means responsive to the digital video input signal and at least one representation of another video input signal.

8. The apparatus of claim 3, in which the estimate of the digital input video signal is a motion compensated estimate of the digital input video signal.

9. The apparatus of claim 8, in which there are at least two modes of performing motion compensation.

10. The apparatus of claim 9, in which there is a frame motion compensation mode.

11. The apparatus of claim 9, in which there is a field motion compensation mode.

12. An apparatus for encoding digital video signals, comprising:

a means for receiving digital video input signals representing frames of picture elements, the frames comprising fields of non-contiguous picture elements;

a means for producing motion compensated estimates of the digital video input signals;

a means for producing motion vectors in response to signals representing frames of picture elements; and

a means for producing motion vectors in response to signals representing fields of picture elements;

a means for selecting one of the motion vectors produced in response to signals representing frames of picture elements and the motion vectors produced in response to signals representing field of picture elements for input to the estimate producing means;

the estimate producing means producing estimates based upon the selection produced by the selection means.

13. An apparatus for decoding a compressed digital video signal, comprising:

a means for receiving a compressed digital video bit stream; and

a means responsive to a motion compensation type signal for selectively and adaptively performing motion compensated decoding of frames of the compressed video bit stream.

14. The apparatus of claim 13, in which the decoding means comprises:

an adaptive inverse scanning means responsive to a coding type signal.

15. The apparatus of claim 13, in which the decoding means comprises:

a means responsive to a motion compensation type signal and selectively responsive to frame motion vectors and field motion vectors for producing an adaptive motion compensated estimate of a decoded video signal;

a means responsive to the compressed digital video bit stream for producing a decoded estimate error signal; and

a means responsive to the adaptive motion compensated estimate and the estimate error signal for producing a decoded video signal.

16. The apparatus of claim 13, in which the decoding means comprises:

a means responsive to a coding type signal for adaptively dequantizing the compressed digital video bit stream.

17. The apparatus of claim 13, in which the decoding means comprises:

a means for receiving a compressed digital video signal comprising at least one DC coefficient representation related to the video signal;

a means for producing an estimated DC coefficient in response to a coding type signal; and

a means for producing a decoded DC coefficient

EXHIBIT D

006

91

92

signal in response to the DC coefficient representation and the estimated DC coefficient.

18. An apparatus for encoding digital video signals, comprising:

a means responsive to digital input video signals comprising a succession of digital representations of picture elements making up at least one video picture frame having a plurality of fields;

a means for producing a compressed code relating to the input video signals; and

an adaptive frame/field coding selector responsive to the digital input video signal prior to compression for producing a coding type signal which controls the production of compressed code by causing a selected one, but not both, of frame encoding and field encoding to be applied to the digital video input signals.

19. The apparatus of claim 18, in which the coding selector comprises:

a means for adaptively quantizing the digital input video signals in response to the coding type signal.

20. The apparatus of claim 18, further comprising:

a means selectively responsive to frame motion vectors and field motion vectors for producing an adaptive motion compensated estimate of the digital input video signal; and

a means for coding a signal related to the difference between the digital input video signal and the adaptive motion compensated estimate.

21. The apparatus of claim 18, further comprising:

a means for adaptively scanning stored values related to the representations in response to the coding type signal.

22. The apparatus of claim 18, further comprising:

a means for converting a plurality of the digital representations into a DC coefficient and a plurality of AC coefficients;

a means for adaptively producing a predicted DC coefficient in response to the coding type signal; and

a means responsive to the DC coefficient produced by the converting means and to the predicted DC coefficient for encoding the DC coefficient.

23. An apparatus for encoding digital video signals, comprising:

a means for receiving a digital video input signal comprising a succession of digital representations of picture elements making up at least one video frame, the frame comprising a plurality of fields;

a means for selectively encoding groups of digital representations in the input signal relating to one of frames and fields; and

a means responsive to the video input signal prior to encoding to ascertain a predetermined characteristic present in the input signal prior to encoding for producing a field/frame encoding type signal which directs the encoding means to encode a selected one, but not both, of the groups of digital representations relating to frames and fields in the input signal.

24. The apparatus of claim 23, in which the means for encoding comprises a means for selectively transforming first groups of digital representations relating to one of frames of picture elements and fields of picture elements into second groups of digital representations relating to one of frames of picture elements and fields of picture elements.

25. The apparatus of claim 24, in which the means for selectively transforming comprises a means for transforming groups of digital representations in the input video signal into groups of frequency coefficients related to the input video signal.

26. The apparatus of claim 24, in which the means for selectively transforming comprises a means for adaptively performing a discrete cosine transform of the input video signal in response to the frame/field encoding type signal.

27. The apparatus of claim 24, in which the predetermined characteristic comprises a correlation between predetermined portions of the digital video input signal.

28. The apparatus of claim 24, in which the encoding means comprises a means for performing motion compensation.

29. The apparatus of claim 24, in which the encoding means comprises a means for quantizing the digital video input signal.

30. The apparatus of claim 24, in which the encoding means comprises a means for performing variable word length encoding.

31. An apparatus for encoding digital video signals, comprising:

a means for receiving a digital video input signal comprising a succession of digital representations of picture elements making up at least one video frame, the frame comprising a plurality of fields;

a means for performing adaptive motion compensated encoding of groups of digital representations in the input signal relating to one of frames and fields in the input signal; and

a means responsive to the video input signal prior to encoding for producing a motion compensation type signal for controlling the adaptive motion compensated encoding means.

32. An apparatus for encoding digital video signals, comprising:

a means for receiving digital video input signals; and

a means for performing variable word length encoding adaptively in response to the video input signals.

33. The apparatus of claim 32, further comprising:

a means of transforming the digital video input signals into transform coefficients;

the encoding means being responsive to the transform coefficients for performing adaptive variable word length encoding.

* * * * *

65

EXHIBIT D

7

US005347295A

# United States Patent [19]

## Agulnick et al.

[11] Patent Number: 5,347,295

[45] Date of Patent: Sep. 13, 1994

[54] **CONTROL OF A COMPUTER THROUGH A POSITION-SENSED STYLUS**

[75] Inventors: **Todd Agulnick**, Newton Centre, Mass.; **Robert Carr**, San Francisco, Calif.; **Tony Hoeber**, Woodside, Calif.; **S. Jerrold Kaplan**, San Francisco, Calif.; **David R. Low**, Oakland, Calif.; **Michael Ouye**, Palo Alto, Calif.

[73] Assignee: **GO Corporation**, Foster City, Calif.

[21] Appl. No.: **610,231**

[22] Filed: **Oct. 31, 1990**

[51] Int. Cl.⁵ ..................................... G09G 5/00
[52] U.S. Cl. ................................ 345/156; 345/179
[58] Field of Search ............... 382/13, 14, 57, 59, 382/40; 178/18, 19; 340/706, 707, 709; 345/156, 179

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,699,439 | 10/1972 | Turner | 324/71.1 |
| 3,832,693 | 8/1974 | Ishizaki et al. | 364/900 |
| 4,016,542 | 4/1977 | Azure | 364/900 |
| 4,055,726 | 10/1977 | Turner et al. | 178/18 |
| 4,071,691 | 1/1978 | Pepper, Jr. | 178/19 |
| 4,112,415 | 9/1978 | Hilbrink | 382/13 |
| 4,129,747 | 12/1978 | Pepper, Jr. | 178/18 |
| 4,177,354 | 12/1979 | Mathews | 178/19 |
| 4,184,147 | 1/1980 | Seelbach | 382/13 |
| 4,198,539 | 4/1980 | Pepper, Jr. | 178/18 |
| 4,262,281 | 4/1981 | Buckle et al. | 382/13 |
| 4,293,734 | 10/1981 | Pepper, Jr. | 178/18 |
| 4,302,011 | 11/1981 | Pepper, Jr. | 178/19 |
| 4,318,096 | 3/1982 | Thornburg et al. | 360/706 |
| 4,353,552 | 10/1982 | Pepper, Jr. | 382/13 |
| 4,365,235 | 12/1982 | Greanias et al. | 382/13 |
| 4,371,746 | 2/1983 | Pepper, Jr. | 178/18 |
| 4,456,787 | 6/1984 | Schlosser et al. | 178/19 |
| 4,475,239 | 10/1984 | van Raamsdonk | 382/52 |
| 4,520,357 | 5/1985 | Castleberry et al. | 340/703 |
| 4,641,354 | 2/1987 | Fukunaga et al. | 382/13 |
| 4,672,677 | 6/1987 | Yamakawa | 382/13 |
| 4,679,241 | 7/1987 | Lukis | 382/13 |
| 4,680,430 | 7/1987 | Yoshikawa et al. | 178/19 |
| 4,680,804 | 7/1987 | Kuzunuki et al. | 382/13 |
| 4,764,885 | 8/1988 | Greanias et al. | 364/571 |
| 4,786,765 | 11/1988 | Yamanami et al. | 178/19 |
| 4,831,556 | 5/1989 | Oono | 364/521 |
| 4,839,634 | 6/1989 | More et al. | . |
| 4,972,496 | 11/1990 | Sklarew | 382/13 |
| 5,050,105 | 9/1991 | Peters | 340/734 |
| 5,053,758 | 10/1991 | Cornett et al. | 340/712 |
| 5,151,950 | 9/1992 | Hullender | . |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0203324 | 3/1986 | European Pat. Off. . |
| 0242598 | 10/1987 | European Pat. Off. . |
| 0254561 | 1/1988 | European Pat. Off. . |
| 2117154 | 10/1983 | United Kingdom . |
| 2193023 | 1/1988 | United Kingdom ......... 382/13 |

### OTHER PUBLICATIONS

IBM Technical Disclosure Bulletin, "Object–Picking Method by Hierarchical Hand–Marking," vol. 30, No. 9, pp. 348–350, Feb. 1988 (New York).
GRiD Systems Corporation, "GRiDPAD Computer Owner's Guide" (1989–1990, California).
Wacom Co., Ltd., "User Manual for SD–510 A5 Type Digitizer" (Jul. 1988; place of publication unknown).
Linus Technologies, Inc., LINUS Write–Top User's Guide (1987 Virginia).
PC Magazine, "Digitizing Tablets/Pointing the Way to Easier Input" by Winn L. Rosch (1989 U.S.A.).

*Primary Examiner*—Jeffery Brier
*Attorney, Agent, or Firm*—Matthew C. Rainey; Amir H. Raubvogel

[57] **ABSTRACT**

A notebook computer which is controlled by a stylus executing gestures on the computer screen. The stylus and the computer include complementary electronic circuitry by which the proximity of the stylus tip to the computer is sensed. The proximity sensing is used to detect approach of the stylus tip to the computer screen, and gestural commands are then entered on the screen by moving the stylus. The entry of a command is terminated by removing the stylus tip from proximity with the screen, which is detected by the computer, which then implements the command. Alternative methods of implementing the commands include time-outs and command termination buttons.

**46 Claims, 73 Drawing Sheets**



EXHIBIT
108



Fig. 1

EXHIBIT E
'09



Fig. 2

EXHIBIT E

10

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3762   Page 129 of 331



Fig. 3

EXHIBIT E

111

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3763   Page 130 of 331



Fig. 4

EXHIBIT E

112

Fig. 5

EXHIBIT E

13

Fig. 6

EXHIBIT E

14

Fig. 7

Case 3:02-cv-02060-B-MDD    Document 73    Filed 07/23/03    PageID.3767    Page 134 of 331

390    440

| Application | 6 |
| --- | --- |

Document  Edit  Insert  Case  Format

The present invention describes methods and apparatus for a stylus-driven computer. Said computer presents the behavior of a multi-page notebook including visible pages, page-turn effects, tabbed bookmarks along one or more edge, "floating" pages temporarily removed from their notebook location, a table-of-contents, and contents of sub-sections. Each page in the notebook contains one document which may contain many physical pages when printed. These pages are analogous to data files in other computers and may contain different types of documents such as text, drawings, FAX images, or specialized forms. Some information (such as the "Help Information") is contained in separate notebooks with all of the features listed above. The primary means of control of the computer is a rich set of gestures with the stylus over almost any object visible on the display. Gestures with a stylus offer a more concise vocabulary than tradition pointing devices because they combine both selection (by their location) and meaning (the specific gesture) in one movement. A common set of gestures can delete, move, copy, or edit diverse objects such as text fragments, buttons, documents, or entire notebooks. Gestures can initiate the insertion of hand-written text, the editing of existing text, page-turning, scrolling within a window, zooming or shrinking of entire pages, selection, summoning of windows containing operator guidance, or the creation of links ("goto" buttons) to other pages.

The proximity of the stylus to the display's front surface is used to anticipate and terminate stylus input events. By sensing both the proximity of the stylus tip to, and contact with, the display surface the user-interface software can more accurately discern the vertical movement of the stylus, provide a richer vocabulary of stylus movements for control of the computer, and offer better feedback to the user.

When using the stylus for selection, movements into proximity can trigger display events which give the user a preview of what display objects are understood to be targeted by the computer. For example the computer can

380

Fig. 8        410        400        EXHIBIT E

16

Fig. 9

EXHIBIT E
17

Fig. 10

EXHIBIT E
18

Fig. 11

EXHIBIT E

: 19

**Sample Notebook: Contents**  ← 1 →

Document  Edit  Create  View  Show  Sort

<u>Name</u>                                                    <u>Page</u>

▯ First Experience  · · · · · · · · · · · · · · · ▷ 2

▯ Samples · · · · · · · · · · · · · · · · · · · · · · ▷ 3

▯ Application · · · · · · · · · · · · · · · · · · · ▷ 6

▯ Reports · · · · · · · · · · · · · · · · · · · · · · ▷ 7

440          380          445

**Application**          6

Document  Edit  Insert  Case  Format

The present invention describes methods and apparatus for a stylus-driven computer.  Said computer presents the behavior of a multi-page notebook including visible pages, page-turn effects, tabbed bookmarks along one or more edge, "floating" pages temporarily removed from their notebook location, a table-of-contents, and contents of sub-sections.  Each page in the notebook contains one document which may contain many physical pages when printed.  These pages are analogous to data files in other computers and may contain different types of documents such as text, drawings, FAX images, or specialized forms.  Some information (such as the "Help Information") is contained in separate

(proximity)

Contents | First Experience | Samples

[First Experience]

Fig. 12

EXHIBIT E
20

**Fig. 13**

EXHIBIT E
21



Fig. 14

EXHIBIT E

132

Case 3:02-cv-02060-B-MDD    Document 73    Filed 07/23/03    PageID.3774    Page 141 of 331



Fig. 15

EXHIBIT E

23

---

Application                                    ← 6 →

Document  Edit  Insert  Case  Format

520

object visible on the display.  Gestures with a stylus offer a more concise vocabulary than tradition pointing devices because they combine both selection (by their location) and meaning (the specific gesture) in one movement.  A common set of gestures can delete, move, copy, or edit diverse objects such as text fragments, buttons, documents, or entire notebooks. Gestures can initiate the insertion of hand-written text, the editing of existing text, page-turning, scrolling within a window, zooming or shrinking of entire pages, selection, summoning of windows containing operator guidance, or the creation of links ("goto" buttons) to other pages.

The proximity of the stylus to the display's front surface is used to anticipate and terminate stylus input events.  By sensing both the proximity of the stylus tip to, and contact with, the display surface the user-interface software can more accurately discern the vertical movement of the stylus, provide a richer vocabulary of stylus movements for control of the computer, and offer better feedback to the user.

When using the stylus for selection, movements into proximity can trigger display events which give the user a preview of what display objects are understood to be targeted by the computer.  For example the computer can expand or alter the appearance of a button in anticipation of its selection.  This solution overcomes the problems of selecting displayed objects due to tight spacing and parallax effects in prior art.

In the entry of multi-stroke graphical objects the sensing of the departure of the stylus tip from the vicinity of the display surface allows the computer to discern the

Contents  First Experience  Samples

← 470




First Experience

Fig. 16

EXHIBIT E

24

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3776   Page 143 of 331



Fig. 17

EXHIBIT E

25

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3777   Page 144 of 331

Application                    ← 6 →

Document  Edit  Insert  Case  Format

   The present invention describes methods and
apparatus for a stylus-driven computer.  Said computer
presents the behavior of a multi-page notebook including
visible pages, page-turn effects, tabbed bookmarks
along one or more edge, "floating" pages temporarily
removed from their notebook location, a
table-of-contents, and contents of sub-sections.  Each
page in the notebook contains one document which may
contain many physical pages when printed.  These
pages are analogous to data files in other computers
and may contain different types of documents such as
text, drawings, FAX images, or specialized forms.  Some
information (such as the "Help Information") is contained
in separate notebooks with all of the features listed
above.  The primary means of control of the computer is
a rich set of gestures with the stylus over almost any
object visible on the display.  Gestures with a stylus offer
a more concise vocabulary than tradition pointing
devices because they combine both selection (by their
location) and meaning (the specific gesture) in one
movement.  A common set of gestures can delete,
move, copy, or edit diverse objects such as text
fragments, buttons, documents, or entire notebooks.
Gestures can initiate the insertion of hand-written text,
the editing of existing text, page-turning, scrolling within
a window, zooming or shrinking of entire pages,
selection, summoning of windows containing operator
guidance, or the creation of links ("goto" buttons) to
other pages.

   The proximity of the stylus to the display's front
surface is used to anticipate and terminate stylus input
events.  By sensing both the proximity of the stylus tip to,
and contact with, the display surface the user-interface
software can more accurately discern the vertical

Contents  First  Experience  Samples

→ 540

First Experience

Fig. 18

EXHIBIT E

26

545 ⟶



Fig. 19

EXHIBIT E

27



Fig. 20

EXHIBIT E



Fig. 21

EXHIBIT E

: 29

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3781   Page 148 of 331



Fig. 22

EXHIBIT E

30



Fig. 23



Fig. 24

EXHIBIT E
32



Fig. 25



Fig. 26

EXHIBIT E

34



Fig. 27

EXHIBIT E

: 35



Fig. 28

EXHIBIT ⌐

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3788   Page 155 of 331

740 —

| Application | ← 6 → |
|---|---|

Document  Edit  Insert  Case  Format

The present invention describes methods and apparatus for a stylus-driven computer. Said computer presents the behavior of a multi-page notebook including visible pages, page-turn effects, tabbed bookmarks along one or more edge, "floating" pages temporarily removed from their notebook location, a table-of-contents, and contents of sub-sections. Each page in the notebook contains one document which may contain many physical pages when printed. These pages are analogous to data files in other computers and may contain different types of documents such as text, drawings, FAX images, or specialized forms. Some information (such as the "Help Information") is contained in separate notebooks with all of the features listed above. The primary means of control of the computer is a rich set of gestures with the stylus over almost any object visible on the display. Gestures with a stylus offer a more concise vocabulary than tradition pointing devices because they combine both selection (by their location) and meaning (the specific gesture) in one movement. A common set of gestures can delete, move, copy, or edit diverse objects such as text fragments, buttons, documents, or entire notebooks. Gestures can initiate the insertion of hand-written text, the editing of existing text, page-turning, scrolling within a window, zooming or shrinking of entire pages, selection, summoning of windows containing operator guidance, or the creation of links ("goto" buttons) to other pages.

The proximity of the stylus to the display's front surface is used to anticipate and terminate stylus input events. By sensing both the proximity of the stylus tip to, and contact with, the display surface the user-interface software can more accurately discern the vertical

Contents | First Experience | Samples



First Experience

Fig. 29

EXHIBIT E

37

**Application**          ← 6 →

Document Edit Insert Case Format

The present invention describes methods and apparatus for a stylus-driven computer. Said computer presents the behavior of a multi-page notebook including visible pages, page-turn effects, tabbed bookmarks along one or more edge, "floating" pages temporarily removed from their notebook location, a table-of-contents, and contents of sub-sections. Each page in the notebook contains one document which may contain many physical pages when printed. These pages are analogous to data files in other computers and may contain different types of documents such as text, drawings, FAX images, or specialized forms. Some information (such as the "Help Information") is contained in separate notebooks with all of the features listed above. The primary means of control of the computer is a rich set of gestures with the stylus over almost any object visible on the display. Gestures with a stylus offer a more concise vocabulary than tradition pointing devices because they combine both selection (by their location) and meaning (the specific gesture) in one movement. A common set of gestures can delete, move, copy, or edit diverse objects such as text fragments, buttons, documents, or entire notebooks. Gestures can initiate the insertion of hand-written text, the editing of existing text, page-turning, scrolling within a window, zooming or shrinking of entire pages, selection, summoning of windows containing operator guidance, or the creation of links ("goto" buttons) to other pages.

The proximity of the stylus to the display's front surface is used to anticipate and terminate stylus input events. By sensing both the proximity of the stylus tip to, and contact with, the display surface the user-interface software can more accurately discern the vertical

740
750

Contents First Experience Samples



Fig. 30

EXHIBIT E
38

**Application**          ← 6 →

Document  Edit  Insert  Case  Format

760

The present invention describes methods and apparatus for a stylus-driven computer. Said computer presents the behavior of a multi-page notebook including page-turn effects, visible pages, tabbed bookmarks along one or more edge, "floating" pages temporarily removed from their notebook location, a table-of-contents and contents of sub-sections. Each page in the notebook contains one document which may contain many physical pages when printed. These pages are analogous to data files in other computers and may contain different types of documents such as text, drawings, FAX images, or specialized forms. Some information (such as the "Help Information") is contained in separate notebooks with all of the features listed above. The primary means of control of the computer is a rich set of gestures with the stylus over almost any object visible on the display. Gestures with a stylus offer a more concise vocabulary than tradition pointing devices because they combine both selection (by their location) and meaning (the specific gesture) in one movement. A common set of gestures can delete, move, copy, or edit diverse objects such as text fragments, buttons, documents, or entire notebooks. Gestures can initiate the insertion of hand-written text, the editing of existing text, page-turning, scrolling within a window, zooming or shrinking of entire pages, selection, summoning of windows containing operator guidance, or the creation of links ("goto" buttons) to other pages.

The proximity of the stylus to the display's front surface is used to anticipate and terminate stylus input events. By sensing both the proximity of the stylus tip to, and contact with, the display surface the user-interface software can more accurately discern the vertical

Contents | First Experience | Samples



**Fig. 31**

EXHIBIT E
39



Fig. 32

EXHIBIT E

40

## Application                                ← 6 →

### Document  Edit  Insert  Case  Format

The present wonderful invention describes methods and apparatus for a stylus-driven computer. Said computer presents the behavior of a multi-page notebook including page-turn effects, visible pages, tabbed bookmarks along one or more edge, "floating" pages temporarily removed from their notebook location, a table-of-contents, and contents of sub-sections. Each page in the notebook contains one document which may contain many physical pages when printed. These pages are analogous to data files in other computers and may contain different types of documents such as text, drawings, FAX images, or specialized forms. Some information (such as the "Help Information") is contained in separate notebooks with all of the features listed above. The primary means of control of the computer is a rich set of gestures with the stylus over almost any object visible on the display. Gestures with a stylus offer a more concise vocabulary than tradition pointing devices because they combine both selection (by their location) and meaning (the specific gesture) in one movement. A common set of gestures can delete, move, copy, or edit diverse objects such as text fragments, buttons, documents, or entire notebooks. Gestures can initiate the insertion of hand-written text, the editing of existing text, page-turning, scrolling within a window, zooming or shrinking of entire pages, selection, summoning of windows containing operator guidance, or the creation of links ("goto" buttons) to other pages.

The proximity of the stylus to the display's front surface is used to anticipate and terminate stylus input events. By sensing both the proximity of the stylus tip to, and contact with, the display surface the user-interface software can more accurately discern the vertical

**Contents | First Experience | Samples**



## Fig. 33

EXHIBIT E

41

**Fig. 34**



Fig. 35

EXHIBIT E

43



Fig. 36

EXHIBIT E

44

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3796   Page 163 of 331



Fig. 37

EXHIBIT E

45

Case 3:02-cv-02060-B-MDD    Document 73    Filed 07/23/03    PageID.3797    Page 164 of 331



Fig. 38

EXHIBIT E
16

Case 3:02-cv-02060-B-MDD    Document 73    Filed 07/23/03    PageID.3798    Page 165 of 331



**Fig. 39**

EXHIBIT E

17



**Fig. 40**

EXHIBIT E

48

Case 3:02-cv-02060-B-MDD    Document 73    Filed 07/23/03    PageID.3800    Page 167 of 331



**Fig. 41**

EXHIBIT E

49



Fig. 42



**Fig. 43**

EXHIBIT E

51

**Fig. 44**



FIG. 45

EXHIBIT E

53

— 632

**Eggplant dip**
(We'll need a catchy name for this.) This is a variation
on babaganoush that I think will stand up well to
long-term shelf storage. It involves roasting the eggplants
(which we can do in bulk) and then smashing them with
garlic, lemon, olive oil and spices. We currently have
some problems with the oil separating out to the top of
the jar, which is very unappetizing, but I'm sure we can
find a binding agent to solve this.

— 633

**Eggplant dip**
(We'll need a catch name for this.) This is a variation on

**Eggplant dip**
(We'll need a catch name for this.) This is a variation on

— 631

**Eggplant dip**
(We'll need a catch name for this.) T  his is a variation on

— 631A

— 634

**Eggplant dip**
(We'll need a catch name for this.) This is a variation on

y — 635

**Eggplant dip**
(We'll need a catch name for this.) This is a variation on

**Eggplant dip**
(We'll need a catchy name for this.) This is a variation

Fig. 46          — 635A

EXHIBIT E

54

**Eggplant dip**
(We'll need a catchy name for this.) This is a variation

636

**Eggplant dip**          637
(We'll need a catchy name
for this.) This is a variation on babaganoush that I think

**Eggplant dip**
(We'll need a catchy name for this.) This is a variation
on babaganoush that I think will stand up well to
long-term shelf storage. It involves roasting the eggplants
(which we can do in bulk) and then smashing them with
garlic, lemon, olive oil and spices. We currently have    638
some problems with the oil separating out to the top of
the jar, which is very unappetizing, but I'm sure we can
find a binding agent to solve this.

**Eggplant dip**
(We'll need a catchy name for this.) This is a variation
on babaganoush that I think will stand up well to
long-term shelf storage. It involves roasting the eggplants
(which we can do in bulk) and then smashing them with
garlic, lemon, olive oil and spices.}  639

We currently have some problems with the oil separating
out to the top of the jar, which is very unappetizing, but
I'm sure we can find a binding agent to solve this.

**Eggplant dip**
640
(We'll need a catchy name for this.) This is a variation

**Eggplant dip**
641
(We'll need a catchy name for this.) This is a variation

Fig. 47

EXHIBIT C

55



Eggplant dip ——⌐ 642

Eggplant Dip —⌐ 643

Eggplant Dip ——⌐ 644

Eggplant dip ——⌐ 645

Eggplant dip ——⌐ 646

Eggplant DIP ——⌐ 647

Fig. 48

EXHIBIT E

: 5 6



Fig. 49

EXHIBIT E

57

U.S. Patent          Sep. 13, 1994          Sheet 50 of 73          5,347,295



Fig. 50

EXHIBIT E

58

---

**Package Design Letter**    ← 4 →

Document  Edit  Insert  Case  Format

FastPak Design
3535 Mission St.
Houston TX 45321

RE: New package design


Dear Ms. Huerta:

We need a new design for the plastic bottles for our
condiments.

Recently, an executive of a supermarket chain took a
box of our samples home in order to try them before
ordering our line. He briefly left the box on the kitchen
floor where his son ran into it with a tricycle.

Our bottles should be able to withstand the impact from a
tricycle powered by a three year old. But four bottles of
our new salsa broke, spilling their contents all over the
floor.

The executive never got a chance to try our product.

Can you design a lightweight, recyclable, 8 oz. plastic
bottle that won't break under moderate impact? I'll be
travelling next week, but you can fax me suggested
proposals at 415/345-9833.


Sincerely,

*Side tabs: Contents, Samples, Staff, Widget Inc., Current, Personal, To Do, Done, Calendar, Phone*

629

Fig. 51

EXHIBIT E

59

**Package Design Letter** ← 4 →

Document  Edit  Insert  Case  Format

FastPak Design
3535 Mission St.
Houston TX 45321

RE: New package design

Dear Ms. Huerta:

We need a new design for the plastic bottles for our condiments.

Recently, an executive of a supermarket chain took a box of our samples home in order to try them before ordering. He briefly left the box on the kitchen floor where his son ran into it with a tricycle.

Our bottles should be able to withstand the impact from a tricycle powered by a three year old. But four bottles of our new salsa broke, spilling their contents all over the floor.

The executive never got a chance to try our product.

Can you design a lightweight, recyclable, 8 oz. plastic bottle that won't break under moderate impact? I'll be travelling next week, but you can fax me suggested proposals at 415/345-9833.

Sincerely,

*Side tabs:* Contents  Samples  Staff  Widget Inc.  Current  Personal  To Do  Done  Calendar  Phone

Fig. 52

EXHIBIT E

160

**Fig. 53**

629

EXHIBIT E

61

Fig. 54

EXHIBIT E

62

Dear Ms. Huerta:

We need a quick new design for the plastic bottles for
our condiments.

Dear Ms. Huerta:

— 653

We need a quick new design for the plastic bottles for
our condiments.

Dear Ms. Huerta:

We need a quick new **design** for the plastic bottles for
our condiments.

**Fig. 55**

EXHIBIT E

163

Package Design Letter    ◄ 4 ►

Document  Edit  Insert  Case  Format

New World Foods
19271 Palm Blvd.
Los Angeles, CA 90036

February 17, 1991

Ms. Elena Huerta
FastPak Design
3535 Mission St.
Houston TX 45321

RE: New package design

Dear Ms. Huerta

We need a quick new design for the plastic bottles for our condiments.

655 — Recently, an executive of a supermarket chain took a box of our samples home in order to try them before ordering. He briefly left the box on the kitchen floor where his son ran into it with a tricycle.

Our bottles should be able to withstand the impact from a tricycle powered by a three year old. But four bottles of our new salsa broke, spilling their contents all over the floor.

The executive never got a chance to try our product.

Can you design a lightweight, recyclable, 8 oz. plastic bottle that won't break under moderate impact? I'll be travelling next week, but you can fax me suggested

Contents  Samples  Staff  Widget Inc.  Current  Personal  To Do  Done  Phone  Index



Fig. 56

EXHIBIT E
64



Fig. 57

EXHIBIT E

65

---

**Package Design Letter**        ◄── 4 ──►

Document  Edit  Insert  Case  Format

New World Foods
19271 Palm Blvd.
Los Angeles, CA 90036

February 17, 1991

Ms. Elena Huerta
FastPak Design
3535 Mission St.
Houston TX 45321

RE: New package design

Dear Ms. Huerta:

We need a quick new design for the plastic bottles for our condiments.

Drawing Paper ──◄── 655 B

Recently, an executive of a supermarket chain took a box of our samples home in order to try them before ordering. He briefly left the box on the kitchen floor where his son ran into it with a tricycle.

Our bottles should be able to withstand the impact from a tricycle powered by a three year old. But four bottles of our new salsa broke, spilling their contents all over the floor.

The executive never got a chance to try our product.

Can you design a lightweight, recyclable, 8 oz. plastic bottle that won't break under moderate impact? I'll be

*Side tabs:* Contents · Samples · Staff · Widget Inc. · Current · Personal · To Do · Done · Phone · Index



**Fig. 57A**

EXHIBIT E

66

Case 3:02-cv-02060-B-MDD    Document 73    Filed 07/23/03    PageID 3818    Page 185 of 331



Fig. 58

659

EXHIBIT E

167

U.S. Patent          Sep. 13, 1994          Sheet 60 of 73          5,347,295



Fig. 59

659A

EXHIBIT E

68

---

**Package Design Letter**          ◄ **4** ►

Document   Edit   Insert   Case   Format

FastPak Design
3535 Mission St.
Houston TX 45321

RE: New package design

Dear Ms. Huerta:

We need a new design for the plastic bottles for our condiments.

Recently, an executive of a supermarket chain took a box of our samples home in order to try them before ordering our line. He briefly left the box on the kitchen floor where his son ran into it with a tricycle.

Our bottles should be able to withstand the impact from a tricycle powered by a three year old. But four bottles of our new salsa broke, spilling their contents all over the floor.

The executive never got a chance to try our product.

Can you design a lightweight, recyclable , 8 oz. plastic bottle that won't break under moderate impact? I'll be travelling next week, but you can fax me suggested proposals at 415/ 345-9833.

Sincerely,

*Side tabs:* Contents | Samples | Staff | Widget Inc. | Current | Personal | To Do | Done | Calendar | Phone





**Fig. 60**

*EXHIBIT E*

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3821   Page 188 of 331



661

**Fig. 61**

EXHIBIT E

70

Case 3:02-cv-02060-B-MDD    Document 73    Filed 07/23/03    PageID.3822    Page 189 of 331



Fig. 62

EXHIBIT
71

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3823   Page 190 of 331

```
┌──────────────────────────────────────────────┐
│         Package Design Letter      ◄─ 4 ─►    │
├──────────────────────────────────────────────┤
│  Document  Edit  Insert  Case  Format         │
├──────────────────────────────────────────────┤
```

New World Foods
19271 Palm Blvd.
Los Angeles, CA 90036

February 17, 1991

Ms. Elena Huerta
FastPak Design
3535 Mission St.
Houston TX 45321

RE: New package design

Dear Ms. Huerta:

We need a new design for the plastic bottles for our condiments.

**800** →

Recently, an executive of a supermarket chain took a box of our samples home in order to try them before ordering. He briefly left the box on the kitchen floor where his son ran into it with a tricycle.

Our bottles should be able to withstand the impact from a tricycle powered by a three year old. But four bottles of our new salsa broke, spilling their contents all over the floor.

The executive never got a chance to try our product.

Can you design a lightweight, recyclable, 8 oz. plastic bottle that won't break under moderate impact? I'll be travelling next week, but you can fax me suggested

*Side tabs: Contents | Samples | Staff | Widget Inc. | Current | Personal | To Do | Done | Phone | Index*



**Fig. 63**

EXHIBIT E



Fig. 64

EXHIBIT E

73

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3825   Page 192 of 331

---

**Package Design Letter**  ← 4 →

Document  Edit  Insert  Case  Format

New World Foods
19271 Palm Blvd.
Los Angeles, CA 90036

February 17, 1991

Ms. Elena Huerta
FastPak Design
3535 Mission St.
Houston TX 45321

RE: New package design

Dear Ms. Huerta:

We need a quick new design for the plastic bottles for our condiments.

Recently, an executive of a supermarket chain took a box of our samples home in order to try them before ordering. He briefly left the box on the kitchen floor where his son ran into it with a tricycle.

Our bottles should be able to withstand the impact from a tricycle powered by a three year old. But four bottles of our new salsa broke, spilling their contents all over the floor.

The executive never got a chance to try our product.

Can you design a lightweight, recyclable, 8 oz. plastic bottle that won't break under moderate impact? I'll be travelling next week, but you can fax me suggested

*(sidebar tabs: Contents | Samples | Staff | Widget Inc. | Current | Personal | To Do | Done | Phone | Index)*



**Fig. 65**

EXHIBIT E

174

```
┌──────────────────────────────────────────────┐
│         Package Design Letter      ◄── 4 ─►   │
├──────────────────────────────────────────────┤
│ Document  Edit  Insert  Case  Format          │
├──────────────────────────────────────────────┤
```

New World Foods
19271 Palm Blvd.
Los Angeles, CA 90036

February 17, 1991

Ms. Elena Huerta
FastPak Design
3535 Mission St.
Houston TX 45321

RE: New package design

Dear Ms. Huerta:                    ⟋ 652

We need a quick new design for the plastic bottles for
our condiments.

Recently, an executive of a supermarket chain took a
box of our samples home in order to try them before
ordering. He briefly left the box on the kitchen floor
where his son ran into it with a tricycle.

Our bottles should be able to withstand the impact from a
tricycle powered by a three year old. But four bottles of
our new salsa broke, spilling their contents all over the
floor.

The executive never got a chance to try our product.

Can you design a lightweight, recyclable, 8 oz. plastic
bottle that won't break under moderate impact? I'll be
travelling next week, but you can fax me suggested

Side tabs: Contents | Samples | Staff | Widget Inc. | Current | Personal | To Do | Done | Phone | Index



Fig. 66

EXHIBIT E

75



Fig. 67

EXHIBIT E

ι76

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3828   Page 195 of 331

---

| Package Design Letter | ◄─ 4 ─► |
|---|---|

Document  Edit  Insert  Case  Format

New World Foods
19271 Palm Blvd.
Los Angeles, CA 90036

February 17, 1991

Ms. Elena Huerta
FastPak Design
3535 Mission St.
Houston TX 45321

RE: New package design

Dear Ms. Huerta:

We need a quick new design for the plastic bottles for our condiments.

Recently, an executive of a supermarket chain took a box of our samples home in order to try them before ordering. He briefly left the box on the kitchen floor where his son ran into it with a tricycle.

Our bottles should be able to withstand the impact from a tricycle powered by a three year old. But four bottles of our new salsa broke, spilling their contents all over the floor.

The executive never got a chance to try our product.

Can you design a lightweight, recyclable, 8 oz. plastic bottle that won't break under moderate impact? I'll be travelling next week, but you can fax me suggested

*(Side tabs: Contents, Samples, Staff, Widget Inc., Current, Personal, To Do, Done, Phone, Index)*



**Fig. 68**

EXHIBIT E

77

Package Design Letter          ← 4 →

Document  Edit  Insert  Case  Format

New World Foods
19271 Palm Blvd.
Los Angeles, CA 90036

February 17, 1991

Ms. Elena Huerta
FastPak Design
3535 Mission St.
Houston TX 45321

RE: New package design

Dear Ms. Huerta:
— 663
We need a quick new design for the plastic bottles for
our condiments.

Recently, an executive of a supermarket chain took a
box of our samples home in order to try them before
ordering. He briefly left the box on the kitchen floor
where his son ran into it with a tricycle.

Our bottles should be able to withstand the impact from a
tricycle powered by a three year old. But four bottles of
our new salsa broke, spilling their contents all over the
floor.

The executive never got a chance to try our product.

Can you design a lightweight, recyclable, 8 oz. plastic
bottle that won't break under moderate impact? I'll be
travelling next week, but you can fax me suggested

*(Sidebar tabs: Contents | Samples | Staff | Widget Inc. | Current | Personal | To Do | Done | Phone | Index)*



EXHIBIT E

Fig. 69

78



Fig. 70

EXHIBIT L

79

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3831   Page 198 of 331



Fig. 71

EXHIBIT E



Fig. 72

EXHIBIT E
81

5,347,295

1

## CONTROL OF A COMPUTER THROUGH A POSITION-SENSED STYLUS

### BACKGROUND OF THE INVENTION

Recently a new class of computer has begun to emerge. This type of computer uses an electronically-sensed pen or stylus and handwriting recognition in place of a keyboard as the primary input device. Typically in such a pen-driven computer the movement of the stylus is tracked over a flat-screen bit-mapped display. As the computer tracks the stylus it displays images which mimic various real-world objects. In this way the interaction between the stylus and the screen simulates "paper", "ink", "push buttons," and other visual metaphors.

The present invention addresses the problem of controlling such a computer through a stylus. In this application the word stylus is used to mean a pen-like object whose position and contact with a surface can be continuously detected electronically. In the prior art it has been found that a computer can be made easier to use if it displays symbols that mimic the behavior of actual objects. For example, the Macintosh computer from Apple Computer uses simplified pictures or icons to represent documents, folders, and trash cans to present a metaphor for a desk top. The icons are manipulated by using a mouse to move a pointer on the screen to select and possibly drag these icons to new positions.

In the prior art the use of a mouse offers only a limited control vocabulary, basically pointing, dragging, clicking, and double clicking. More complex operations require the user to resort to the keyboard or choices from a menu. For example in a word processor program text is moved in a four step operation. First the desired phrase is selected by dragging the text cursor with the mouse, second the "cut" command is selected, third the text cursor is moved with the mouse, and fourth the "paste" command is selected. A copy operation requires a similar four-step process.

Certain systems substitute a stylus for a mouse, as described, for instance, in "Digitizing Tablets" PC Magazine, Nov. 28, 1989. Other systems have implemented stylus-controlled notepad computers, as described in "Linus Write-Top User's Guide" (1987) from Linus Technologies, Inc. of Reston, Va. and "Gridpad Computer Owner's Guide" (1990) from Grid Systems Corporation of Fremont, Calif. Each of the foregoing references is incorporated herein by reference.

In earlier systems, when a stylus has been used as a substitute for a mouse, the stylus emulates the limited behavior of a mouse with little or no change in the controlling software. The existing notepad computers also use the stylus in a limited way but add the recognition of handwritten input and one or two editing gestures which operate only within text.

There are problems in the initiation and termination of "input events" in these existing stylus-driven computers. For the purposes of this application, the term "input event" refers to one or more strokes which comprise one complete expression, such as a tap, caret, letter, word, or phrase. A "button" is a region of the display demarcated by shading or outline and sensitive to some small set of simple gestures such as tapping.

In certain systems (such as the Grid and Linus designs the mentioned above), an event begins when the stylus touches the front surface of the display. Input is then terminated in one of three ways: (a) by lifting the stylus

2

from the surface; (b) by a series of strokes followed by a final lift of the stylus and lack of contact for a specific time interval, or "timeout"; or (c) by a series of strokes after which a specific region of the display (such as a button) is touched.

Typically, technique (a) is used when the input event is a simple gesture, such as tapping a button. Technique (a) can also be used to terminate the input of a single-stroke editing symbol such as a strike-through, circle, or caret.

Technique (b) would typically be used to signal the end of entry of a single character or multi-stroke editing gesture. To terminate the entry of many symbols reliably (where the operator can be expected to pause during input), option (c) must be used to explicitly indicate completion.

Each of these stylus (as opposed to mouse) techniques has its problems. In technique (a), the input event is typically begun by placing the stylus tip on a desired button or other feature. However, selection of an individual button is difficult when there are many small buttons close to one another. An example of this is in a "sketching" program, where objects are manipulated by tapping or dragging small buttons or "handles" at their extremities. In such a program, a rectangle would have handles at each corner while a curve would have handles at each inflection point. For a screen with many small objects or curves with many bends, the selection of a desired handle can be difficult, because there is no way to preview which handle is targeted.

An additional problem in accurate pointing with the stylus is the parallax caused by the separation of the surface that the stylus tip contacts and the active layer of the display. This problem is not found in mouse-based systems, because a cursor or arrow is drawn on the display to represent the position of the mouse.

Technique (a) cannot be used to recognize the end of a multi-stroke gesture or character. This forces the designer into the use of timeouts, i.e. technique (b). However, the use of timeouts does not provide as smooth an interaction with the user, because the interval is commonly either too long or too short for a given individual or circumstance. The user must be conscious of the timeout interval, and alternately feels that he must race through the input task or delay excessively at the completion of the task.

Given the limitations of these two techniques, designers using prior art were often forced into using technique (c): explicit termination by selecting a button. But using this technique yields a host of problems. Finding room on the display to locate such a button is often difficult. In one area where notepad computers will be applied—hand entry of data into electronic forms—it is desirable for these computer-simulated forms to look and act much like a paper form. Using prior art, a termination button must be provided to trigger recognition and validation of the user's input for each field. Thus, for a typical form containing many fields an unnecessary amount of space on the display is given over to these termination buttons.

In addition, a form requiring the triggering of a button upon completing entry in a given field does not act like a paper form; a paper form is different in that it is "mode-less," i.e. the user may skip from field to field at will. Thus, the use of technique (c) impairs the user interface by making it less intuitive.

EXHIBIT E

132

5,347,295

3

The above summary shows that present computers do not fully exploit the possibilities of user interaction with a computer using a stylus.

## SUMMARY OF THE INVENTION

The present invention describes methods and apparatus for a stylus-driven computer in a notebook metaphor. Thus, the computer presents the behavior of a metaphorical multi-page notebook including visible pages, page-turn effects, tabbed bookmarks along one or more edge, "floating" pages temporarily removed from their notebook location, a table of contents, and contents of subsections.

Each page in the notebook contains one document which may contain many physical pages when printed. These pages are analogous to data files in other computers and may contain different types of documents such as text, drawings, facsimile images, or specialized forms. Some information (such as the "Help Information") is contained in separate notebooks with all of the features listed above.

The primary means of control of the computer is a set of numerous gestures drawn with the stylus over almost any object visible on the display. Gestures with a stylus offer a more concise vocabulary than traditional pointing devices because they combine, into one movement, both: (1) selection of text or other portion of a document, as controlled by the location of the gesture on the screen or display; and (2) the meaning of the gesture or the specific command to be executed, which is determined by the particular gesture which is made.

A single set of gestures is used in the present invention to delete, move, copy, or edit diverse objects such as text fragments, buttons, documents, or entire notebooks. Gestures are used to initiate the insertion of hand-written text, the editing of existing text, page-turning, scrolling within a window, zooming or shrinking of entire pages, selection, summoning of windows containing operator guidance, or the creation of links ("goto" buttons) to other pages.

The proximity of the stylus to the display's front surface is used to anticipate and terminate stylus input events. By sensing both the proximity of the stylus tip to the display surface and the contact with the display surface, the user-interface software can more accurately discern the vertical movement of the stylus, provide a richer vocabulary of stylus movements for control of the computer, and offer better feedback to the user.

When using the stylus for selection, movement of the stylus into proximity can trigger display events which give the user a preview of what display objects are understood by the computer to be targeted. For example, the computer can expand or alter the appearance of a button in anticipation of its selection. This technique overcomes the problems of selecting displayed objects due to tight spacing and parallax effects in prior art.

In the entry of multi-stroke graphical objects the sensing of the departure of the stylus tip from the vicinity of the display surface allows the computer to discern the natural movement of the operator's hand at the end of drawing and initiate processing or recognition. Such drawn objects may include editing gestures, geometric figures, or handwriting. This use of proximity transitions for the termination of input events eliminates the problems found in prior art caused by the use of loss-of-contact, timeouts, or buttons.

The operating software of the computer presents a Graphical User Interface (GUI) for the control of the

4

computer. In a GUI the computer displays small pictures or icons representing various familiar, real-world objects such as file folders, trash cans, buttons, slide controls, paint brushes, erasers, and pencils.

In prior art (Xerox Star, Apple Macintosh, Microsoft Windows and Presentation Manager), the icons have been chosen to simulate a desktop which uses the manipulation of files and folders as a metaphor for control of computer programs and files. In the present invention, a "notebook" metaphor is chosen as being more intuitive in controlling a portable, hand-held, stylus driven computer. This metaphor provides a coherent, familiar means of organizing and accessing data. Features such as numbered and titled pages, tables of contents, section dividers, and tabs mimic the operation of their real counterparts and allow a user to peruse the data held in the computer with little or no training.

The notebook metaphor allows a more structured arrangement of documents than the somewhat free-format desktop metaphor. Related documents can be place in a section on adjacent pages, and a simple gesture used to turn from one page to another. The ability of the user to place a tab on any document allows the user to turn to that page instantly.

Another advantage of the notebook metaphor is the matching in scale of the icons to their physical counterparts. For example, in the present invention a simulated page tab is roughly the size of an actual page tab. This is important because the stylus must interact with these icons and is the size of, and is manipulated with the accuracy of, an actual pen or pencil.

The implementation of the actual "notebook" GUI software can be based on any one of many prior inventions. Information in this area can be found in *Inside Macintosh, Fundamentals of Interactive Computer Graphics, SmallTalk-80, The Language and Its Implementation* (all from Addison-Wesley Publishing Co.), "The X Window System" (*ACM Transactions on Graphics*, Vol. 5, No. 2, April 1986, pages 79–109) or "Andrew: A Distributed Personal Computing Environment" (*Communications of the ACM*, March 1986). The actual techniques used to recognize both gestures and handwritten input will not be discussed in detail here, but may be found in "Automatic Recognition of Handprinted Characters—The State of the Art" *Proceedings of the IEEE*, pages 469–487, Vol. 68, No. 4, April 1980. The foregoing references are incorporated herein by reference.

Attached hereto as Appendices I-V are detailed documentation of an actual implementation applicant's system. These appendices are all from GO Corporation of Foster City, Calif., and are entitled:

I. Architecture—Parts 0 to 5
II. Architecture—Parts 6 to End
III. Application Developer's Guide
IV. API Reference.

The Appendices are supplied to demonstrate one actual working example of a system utilizing applicant's invention, and there may be many other, different realizations of the invention which still incorporate the features discussed above and described in detail below.

Another patent application which includes disclosure which may be used in conjunction with the present invention is the United States patent application of Carr et al., entitled "Computer Documents as Compound Documents in a Notebook Metaphor," Ser. No. 07/607,139, filed Oct. 31, 1990. That application is incorporated herein by reference.

EXHIBIT E

83

5,347,295

5

Another copending application which complements the disclosure herein is the United States patent application of Hullender entitled "Method For Pattern Recognition," Ser. No. 07/607,125, filed on Oct. 31, 1990 now U.S. Pat. No. 5,151,950. That application is also incorporated herein by reference.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an overall view of a notebook computer.

FIG. 2 is a cross-section of a notebook computer according to the present invention.

FIG. 3 is a block diagram of the computer's components.

FIG. 4 shows the table of contents document.

FIG. 5 shows a floating notebook.

FIG. 6 shows an expanded table of contents.

FIG. 7 shows a floating page above the table of contents.

FIG. 8 shows a floating page with the resize handle visible.

FIG. 9 shows the resizing of a floating page.

FIG. 10 shows the resulting resized floating page.

FIG. 11 shows the dragging of a floating page.

FIG. 12 show the result of dragging a floated page.

FIG. 13 shows a menu augmented with gesture symbols.

FIG. 14 shows quick gesture help.

FIG. 15 shows a text document with a word selected.

FIG. 16 shows the scrolling of a document with a scroll margin.

FIG. 17 shows the "extend selection" gesture.

FIG. 18 shows the extended selection.

FIG. 19 shows the "Document" menu.

FIG. 20 shows the "Edit" menu.

FIG. 21 shows the 'edit' gesture drawn over a word.

FIG. 22 shows a pop-up edit pad.

FIG. 23 shows a pop-up proofing pad.

FIG. 24 shows a text formatting option sheet.

FIG. 25 shows the available text option cards.

FIG. 26 shows a document information option card.

FIG. 27 shows a document access option card.

FIG. 28 shows an icon option card.

FIG. 29 shows text selected for movement in a document.

FIG. 30 shows a dragged text outline.

FIG. 31 shows the result of moving text.

FIG. 32 shows handprinting in an edit pad.

FIG. 33 shows the result of text edit.

FIG. 34 shows an insertion gesture in the table of contents.

FIG. 35 shows a sample stationery palette.

FIG. 36 shows a 'quick help' gesture and the quick help notebook.

FIG. 37 shows a "Drawing Paper" document with a selected object.

FIG. 38 shows a targeted handle on an object.

FIG. 39 shows an object being dragged.

FIG. 40 shows an object being resized.

FIG. 41 shows two selected objects.

FIG. 42 shows a targeted handle on one of two closely-spaced objects.

FIG. 43 shows a targeted handle on an adjacent object.

FIG. 44 shows a computerized form.

FIG. 45 is a table of gesture commands of the present invention.

6

FIGS. 46–48 are partial screen shots from the notebook 2, showing various gestures and the results of using them on text.

FIGS. 49 and 50 are screen shots showing the use of a check-tap gesture to call up an options sheet.

FIGS. 51–72 illustrate the use of numerous gestures of the invention as computer commands.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 shows the initial embodiment of the invention. This implementation is a portable, battery-operated notebook computer 2 with, preferably, the height and width of a standard legal notepad. (The invention may also be implemented in other, non-portable computers.) As shown in FIG. 2, a stylus 4 having a tip 6 is utilized with the notebook computer 2, in a manner to be described below.

FIG. 2 shows the internal mechanical layout of the computer 2. Liquid crystal display 10 is mounted as the front surface of the unit. Mounted behind the display is the pen position digitizer 20. A rechargeable battery pack 30 snaps into a slot on the lower bottom of the computer and the main printed circuit board 40 mounts on the inside of the rear case 8 of the computer 2.

The pen or stylus 4 contains a radio frequency inductor/capacitor circuit 42 and a switch 44 which closes on pen-down and changes the resonant frequency. This may be in accordance with the disclosure in the U.S. Pat. No. 4,786,765 to Yamanami et al., which is incorporated herein by reference.

FIG. 3 is a block diagram of the internal architecture of the notebook computer 2. An Intel 80286 microprocessor 50 connects to the following subsystems: 1–2 megabytes of flash EPROM 60; 1–4 megabytes of static RAM 70; an LCD display controller 80; a pen position digitizer co-processor 90; a Small Computer Systems Interface (SCSI) expansion port 100; a custom Application Specific Integrated Circuit (ASIC) 104 (containing direct memory access and interrupt logic); and a dual-channel serial input-output integrated circuit 108. The expansion slot 112 is designed to accept modules containing additional I/O devices, such as a modem 114 or expansion memory (not shown). The base station port 116 is intended for connecting to a base station 118, which may comprise external disk drives, power supplies, a keyboard, and a local area network (LAN).

The display 10 can be any one of many commercially available units which contain an array of 400 by 640 picture elements (pixels), each of which can display four shades of gray. Such displays are available from Toshiba, Hitachi, and Sharp.

Although in certain designs (such as those that have been available from Grid Systems Corporation and Linus Technologies, Inc.), resistive, transparent digitizers have been mounted in front of the display, it is desirable to use a digitizer which does not require contact with the stylus. A digitizer based on non-contacting technology can be mounted behind the display, and thus eliminates one transparent layer above the display.

The present invention senses when the stylus is in proximity to or in contact with the front surface of the computer. Digitizers capable of this are available from Summagraphics, CalComp and Wacom. The Wacom unit is especially desirable because it provides a cordless, lightweight stylus which does not require an internal power source, as described in the above-mentioned '765 patent to Yamanami et al.

EXHIBIT E

84

5,347,295

7

### Gestures as Commands for the Notebook Metaphor Computer

The notebook computer is completely controllable through gestures and printed characters drawn on the display with the electronic stylus. Unlike the click of a mouse button, a gesture can express a command and indicate its target. Thus a "hot point" or focus must be defined for each gesture that the computer can recognize. This hot point should bear some logical relationship to the gesture being made. For example, a caret gesture is used to insert new text or documents, and its hot point is the tip of the caret. Some gestures are actually letters. An example of this is in text editing: printing a capital "U" over a word causes that word to be underlined.

FIG. 4 shows a typical initial display of the notebook computer 2. Almost every visible object on the display is responsive to some gesture. The upper portion of the display shows the "table of contents" display 105 of the main notebook 110. The lower portion 120 of the display 10 is a "bookshelf" of icons which represent other notebooks 130, various accessories 140, or "goto" buttons 150 linked to locations within documents in any notebook. Tapping a notebook or accessory icon 130 or 140 on the bookshelf will open its window, while tapping a link button 150 will cause the linked page to be turned to.

Features such as the page title bar 160, page number 170, page turn buttons 180, and visible page tabs or bookmarks 190 are common features of all pages presented in the notebook metaphor of the present invention. The menu bar 200 occurs on many pages in the notebook and includes one or more buttons. Typically, the activation of these buttons displays submenus of 35 related commands or options.

The "Document" menu 210 and "Edit" menu 220 are available in all documents, and an optional "cork margin" 230 may appear at the bottom of the page. The cork margin 230 is essentially a private bookshelf for each document and may contain embedded documents, accessories or link buttons 240.

The lower edge 245 of the main notebook 110 can be dragged up or down to reveal more or less of the bookshelf 120. The resizing is done by holding the stylus tip 6 down on the center handle 250 of the lower edge 245, and dragging the bottom edge vertically.

Some specialized documents such as "Help Information" are best presented as notebooks separated from the main notebook. For example, such a format allows 50 the "Help" notebook 340 (shown in FIG. 5) to be referenced as it floats above a user's document. Such independent notebooks support all of the features of the main notebook described above. A user might also organize different sets of documents into separate notebooks.

As shown for the notebook 110 in FIG. 4, the table of contents 105 on the "Contents" page of a notebook contains entries 260 for all top-level documents contained within that notebook. Each entry includes an 60 icon 270, a title 280, a page number 290 and a page access button 300. The contents page (here, page 1) is itself the topmost instance of a document of type "Section". The entries (such as entries 310 and 320) of the table of contents 105 whose titles are bolded (Samples, 65 Reports, etc.) are also "Section" documents which list the contents of subsections of the notebook 110. The entries whose titles are in a font of normal weight (such

8

as entries 330 and 340) represent documents of other types.

An option for an expanded view can be selected from the "View" menu 350, as shown in FIG. 6. In this format, the nested contents 360 and 370 of each section (entries 310 and 320, respectively) will be displayed. Double-tapping on a section name (such as 310 or 320) will expand or close that section, depending on its state at the time of tapping.

As a typical page, the table of contents 105 demonstrates the pervasive use of gestures in control of the computer. FIG. 45 illustrates a wide variety of the gestures which are used in conjunction with the present invention. For example, a gesture 165 comprising a horizontal stroke or flick of the stylus in the title bar 160 (see FIG. 4) turns to another page. Flicking from right to left will turn to the next page, while a left-to-right flick will turn to the previous page.

The gestures shown in FIG. 45 represent idealized shapes for the gestures used in conjunction with the present invention. The user of the computer 2 should make gestures which approximate the idealized gestures as closely as possible, but of course exact duplication is not required. A user's actual gestures are more likely to look like those shown in FIGS. 46–48.

When the user actually makes one of the gestures on the screen, an image of the actual strokes made by the tip of the stylus appears on screen. The computer then recognizes the gesture by comparing it with a set of predefined gesture shapes. Then, the computer takes an action in response to the recognized gesture. In a preferred embodiment, after the actual strokes appear on screen and either before or while the computer takes the consequent action, a stylized or idealized form of the gesture, such as the forms which are shown in FIG. 45, appears on the screen in place of the user's actual gesture. This accomplishes two things: it gives the user feedback that assures him that the computer has recognized the gesture which was intended (or, alternatively, lets the user know that an incorrect gesture was recognized); and it consequently trains the user to make gestures which will more consistently be correctly recognized by the computer. If an unrecognizable gesture is made, the computer responds with an appropriate symbol, such as a question mark in a circle.

It may also be that a gesture is made which is out of context. For instance, a context may be created for a gesture to be made over a word. If that gesture is made over a word, then the location of the gesture is considered to be the word underlying the gesture. If the gesture is made but not over a word, an error is returned.

The proximity sensing for the termination of gestures in the present invention allows for very smooth and natural computer control. In general, the user will bring the tip 6 of the stylus 4 towards the screen 10 (which may be covered by a protective glass or plastic layer 12, as shown in FIGS. 1 and 2), and upon contact with the layer 12, a gesture may be drawn.

When the user is finished drawing the gesture, the stylus tip 6 is simply removed from the layer 12, and the system automatically detects this motion. At that point, the computer 2 immediately begins to process the command represented by the gesture. Thus, the user is not required to take any action other than actually drawing the command gesture (such as tapping an "execute command" button), and also is not required to wait any additional time (such as due to a time-out) for execution of the command, once the gesture is completed.

*EXHIBIT*  C

85

5,347,295

9 | 10

The distance at which proximity is sensed may be preset in software by setting a strength level for the signal when the tip 6 is nearby. Generally, this will not be adjusted once it is set. The calibration is for a given strength of signal, which occurs at, e.g., $\frac{1}{4}$ inch or other appropriate distance.

Many of the actions of gestural commands can also be triggered by tapping on buttons or menu items. Page turns are an example of this. The page can be turned by flicking within the title bar, as discussed above, or by pressing one of the page turn buttons 180. The two approaches are complementary: the gestural commands are quick and convenient, but provide no visual clues as to the availability and meaning of gestures in a particular region of the screen. Visible controls invite the user to explore the behavior of the computer but require extra operations to actuate an operation.

The user can learn what gestures are acceptable for different procedures in two ways. First, menu entries that have gestural equivalents can be marked with a symbol that indicates the correct gesture, as in the gesture menu 450 shown in FIG. 13. In addition, explanations 460 summoned by the question-mark gesture 820 (see FIG. 36) contain the symbols and names of applicable gestures. Examples of instances where the computer supports a dual path to a given command are discussed below.

By way of example, FIG. 15 shows a text document 462 with a scroll margin 464. Scroll margins and scrolling are used throughout the notebook when the information to be displayed cannot be shown in the space available. In the case shown in FIG. 15, the text of the document is too long to display in the area available. With scrolling, the display can be thought of as a window which is movable into some larger space. Documents can contain vertical and horizontal scroll margins in any combination.

In general, scroll margins such as scroll margin 464 include four elements: a slider 470, selection area 480, and the direction arrows 490 & 500. The slider 470 shows the position of the visible portion relative to the entire virtual position of the document 462 (much or most of which may be off screen).

This visible region can be moved by various stylus gestures or by the direction arrows over the selection area, and thus accommodates more than one command approach. A tap on a direction button moves the view of the window into the document one line in that direction. Tapping within the selection area causes the region of the document which corresponds to the location of the tap to be displayed in the window. The slider 470 may be dragged up or down to cause the display of a region 520 of text corresponding to the position of the slider 470 in the selection area 480, as shown in FIG. 16.

As discussed below, there are many commands which may be entered either by the gestures or by other command means on the screen. Numerous gestures are detailed in the following discussion, most of which, in the preferred embodiment of the invention, are implemented using the departure-from-proximity detection to signal the completion of the respective commands.

The Use of the Gesture Commands

As mentioned above, a list of many available gestures for the present invention appears in FIG. 45. These gestures are described in detail in the course of the following discussion, with examples of how to use each being shown in the drawings.

Gestures have a strong advantage over visible controls. There may be, for a given computer action or command, both a gesture which can be drawn in a gesture area and a button or other command symbol which may be tapped to carry out the command. However, in the present invention, the gesture area which is sensitive to the command gesture is preferably much larger than the corresponding button or the like which may be tapped to accomplish the same command. This is due to the fact that a given region of the display can distinguish between many gestures and can display changeable information, while a button must be labeled in some static way and can only accept a tap.

Thus, in the case of scrolling, it is much easier to flick within a large window than to tap a relatively small button. This is also true of page turning, by flicking in the title bar vis-a-vis tapping on the page-turn buttons. Such ease of targeting is very important when using a notepad computer while standing, a common mode of use for such a portable computer.

A standardized, uniform procedure and set of gestures are used throughout the computer's user interface (i.e. across a plurality of applications) for selecting, moving, copying, deleting, editing, or setting the attributes of objects. Typical objects that can be manipulated are characters, words, spreadsheet cells, paragraphs, drawn geometric figures, icons, documents or entire subsections. To operate on an object, the object must first be selected and a gestural command issued. For example, a paragraph could be selected and then moved to another location.

In cases where the selection can be inferred from the target of the gesture, the selection step can be bypassed. Thus, the selection within a document may be a letter, word, sentence, or paragraph, while in the table of contents the selection is a document. If a selection has already been made and the gesture is made over the entire selection or a substantial portion of it, then the command applies to the entire selection. Otherwise, the selection is ignored, and the target is only what lies under the gesture's hot point. The current selection is marked by a grey background, such as with the selected word 510 shown in FIG. 15.

Within a block of text, the typical default selection for a gesture is the underlying word. For the selection of other units of text, a number of gestures are supported. A double-tap 622 on text explicitly selects a word, a triple-tap 512 selects a sentence, and a quadruple-tap 514 selects a paragraph. In addition, a square 657 drawn around a block of text or a region within a document selects that block or region. (See FIG. 45 for illustrations of these gestures.)

Any portion of text can be selected by holding the stylus tip down at either end of the desired region, pausing for a moment (during which time the letter preferably highlights), and then wiping or dragging the tip to the other end of the portion to be selected.

A selection can be extended or reduced in either direction to any arbitrary position by drawing a left or right bracket before, after, or within the current selection, respectively. Thus, insertion of right bracket 530 in FIG. 17 (see also FIG. 45) extends the selected word 510 to a selected portion 540, as shown in FIG. 18.

A right bracket 530 could also be placed in the selected portion 540 shown in FIG. 18, directly to the right of the word "Gestures", in which case the selected portion 540 would be re-sized to include only the word "Gestures", as originally shown in FIG. 17. Similarly, a

5,347,295

**11**

left bracket 535 (shown in FIG. 45) may be used to extend the selected words or portion of a document to the left.

A basic gesture is the single tap 621 which, when made on tab 190 shown in FIG. 4, will turn to the page whose number appears on the tab.

Two taps in quick succession, i.e. a double-tap 622 on a tab (or on a page number 290 or page access button 300) will cause the corresponding page (such as page 380) to appear floating above the current page 10, as shown in FIG. 7 (i.e. in several applications within the notebook). Multiple pages may be floated atop one another. The turn-to and bring-to meanings for tapping and double-tapping, respectively, are used in many places throughout the notebook. The document buttons in a section document, the tabs, the page numbers in the index document and the "goto" link buttons all support this behavior.

A floating page can be sent back to its home location by tapping the triangular button 390 located at its upper left corner. Floating pages can be expanded to the full size of the display as in FIG. 8 by an upward flick of the stylus tip 6 on the title bar 440, and can be reduced to their original floating size by a downward flick on the title bar of the full-size page.

In addition, floating pages can be resized through the "handles" 400 and 410 at the lower right and bottom of their frames. To aid in targeting, these resize handles are previewed or highlighted when the stylus is brought into proximity with the position of the handle 400 or 410 on the display 10, resulting, for example, in highlighted handle 430 (see FIG. 10) when the stylus tip 6 is nearby.

Once the highlighted handle 430 appears, the boundary of the floating page can then be shrunk or stretched by touching the stylus tip to the highlighted handle 430 and dragging the tip 6 to the desired position, such as position 420 shown in FIGS. 9 and 10. In a similar fashion, the position of floating pages can be changed by holding the stylus tip down on the title bar 440 and dragging the pen tip to a new location 445, as shown in FIGS. 11 and 12. Floating objects maintain their positions as the underlying page (such as page 1) is turned.

An upward flick 623 (see FIG. 45) "pushes up" the visible portion of the document while a downward flick "pulls down." Left and right flicks within a horizontal scroll margin have an analogous effect, as shown in FIGS. 37 and 44. These gestural commands may be used as alternatives to the use of the scroll margin discussed above.

Two flicks in the same direction in quick succession may be referred to as a double flick, which make up gesture 624 shown in FIG. 45. A double flick moves the document to its extreme in that direction. Triple flick 625 and quadruple flick 626 provide extensions of this action for documents structured in a more hierarchical fashion. For example, in a numerical spreadsheet, a single flick could move the distance of one line, two flicks may move to the next window, three flicks can move to the next page, and four flicks may move to the extremes (e.g., top, bottom, and sides) of the spreadsheet. These positioning flicks can be drawn in the body of the document in cases where flicking does not conflict with other stylus actions recognized within the document body.

The deletion gesture 629 (shown in FIGS. 45 and 51) is a cross or 'x' drawn over the object the user wishes to delete. A word or a selected portion in a document is deleted by simply drawing an 'x' over it. Thus, in FIG.

**12**

51, the selected phrase "our line" is deleted simply by x-ing it out, with the result shown in FIG. 52.

Within a section document, an entire listed document may be similarly deleted, simply by drawing the x gesture 629 over its name. This is shown in FIGS. 53 and 54, where the document "Calendar" is deleted by the use of this gesture.

Any visible tab can likewise be removed by drawing an 'x' over it, and a document can be deleted by an 'x' gesture in the document's title bar. The hot point of the 'x' gesture is center of the cross. The current selection may also be deleted by choosing the "Delete" entry 520 under the "Edit" menu 545 shown in FIG. 20.

Within a body of text, a "scratch-out" gesture 656 (see FIG. 45) can be used to delete many letters at once. The gesture is drawn as connected strokes, resembling a squashed or vertically compressed "z". The top stroke is drawn left to right, then the middle stroke is drawn from right to left, and the bottom stroke is drawn from left to right. The targeted letters are those which are bracketed by the extreme ends of the strokes and hence, the size and location of the gesture (in this case, the bracketing gesture) are both attributes affecting the target of the gesture.

Any user-defined text can be edited by drawing a circle gesture 610 over it, as shown in FIGS. 21 and 45. This gestural command is effective on words within a document, the text in title bars of documents, the contents of tabs, the entries in a section document, the labels of link buttons, and other portions of documents or notebooks. In response to the gesture 610, a small window or editing pad 620 containing the selected text is displayed nearby, as shown in FIG. 22.

Corrections, deletions and additions can be made using the common editing gestures. The hot point of the circle gesture is its center. Within a text document, the current selection may also be edited by choosing the "Edit Pad" 590 from the "Edit" menu 547.

A given word can be replaced by a gesture similar to the circle gesture. A gesture 651 comprising a circle drawn with a horizontal stroke through it, shown in FIG. 45, will cause an empty editing pad to be displayed. After the user fills in the edit pad and closes it, the selected word will be replaced with the new word.

A special case of text editing is the "proof" gesture: a capital letter "P". When drawn over a word, this gesture summons an editing window 630 which lists similarly spelled words, as in FIG. 23. The existing word can be edited or replaced in its entirety by single-tapping on one of the listed alternatives. Within a text document, the current selection may also be proofed by choosing the "Proof" entry 600 from the "Edit" menu 547 shown in FIG. 20.

In general, as indicated in FIG. 45, the letters A–Z may all be used as command gestures, with the meaning of a particular letter depending upon the particular context or setting in which it is used.

A number of special gestures are used to allow common text editing operations. FIGS. 46–48 illustrate various such gestures in the context in which they are used, and also illustrate the actions taken by the computer as a result of these gestures. These figures complement the table of gestures shown in FIG. 45.

For example, in FIG. 46 a vertical "pigtail" 632 is shown, and is used to delete one character, such as the letter "y" in the word "catchy". The result 633 is shown on the next line of FIG. 46.

EXHIBIT E
187

5,347,295

### 13

A down-and-right gesture 631 inserts a space between two characters, with the result being shown as 631A. An up-and-right gesture 634 is used to insert a single character between two existing characters. When this gesture is made, a floating, one-character edit pad 635 appears. After a single character is written into the pad 635 and the pen leaves proximity, the pad 635 closes, the computer proceeds with the recognition routine on the inserted character, and the recognized character is inserted into the body of text at the place where the gesture 635 was made, as shown at 635A.

A line-break in inserted by a down-and-left stroke followed by a left flick, as shown at 636 in FIG. 47. The result is shown at 637.

A paragraph break gesture 638 is made by a down-and-left stroke. The result is shown at 639 in FIG. 47.

A tab may be inserted by a gesture 640 including a down-and-right stroke combined with a horizontal flick, with the result being shown at 641 in FIG. 47.

Letters may be set to upper and lower case by using three gestures shown in FIG. 48. An up-and-right gesture 642 capitalizes the first letter of the target word and changes the rest of the word to lower case, as shown at 643. A right-and-down gesture 644 sets all the letters to lower case, as shown at 645. Finally, a gesture 646 including a right-and-up stroke followed by an upward flick capitalizes the whole word, as at 647 in FIG. 48.

A check-mark gesture 652 (see FIGS. 24 and 45) is use to view and set the attributes of an object. In response to the gesture 652, a clipboard 648 of option sheets is displayed, as shown in FIG. 24. (For the sake of illustration, in FIG. 24 the highlighted text, the gesture, and the action—in this case, the display of the option sheet clipboard 648—are all shown together. However, in the preferred embodiment, the representation of the gesture, such as the check-mark 652, disappears when the action is taken, and therefore would not, in this case, continue to be displayed when the clipboard 648 comes up.)

Another illustration of the use of the check mark gesture 652 is shown in FIGS. 66–68. In FIG. 66, the check mark gesture 652 is drawn over the word "quick", causing the Text Options sheet 652A to appear. The user may then choose from the available text options, such as by tapping next to the word "Bold". Then, when "Apply & Close" is chosen, the selected word appears in bold type style, as shown in FIG. 68.

In FIG. 69, an "N" gesture 663 is shown over the bold-face word "quick". This is a shorthand alphabetic command to return the type style to "normal", as it originally appeared in FIG. 66.

If an object has more than one option sheet, then the other sheets are selected by tapping on the title of the current sheet (such as "Character sheet" 650) at the top of the clipboard and choosing the desired sheet from the resulting pop-up list 660 (shown in FIG. 25). For text, the option sheets control and display various visual attributes, such as font size and style, bolding, slant, and underlining.

As a quick alternative to calling up the options sheet 648, the appearance of text may be changed by specific gestures drawn directly over a selection or word. Text may be bolded, italicized, underlined or returned to an unadorned ("normal") state by the gestures "B", "I", "U", and "N", respectively. In addition, the font size can be increased by the up-arrow gesture 653, or decreased by the down-arrow gesture 654, both shown in FIG. 45. This is illustrated in FIG. 55, where the font

### 14

size for the word "design", originally in normal size, is increased by the use of the up-arrow gesture 653.

The option sheets for objects within the body of a document can also be accessed by selecting the "Option . . ." entry 580 from the "Edit" menu 547 shown in FIG. 20.

The option sheet of documents may be accessed by drawing a check-mark 652 (see FIG. 45) in the title bar. The "Document" sheet 670 shown in FIG. 26 displays such attributes as title, author, comments, size and access dates. The "Access" sheet 680, shown in FIG. 27, enables or disables the various controls that surround the body of a document.

Many of these controls can be toggled off or on by drawing a gesture in the title bar of the document. The "M", "C" and "B" gestures toggle (i.e., turn on and off) the menu, cork margin, and borders, respectively.

These options are generally used when embedding one document into another, to cause the embedded document to blend in with the surrounding main document. The option sheets for an entire document can also be accessed by selecting the "About . . ." entry 545 from the "Document" menu, as shown in FIG. 19.

A check-mark 652 drawn over an icon displays an option sheet 690, shown in FIG. 28, which controls the appearance and labeling of all icons. Large icons 700 and small icons 710 are available with or without labels such as labels 720 and 730.

In some cases, an object offers no convenient place where a check gesture can be used to access its options sheet. An example of this occurs when one document is embedded within another. The borders of an embedded document can be turned off by using the "Access" option sheet or by drawing a "B" gesture in the title bar.

In such a case, there may be nowhere to draw the check gesture 652, which is needed to access the options sheet for the document as a whole. This is because a check 652 drawn in the body of a document applies to the contents (words, figures, etc.) of the document, and not to whole document.

The solution to this in the present invention is to use a check-tap gesture 732 (shown in FIGS. 45 and 49), which accesses the options sheet of the container in which it is drawn-in this case, the drawing paper document which is embedded in the document "Org. Chart". FIG. 50 shows the result 734 of using the check-tap gesture 732 on the document shown in FIG. 49.

An object is moved by touching the stylus to it and holding the tip down. After a short delay (less than some predetermined minimum period of time, such as, preferably, a second), an animated "marquee" 740 will appear around the selection, as shown in FIG. 29. (This operation is represented by entries 627 and 628 shown in FIG. 45.) The selection can now be dragged to its new location, such as location 750 shown in FIG. 30.

Alternatively, the pen can be lifted after the marquee appears, which will cause the selection to "float" above the current page. Then the document can be scrolled, or one or more pages turned, and the selection can be dragged to its final destination. Tapping the selection or making another selection cancels the move.

Objects can also be moved different notebooks or onto or off of the bookshelf. The target of the move is the location of the stylus tip when it is lifted at the end of the drag.

Final location 760 shown in FIG. 31 depicts the result of the text move. The current selection can also be

EXHIBIT E

188

5,347,295

15

placed into "move" mode by selecting the "Move" entry 550 from the "Edit" menu 547, shown in FIG. 20.

The copying of an object is done in the same fashion as a move, except that the initial gesture is to tap on the object and then hold the tip down until the marquee 740 appears. The current selection can also be placed into "copy" mode by selecting the "Copy" entry 560 from the "Edit" menu 547. An object that is being copied is distinguishable by fact that the surrounding marquee is made up of a double row of dashes, vis-a-vis the single row of dashes which make up the marquee surrounding an object being moved.

In previous, mouse-based systems, an object is often moved by dragging it. That is, the cursor or pointing device is placed over a target, the button is pressed, and the button is held down while the cursor is moved to the new location desired for the object. In the present invention, the corresponding move may be considered a slow flick. By using the press-hold gesture 627 for a move, and the tap-press-hold gesture for a copy (see FIG. 45), the present invention can support the dragging function in all contexts, and can still distinguish gestures which are analogous to drags in more conventional systems.

The caret gesture 800 ("∧" shown in FIGS. 32 and 45) is used to insert new objects. Within a body of text, the caret gesture 800 causes a floating, empty input window or edit pad 770 to appear, as in FIG. 32. The text 775 to be added is handwritten into this edit pad 770, and is inserted into the main body 790 of the document 785 when the edit pad's close button 780 is pressed. The insertion point is at the bot-point of the caret 800, which is at its apex, and the result of the insertion procedure is shown in the top line of FIG. 33.

FIGS. 63–65 illustrate the use of the caret gesture 800, which creates an edit pad 802 between at the hot point of the caret gesture 800, i.e. between the words "a" and "new". Thus, in FIG. 64, the user may write in by hand the word "quick", which is then converted to standard text type by the handwriting recognition software utilized in conjunction with the invention. When the button 804 of the edit pad 802 is tapped, the new word is inserted in the proper place in the text, as shown in FIG. 65.

In a section document, within a cork margin, or over the bookshelf, the caret gesture 800 invokes a list of stationery 810 from which the new document is chosen.

New documents can also be added to a section by choosing a document type from the "Create" menu. Because a caret drawn in a text document creates an input pad, in order to avoid ambiguity another gesture must be used to create an embedded document. Thus, for this purpose a double-caret gesture 655 is used (see FIG. 45). This will lead to the same result that the single caret 800 does within a section document, namely a 55 pop-up list of known stationery types. By way of example, in FIG. 56 the double-caret gesture 655 is used to call up the stationery pop-up list 655A, shown in FIG. 57. Then, the user may select on of the types of available stationery, such as the drawing paper, at which point the drawing paper icon 655B and title appear embedded in the document, as shown in FIG. 57A. To access and work with the drawing paper at this point, the user need only tap on the icon 655B.

Within the notebook 110, a question-mark gesture 820 (see FIGS. 36 and 45) is recognized over almost any displayed object. This gesture triggers the display of a floating notebook 830 containing a short summary of

16

the characteristics of the targeted object and the gestures it responds to.

The user can easily create buttons linked to any selectable object in the computer. When such a button is tapped, the linked paged will be turned to. As with other buttons, a double-tap will float the linked page above the current page.

Link buttons are created by selecting the object to link to, and drawing the circle-tap gesture 659 shown in FIGS. 45 at the desired location of the button. The default label of a button 240 will be the name or contents of the target as appropriate, as shown in FIG. 4. This label can be edited using the circle gesture in the same fashion as any other user-definable text.

FIGS. 58–61 provide an illustration of the creation and deletion of use of a link button. In FIG. 58, the word "recyclable" has been highlighted, and the user has then drawn the circle-tap gesture 659 on the bookshelf 120. This creates a link button 659A, which is automatically labeled "recyclable".

If the user desires, the link button 659A may also be deleted, by utilizing the x gesture 629, as shown in FIG. 60. The result, i.e. deletion of the link button 659A, is shown in FIG. 61.

Linked buttons can be placed on the bookshelf, in the cork margins of a document, or within the body of a document. They can be used to create a simple "hypertext" system or place bookmarks in the "Help" notebook.

The caret-tap gesture 661, shown in FIGS. 45 and 61, is used to create an in-line insertion pad, i.e. a writing pad which is embedded into the document. Thus, use of the caret-tap gesture 661 in FIG. 61 results in the insertion pad 662 (shown in FIG. 62) appearing in the document, and it remains there until affirmatively removed by the user.

Many objects (such as icons) are activated or opened by tapping on them. Thus, a separate gesture is required to select such objects. For this purpose, the plus gesture 658, shown in FIG. 45, is used. The plus gesture 658 may be used either: (1) to select an object for a variety of purposes, such as selecting as a target of a goto button, or to delete it, or any other operation which may affect an icon; or (2) to add other objects to the current selection. For example, an icon on the bookshelf can be selected by drawing a plus 658 over it. (Selection of the icon is confirmed by the appearance of a box surrounding the icon.) In addition, the plus gesture may be used to select a number of non-adjacent documents in section document. Some applications for the present invention, such as drawing programs, support a drawn box to select the objects within the box. (This is like the square 657 shown in FIG. 45 and discussed above.)

The usefulness of the plus gesture 658 is also shown in FIGS. 69–72. For instance, the user may call up the Accessories sheet 664 shown in FIG. 70 by tapping on the briefcase icon 657A, which then becomes greyed to indicate that it has been accessed. The Personal Dictionary icon (or any other icon) is then selected by using the plus gesture 658, after which it is surrounded by a box as in FIG. 71. Then, for instance, the user may draw a circle-tap gesture 659 (as in FIG. 58) on the bookshelf 120, which creates an appropriately-named link button 665, as in FIG. 72. Thus, the plus gesture 658 serves as an accessing or selecting command.

EXHIBIT E

89

5,347,295

<table>
<tr><td>17</td><td>18</td></tr>
</table>

### Use of Proximity in a Notebook Computer

The sensing of the proximity of the stylus tip to the display surface of the computer is an important part of the gesture command termination for the gestures discussed above, and is accomplished in two different ways. Proximity before contact triggers indication on the display as to which objects are targeted, while movement out of proximity after contact with the display surface signals the completion of a series of stylus strokes. Thus, in each of the commands discussed above, the recognition and implementation of the computer commands begin immediately upon the departure from proximity of the stylus tip 6 from the screen 10.

An example of the use of proximity to anticipate object targeting is shown in FIG. 37 through FIG. 43. The document 835 supports the drawing of geometric figures such as lines, curves, rectangles, and ellipses. In the exemplary document 835, the objects have been used to lay out the floor plan of a hypothetical office.

An existing object 847 can be selected for manipulation by tapping on the desired object. The selection of such an object is indicated by the display of one or more small squares or "x's" 840 and 850 at the center and edges, respectively, of the object 847. These are used as "handles" (or "virtual handles") to move or resize the associated object. Which handle is targeted is indicated by its being enclosed by a small targeting square 860, shown in FIG. 38, as the stylus moves into proximity over that handle (here, handle 840).

An object may be moved by touching the stylus tip to the x-shaped handle 840 at the object's center and dragging the stylus tip 6 to the desired new location 870, as shown in FIG. 39. Resizing is accomplished by touching and dragging one of the outlying box-shaped handles, resulting in resized object 880 shown in FIG. 40.

The previewing of the targeted handle is particularly useful when there are many handles close to one another, as shown in FIG. 41 with respect to objects 885 and 890. Because a hand-held stylus is a relatively coarse pointing device when compared to a display's resolution, accurate selection is enhanced by providing the highlighted-handle feedback to the user. FIG. 42 and FIG. 43 show the alternate targeting of two adjacent handles 900 and 910 of the objects 885 and 890, respectively.

An example of the use of the departure of the stylus from proximity to the display's surface is shown with respect to the computerized form shown in FIG. 44. Each of the underlined sections 920 supports the entry and recognition of handwriting. The recognition process is triggered by the user's natural movement of the stylus's tip from the vicinity of the display surface upon completion of one or more entries. As shown in FIG. 44, the user writes in one or more fields and lifts the stylus. This activates the matching process which culminates in the display of the recognized text. Any number of fields can be filled in, and in any order, before departing proximity.

From the foregoing, it will be understood that the used of proximity sensing in the notebook computer of the invention leads to a smoothly operating system where the user's actions are virtually as natural as if he or she were actually writing in a notebook. Other applications of this system may be found without departing from the spirit and scope of the invention.

We claim:

1. An apparatus for controlling a computer system, the computer system comprising a screen for displaying information and a stylus having a tip for inputting information into the computer, including:

first detecting means coupled to said computer for detecting a stroke of the stylus tip in contact with the screen;

second detecting means coupled to said computer for detecting a departure of the stylus tip from the screen;

means coupled to said computer for defining termination of a gesture comprising at least one stroke in response to said departure of the stylus tip;

means coupled to said computer for recognizing a plurality of said gestures, said recognizing means including means for comparing each said gesture to at least one predefined shape;

means coupled to said computer for implementing each said recognized gesture, said implementing means including means for performing a predetermined action associated with each said predefined shape, said predetermined action being determined by the context in which said gesture was used, including a first context in which said action is executed upon an operating system level object and a second context in which said action is executed upon an application level object.

2. The apparatus of claim 1, wherein said gesture comprises a plurality of strokes.

3. The apparatus of claim 1, wherein:

said second detecting means includes means for detecting proximity of the stylus tip to the screen; and

said apparatus further includes means coupled to said computer for displaying an indicator of the proximity of the stylus tip to the screen.

4. The apparatus of claim 1, further including third detecting means for detecting a direction of motion of said gesture.

5. The apparatus of claim 1, further including means coupled to said computer for displaying on said screen a predefined shape representing the recognized gesture.

6. The apparatus of claim 1, further including means coupled to said computer for displaying on said screen a shape representing the actual gesture made by a user of the computer.

7. The apparatus of claim 1, wherein said gesture implementation includes input of said recognized gesture as data to be processed by said computer system.

8. The apparatus of claim 7, wherein said recognized gesture comprises a character.

9. The apparatus of claim 7, wherein said recognized gesture comprises a graphics object.

10. The apparatus of claim 1, wherein said implementing means includes means for implementing said second command for performing an operation which is common across a plurality of applications.

11. The apparatus of claim 2, wherein the plurality of strokes are separated by departure of the stylus tip from contact with the screen while the stylus tip is still proximate to the screen.

12. The apparatus of claim 3, further including means for terminating display of said indicator when the stylus tip departs from proximity to the screen.

13. The apparatus of claim 3, wherein said indicator comprises a virtual handle for manipulating an object displayed on the screen.

EXHIBIT E

190

5,347,295

19 20

14. The apparatus of claim 3, wherein said indicator comprises highlighting of information displayed on the screen in proximity to said stylus tip.

15. The apparatus of claim 3, wherein said indicator indicates proximity of said stylus tip to an object displayed on the screen.

16. The apparatus of claim 15, wherein said object comprises at least one character.

17. The apparatus of claim 15, wherein said object comprises at least one graphics object.

18. The apparatus of claim 1, wherein said predetermined action is performed on a target object, said target object being determined by at least one attribute of said gestu.

19. The apparatus of claim 18, wherein said attribute comprises the location of the gesture on the screen.

20. The apparatus of claim 19, wherein said location comprises the location on the screen of the hot point portion of said gesture.

21. The apparatus of claim 18, wherein said attribute comprises the size of the gesture on the screen.

22. The apparatus of claim 1, wherein said predetermined action is performed on a target object, said target object being determined by the context in which said gesture was used.

23. The apparatus of claim 22, wherein said context comprises the application in which said gesture was used.

24. The apparatus of claim 18, further including means coupled to said computer for displaying on said screen a predefined shape representing the recognized gesture.

25. The apparatus of claim 18, further including means coupled to said computer for displaying on said screen a shape representing the actual gesture made by a user of the computer.

26. The apparatus of claim 18, further including means coupled to said computer for displaying on said screen a symbol indicating that the gesture has not been recognized.

27. The apparatus of claim 18, further including means coupled to said computer for displaying on said screen a symbol indicating that the input gesture is not appropriate to the context in which it was used.

28. The apparatus of claim 1,
further including means coupled to said computer for displaying on said screen a predefined shape representing the recognized gesture.

29. The apparatus of claim 1,
further including means coupled to said computer for displaying on said screen a symbol indicating that the gesture has not been recognized.

30. The apparatus of claim 1, wherein said recognizing means is also for comparing each said gesture to at least one predefined shape, for recognizing a first gesture corresponding to a first said predefined shape and a second gesture corresponding to a second said predefined shape, the apparatus further including:
means coupled to said computer for displaying on said screen said predefined shapes;
wherein said first and second predefined shapes are substantially identical but differ in their orientation on the screen when displayed by said displaying means.

31. The apparatus of claim 30, wherein said differences in orientation comprise a rotation on the screen of said substantially identical shapes.

32. The apparatus of claim 30, wherein said differences in orientation comprise an inversion on the screen of said substantially identical shapes.

33. The apparatus of claim 1,
wherein said predetermined action is performed on a target substantially enclosed by its associated said gesture, and wherein said target is selected as a result of the performance of said predetermined action.

34. The apparatus of claim 33, wherein said target comprises a graphics object.

35. The apparatus of claim 33, wherein said target comprises at least one character.

36. The apparatus of claim 35, wherein said character is selected to be edited as a result of the performance of said predetermined action.

37. The apparatus of claim 35, wherein said at least one character is selected to be replaced by at least one other character to be inputted into said computer as a result of the performance of said predetermined action.

38. The apparatus of claim 33, wherein the predetermined shape of said recognized gesture comprises a circle.

39. An apparatus for controlling a computer system, the computer system comprising a screen for displaying information and a stylus having a tip for inputting information into the computer, including:
detecting means coupled to said computer for detecting a stroke of the stylus tip in contact with the screen;
means coupled to said computer for recognizing a gesture comprising at least one stroke and an event indicating termination of the gesture, said recognizing means including means for comparing said gesture to at least one predefined shape and being for recognizing at least a first gesture, a second gesture, and a third gesture comprising said first and second gestures; and
implementing means coupled to said computer for implementing each recognized gesture, said implementing means including means for performing a first predetermined action associated with said first gesture, a second predetermined action associated with said second gesture, and a third predetermined action associated with said third gesture.

40. The apparatus of claim 39, wherein the shapes of said first and second gestures are substantially identical.

41. An apparatus for controlling a computer system, the computer system comprising a screen for displaying information and a stylus having a tip for inputting information into the computer, including:
first detecting means coupled to said computer for detecting a stroke of the stylus tip in contact with the screen;
means coupled to said computer for recognizing a gesture comprising at least one stroke and an event indicating termination of the gesture, said recognizing means including means for comparing said gesture to at least one predefined shape, each stroke of said gesture being located in substantially the same area of the screen;
second detecting means for detecting a direction of motion of the creation of said gesture, wherein the predefined shape of said recognized gesture also represents said direction of motion; and
implementing means coupled to said computer for implementing said recognized gesture, said implementing means including means for performing a

EXHIBIT E

5,347,295

21

predetermined action associated with said prede-fined shape.

42. The apparatus of claim 41, further including means coupled to said computer for displaying on said screen a predefined shape representing the recognized gesture.

43. The apparatus of claim 41, further including means coupled to said computer for displaying on said screen a shape representing the actual gesture made by a user of the computer.

22

44. The apparatus of claim 41, further including means coupled to said computer for displaying on said screen a symbol indicating that the gesture has not been recognized.

45. The apparatus of claim 41, further including means coupled to said computer for displaying on said screen a symbol indicating that the input gesture is not appropriate to the context in which it was used.

46. The apparatus of claim 41, wherein said direction of motion of said gesture is associated with said prede-termined action.

* * * * *

EXHIBIT E

# United States Patent [19]

Ackerman et al.

[11] **Patent Number:** 5,649,131

[45] **Date of Patent:** Jul. 15, 1997

[54] **COMMUNICATIONS PROTOCOL**

[75] Inventors: **Chaim M. Ackerman**, Lakewood; **Alan L. Glasser**, Manalapan; **Reuben Klein**, East Brunswick, all of N.J.

[73] Assignee: **Lucent Technologies Inc.**, Murray Hill, N.J.

[21] Appl. No.: **257,215**

[22] Filed: **Dec. 30, 1992**

[51] Int. Cl.<sup>6</sup> .......................................... **G06F 13/00**

[52] U.S. Cl. .......................... **395/335; 395/285; 395/242; 395/788**

[58] Field of Search .......................... 395/325, 650, 395/200, 275, 700, 200.01, 200.05, 200.02, 280, 290, 285, 221, 242, 326, 329, 335, 339, 615, 788; 364/408, 407; 379/27, 28, 29, 93, 96, 122, 136

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,853,952 | 8/1989 | Jachmann et al. | 379/88 |
| 5,107,419 | 4/1992 | MacPhail | 395/600 |
| 5,173,854 | 12/1992 | Kaufman et al. | 364/419 |
| 5,181,162 | 1/1993 | Smith et al. | 364/419 |
| 5,201,049 | 4/1993 | Shorter | 395/650 |
| 5,303,042 | 4/1994 | Lewis et al. | 348/14 |
| 5,303,379 | 4/1994 | Khoyi et al. | 395/700 |
| 5,345,553 | 9/1994 | Busboom et al. | 395/161 |
| 5,347,632 | 9/1994 | Filepp et al. | 395/200 |
| 5,361,350 | 11/1994 | Conner et al. | 395/600 |

**OTHER PUBLICATIONS**

Electrical Communication Laboratories Technical Journal, "Screen Control Program for an Advanced Data Terminal System", (original and English Translation) vol. 34, No. 1, 1985, Y. Ieyoshi et al, pp. 165–179.

*Primary Examiner*—Glenn A. Auve
*Attorney, Agent, or Firm*—Frederick B. Luludis

[57] **ABSTRACT**

The invention is directed to a communications protocol which facilitates the exchange of interface information between a host processor and a terminal, such as a workstation, smart phone, portable computer, etc., by associating an object that is to be displayed on the terminal display with a particular identifier, and by associating input information entered in response to a user manipulating a displayed object with the associated object identifier, rather than the location of the displayed object. Accordingly, a host processor may specify relative rather than specific attributes for an object that is to be displayed on a terminal display, thereby leaving it up to the terminal to display an object in accord with its own capabilities.

**10 Claims, 13 Drawing Sheets**



*FIG. 1*



*FIG. 2*

| COMMAND MESSAGE FORMAT | |
|---|---|
| COMMAND | FORMAT |
| CREATE | id:CREATE:gid:type:properties |
| CHANGE | id:CHANGE:gid:type:properties |
| MOVE | id:MOVE:gid |
| ACTIVATE | gid:ACTIVATE |
| DESTROY | gid:DESTROY |
| DATAREQ | id:DATAREQ |
| VOICE | 0:VOICE |
| SESSION | <special format;restart msg framing> |
| FRAME | frid:FRAME |
| HOLDACK | 0:HOLDACK |

EXHIBIT F

## FIG. 3

PROPERTIES

| |
|---|
| id:CREATE:gid:CHOICE:<attrib>:<label>:<datum> |
| id:CREATE:gid:ENTRY:<attrib>:<label>:<prompt>:<len>:<datum> |
| id:CREATE:gid:TEXT:<attrib>:<startbyte>:<datum> |
| id:CREATE:gid:BITMAP:<attrib>:<bit/row>:<datum>:<bitstream> |
| id:CREATE:gid:SCRIPT:<attrib>:<label>:<datum>:<script> |
| id:CREATE:gid:REGION:<attrib>:<datum> |

## FIG. 4

| OBJECT ATTRIBUTES ||
|---|---|
| TYPE | ATTRIBUTES |
| <any object> | HIDE |
| <any group> | RADIO |
| CHOICE | DEFAULT,NOTOUCH,COMMAND,POPUP |
| ENTRY | STRING,ALPHA,NUMBER,TELNO,MONEY,DATE,TIME,RAW,SECURE,NOTOUCH |
| TEXT | WORDWRAP,MORE,PROMPT |
| BITMAP | GROWABLE,SHRINKABLE,PROPORTIONAL,RUNLENGTH |
| REGION | HORIZONTAL,OUTER,UP |
| SCRIPT | ACTIVE |

EXHIBIT F

*FIG. 6*



EXHIBIT F

í 96

## FIG. 7

| REPERTORY DIAL CONTROLS | |
|---|---|
| PARAMETER | FUNCTION |
| W | WAIT FOR 30 SECONDS |
| P | PAUSE FOR TWO SECONDS |
| H | HANG-UP |
| + | WAIT FOR DIAL TONE(UP TO 15 SECONDS) |
| , | WAIT FOR ANSWER(REMOTE OFF-HOOK)(UP TO 15 SECONDS) |
| F | FLASH |
| <DIGIT,*,#> | DIAL DIGIT,'*',OR '#' |
| A,B,C,D | DIAL DTMF TONE A,B,C,OR D |
| S | WAIT FOR CARRIER,AND TRY TO ESTABLISH SESSION |
| – | NO-OP(PLACE HOLDER) |
| [n:INPUT:s] | SEND INPUT EVENT WITH id 'n' AND INFO 's' |

## FIG. 5

| EVENT MESSAGE FORMAT |
|---|
| id:INPUT:frid:info |
| id:ERROR:info |
| id:REPLY:info |
| id:CONNECTED:info |
| id:HANGUP:info |
| O:HOLD |

EXHIBIT F

97



**FIG. 8**

COMMAND REGION

APPLICATION REGION

P2

P1 — HOME BANKING | 07/13/92          10:12 A.M.
TOUCH BUTTON FOR DESIRED SERVICE

CNTRL 1 — TOUCH HERE TO SEE CURRENT CD AND LOAN RATES

USER — BANK AT HOME | PAY A BILL

STOCKS/BONDS | STOP ORDER | TRAVEL CHECKS

SERVICES

CNTRL 2 — TOUCH HERE TO TALK TO YOUR HOME BANKER

**FIG. 18**

| FORMULA FUNCTIONS | |
|---|---|
| FUNCTION | RETURN |
| HANGUP(sec) | TERMINATE THE SESSION IN sec SECONDS |
| BEEP(tone) | tone=0 – CONFIRMATION TONE; tone=1 – ACKNOWLEDGEMENT TONE; tone=2 – ERROR TONE |
| FIND(label) | RETURN ID OF OBJECT WITH LABEL lable |
| EVAL(id) | EVALUATE DATUM FORMULA OF OBJECT id |

EXHIBIT F

98



FIG. 9

*FIG. 10*



TO FIG.11

EXHIBIT F

200

FIG. 11



EXHIBIT  F

201

*FIG. 12*



EXHIBIT F

202

FIG. 13

EXHIBIT P

'03



FIG. 14

EXHIBIT F

*FIG. 15*



FROM FIG.14

1108

1108 → COMMAND=FRAME ? — YES → RESET FRAME ID (INITIALLY 0) — 1151

1152 — OBJECT EXISTS ? — YES → FIND OBJECT; READ OBJECT'S DATUM AND EVALUATE ANY ASSOCIATED FORMULAS; FORMAT REPLY EVENT WITH DATUM OR FORMULA RESULTS — 1155

NO → UNKNOWN ID ERROR — 1153 → ERROR — 1154

1156 → SEND REPLY

COMMAND=DATAREQ ? — 1109

COMMAND=VOICE ? — YES → DROP CARRIER, BUT DO NOT HANG UP — 1155

1110

COMMAND=HOLDACK ? — YES — 1111

DISCARD MESSAGE — 1112

EXHIBIT F



FIG. 16



FIG. 17

EXHIBIT F

206

5,649,131

1

## COMMUNICATIONS PROTOCOL

### FIELD OF THE INVENTION

The invention relates to communications protocols and more particularly relates to a protocol for exchanging messages between a transaction processor and a computer terminal.

### BACKGROUND OF THE INVENTION

A host computer (processor) that communicates with different types of computer terminals usually customizes a command so that the command is in a form expected by the terminal that is currently communicating with the host. If a command is not so customized, then the terminal might possibly execute a process in a way not intended by the host. For example, if the command pertains to displaying a particular pattern, then the terminal might possibly display some variation of that pattern.

To deal with that possibility, the host initially requests the identity (model) of a computer terminal as a way of identifying the characteristics defining the display associated with the computer terminal. Such characteristics include, e.g., the size, shape, aspect ratio and resolution of the terminal display. Once it knows such characteristics, the host may then properly format a display command so that it suits the computer terminal. One such command includes the location at which a pattern, or symbol, is to be displayed on the terminal display. The host specifies such a location so that it may maintain in its internal memory a map of the locations at which symbols are to be displayed on the terminal display.

For example, one display pattern that a host computer typically transmits to a terminal is a so-called menu defining a list of selectable items (e.g., services). A user operating the terminal may select one of the displayed menu items using any one of a number of different input devices. One such input device is a conventional computer keyboard associated with a displayed screen cursor. To select a desired menu item, the user moves the screen cursor in a conventional manner to the displayed item and then operates an appropriate keyboard button, e.g., the Enter key. However, the movement of the displayed cursor is typically under the control of the host computer. That is, if the user moves the screen cursor in a particular direction (up, down, left or right), then the associated computer terminal sends a message indicative of that fact to the host computer. The host computer, in response thereto, returns a message directing the terminal to move the screen cursor a number of units in the identified direction. The host computer also tracks the new display location of the screen cursor in its associated memory map.

Once the screen cursor is positioned on the desired menu item, the user may then operate the Enter key. The user's terminal in response thereto notifies the host computer that the user operated the Enter key. The host computer, in turn, correlates the operation of the Enter key with the position of the screen cursor using its stored map of the display, and therefore determines that the screen cursor is positioned on a menu item. Accordingly, the host computer interprets the message as a request to invoke the selected menu item. A terminal device and host computer may reduce the level of communications that they exchange during a transaction session by using what is commonly referred to as a "block mode". In the block mode, the terminal accumulates the user's input until the user operates a transmit key. At that point, the terminal device transmits the user's accumulated

2

input to the host processor. However, in either case, the host needs to maintain precise knowledge of the terminal display, especially the size of the display, in order to properly format the presentation of information to a user.

### SUMMARY OF THE INVENTION

Based on the foregoing, we have recognized that there is a need for a communications protocol that is independent of the host transaction processor as well as the operating characteristics of different types of terminals, workstations and/or so-called smart phones that the host might communicate with. Thus, an advancement in the art is achieved by providing a communications protocol for exchanging application interface information between a host computer and user terminal, workstation or smart phone, in which the host, in accord with an aspect of the invention, associates different types of objects with respective identifiers and then transmits an object type and its associated identifier to the terminal device. The terminal device, in turn and in accord with an aspect of the invention, displays the object in a form determined solely by the terminal device but in accordance with respective predefined policies. If a user manipulates a displayed object type then, in accord with an aspect of the invention, data representative of such manipulation is generated and transmitted with the associated object identifier to the host processor.

### BRIEF DESCRIPTION OF THE DRAWING

In the FIGS:

FIG. 1 is a broad block diagram of a system in which the principles of the invention may be practiced;

FIG. 2 illustrates the format of various commands that may be exchanged between the transaction processor and one of the terminals of FIG. 1;

FIG. 3 shows the format of the Create command of FIG. 2 in more detail;

FIG. 4 lists in table form the attributes associated with the Create command of FIG. 3;

FIG. 5 illustrates the formats of a number of different types of event, or input, messages that a terminal may transmit to the transaction processor of FIG. 1;

FIG. 6 is an illustrative example of one way in which the display of a terminal may be partitioned into hierarchical regions, in accord with the principles of the invention;

FIG. 7 illustrates so-called repertory telephone functions that are included in the inventive communications protocol;

FIG. 8 is an example of the way in which a particular pattern of objects, or symbols, may be partitioned in accord with FIG. 5;

FIGS. 9–12 illustrate in flow chart form the program which implements the principles of the invention in the transaction processor of FIG. 1;

FIGS. 13–17 illustrate in flow chart form the program which implements the principles of the invention in a computer type terminal or similar device, such as one of the terminals of FIG. 1; and

FIG. 18 illustrates the format of so-called formula functions that may be included in the invention protocol.

### DETAILED DESCRIPTION

The following discussion of an illustrative embodiment of the invention is given in the context of a so-called smart phone, two of which are shown in FIG. 1, namely station sets 10 and 20. As is well-known, a smart phone may be used as

EXHIBIT F

5,649,131

| 3 | 4 |

a conventional telephone station set or as a data terminal. As illustrated above, for station set **10**, the smart phone includes telephone handset **11**, a display **12** integrated with a touch-sensitive screen and telephone circuitry. It also includes a conventional data modem (not shown). The display and touch screen, more particularly, provide a mechanism for a user to input instructions to the smart telephone call. Such instructions may relate to establishing a simple telephone call. They may also relate to a complex data transaction involving transaction processor **200**, during the course of which a smart phone, e.g., station set **10**, and processor **200** communicate with one another in accord with the inventive communications protocol.

More particularly, processor **200** is a multiuser computer that is programmed to implement the principles of the invention and to implement a particular transaction service, for example, a banking service associated with host database **300**. Users operating respective data terminals that have been programmed in accord with the invention may also "dial up" processor **200** and communicate therewith in order to invoke and interface with the particular transaction service. Assume that one such user is the user associated with station set **10** who places a call to processor **200** in a conventional manner. The user dials such a number by first touching display **12**, which causes a processor (not shown) within station set **10** to display on display **12** a representation of a telephone keypad **13** and a plurality of command buttons **14**. The user may then enter the processor **200** telephone number by touching the appropriate digits of displayed keypad **13**. Station set **10**, in response to such touching, transmits over line **50** a conventional dual-frequency (Touch-Tone) signal representing the telephone number thus entered.

Telephone network **100**, in response thereto, establishes a communications connection to an idle line, e.g., line **150-1**, connecting to processor **200**. A modem contained in the processor **200** input port connected to line **150-1** responds to the incoming call in a conventional manner, i.e., by exchanging messages with the modem contained in station set **10** in order to negotiate a mutually acceptable operating mode including the transmission rate that they will use for the transmission of data (messages).

Once the operating mode is established, station set **10** transmits what we call a "Connected" message identifying station set **10**, in which the identifying information may include, for example, a unique serial number assigned to station set **10**. Such identifying information may include information identifying other aspects of station set **10**, such as, for example, terminal type and/or model number. Processor **200**, in turn, acknowledges receipt of the connected message by returning a "Session" message containing the identifying information that it received from station set **10**. Processor **200** then begins transmitting ("downloading") a series of objects. These objects are interpreted by station set **10** in accordance with a set of predefined specifications, or policies, relating to the way different types of objects (or symbols) should be presented to a user, i.e., displayed on display **12**. It is noted that another terminal, e.g., station set **20**, may utilize another somewhat different set of policies in presenting the objects to a user. In accord with an aspect of the invention, each such object type has a unique identity (or name). Station set **10**, in turn, stores each such object and its associated identity in memory (not shown) internal to station set **10**.

At any point in time during the transaction session, processor **200** may direct station set **10** to activate a set, or group, of one or more objects. Such activation causes station set **10** to define an object type in accord with the associated policy and to display the defined object on display **12**. Certain ones of the displayed objects may generate particular inputs when touched by the user, as will be explained below in detail. Station set **10**, in response to such touching, forms an event, or input, message containing the particular input, and, in accord with an aspect of the invention, the identity of the active object touched by the user. Station set **10** then transmits the message to processor **200**.

In accord with an aspect of the invention, a particular object type may be associated with a respective group of objects, the group being identified by a respective group identifier. An object type is thus identified, in accord with the invention, by its unique identity for the purpose of generating an input when the object is active and by an associated group identity for the purpose of activating the group. Accordingly, processor **200** may activate a group of objects by merely transmitting to station set **10** a single activation message containing the group identity of the particular group. Station set **10**, in response to the message, activates (e.g., displays) each object associated with the particular group identity.

The format of a processor **200** command that specifies an object type, as well as other commands, is shown in FIG. 2. Each command has at least two fields, the second of which is an action field which specifies the command itself. Two of those commands, ACTIVATE and DESTROY, each have one other field, which is an identity field. Specifically, the ACTIVATE command activates those object types whose group identifier (gid) is contained in the identity field (gid) of that command. The DESTROY command causes station **10** to erase from its internal memory those objects whose group identifier is contained in the associated identity field. (It is noted that, due to memory limitations, a station set, e.g., station set **10**, may, on its own initiative, erase a group of objects from its internal memory in order "free up" memory space for the creation of a new group of objects. Thereafter, if station set **10** receives a processor **200** command identifying the erased group of objects, then station set **10**, in response to that command, may request a retransmission of the processor **200** commands that created the erased group of objects.)

In certain applications, a station set **10** user who is communicating with the processor **200** application program may require the assistance of a live attendant associated with the service that the application program implements. For example, if the application implements a banking service, then the application program may transmit a command indicative of a symbol labeled "Attendant" or "Teller" to station set **10**. If the user touches that symbol when it is displayed, then station set **10** sends a message indicative of that action to processor **200**. The processor **200** application program, in response to receipt of the message, sends a VOICE command to station set **10**. In accord with an aspect of the invention, the VOICE command directs station set **10** to drop its carrier signal as a means of changing the data connection between station set **10** and processor **200** to a voice connection. When station set **10** terminates its carrier signal, the application program, in a conventional manner, bridges an attendant onto the connection. Thereafter, when the attendant and station set **10** user end their communications, processor **200** may cause the voice connection to be changed back to a data connection by transmitting a carrier signal. Upon receipt of the carrier signal, station set **10** transmits a session command message to processor **200**.

In certain situations, transaction processor **200** may have a need to obtain certain information associated with a

EXHIBIT F

208

5,649,131

particular object from a station set that is communicating with processor 200. Processor 200 may obtain such information by inserting the identity of that object in the id field of a DATAREQ command and sending the command to the station set. Transaction processor 200 may also move a particular object from one group to another group of objects. To do so, transaction processor 200 respectively inserts the identities of the particular object and other group in the id and gid fields of a MOVE command and sends the command to the station set. (It is noted that the FRAME and HOLD-ACK commands are discussed below in connection with FIGS. 15 and 9, respectively.)

It is seen from FIG. 2, that the CREATE and CHANGE commands include additional fields relating to the type as well as the properties of an object that is created or changed. An expanded version of the format of the CREATE command is shown in FIG. 3. It is noted that the following discussion relating to the type and property fields of the CREATE command pertains to the CHANGE command.

Specifically, a CREATE command may refer to one of a number of different types of objects, e.g., six objects each associated with a particular function. Such types of objects include: CHOICE, which may be selected by a user when displayed; ENTRY, which solicits input from a user when displayed; TEXT, which provides information to a user when displayed; BITMAP, which requests the display of a particular bit-map pattern, for example, a logo; REGION, which associates the display of objects with a particular display region and SCRIPT, which is software that processor 200 may download to a station set, e.g., station 10. Of the various types of objects, REGION and SCRIPT are not displayed.

It is seen from FIG. 3 that each such object type is associated with a set of properties that is used to determine how the associated object type is to be displayed. As such, a terminal device interprets a set of properties, as well as associated attributes (discussed below), in accord with its own capabilities to create an object, or graphical symbol, characterizing the type of object specified in the associated CREATE command, as discussed below. It is also seen from the FIG. that a set of properties includes at least an attributes field and one or more other fields respectively pertaining to, for example, a label, data, prompt, etc.

More specifically, the attributes field associated with an object is a set of boolean values arranged in a bit-map field that control the presentation characteristics of an associated object. The attribute HIDE shown in FIG. 4, in particular, may be used to control the display of an object (i.e., its visibility on the display). The attribute RADIO may be used to provide a user with the option of changing a selection in the instance where the user may select only one object of a group of displayed objects. The remaining attributes shown in FIG. 4 are associated with respective object types.

Referring now to FIGS. 3 and 4, the properties segment of a command specifying a CHOICE object also includes label and datum fields. The label field may include either text or a so-called formula. The datum field of a CHOICE object typically includes a value which is inserted in a so-called Event message (discussed below) that is generated and sent to transaction processor 200 (FIG. 1) if the associated displayed CHOICE object is selected by a user.

The attributes field of a CHOICE object may specify one of four different attributes, namely, DEFAULT, NOTOUCH, COMMAND or POPUP. A DEFAULT attribute causes the associated displayed CHOICE object, to be redisplayed in a distinctive manner, e.g., highlighted, in the event that a user

selects that object. If the selected DEFAULT object is a member of a RADIO group, and if the user selects another CHOICE object of the same group, then the previously selected CHOICE object is redisplayed without such distinction, e.g., without being highlighted. The NOTOUCH attribute may be used to indicate that the associated CHOICE object when displayed is not selectable by the user. The COMMAND attribute may be used to cause the associated CHOICE object to exhibit a momentary action when the object is displayed and selected by a user. For example, the displayed object should function as a pushbutton. The POPUP attribute may be used to distinguish a displayed object from other such objects. For example, a so-called "drop shadow" may be added to a displayed object to provide such distinction.

The ENTRY object and fields comprising its associated properties is one mechanism which transaction processor 200 (FIG. 1) may use to solicit information from a user. For example, a user prompt, such as, for example, "Enter your account number", may be inserted in the prompt field. The user's response (input) to the prompt is then inserted in the datum field of the displayed ENTRY object and is also inserted in a so-called input (Event) message identified by the id associated with that object. The input message is then forwarded to transaction processor 200.

If a station set, e.g., station 10 (FIG. 1), that is communicating with processor 200 does not have a keyboard and/or a display of sufficient size to accommodate a number of displayed entry prompts, then each associated ENTRY object may be displayed as a button with an abbreviated "label" identifying its functionality. For example, the label may specify "a/c No.". If the user selects that button, then the terminal displays the full prompt, e.g., "Enter your account number" and/or a qwerty type of keyboard for the entering of the called for information. The acceptable length of such an entry may be controlled by inserting a particular value in the "len" (length) property field of the associated ENTRY object. If the "len" field contains a zero, then the acceptable input may be of an arbitrary length.

As seen from FIG. 4, the display attributes of an ENTRY object include (a) "String", which defines a string of alphanumeric characters including spaces, punctuations and symbols; (b) "alpha", which defines a string of alpha-numeric characters including apostrophes, commas, and dashes but not spaces; (c) "Number", which defines a simple calculator that is "operable" by a user to generate input; (d) "TelNo", which defines a telephone keypad that is operable by a user to enter a telephone number (the TelNo attribute may also include information for displaying telephone control buttons, such as, for example, "Flash", "Wait", etc.; (e) "Money", "Date", and "Time", which respectively define a money, date and time keyboard which is displayed when the associated object is selected by the user; and (f) "Raw", which indicates that input entered by a user in response to the associated displayed Entry prompt is to be forwarded immediately via an input event message to transaction processor 200.

A station set, such as station 10 (FIG. 1) may have one or more limitations, namely, the size of its associated display and internal memory. In accord with the principles of the invention, a terminal that is communicating with transaction processor 200 manages its associated display itself, and manages its internal memory with the assistance of processor 200. In particular, during the exchange of session and connected messages, station 10 sends a value defining a "chunksize" to processor 200, in which the "chunksize"

5,649,131

7

value is indicative of the number of characters that can be displayed at one time on the station set 10 display. Thereafter, if processor 200 sends text via a TEXT command to station set 10 then the number of bytes forming such text is at most equal to the station set 10 chunksize, in which such text is contained in the datum field of the associated TEXT command. Processor 200 identifies the start of such text using a startbyte whose value is defined in the "startbyte" field of the associated TEXT command. For example, a startbyte associated with a first chunk of text has a value of zero. If the chunk happens to be 1024, then the next startbyte is 1024, and so on.

Accordingly, a station set need only store one chunk size of displayed text in its internal memory. If a user happens to enter a request to scroll to either a previous page or next page of displayed text, then the station set may send an event message identifying the startbyte of the desired page (chunksize) to processor 200. Upon receiving the desired text in an associated TEXT command, the station set displays the text and stores it in its internal memory, thereby overwriting the chunksize of text that had been previously stored therein.

Processor 200 may exercise some control over the way that a station set displays text contained in a TEXT command. In particular, the MORE attribute of the TEXT command may be used to indicate that an associated chunk of text that is to be displayed is not the last chunk and that the terminal may request additional chunks of text as the user requests them. The WORDWRAP attribute, on the other hand, may be used to indicate that a displayed line should end on a full word and not a broken word and the PROMPT attribute may be used to indicate that text may be truncated and not to be scrolled.

The BITMAP object of a CREATE command, more particularly, may be used by processor 200 to display an image, e.g., a logo, on station 10 in which the image is defined in the associated "bitstream field". If the associated attributes are not "turned on" then the station set may display the image without adjusting the display size of the image, but centering it within an associated predefined region on the display. In displaying a bitmap image, the terminal may use the contents of the associated "bits/row" field to interpret the contents of the "bitstream" field as a two-dimensional array of picture elements ("pixels") that begins at the upper left-hand corner of an associated display region and proceeds in a conventional manner, i.e., from left to right and top to bottom.

The BITMAP object includes a number of attributes as defined in FIG. 4. In particular, the Growable attribute is used to indicate that if the associated display region contains extra space, then the associated image should be scaled up accordingly. The Shrinkable attribute is used to specify the opposite case. That is if the entire image defined in the associated bitstream field cannot be displayed in the associated display region, then the image should be scaled down, rather then clipped. The Runlength attribute is used to indicate that the information contained in the associated bitstream field has been compressed using a particular data compression scheme, for example, the well-known run-length encoding scheme.

The SCRIPT object, in particular, may be used by an application program to download a software program contained in the associated script field to a terminal, e.g., station 10, in which the program is identified in the associated label field. The associated datum field may contain a so-called formula (discussed below), which may or may not be used

8

by the program. It is seen from FIG. 4 that the SCRIPT object is associated with one attribute, Active, which may be used to indicate that script is to be displayed at the time it is downloaded to the station set, or device.

An application program running on transaction processor 200 may use the REGION object to organize its access to the display and memory associated with the computer terminal that is communicating with processor 200. That is, the REGION object is the means by which the application program partitions a display into regions for the displaying of particular information or images pertinent to the particular application that is running on processor 200. For example, a plurality of user selectable buttons may be displayed in one such region, and one or more control buttons may be displayed in another region, and so on. It is to be understood, however, that the way in which a display is actually partitioned into such regions is under the control of the station set or computer terminal, e.g., station 10.

In particular, a group region may contain either a number of subordinate regions, e.g., two regions or a number of nonregion objects (e.g., CHOICE object), but not both. In addition, a group region is associated with what we call a "primary direction". The primary direction specifies the layout of the members of a group region and the direction may be horizontal or vertical, with vertical being the default direction. For example, for horizontal direction, the first and second subordinate regions (or first and second nonregion objects) are respectively displayed at the left-hand and right-hand sides of the group region. For vertical direction, the first and second subordinate regions (or first and second nonregion objects) are respectively displayed at the top and bottom of the group region.

As shown in FIG. 4, the REGION object is associated with a number of attributes, namely, Horizontal, Outer and Up. The Horizontal attribute may be used to override the Vertical default direction. If the number of nonregion objects that are linked to a group region is more than the number that can be displayed in the primary direction, then the station set, e.g., station 10, may resort to using a secondary direction to display the additional nonregion objects. A default secondary direction may be used to display the nonregion objects in a new row for Horizontal direction or a new column for Vertical direction. We call the secondary default direction Inner. The attribute Outer may be used to override the default secondary direction and specifies an opposite direction. For example, the secondary direction for two such regions, namely, a command and application region, is typically Inner, the default direction. When nonregion objects are added to the application region, then they are displayed as a new column of objects at the right-hand side of that region. Whereas, when nonregion objects are added to the command region, then they are displayed as a new column of objects on the left-side of that region.

Further, when a new column is created, then in accord with a default mode nonregion objects are displayed starting at the top of the column. The attribute Up is used to reverse the latter direction such that nonregion objects are displayed starting at the bottom of a column.

Turning now to FIG. 5, there is shown the format of the various Event messages that a terminal device, such as station set 10, may use to transmit input information (message) to the transaction processor. Typically, an Event message, such as INPUT, is generated responsive to the user manipulating a displayed object. It is seen from the FIG. that the INPUT message contains the id of the manipulated displayed object as well as the id (frid) of the associated

5,649,131

display frame (discussed below). An input message may also be an ERROR message (discussed below) or a REPLY message, in which the particular error or reply is contained in the associated "info" field. An input message may also be a Connected message (mentioned above), HANGUP message (relating to the user "hanging up" the associated terminal device), or HOLD message (relating to the user placing the associated terminal device in a "hold" state, as is done with a conventional telephone station set). (It is noted that the term "manipulating" and variants of that term as used herein is meant to include other terms that are understood by the art and which define similar functions. For example, it includes "touching" a displayed object as one would touch screen 12 of station set 10 to select a displayed object, moving a screen cursor to the location of a displayed object or text and operating, for example, an enter key, or even as identifying a particular displayed object or text or a menu of entries using terminal buttons, for example, computer keyboard buttons.)

FIG. 6 is an illustrative example of one way in which a display, for example, the display of either a station set, e.g., station set 10, or a computer terminal, may be partitioned, in accord with an aspect of the invention, into a hierarchy of regions. More particularly, at the top of the hierarchy is a predefined Root region, which has an id of zero and which is associated with the total area of the display. The Root region, which cannot be destroyed, branches out into a treelike structure to two other regions, System and Session, which may be addressed as a group region object as a way of globally addressing objects associated with regions that descend from the Root region. For example, the "0:Destroy" command (FIG. 2) erases all regions that descend from the right-hand branch of the Root region. In essence, transaction processor 200 may clear the display of a station set that it is communicating with by transmitting the above command. As another example, transaction processor 200 may solicit information describing the capabilities of a station set by transmitting a "0:Datareq" command to the station set. The station set, in turn, responds to that command by transmitting a "0:Reply:text" message, in which the text field of the message contains the station set capabilities.

As seen from the FIG., the System region, or left-hand branch of the root region, relates to the memory of a station set, rather than the station set display. That is, a station set reserves a protected region and a repertory region in its internal memory. The session region, or right-hand branch of the root region, on the other hand, relates to the station set display, as will be discussed below.

The Protected region, in particular, is used for storing information and data, such as, for example, credit card numbers, social security numbers, addresses, etc., that is personal to the user and, therefore, is not displayed on the station set display. A transaction running on processor 200 may access the protected region only with the approval of the terminal user. The Protected region may also be used for the storage of predefined objects and/or objects specified by the user if the terminal provides that capability. A processor 200 application program may indirectly reference such protected information using a formula contained in a CHOICE or ENTRY object that is created during a current transaction session and that is stored in either the Application or Command region. When the application program activates such an object, the protected data is displayed on the station set display before it is transmitted to processor 200. In this way, the station set user may cancel or change the data before it is sent to the transaction program that is running on processor 200. A typical example of the foregoing command may be formatted as follows:

50:Create:30:Entry:Enter your full name:20:@Eval(Find ("User_Name)) where "@" indicates that the command includes a formula, namely Eval and Find. An expanded, self-explanatory Table of formula functions is shown in FIG. 18. When the transaction program activates object 50, the station set, in response thereto, displays the prompt "Enter your full Name". In addition, the station set application program responds to the formula "Find" by searching its protected memory to see if the user's full name has been stored therein. If it has, then the station set displays that information in response to the prompt. At that point, the user may prevent such information from being transmitted to the processor 200 application program by causing the displayed information to be erased from the display. Alternatively, the user may change the information and then cause it to be transmitted to the processor 200 application program.

As a further aspect of the protected region (or memory), the processor 200 application program may use a CHANGE command during a current transaction to change data stored in the Protected region or store data therein. Such a command, or object, is treated similar to so-called repertory "telephone dial" buttons (discussed below) except that such buttons cannot be accessed by the terminal user.

The terminal Repertory region, in particular, has a region id of "R: and is used for storing symbols representing repertory telephone buttons for invoking respective telephone functions. For example, such buttons may represent respective telephone numbers, and/or sequences of commands inputted by the terminal user. However, an application program running on processor 200 may not access the repertory region since that region is considered to be personal to the terminal user. Nevertheless, a capability is provided to allow an application program running on transaction processor 200 to add an object to the Repertory region. Specifically, during a transaction session the application program may send a CREATE command defining a repertory button and referencing the Repertory region in the associated group id field to station set 10. Station set 10, in response to receipt of the command, stores it in the repertory region of its associated internal memory. However, the application program cannot address that button or any other object stored in the terminal's Repertory region, as mentioned above.

Objects stored in the Repertory region are typically created by the user and accessed when the user's terminal is off-line, i.e., is not communicating with an application program running on transaction processor 200. One such object may be, for example, a repertory button whose associated datum field contains a particular telephone number. If the user selects that button, then the station set causes its associated telephone station set, e.g., station set 10 (FIG. 1), to go off-hook. The station set then outpulses (dials) the telephone number that is associated with the selected button.

The datum field of an object stored in the Repertory region may contain two subfields, namely, an off-line subfield, which is always present, and an on-line subfield, which may or may not be present. The on-line datum subfield is present when its associated object defines a repertory dial button that is used to establish a data communications connection, for example, a connection to transaction processor 200. More specifically, if an on-line datum subfield is present, then that subfield is preceded by a special control character (e.g., S) which directs the associated station set to wait for carrier tone. Thereafter, when the data connection is established then the associated object may cause the station set to transmit that object as an event message to processor 200. At that point, the station set goes

*EXHIBIT F*

*211*

11

on line. sends a Connected message (discussed above) to processor 200, erases the Repertory region from its associated display and activates its associated Application region. (An expanded. self-explanatory table of repertory dial control characters, including the above-mentioned S character is shown in FIG. 7.)

The Application and Command regions, which are respectively identified by identifiers (id) 1 and 2, may be used to partition the display of a station set communicating with a processor 200 transaction program. The Command region, in particular, contains a predefined suite of objects defining respective command buttons. Such command buttons, when displayed in accord with their respective policies, provide conventional functionalities across different types of transactions (applications) that may communicate with the associated station set.

For example. the application region may be first partitioned into a Message region and a region identified as A1. The A1 region is then further partitioned into a number of smaller regions, A2, A3, A4. P3, CNTRL1, etc., defining the layout of a particular screen pattern that is to be displayed. In the present illustrative example, regions A1, A2, A3 and A5 are used to specify a hierarchy of group identifiers and, in a sense, are dummy regions. Regions CNTRL1, P1, P2, USER and CNTRL2, on the other hand, define the way in which a screen, or display, is to be partitioned for the display of objects, or symbols, in those regions. An illustrative example of such an application layout is shown FIG. 8.

It is noted that the dotted lines shown in FIG. 8 are not displayed and are used for the purpose of illustrating the way in which a particular station set has elected to partition its display into the latter regions in response to receiving instructions to do so from the transaction processor. It is seen from FIG. 8, which illustrates a particular banking application, that the station set has displayed different objects in the specified regions, in which the objects are defined by respective CREATE commands issued by the transaction processor. (The various instructions for directing a terminal to display the screen of FIG. 8 are shown in appendix A.)

We turn now to a discussion of the programs which implement the invention in a transaction program, e.g., processor 200, and a computer type terminal, e.g., station set 10.

Specifically. FIGS. 9–11, show in flow chart form the program which implements the invention in transaction processor 200 (FIG. 1). The program may run under any one of a number of different types of user provided transaction programs that operates independent of the processor 200 program. Accordingly, the particular transaction program itself is not shown in the FIG.

The processor 200 program (hereinafter "program"), more particularly, is entered at block 900 in response to receipt of a message, presumably from a station set that is in communications with the processor. The program then proceeds to block 901 where it starts a series of determinations to identify the received message. If the received message is not a connected message, then the program proceeds to block 902. Otherwise, the program proceeds to block 908 where it checks to see if the station set's serial number contained in the message is associated with the communications port circuit that received the message. If that is not the case, then the program proceeds to block 912 where it discards the message and then proceeds to block 913 where it transmits a session message to the station set as a way of attempting to establish communications with the station set.

12

If the program finds that there is an association between the station set serial number and port, then it proceeds to block 909 where it compares the serial number in the message with a serial number that it stored in memory for the current session and that is associated with the aforementioned port circuit. If the serial numbers compare, indicating that the message is a retransmission of the connected message, then the program proceeds via block 910 to block 911 where it transmits a session message to the station set as a way of acknowledging receipt of a received connected message. If the serial numbers do not compare, then the program proceeds via block 910 to block 914 where it terminates the call.

At block 902, the program checks to see if a transaction session is in progress and proceeds to block 903 if that is the case. Otherwise, the program proceeds to block 915 where it discards the message. At block 903, the program determines if the newly received message is an event message indicative of input from the station set and proceeds to block 916 if that is case. Otherwise, the program proceeds to block 904.

At block 916, the program determines if the message contains a valid frame identity (id) (discussed below), and proceeds to block block 917 if that is the case. Otherwise, the program proceeds to block 920 where it discards the message. At block 917, the program proceeds to block 918 if the message contains a valid object id. Otherwise, it proceeds to block 920. At block 918, the program proceeds to block 919 to process a request for a chunk of text or block 921 if the message contains text or data, respectively. At block 919, the program forms a Create command, in which the text field contains a chunk of text the size of which conforms with the chunksize associated with the device communicating with the transaction processor and in which the beginning of the chunk of text corresponds with the value of the startbyte contained in the received message. The program (block 922) then transmits the Create command containing the requested text. At block 921, the program processes the data contained in the message and then determines the next action it should take based on the type of application (transaction) that is communicating with the sending station set.

At block 904, the program proceeds to block 923 if the message is a reply to a query generated by the application program. Otherwise, the program proceeds to block 905. At block 923, the program processes the reply data contained in the message and then determines the next action it should take based on that data and the particular application that is communicating with the sending station set. At block 905, the program proceeds to block 924 if the received message is a "Hold" command requesting that the current session be placed on hold as is done with a conventional telephone call. Otherwise, the program proceeds to block 906.

At block 924, the program places the session on hold and then proceeds to block 925 where it transmits an acknowledgment (HOLDACK) that has been placed on hold. At block 926, the program starts a software timer geared to time for a predetermined period of time. e.g., 10 minutes, at the end of which the program (blocks 927 and 930) terminates the call if it does not receive a carrier signal and a connected message from the station set. This action is invoked to prevent an indefinite hold time which would occur if the user does not re-establish the session. More particularly, at the end of the aforementioned period of time. as represented by the dashed line leaving block 926, the program is re-entered at block 927 where it proceeds to block 928 to determine if a carrier signal is indeed being received, or block 930-1 if that is not the case. At block 929, the program terminates the

5,649,131

13

session and associated telephone call. Whereas, at block 930-2, the program waits for the receipt of a connected message to re-establish the particular application session with the user's station set.

At block 906, the program proceeds to block 930-3 where it terminates the session as a result of determining that the received message is a "hangup" command. If that is not the case, then the program proceeds to block 907 to determine if the message is an error message. If it is not, then the program (block 930-4) discards the received message. Otherwise, the program proceeds to identify the type of error that is represented by the contents of the received message. Blocks 931 through 936, more particularly, perform that function and associated blocks 938 through 943 invoke the appropriate action based of the type of error identified in the received message. If the error cannot be identified then, at block 937, the program discards the received message.

FIG. 12 illustrates in flow chart form the actions that the communications protocol program invokes with respect to receipt of a particular type of command received from an associated application program represented by block 1001. When the instant program receives a particular one of the commands identified at blocks 1002 through 1010, the program associates the command with an identifier (id) and group identifier (gid) and then transmits the command, as represented by blocks 1011 through 1018, respectively.

FIGS. 13–15 show in flow chart form the program which implements the inventive communications protocol in a data terminal, such as a smart phone, e.g., station set 10 (FIG. 1). In particular, the program is entered at block 1100 upon receipt of a message containing a command and proceeds to block 1101 to begin the processing thereof. More particularly, at block 1101, the program checks its associated memory to determine if a transaction session is in progress and proceeds to block 1102 if it finds that to be the case. Otherwise, it proceeds to block 1113 to determine if the received message is a session message. If it is not, then the program proceeds to block 1114 where it discards the message and then exits. If it is, then the program proceeds to block 1115 where it compares the serial number contained in the message with the serial number of its associated device, i.e., station set 10. If the serial numbers match (block 1116) then the program proceeds to block 1118 where it notes in its associated memory that a session has been established. If those numbers do not match, then the program proceeds to block 1117 where it discards the message and then exits to await receipt of the next message.

If the received message happens to be a session message then the program proceeds from block 1102 to block 1119. Otherwise, it proceeds to block 1103. It is seen from the FIG. that the actions taken at blocks 1119 through 122 are similar to those taken at blocks 1113 through 1118, respectively, except for the fact that if the aforementioned serial numbers (IDs) match then the program discards the received message since it is representative of information already known by the program.

At block 1103, the program proceeds to either block 1104 or block 1123 based on whether or not the received message is a Create command. At block 1123, the program proceeds to block 1125 if it finds that the latter command is one of the create commands discussed above and proceeds to block 1124 if finds that is not the case. Block 1124 represents an error condition and marks an error flag to identify the error and then proceeds to block 1127 to process the error. That is, the program formats the error into a message and then sends the message to transaction processor 200.

14

At block 1125, the program proceeds to block 1128 if it finds that the received command is associated with a previously defined group. Otherwise, it proceeds to block 1126 to mark the aforementioned error flag as being an unknown group error and then proceeds to block 1127 to process the error. At block 1128, the program proceeds to block 1129 or 1130 based on whether the object defined in the received message has been previously defined. If it has, then the program (block 1129) replaces the priorly stored object with the object command contained in the received message. If it has not, then the program (block 1130) stores the received command in memory in relation to its associated group.

At block 1104, the program proceeds to block 1131 or 1105 based on whether the received message contains a Move command. At block 1131, the program checks to see if the associated group is stored in memory and proceeds to block 1133 if it finds that to be the case. Otherwise, the program proceeds to block 1132 where it sets the aforementioned error flag to indicate an unknown group error and then proceeds to block 1135 to process the error in the manner done at block 1127. At block 1133, the program checks to see if the object identified in the received message exists in memory and proceeds to block 1136 if it finds that to be the case. Otherwise, it proceeds to block 1134 where it sets the aforementioned error flag to indicate an unknown identification (ID) error and then proceeds to block 1135 to process the error, in the manner discussed above. At block 1136, the program associates (moves) the object identified in the received message with the group that is also identified in that message and then exits to await receipt of the next message.

At block 1105, the program proceeds to block 1106 or 1137 based on the received message containing a Change command. At block 1137, the program checks to see if the object is identified in memory and proceeds to block 1140 if that is the case. Otherwise, it proceeds to block 1138 to note the particular error condition and proceeds to block 1139 to process the error. At block 1140, the program locates the specification of the object in memory and then changes the specification in accord with the directions contained in the received message.

At block 1106, the program proceeds to block 1141 if the message happens to contain a Destroy command. Otherwise, it proceeds to block 1107. At block 1141, the program performs the same function as block 1137 and then proceeds to block 1143 if the result is true. If the result is not true, then it proceeds to block 1142 where it discards the message and waits for receipt of the next message. At block 1143, the program erases from its memory the object identified in the received message as well as other objects associated with that object, i.e., are associated with the same group.

At block 1107, the program proceeds to block 1108 or 1144 based on whether the received message contains an Activate command. Block 1144, like blocks 1137 and 1141, checks to see if the object id contained in the received message is valid, i.e., is contained in memory. If it is, then the program proceeds to block 1146. Otherwise, it proceeds to block 1145, which, in conjunction with block 1149, performs an action similar to the action performed at blocks 1138 and 1139. At block 1146, the program locates the identified object and then proceeds to block 1147 where it checks to see if all of the objects associated with same group id are still specified in memory (intact) and therefore had not been priorly overwritten by an action taken in conjunction with a priorly received message. If the program finds that the group is not intact, then it proceeds to block 1148 where it notes the particular error condition in the aforementioned error flag and then proceeds to block 1149 to process the

EXHIBIT F

213

15

error in the manner discussed above. If the program finds the group is intact then it proceeds to block 1150 where it activates the associated object as specified by block 1150.

At block 1108, the program checks to see if the received message contains a Frame command and proceeds to block 1151 if it finds that to be the case. Otherwise, it proceeds to block 1109. (It is noted that a frame is the collection of objects and/or groups of objects that are displayed concurrently on a display or screen. For example, FIG. 8 represents such a frame, or screen, of displayed objects. Such a frame may also include objects (text) that can be displayed by scrolling. As an aspect of the invention, a frame is associated with a frame id, which the transaction processor transmits to a device, e.g., station set 10, via a FRAME or SCREEN command. A SCREEN command is a macro which defines a series of ACTIVATE commands and is followed by a FRAME command. In practice, a SCREEN command is used as an encoding optimization facility to reduce the chance of a race condition occurring in the instance where a user touches or enters a displayed button following receipt of the ACTIVATE commands but before receipt of an associated FRAME command. Accordingly, each input event message that a device transmits to a transaction processor includes the associated frame id so that the transaction processor may correlate the event message with the appropriate frame. In this way, the transaction processor may ignore receipt of a duplicate of an already received event message. For example, if the transaction processor receives a DONE event message associated with a frame id of 123 and then begins to process that message and a short time later receives the same message bearing the same FRAME id, then the transaction processor may ignore the second, or duplicate message.)

At block 1151, the program updates the Frame id to a value contained in the received message. The program then waits for receipt of the next message. At block 1109, the program determines if the received message contains a data request (Datareq) and proceeds to block 1152 if that is the case. Otherwise, the program proceeds to block 1110. At block 1152 the program checks the validity of the object noted in the received message and proceeds to block 1153 if it finds that the object does not exit, i.e., had not been previously defined. Otherwise, the program proceeds to block 1155. The program at blocks 1153 and 1154 performs the same function that is performed by blocks 1145 and 1149. At block 1155, the program locates the specification for the object in memory, unloads all data and formula data and then formats a reply message. The program then proceeds via block 1156 to send the reply to transaction processor 200, as will be discussed below.

At blocks 1110 and 1111, the program causes its associated station set to drop (terminate) the modem carrier signal, but not the call. This action is typically done prior to establishing a voice call, such as a call to an agent associated with the transaction that is in communication with the associated station set. If the program finds that the received message does not contain a Voice or Holdack (Hold acknowledgement) command, then the program discards the received message and then waits for receipt of the next message.

16

FIG. 16 illustrates the program module which formats and then transmits a message to transaction processor 200. In particular, the program module is entered at block 1200 when a user either selects a displayed Choice object or enters information in response to a displayed request for the entry of information (Entry object). At block 1200, the program module proceeds to block 1201 where it formats a user selection or user entered information into a message and then proceeds to block 1202 where it transmits the message. The program then exits to await the transmission of the next user selection or entered information. Alternatively, the program is entered at block 1300 whenever the user requests the display of text, i.e., is scrolling through displayed text and requests additional text or text that had been previously displayed. When entered at block 1300, the program proceeds to block 1301 to determine the startbyte of the next chunk size of text that is to be displayed on the user's station set. The program then proceeds to block 1201, where, as mentioned above, the program formats the request into an input message and then transmits the message at block 1202.

FIG. 17 illustrates another program module which formats and then transmits differents messages to transaction processor 200 and which has two entry points, namely blocks 1400 and 1500. In particular, the program is entered at block 1500 when the user enters a request to terminate the current session (i.e., hangs up) or places the current session on hold. When the program is entered at block 1500 it proceeds to block 1501 where it format the user's request into a message and then transmits the message. The program then proceeds to either block 1503 or block 1504 based on the type of message that is being transmitted, as indicated in the FIG. At block 1503, the program waits for a predetermined period of time, e.g., 10 seconds, and then terminates the session. At block 1504, the program waits for receipt of a processor 200 message acknowledging a hold request (i.e., Holdack command). The program module is entered at block 1400 when receipt of a carrier signal is detected via an associated telephone line. Such detection occurs at the end of a Hold state or when a telephone connection is first established between the associated station set and processor 200. Upon being so entered, the program proceeds to block 1401 where it unloads from its associated memory its manufacturing code and serial number assigned to its associated device, e.g., station set 10. The program then proceeds to block 1501 where it formats a connected message using the unloaded information and then transmits the message to processor 200. The program then proceeds to block 1502 where it continues to send the connected message to processor 200 every three seconds until a session command is received from processor 200.

The foregoing is merely illustrative of the principles of the invention. Those skilled in the art will be able to devise numerous arrangements, which, although not explicitly shown or described herein, nevertheless embody those principles and are within the spirit and scope of the invention.

APPENDIX A

```
O:SESSION:ABCDEF01
O:DATAREQ
O:DESTROY
7:CHANGE:GENATTR:HIDE
1:CHANGE:GENATTR:HIDE
```

EXHIBIT F

5,649,131

17                                                18

APPENDIX A-continued

```
64:CREATE:1:REGION:::
65:CREATE:1:REGION:::
66:CREATE:64:REGION:::
71:CREATE:64:REGION:::
69:CREATE:66:REGION:::
70:CREATE:66:REGION:::
72:CREATE:65:REGION:::
67:CREATE:65:REGION:::
68:CREATE:67:REGION:::
73:CREATE:68:REGION:::
74:CREATE:68:REGION:::
75:CREATE:67:*REGION:::
268435457:CREATE:69:CHOICE::::
268435458:CREATE:70:CHOICE::::
268435459:CREATE:71:CHOICE::::
268435460:CREATE:72:CHOICE::::
268435461:CREATE:75:CHOICE::::
112:CREATE:73:CHOICE::::
113:CREATE:112:ENTRY::NUMBER:ID:Enter ID:8:
268435463:C*REATE:74:CHOICE::::
101:SCREEN:268435457:268435458:268435459:268435460:268435461:112:268435463
4:CHANGE:GENATTR:HIDE
5:CHANGE:GENATTR:HIDE
6:CHANGE:GENATTR:HIDE
1:CHANGE:GENATTR:
114:CREATE:73:CHOICE::::
115:CREATE:114:ENTRY::NUMBER SECURE:Password:Enter secret code:8:
102:SCREEN:114
100:CREATE:69:CHOICE::::
101:CREATE:100:TEXT::PROMPT:O:HOME
152:CREATE:70:CHOICE::::
153:CREATE:152:TEXT::PROMPT:O:07/13/92
FOR DESIRED ITEM:
102:CREATE:72:CHOICE::::
103:CREATE:102:CHOICE::COMMAND:NEW: TOUCH HERE TO SEE CURRENT CD AND
LOAN RATES:
104:CREATE:75:CHOICE::::
105:CREATE:104:CHOICE::COMMAND:TOUCH HERE TO TALK TO YOUR HOME
BANKER:
116:CREATE:73:CHOICE::::
117:CREATE:116:CHOICE::COMMAND NOTOUCH::
118:CREATE:116:CHOICE::COMMAND:BANK AT HOME:
119:CREATE:116:CHOICE::COMMAND:PAY A BILL:
120:CREATE:116:CHOICE::COMMAND:STOCK/BONDS:
121:CREATE:116:CHOICE::COMMAND:STOP ORDER:
122:CREATE:116:CHOICE::COMMAND:TRAVEL CHECKS:
123:CREATE:116:CHOICE::COMMAND:SERVICES:
103:SCREEN:100:152:102:104:116
```

                                           *JBANKING

                                           10:12 AM *JTouch BUTTON

We claim:

1. A method of operating a host processor communicating with a terminal device, said method comprising the steps of

assigning an identifier to a respective one of a plurality of input object types, and

transmitting said identifier and its respective input object type to said device, wherein said plurality of object types includes at least two of the object types choice, entry, text, and image.

2. A method of operating a host processor communicating with a terminal device, said method comprising the steps of

assigning an identifier to a respective one of a plurality of input object types,

transmitting said identifier and its respective input object type to said device, and

responding to a manipulation of the object at said terminal by transmitting to said processor a) said identifier and b) data representative of said manipulation, wherein said manipulation includes at least selection of said object; entry of data; or retrieval of display data.

3. A method of operating a host processor communicating with a terminal device, said method comprising the steps of

assigning an identifier to a respective one of a plurality of predefined presentation data types, said host being the originator of said identifier and said presentation data types,

transmitting said identifier and its respective presentation data type to said device, and

responsive to a manipulation of said respective presentation data type at said terminal device, transmitting to said processor said identifier and data representative of said manipulation, and further comprising the step of further transmitting to said device at least a first datum, and

wherein said data representative of said manipulation includes said first datum.

4. A method of operating a host processor communicating with a terminal device, said method comprising the steps of

assigning an identifier to a respective one of a plurality of predefined presentation data types, said host being the originator of said identifier and said presentation data types,

transmitting said identifier and its respective presentation data type to said device, and

responsive to a manipulation of said respective presentation data type at said terminal device, transmitting to

EXHIBIT F

215

5,649,131

19

said processor said identifier and data representative of said manipulation,

further transmitting to said device at least a first datum.

wherein said data representative of said manipulation includes said first datum and wherein said respective presentation data type is representative of one of a plurality of different object types, and

presenting said first datum as a default data entry value for said one object type.

5. A method of operating a host processor communicating with a terminal device, said method comprising the steps of

assigning an identifier to a respective one of a plurality of predefined presentation data types, said host being the originator of said identifier and said presentation data types,

transmitting said identifier and its respective presentation data type to said device, and

further transmitting to said device at least a first datum, and

providing at said device a second datum that is a function of said first datum.

20

6. The invention of claim 5 wherein said second datum comprises data available at said device but not available at said host processor.

7. The invention of claim 6 wherein said first datum is a function call.

8. The invention of claim 5 wherein said respective presentation data type is representative of one of a plurality of different object types and wherein said method further comprises the step of presenting said second datum at said device as a label for said one object type.

9. The invention of claim 5 wherein said respective presentation data type is representative of one of a plurality of different object types and wherein said method further comprises the step of presenting said second datum at said device as a default data entry value for said one object type.

10. The invention of claim 5 further comprising the step of responsive to a manipulation of said respective presentation data type at said terminal device, transmitting to said processor said identifier and data representative of said manipulation, wherein said data representative of said manipulation includes said second datum.

*   *   *   *   *

EXHIBIT F

216

# United States Patent [19]

## Torok et al.

[11] **4,317,956**

[45] **Mar. 2, 1982**

[54] **REMOTE CHALKBOARD AUTOMATIC CURSOR**

[75] Inventors: **Gabor P. Torok**, Holmdel; **Andrew B. White**, Marlboro, both of N.J.

[73] Assignee: **Bell Telephone Laboratories, Incorporated**, Murray Hill, N.J.

[21] Appl. No.: **205,634**

[22] Filed: **Nov. 10, 1980**

[51] Int. Cl.³ .......................... G08C 21/00; G08B 23/00

[52] U.S. Cl. .......................................... 178/18; 340/709

[58] Field of Search ...................... 178/18, 19, 20, 30; 340/152 R, 152 T, 705, 708, 709, 710, 716, 721; 33/1 M; 358/295

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,609,749 | 9/1971 | McClelland . |
| 3,651,508 | 3/1972 | Scarborough, Jr. et al. . |
| 3,706,850 | 12/1972 | Fisher et al. . |
| 3,739,347 | 6/1973 | Forsberg . |
| 3,852,721 | 12/1974 | Tucker et al. . |
| 3,949,391 | 4/1976 | Benjamin . |
| 3,959,585 | 5/1976 | Mattes et al. . |
| 4,117,471 | 9/1978 | Schlig et al. . . |

4,125,743  11/1978  O'Boyle et al. .

Primary Examiner—Thomas A. Robinson
Attorney, Agent, or Firm—David H. Tannenbaum

[57] **ABSTRACT**

A telautograph system allows a user at one location to write on a special surface, such as a chalkboard, and have the image appear at remote screens. Presently, a user wishing to call attention to an entry already written on the board must make a new line or must circle the item to which the remote viewer's attention is to be drawn. This procedure unduly clutters the image and a system has been devised which provides for a cursor (a graphical hand) to appear on the remote screen when the user touches the input surface at a point. The cursor also appears when the user is writing on the surface so as to call attention to the newly formed images. When pressure on the writing surface is released the cursor remains on the remote screen for a finite period and then automatically disappears, leaving the image unencumbered. When information is being removed from the input surface a graphical eraser appears at the remote screen at the site of the removed information.

21 Claims, 10 Drawing Figures



EXHIBIT G



*FIG. 1*

FIG. 2

$$x^2 + ax + bx + ab = 0$$

$$(x +\ \ )(x + b)$$

FIG. 3

$$x^2 + ax + bx + ab = 0$$



$$(x + a)(x + b)$$



FIG. 4

FIG. 5



FIG. 6

EXHIBIT G

18



FIG. 7

EXHIBIT G

19

Case 3:02-cv-02060-B-MDD    Document 73    Filed 07/23/03    PageID.3871    Page 238 of 331



FIG. 8

EXHIBIT G



*FIG. 9*

EXHIBIT G

21

U.S. Patent    Mar. 2, 1982    Sheet 5 of 5    4,317,956



FIG. 10

EXHIBIT G

4,317,956

1

### REMOTE CHALKBOARD AUTOMATIC CURSOR

#### FIELD OF THE INVENTION

This invention is directed to remote graphic communication and more particularly to an arrangement for providing a temporary image to assist the remote viewer when the information is changing.

#### BACKGROUND OF THE INVENTION

Remote graphic communication, particularly in the form of remote chalkboards, is gaining popularity. Such systems, sometimes called telautograph systems, allow persons at an input chalkboard to write on the board in the conventional manner. An image of the written material will then appear on the remote viewing screen. Such systems are particularly helpful in lectures where classrooms may be distributed around the country or around the world. One such system is shown in the G. M. C. Fisher, U.S. Pat. No. 3,706,850, dated Dec. 19, 1972. An example of the surface which is used to accept the input is shown in U.S. Pat. No. 3,959,585, dated May 25, 1976, issued to H. C. Mattes. These two patents are hereby incorporated by reference as though they had been reproduced herein in their entirety.

While telautograph systems serve their intended purpose, a practical problem remains to be overcome. In operation, as a lecture progresses the remote chalkboard becomes filled with information, such as equations or graphs. Usually, at some point, the lecturer wishes to highlight some previously written symbol. From the local or transmitting end, this simply requires the lecturer to place the chalk or stylus next to the location on the chalkboard where the listeners' attention should be focused. Viewers at the local end then known precisely where the lecturer is pointing. However, at the remote end, the viewers do not have the benefit of seeing the surface and thus must rely strictly on their ability to locate a dot, i.e., the point at which the lecturer is touching the surface of the sending screen. Under the best of conditions, this would be difficult. However, because of transmission and screen resolution problems where random background dots are not uncommon, it is virtually impossible for a remote end viewer to know where a lecturer is pointing. Thus, the viewer must struggle to follow the lecturer.

The lecturer, on the other hand, knowing that the remote viewer cannot see the chalk's position, will typically circle the point on the board where attention should be directed. However, once circles, squares and other extraneous materials begin to appear on the screen the information content can become degraded to the point where the whole purpose of the remote transmission can become lost.

This same problem, or a variation thereof, is evident when the lecturer tries to erase or correct a small portion of the board. The viewer must scan the entire remote screen trying to see what letter, number, exponent, or punctuation has changed. Under these conditions, what begins as an aid to communication quickly becomes a hindrance.

As a possible solution to these problems those familiar with graphic terminals will focus their attention on known cursor systems where the cursor marks the position of the input. Typically, however, such cursor systems are arranged to either (1) locate for a person at a terminal (user) the position of the next mark to appear on the screen, or (2) allow the user to move the cursor

2

over the face of the screen thereby locating a point on the screen at which some future action (usually by the machine) is to be taken. In these situations, the cursor is either used as an aid to the user or as an aid to the machine. In the first situation, the machine generates a cursor at the next anticipated screen position and in the second instance the user generates the position manually. In neither of these situations is the cursor arranged to assist either a remote viewer or a lecturer in solving the problems discussed for telautograph systems.

#### SUMMARY OF THE INVENTION

We have solved the above discussed problems in a manner which allows the lecturer complete freedom to lecture in a natural manner without in any way requiring a change in the lecturer's actions. From the remote viewers' standpoint, the problem of knowing where the chalk is resting, or knowing which marks are being added and which marks are being changed, is solved by an arrangement which generates a graphical symbol, as an overlay, on the remote screen at the site of the activity. This overlay automatically appears on the screen at the proper place and remains on the screen only as long as the activity at the sending end continues. Thus, while the lecturer is writing at the sending end, both a reproduction of the writing and a graphical overlay (for example, a hand) appear on the remote screen. The "hand" automatically moves along with the written words. When the lecturer stops writing, the hand disappears from the screen. For erasure situations, a graphical "eraser" appears over the symbol being removed.

In one embodiment, the hand may be arranged to remain visible for a certain period after the removal of the chalk or stylus at the sending end. In another embodiment, it is possible to have the hand only appear for small changes. For continuous writing, the graphical hand would disappear; the theory being that in such a situation the writing itself serves to identify for the viewer where the change is taking place.

This system has the advantage that the generator overlays can be selected in a manner such that they appear in phantom thereby not interfering with the writing which appears "beneath" the symbol. The electronics can be designed in such a manner that the "eraser" symbol will vibrate and appear to rub out the appropriate mark. We have, by use of automatically generated graphics, created an environment which solves the problems of both the lecturer and the viewer by allowing each to function in a natural manner, with the electronics acting to bridge the information gap between them. This solution is elegant in that it solves the problems without the addition of expensive hardware and with little, if any, additional overhead cost in the software.

#### BRIEF DESCRIPTION OF THE DRAWING

The invention and its several other objects, features and advantages will be more readily understood from a reading of the description to follow taken in conjunction with the drawing.

FIG. 1 is a block diagram of a typical telautograph system;

FIGS. 2-6 are sketches showing various remote screen images;

FIG. 7 is a block diagram of the graphics transceiver;

FIG. 8 is a block diagram of the transmitter;

FIG. 9 is a block diagram of the receiver; and

EXHIBIT  G

23

4,317,956

3

FIG. 10 shows the memory and cursor control circuits.

## GENERAL DESCRIPTION

FIG. 1 depicts a typical graphics system in accordance with the present invention, consisting of a transceiver 10, electronic chalkboard 11, memory 12, and TV monitor 13, all connected to a telephone line 14 that may include a standard telephone set 15. The telephone line may extend to a PBX or CO and may be connected to transceiver 10 directly. Images drawn on chalkboard 11 appear on the visual screen of TV monitor 13. While only one end of the system is shown in FIG. 1, it is understood that the system shown is bidirectional and that a TV monitor would be located at the remote end with the data signals being transmitted over conventional communication facilities. Typically, a system would be configured with the sending location arranged as shown in FIG. 1 and the remote location arranged with a visual output display.

Transceiver 10, shown in further detail in the block diagram of FIG. 7, includes transmitter 16 connected to one or more electronic chalkboards, receiver 17 connected to one or more conventional memory units, modem 18, which for example, can be a Bell System 202 type connecting transmitter 16 and receiver 17 to telephone line 14, and lockout circuit 21 for normally maintaining transceiver 10 in a receive mode. One such transceiver is shown in L. E. O'Boyle, U.S. Pat. No. 4,125,743, dated Nov. 14, 1978. A conventional line interface 19 is provided between modem 18 and line 14. A tape recorder/reproducer may also be connected to the system through tap interface 20.

Transmitter 16, shown in FIG. 8 includes timing source 30, chalkboard drive 35, sampler 36, writing detector 37, modem transmit control 48, Z delay circuit 41, sample and hold circuit 43, analog-to-digital converter 44 and serializer 45.

Timing source 30 (FIG. 8) comprises conventional crystal controlled oscillator 31, binary divider 32, and counter/decoder 33. In addition to other output signals, binary divider 32 generates the necessary clock input, reset signals to drive counter/decoder 33 which divides the signal into eight discrete and equal time slots T1 through T8 and generates pulses representative of these time slots via output leads LT1 through LT8, respectively.

### Detection of Writing

As shown in the aforementioned Mattes patent the input terminal (chalkboard) consists of two separated sheets shown as the X sheet and Y sheet. Detection of writing on chalkboard 11 is determined during time slots T1 and T2 (FIG. 8) when a +5 voltage gradient is applied across the Y sheet and the X sheet is driven to a larger voltage of +12 volts via OR gate 34, which is activated by timing pulses T1 and T2 on leads LT1 and LT2. If writing or erasing is not occurring on the chalkboard, no contact is made between the X and Y sheets, and the voltage on the X sheet (as measured on lead XR) will rise to +12 volts. If pressure is applied via an eraser or chalk, contact is made between the sheets and the voltage on the X sheet will then be forced to be between 0 and +5 volts by the Y sheet.

Continuing in FIG. 8, OR gate 34 drives the X sheet of chalkboard 11 via diode D1 and resistor R1, the resistance of R1 being substantially greater than the resistance of the X sheet. Hence, should a voltage differ-

4

ential occur as a result of contact between the X and Y sheets, most of the voltage drop will occur across resistor R1 so that the X sheet will have a voltage approximately that of the Y sheet where contact is made. A comparator in writing detector 37 compares the voltage of the X sheet on terminal XR to some reference voltage, say +6 volts. If the voltage of the X sheet is less than +6 volts, a high output Z signal is generated to indicate that either writing or erasing is occurring on chalkboard 11.

This signal indicative of an informational change at the input terminal is transmitted to lockout circuit 21 over lead 48 to put transceiver 10 in the transmit mode. At the same time, the high Z signal is further processed with NOR gate 42 to generate either a write or erase command Z1 for transmission.

### Determination of Chalk Position

During the Y-drive time slots T3 and T4, the X sheet of chalkboard 11 is floating. If contact is made the X sheet will then assume the voltage of the Y sheet at the point of contact. This voltage, of some value from 0 to +5 volts, represents the Y position of the chalk on the chalkboard. Because a voltage gradient is applied across the Y sheet, i.e., +5 volts at a top terminal and 0 volts at a bottom terminal, the ratio of the voltage measured with respect to +5 volts is proportional to the ratio of the distance between the bottom of Y sheet and the point of contact to the total height of the Y sheet. Hence, sampling the X sheet at time slot T4 will generate a voltage representing the chalk's Y position at that time. A reference voltage of approximately +5 volts is applied to lead XR during time slots T5 and T6. This voltage is sampled by sampler 36 during time slot T6 to yield the voltage, REF, representing the maximum X or Y position to provide a reference for the X and Y position voltage samples during analog to digital conversion.

During the X-drive time slots T7 and T8 Y sheet is floating and the Y sheet assumes the voltage of the X sheet at the point of contact. This voltage, also of some value from 0 to +5 volts, represents the X position of the chalk on the chalkboard. Because a voltage gradient is applied across the X sheet, i.e., +5 volts on a right terminal of the X sheet and 0 volts on a left terminal, the ratio of the voltage measured with respect to +5 volts is proportional to the ratio of the distance between the left side of the chalkboard and point of contact to the total width of the X sheet. Hence, sampling the Y sheet during time slot T8 will generate a voltage representing the chalk's X position.

The sampled X, Y, and REF signals are then stored for subsequent A to D conversion in conventional sample and hold circuit 43. The sample and hold X and Y outputs are converted into digital form using a conventional dual-slope A-D converter 44. The reference output REF of the sample and hold circuit 43 is used as a reference for A to D converter 44.

### Partial Erase Mode

As mentioned earlier, pressure made on a chalkboard can be interpreted as writing or erasing. For erasure of portions of writing pressure presumably made by an eraser removed from its tray is advantageously transmitted with positional data to delete the corresponding information from the displayed image.

The eraser tray of chalkboard 11 is provided with an eraser. An LED light source that advantageously is

*EXHIBIT G*

*224*

4,317,956

5

infrared in wavelength, is placed in line with a photodetector. Normally, the eraser blocks the passage of light, but when the eraser is removed from the tray, a light path is established and the photodetector is turned on producing a low output signal on lead E. The E signal is inverted via inverter 39 (FIG. 8) and applied to NOR gate 42 to place transmitter 16 in a transmit erase mode.

### Transmit Clear Mode

When chalkboard 11 is being erased entirely of all graphics information, a clear switch located on the eraser tray is manually depressed to send a logical high clear signal via lead CL to transmitter 16 putting the transmitter in a transmit clear mode. When received the clear mode signal erases the image stored in memory 12.

### Half-Duplex System Operation

Pursuant to a further feature of the invention the system is normally maintained in a receive mode. For example, when chalk touches the chalkboard, lockout circuit 21 is called into play and prevents writing from being received from a distant terminal as long as writing continues locally. Also, lockout circuits at the distant stations prevent their associated transceivers from transmitting whenever writing is received. This is done by forcing the remote transceivers to stay in receive mode.

Referring to FIG. 7, lockout circuit 21 is a conventional transfer switch which is controlled by the state of transmitter 16 and receiver 17 via leads 48 and 93, respectively.

When the Z or CL signal goes high (writing or erasing is occuring on the chalkboard) a high level on lead 48 signals lockout circuit 21 to place the transceiver in the transmit mode. If the receive mode on lead 93 is low, modulator 18a is turned on by lead 78. In addition, lockout circuit 21 connects modulator 18a to line interface 19 with a high signal on switch control lead 76 which closes contact 22a and opens contact 22b. Until lead 48 goes low, transmit data from transmitter 16 on lead 47 is passed to modulator 18a via lead 77 and is transmitted to communication line 14 by contact 22a and line interface 19. At the same time, the receive data to demodulator 18b via lead 28 and switch 22 is blocked.

If a properly formatted signal is received by receiver 17 from telephone line 14 via demodulator 18b and lead 117 before writing occurs on the local chalkboard, receive mode on lead 93 will go high. This high signal output from receiver 17 blocks transmit lead 48 and 47, which prevents transceiver 10 from entering the transmit mode. The modulator 18a output on lead 26 cannot be connected to the communication line since the transmit/receive switch 22a is open when in the receive mode.

### Receive Mode

Referring to FIG. 9, receiver 17, upon receiving data from demodulator 18b over lead 117, clocks the data through receiver shift register 80 with the recovered clock from lead 79. Conventional word sync detector 84 then examines the receive data from the shift register 80 for the presence of sync characters which indicate whether write or erase mode commands have been received. Clear word detector 110 examines the input data for the presence of clear mode commands.

Clear word detector 110, in practice, looks for at least four consecutive clear commands before generating a high clear signal CLR on lead 111. Lead 111 connects

6

to lead 93 of lockout circuit 21 via OR gate 116 and to a selector 114. Selector 114 generates a CLEAR signal for memory 12 if CLR is high and ZRD is low.

Assuming that a distant transmitter is writing or erasing data, the sync characters will cause a high output from word sync detector 84, which in turn signals latches L4 to load the X, Y, Z data. At the same time latch L5 is activated to generate a high output on lead 115 and, in turn, on lead 93 via OR gate 116, which signals lockout circuit 21 that demodulator 1b in transceiver 10 is receiving a valid data transmission. The ZR output from OR gate 89 is high whenever the receive data indicates an active WRITE or ERASE.

A low signal on the L4 output ZEC signals an erase mode command by causing the ERASE output of AND gate 88 to go high while forcing the ZR output of OR gate 89 high. Both of the write and erase commands cause ZRD to go high, however ERASE is only high during an erase command.

A high level signal on ZEC signals a write command. ZR is forced high by OR gate 89 and ZRD goes high after a delay generated by WRITE Delay 87. ZRD combined with the output of decoder 112, generates a WRITE signal from selector 114 which causes new data to be written into memory 12 at the location specified by the X and Y outputs of latch L4.

A high signal on ZR indicates that either a write or erase command has been received.

### Avoiding Distortion at Receiver

The write command ZR is delayed by write delay 87 to avoid distortion of the writing on display 13 in the following way. The received X and Y data are each converted into an analog form by the corresponding D to A converters 85, 86, and then are applied to corresponding dual mode reconstruction filters 90 and 91.

Dual mode filters 90 and 91 are identical to each other and comprise parallel resistors R4 and R5 that are connected to capacitor C4. Resistor R4 (20 kilohms) is substantially larger than resistor R5 (200 ohms). Filter 90 is controlled via switches S1 and lead ZRD causing the filter to operate in either a short or long time constant mode.

When the delayed write command ZRD goes low, filters 90 and 91 are switched to the fast mode. The filter switch S1 (and the switch in filter 91—not shown) shorts the larger resistor R4, to produce a filter having a relatively fast response time. When the write command ZR signal goes high, switch S1 of filter 90 opens so that the filter operates in the slow response mode.

ZRD is generated by ZEC after a delay of approximately twelve milliseconds in write delay circuit 87. During this time filters 90 and 91 quickly respond to the initial X and Y voltages the location where writing or erasing will begin when the delayed write comand ZRD goes high. After the delay time, filters 90 and 91 are switched to their slow time constant and provide a smoothly changing output between the received samples. Advantageously, write command ZR turn off is also delayed by delay circuit 87 to make allowance for the inherent delay in reconstruction filters 90 and 91. Without this delay, completion of reconstruction would occur after the write command ZR turns off and would cause the last portion of writing or erasing to be skipped.

Returning to FIG. 1, the cursor generation circuitry is shown combined with a digital frame memory 12 for the electronic chalkboard system. While a modified

4,317,956

7

electronic chalkboard system transceiver could be employed to drive the cursor generation circuitry directly, the most straightforward implementation uses the signal processing circuitry contained in the digital memory unit 12. As will be seen this association allows a precise correlation between the position of the cursor and the actual data entered into the digital image memory.

In FIG. 2 there is shown a portion of the remote screen that depicts a chalkboard upon which the lecturer has written an equation which must be factored. The second line of FIG. 2 shows a blank within the first bracket. Using our invention the lecturer indicates the location in the display where he wishes attention to be focused simply by touching the chalk, a pointer, or a finger to that point which would cause a cursor image to appear. Alternatively, the lecturer could write the missing information, as shown in FIG. 3, whereupon the system automatically generates graphical cursor 301 (hand in our example) at the proper location. The "hand" remains as long as contact is maintained on the chalkboard. The cursor can be arranged to remain visible for a period of time after pressure has been released.

In FIG. 4 there is shown a graph where the last block contains the number "1990". The lecturer has determined that this number is incorrect and using the chalkboard eraser, removes the "9". This is shown in FIG. 5 where graphical cursor 501 (an eraser) is overlayed at the point where the "9" is being erased from the display image. In FIG. 6 a graphically generated hand 601 follows the motion of the lecturer as the new number is entered.

### Detailed Description of the Cursor Generation Arrangement

Cursor generation circuitry 100 shown in FIG. 10 is composed of three major sections. The cursor X-Y position latches, 1001, 1002; scan address comparators 1003, 1004; and cursor image generation circuitry, 1005, 1006. As will be seen the basic operation of this circuitry is that the X, Y address of a point written into or erased from the display memory is latched into the cursor location registers by the same signal that writes data into digital image frame memory 123. This stored address, or position, is compared with the output of the counters used to scan the digital memory and refresh the image on the CRT display. When the refresh scan reaches the location of the last picture element written into the memory and either a write or erase signal is present, the cursor circuitry is enabled so that a visible cursor overlay is generated. This cursor overlay is combined with the video output of the digital memory in 124 for display on the electronic chalkboard video monitor. While drawing on the chalkboard, the cursor that is displayed could be an image of a hand and during the erasure operation, the image could be that of an eraser. Both cursor images are visible while the chalk or eraser is in contact with the transmitting electronic chalkboard.

Memory unit 12 (FIG. 10) receives five signals from the graphic transceiver shown in FIG. 9. These signals are CLEAR, WRITE, ERASE, and two analog signals Xout and Yout. These last two signals are analog voltages between 0 and Vmax which represent the location of the chalk or the eraser while the transmitting site is either drawing or erasing on the electronic chalkboard. The WRITE signal is enabled when the remote user is drawing with the chalk, and the ERASE is enabled

8

while erasing. The CLEAR signal is not used by the cursor generation circuit.

The Xout and Yout signals are digitized by A/D converter 121 to uniquely identify a bit in the digital refresh memory 123. These inputs are sampled at least 5000 times per second. The 0, 0 address for the display memory is in the upper left hand corner of the image. If WRITE is enabled, an energized or 1 bit is written into the digital memory at the digitized X, Y location of each sample. Concurrently, the same address is loaded into the X cursor and Y cursor latches, 1001 and 1002, to determine the location of the latest data change. When the ERASE signal is enabled, a bit in the digital memory is cleared or set to 0. Each time a bit is cleared, the address of that erased bit is loaded into the X cursor and Y cursor latches, 1001, 1002.

To display the stored image on a CRT monitor, the image must be refreshed from the digital memory at least 30 times per second. Refresh controller 125 uses the Xscan and Yscan counters, 126, 127, to access each bit in the digital display memory to provide an output which is an (ON) signal for re-energization and an (OFF) signal for no re-energization. Comparison circuit 1004 continuously compares the value of Yscan counter 127 with the value contained in the Ycursor latch 1002 to determine when to enable the cursor overlay. When this comparator determines that the Yscan address is higher than the Ycursor address, an enable signal is sent to Xcursor comparator 1003. Once enabled, Xcursor comparator compares the value of Xscan counter 126 with the Xcursor latch 1001. When the Xscan location is greater than the value stored in 1001, the cursor generation circuitry 1005, 1006 is enabled to generate the cursor image overlay at the location stored in latches 1001 and 1002.

Read only memory (ROM) 1006 contains at least two independent cursor images: one for drawing and the other for erasing. If WRITE is enabled, the bits representing the drawing cursor are addressed only if ERASE is enabled the erase cursor image bits are addressed. To determine the correct horizontal scan line of the cursor image, control circuit 1005 subtracts the value stored in Xcursor 1001 from the address presented by Xscan 126 and the address in Ycursor 1002 from Yscan 127. For reference purposes the upper left hand corner of the cursor image is the X, Y location stored in Xcursor and Ycursor.

The bit output of cursor generation ROM 1006 is combined with the image data output of the digital memory in video signal generator 124 for presentation to the video monitor. The cursor overlay is independent of and does not alter the contents of the display image frame storage memory. When the WRITE signal is disabled, a delay circuit in cursor control circuitry 1005 holds the image of the cursor on the display for a short period of time before turning off the cursor image. When the ERASE signal is disabled, the cursor disappears immediately.

In normal operation, the WRITE cursor moves smoothly while writing new data into the memory. In a typical electronic chalkboard system, the graphics transceiver adds a jitter to the Xout and Yout signals during an ERASE operation. The cursor control circuitry can be designed to use this jitter to cause the erasing cursor to move about as though it were erasing a small area in the display image. An alternative is to ignore this small amount of jitter and present a

EXHIBIT G

26

4,317,956

9

smoothly moving erasing cursor centered on the erase area.

In some applications it may be desirable to generate the cursor with an intensity different from that of the display image to enhance the cursor visibility. The configuration of the cursor can be changed by simply changing the bit patterns stored in the cursor image generation ROM 1006. Any degree of sophistication can be achieved by using a ROM with different bit patterns selectable either manually or automatically for different operations. Thus, it would be possible to allow the viewer a choice of graphic cursors some of which could be in color. One implementation of such a selection could be by storage of the graphical bits in different ROM sections, each selectable remotely.

Another implementation of remote cursor selection could be to employ a unique cursor overlay for each one of several remote chalkboard locations. In this implementation an additional set of outputs from decoder 112 (FIG. 9) and 114 could reflect the source of a remote writing or erase signal in a fashion similar to the technique described in the aforementioned O'Boyle patent to determine which of three chalkboards is the source of new write or erase commands. Each remote location could be represented by a different writing cursor overlay so that a viewer would know immediately which location is transmitting new information. The remote location could be distinguished by the cursor overlay shape or color or a combination of both.

We claim:

1. A display system having
a sending unit and
a viewing unit for displaying images created at said sending unit,
characterized by
means for displaying a selective distinctive graphic image at positions on said viewing unit corresponding to positions where said images are being changed on said sending unit.

2. The invention set forth in claim 1 wherein said displaying means includes means for removing said distinctive graphic images when image on said viewing unit are unchanging.

3. The invention set forth in claim 1 wherein a first one of said distinctive graphic images represents the addition of an image to said viewing unit and a second one of said distinctive graphic images represents the removal of an image from said viewing unit.

4. The invention set forth in claim 3 wherein said displaying means includes means for selectively removing said provided graphic images when images on said viewing unit are unchanging said means being operable to remove said second image immediately upon the cessation of said erasing and operable to remove said first image a fixed time interval after the cessation of said writing.

5. The invention set forth in claim 1 wherein a first one of said selected distinctive graphic images represents the change of an image at a first one of said sending units and a second one of said selected distinctive graphics images represents the change of an image at a second one of said sending units.

6. The invention set forth in claim 1 wherein said displaying means includes a read only memory (ROM), the bit patterns of which are used to form said distinctive graphic image.

7. The invention set forth in claim 6 wherein said viewing unit is a video monitor controlled by a refresh

10

memory and wherein said ROM output is mixed with said refresh memory output.

8. In a system for communicating information from an input source to a visual display terminal, said system having the characteristic that the momentary generation of said input information produces an output display representative of said input information, said output display remaining visible at the display terminal until actively removed under control of said input source, characterized in that there is provided means for providing at said display terminal first and second symbols graphically representative of the fact that information is being generated or removed, respectively, by said input source,
said graphical symbols each being independent from the information content of said generated or removed input and being positionally dependent upon said generated or removed input.

9. The invention set forth in claim 8 further characterized in that
said arrangement including means for automatically removing said graphical symbols from said display terminal after the conclusion of said generation or removal of said information by said input source.

10. The invention set forth in claim 8 wherein said graphic generating means includes a read only memory (ROM), the bit patterns of which are used to form said graphic image.

11. The invention set forth in claim 10 wherein said viewing unit is a video monitor controlled by a refresh memory and wherein said ROM output is mixed with said refresh memory output.

12. The invention set forth in claim 9 wherein said generating means includes means for selectively removing said provided graphic images when images on said viewing unit are unchanging, said means being operable to remove said second image immediately upon the cessation of said erasing and operable to remove said first image a fixed time interval after the cessation of said writing.

13. In a system for communicating information from an input terminal to a visual display terminal, said system having the characteristic that the momentary generation of said input information produces a visual output display representative of said input information, said output display remaining visible at the display terminal until actively removed under control of the input terminal, characterized in that there is provided an arrangement for providing at said visual display terminal a symbol graphically representative of the fact that information is being generated at said input terminal,
said graphical symbol being independent from the information content of said generated input and being positionally dependent upon said generated input,
said arrangement including means for automatically removing said graphical symbol from said display terminal after the conclusion of said generation of said information at said input terminal, and
said arrangement including means for providing different graphical symbols depending upon whether information is being generated or removed from said input terminal.

14. The invention set forth in claim 13 wherein said generating means includes means for selectively removing said provided graphic images when images on said viewing unit are unchanging, said means being operable to remove said second image immediately upon the

EXHIBIT G

27

4,317,956

11

cessation of said erasing and operable to remove said first image a fixed time interval after the cessation of said writing.

15. The method of providing images on a viewing screen, said images representative of information transmitted from a sending unit, said method comprising the steps of

receiving transmitted data representative of the location on said viewing screen of changed data,

sequentially and repetitively providing said received data to said viewing screen,

generating an overlay image,

mixing said generated overlay image with said provided data to said viewing screen so that said generated overlay image is positioned with respect to a determined location of said last changed data.

16. The invention set forth in claim 15 further comprising the step of removing from said viewing screen said generated overlay image when said received data is unchanging.

17. The invention set forth in claim 15 further comprising the step of determining if said received data represents an addition or a subtraction of information from said sending unit, and

wherein said generating step includes the generation of first and second overlay images controlled by whether said changed data is determined to represent said addition or subtraction, respectively.

18. The method of providing cursor images in a telautograph system having a sending unit and a separate

12

viewing unit for observing images created on said sending unit,

characterized in that said method includes the steps of

generating separate from said drawn images distinctive graphic images, and

selectively enabling one of said generated graphic images so as to provide a selected one of said graphic images to said viewing unit at the position on said viewing unit corresponding to where images created on said sending unit are being changed.

19. The invention set forth in claim 18 further comprising the step of removing from said viewing screen said generated overlay image when said received data is unchanging.

20. The invention set forth in claim 19 further comprising the step of determining if said received data represents an addition or a subtraction of information from said sending unit, and

wherein said generating step includes the generation of first and second images controlled by whether said changed data is determined to represent said addition or subtraction.

21. The invention set forth in claim 18 further comprising the step of determining as between two sending units the currently active sending unit, and

selecting a particular one of said generated graphic images depending upon the determined sending unit.

* * * * *

EXHIBIT G

128

# United States Patent [19]

**Netravali et al.**

[11] **4,383,272**

[45] **May 10, 1983**

[54] **VIDEO SIGNAL INTERPOLATION USING MOTION ESTIMATION**

[75] Inventors: Arun N. Netravali, Westfield; John D. Robbins, Aberdeen, both of N.J.

[73] Assignee: Bell Telephone Laboratories, Incorporated, Murray Hill, N.J.

[21] Appl. No.: 253,698

[22] Filed: Apr. 13, 1981

[51] Int. Cl.³ .............................................. H04N 7/12
[52] U.S. Cl. ...................................... 358/136; 358/138; 358/105
[58] Field of Search ............... 358/136, 133, 105, 138; 375/28; 364/518, 521

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

4,218,703 8/1980 Netravali et al. ............... 358/136
4,218,704 8/1980 Netravali et al. ............... 358/136
4,232,338 11/1980 Netravali et al. ............... 358/136
4,307,420 12/1981 Ninomiya et al. ............... 358/136

*Primary Examiner*—Benedict V. Safourek
*Assistant Examiner*—Edward L. Coles
*Attorney, Agent, or Firm*—Barry H. Freedman

[57] **ABSTRACT**

Information defining elements of a picture is estimated by interpolation using information from related locations in preceding and succeeding versions of the picture. The related locations are determined by forming an estimate of the displacement of objects in the picture. Displacement estimates are advantageously formed recursively, with updates being formed only in moving areas of the picture. If desired, an adaptive technique can be used to permit motion compensated interpolation or fixed position interpolation, depending upon which produces better results.

**24 Claims, 4 Drawing Figures**



EXHIBIT H

729



FIG. 1

PRIOR ART INTERPOLATION

FIELD 101

FIELD 102

FIELD 103

FIELD 104

FIELD 105

TIME

EXHIBIT H

230



*FIG. 2*

DISPLACEMENT-BASED INTERPOLATION



FIG. 3

EXHIBIT H

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3884   Page 251 of 331

## FIG. 4



EXHIBIT H

4,383,272

1

## VIDEO SIGNAL INTERPOLATION USING MOTION ESTIMATION

### TECHNICAL FIELD

This invention relates generally to interpolation of video signals and, in particular, to interpolation of video signals using motion estimation.

### BACKGROUND OF THE INVENTION

In various schemes for interframe coding of television pictures, it is advantageous to drop or discard information from some fields or frames by subsampling the video signal at a fraction of the normal rate. This is done in order to prevent overflow of the data rate equalization buffers disposed in the transmission path; or simply to increase the efficiency of the encoder by removing redundant information. At the receiver, a reconstructed version of the information contained in the nontransmitted fields or frames is obtained by interpolation, using information derived from the transmitted fields. Simple linear interpolation may be performed by averaging the intensity information defining picture elements (pels) in the preceding and succeeding transmitted fields at fixed locations which are most closely related to the location of the picture element that is presently being processed. In certain instances, the interpolation may be performed adaptively, such that the pels used to form certain reconstructed or estimated intensity values are selected from two or more groups having different spatial patterns or such that the information obtained from pels in the same relative spatial positions in the prior and succeeding frames are combined in two or more different ways.

Both the aforementioned fixed and adaptive interpolative techniques are adequate to estimate and thus recover the nontransmitted picture information when little motion occurs in the picture. However, where objects, particularly those with a high degree of detail, are moving quickly in the field of view of the television camera, dropping fields or frames in the encoder and subsequent reconstruction using interpolation often causes blurring and other objectionable visual distortion. Accordingly, the broad object of the present invention is to enable improved estimation of intensity information defining elements in a picture using interpolative techniques on information derived from preceding and succeeding versions of the picture. A specific object is to improve the reconstruction of a nontransmitted field of a video signal using information from previous and succeeding fields, so as to eliminate annoying distortion and flicker.

### SUMMARY OF THE INVENTION

The foregoing and additional objects are achieved in accordance with the instant invention by estimating the intensity information defining elements in a picture (which may be a nontransmitted field or other portion of a video signal) based on information defining pels in related locations in preceding and succeeding versions of the same picture, using an interpolative technique which takes account of the motion of objects in the picture to identify the related locations. More specifically, apparatus for estimating the desired intensity information includes a recursive motion estimator for providing an indication of the displacement of objects between the two available versions of the picture which precede and follow the picture being processed and an

2

interpolator arranged to utilize information defining pels at the appropriate displaced locations within the preceding and succeeding versions to form an estimate of the desired information. In a preferred embodiment, an adaptive technique is used to switch between displacement compensated interpolation and fixed position interpolation, depending upon which produces the best results in the local picture area.

### BRIEF DESCRIPTION OF THE DRAWING

The features and advantages of the present invention will be more readily understood from the following detailed description when read in light of the accompanying drawing in which:

FIG. 1 is a representation of a series of video fields indicating the locations of picture elements used to form estimates of nontransmitted information in accordance with prior art fixed position interpolative techniques;

FIG. 2 is a similar representation of a series of video fields indicating the displaced pel locations in the preceding and succeeding frames used to estimate the information defining the presently processed picture element in accordance with the present invention;

FIG. 3 is a block diagram of apparatus arranged in accordance with the present invention for reconstructing information defining pels in a nontransmitted field of a video signal by processing information derived from preceding and succeeding versions of the picture using motion compensated interpolation; and

FIG. 4 illustrates spatial interpolation performed in interpolators 305 and 306 of FIG. 3.

### DETAILED DESCRIPTION

One embodiment of the present invention, which permits reconstruction of a nontransmitted field of a video signal using information derived from transmitted preceding and succeeding fields, will be better appreciated by consideration of FIG. 1, which illustrates the time-space relationship of a sequence of television fields 101-105, each of which can be thought of as a "snapshot" or version of a moving picture which is electrically represented by the video signal being processed. Vector 100 indicates the direction of time progression, such that field 101 occurs first and is followed in succession by fields 102 . . . 105. The time interval between successive fields is given by $\tau$, and is generally 1/60th of a second for conventional video encoding. Each field is obtained by scanning the picture being processed along a plurality of generally parallel scan lines, such as lines 110-115 in field 104. In order to conserve bandwidth, a conventional video signal generator is arranged to interlace the scan lines in each pair of successive fields. Thus, each line in an odd numbered field is offset from the corresponding line in the previous (and next) field by half the distance between adjacent lines. The NTSC standard requires a total of 525 scan lines for each pair of fields, which together constitute a frame.

Assuming that even numbered fields 102 and 104 shown in FIG. 1 were encoded for transmission using conventional subsampling and/or other compression techniques, and that these fields have been reconstructed at the receiver, it is known to reconstruct information defining pels in the nontransmitted odd fields 101, 103 and 105 by interpolation. As used herein, "information" can include intensity information describing the different color components (red, green and blue) of a composite signal or combinations thereof, such as

EXHIBIT H

234

4,383,272

**3**

luminance and chrominance information. Using "intensity" generally in the foregoing sense; to reconstruct or estimate the intensity value $I_E$ for a pel E on line 120 in field 103, it is typical to use intensity information from spatially corresponding locations in the transmitted preceding field 102 and the succeeding field 104. Since the scan lines in the even and odd fields are offset from one another, the intensity values in fields 102 and 104 at the precisely corresponding spatial location of pel E are not available. However, intensity values for pels on the scan lines just above and just below line 120 may be used. Thus, the intensity of pel E can be estimated as the average $(I_A + I_B + I_C + I_D)/4$ of the intensities of pels A and B in field 104 and pels C and D in field 102. As stated previously, this fixed position interpolation procedure for reconstructing the nontransmitted fields is generally satisfactory, as long as objects in the picture are relatively still. However, in areas of the picture which are changing quickly, the reconstructed version generally appears noticeably blurred and distorted. This significantly reduces the utility of the subsampling, and limits the number of fields which may be dropped at the transmitter and successfully recovered at the receiver.

The motion compensated interpolation strategy of the present invention, again considered in the context of reconstruction of a nontransmitted field using information from preceding and succeeding fields which are available at the receiver, can be explained by reference to FIG. 2, which again depicts the time-space relationship of a series of fields 201 . . . 205. For the sake of generality, it is assumed that $K_1$ field intervals $\tau$ including field 202 intervene between the previous transmitted field 201 and the present (nontransmitted) field 203, and that $K_2$ field intervals including field 204 intervene between field 203 and the succeeding transmitted field 205. $K_1$ and $K_2$ are, of course, positive integers. In order to obtain an estimate of the intensity value of each pel in nontransmitted field 203, it is first necessary to form an estimate D of the displacement per field interval of moving objects in the picture between the transmitted fields 201 and 205 which bracket field 203. The underscore used for the variable D and hereinbelow indicates a vector having components in the horizontal (picture element to element) and vertical (scan line to line) directions. It is assumed here that objects in the pictures being processed are in simple uniform translation during this period. Second, the intensity values at the displaced locations in the previous and succeeding transmitted fields which "correspond" to the location in the field being processed are determined. As used here, the "correspondence" indicates locations at which the same object is expected to be in different versions of the picture. Finally, the desired intensity value is derived using interpolation or averaging.

To illustrate, if the position of a presently processed pel 250 in field 203 is denoted by vector x, then the location of the "corresponding" displaced pel 260 in field 201 is given by $x - K_1 D$ and the intensity at that location is written $I(x - K_1 D, t - K_1 \tau)$. Similarly, the location in field 205 of pel 270 which contains the object depicted in pel 250 is given by $x + K_2 D$, and the intensity at this location is $I(x + K_2 D, t + K_2 \tau)$. In this example, the desired intensity value $I(x,t)$ for pel 250 is determined by interpolation, such that:

$$I(x, t) = \frac{1}{K_1 + K_2} [K_1 I(x + K_2 D, t + K_2 \tau) + \tag{1}$$

**4**

-continued
$$K_2 I(x - K_1 D, t - K_1 \tau)].$$

From Equation (1) it is seen that interpolation produces a weighted average of intensity values from fields displaced timewise from the present field 203. If $K_1 > K_2$, field 203 is closer in time to field 205, and more weight is given to the intensity value information derived from the latter. On the other hand, if $K_2 > K_1$, more weight is given to the intensity value $I(x - K_1 D, t - K_1 t)$ from field 201. When alternate field subsampling is used, $K_1 = K_2 = 1$ and the interpolated intensity value $I(x,t)$ is a simple average of $I(x+D, t+\tau)$ and $I(x-D, t-\tau)$.

With respect to formation of the displacement estimate D, it must be understood that the magnitude and direction of this vector varies, in a real television scene, as a function of both time and space. Accordingly, the intensity values at pels 250, 260 and 270 are not likely to be exactly equal. For convenience, a displaced frame difference DFD(x,D) which is a function both of location x and displacement estimate D, is defined such that:

$$DFD(x,D) = I(x + K_2 D, t + K_2 \tau) - I(x - K_1 D, t - K_1 \tau) \tag{2}$$

To estimate the value of D, it is advantageous to minimize $|DFD(x,D)|^2$ recursively for every pel position x within the moving area of the picture. This is analogous to minimizing mean square error (since DFD is an error indicator) and can be done using a steepest descent technique. Thus:

$$D^{i+1} = D^i - \frac{\epsilon}{2} \nabla_D [DFD(x, D)]^2 \mid D = D^i \tag{3}$$

$$= D^i - \epsilon DFD(x, D^i) \nabla_D [DFD(x, D_i] \mid D = D^i \tag{4}$$

$$= D^i - \epsilon DFD(x, D^i) \begin{bmatrix} K_2 \cdot ED(x + K_2 D^i, t + K_2 \tau) + \\ K_1 \cdot ED(x - K_1 D^i, t - K_1 \tau) \\ K_2 \cdot LD(x + K_2 D^i, t + K_2 \tau) + \\ K_1 \cdot LD(x - K_1 D^i, t - K_1 \tau) \end{bmatrix} \tag{5}$$

In Equations (3)–(5), $D^i$ is a present estimate of the displacement vector D and $D^{i+1}$ is the next estimate, with the recursion being performed for each picture element i = 1, 2, . . . . The symbol $\nabla_D$ indicates a gradient or spatial rate of change calculated assuming a displacement vector D. In the horizontal picture direction, the rate of change can be determined from "element differences" ED(x,t), i.e., the intensity differences between successive picture elements on a single scan line evaluated at the location x in the field occurring at time t. The rate of change in the vertical direction is similarly determined from "line differences" LD(x,t) which are intensity differences between pels in the same horizontal position on different scan lines, again evaluated at the location x in the field occuring at time t. Scaling factor $\epsilon$ is used in Equations (3) through (5) to limit large changes; $\epsilon$ is always less than one and is preferably in the range of 0.1 to 0.001. Further details concerning the recursive displacement estimation technique described herein may be obtained from applicants' U.S. Pat. No. 4,218,703 issued Aug. 19, 1980.

The displacement recursion specified in Equations (3)–(5) is carried out only in the moving areas of the picture. These areas can be identified when the frame difference, denoted FD(x), has a magnitude which exceeds a preselected threshold value. The frame differ-

EXHIBIT 4

235

4,383,272

5

ence is defined as the intensity difference, at pel location x, as measured in the previous and succeeding frames. Thus:

$$FD(x) = I(x,t+K_2\tau) - I(x,t-K_1\tau).\qquad(6)$$

While it is possible to implement the interpolation specified in Eq. (1) and the displacement estimation specified in Eq. (5), several simplifications can significantly reduce circuit complexity. For example, the displacement estimates calculated in Equations (3)–(5) require several multiplications for each iteration. This can be reduced by considering only the sign of the two right-hand terms, i.e.,

$$D^{j+1} = D^j -\qquad(7)$$

$$\epsilon SIGN\,(DFD\,(x,D^j))\cdot SIGN\,\{\nabla_D[DFD\,(x,D)]\mid D=D^j\}$$

where the SIGN function is defined by

$$SIGN(Z) = \begin{cases} 0, & \text{if } |Z| < T \\ \dfrac{Z}{|Z|}, & \text{otherwise,} \end{cases}\qquad(8)$$

where T is a small non-negative number. A second simplification results by use of spatial gradients in only one transmitted field rather than in both the previous and succeeding fields. This modification simplifies Eq. (5) as follows:

$$D^{j+1} = D^j - \epsilon DFD\,(x,D^j)\begin{bmatrix} K_2 \text{ (el. diff. at } x + K_2 D^j) \\ K_2 \text{ (line diff. at } x + K_2 D^j) \end{bmatrix}\qquad(9)$$

Yet another modification is quite desirable in order to simplify the hardware implementation described below. In this modification, the present displacement estimate $D^j$ is used to compute the intensity value $I(x,t)$ in Equation (1), instead of the next displacement estimate $D^{j+1}$ which more precisely belongs in the intensity value equation. This modification permits the same set of intensity values to be used for both the computation of the displacement estimate and the interpolation of the missing field intensity values.

While it is not essential in practicing the present invention, an adaptive technique is preferred in the interpolative recovery of nontransmitted fields, such that "displacement compensated interpolation" in accordance with the present invention is used instead of conventional "fixed position" interpolation only when it produces better results. Switching between the two types of interpolation is accomplished under the control of adaption logic which compares the magnitude of the frame difference FD(x) and the displaced frame difference DFD(x,D) to determine which is smaller. If DFD(x,D)<FD(x), displacement compensation is better, and Equation (1) is used in the interpolation. If the frame difference is smaller, the interpolated intensity I(x,t) value is computed conventionally using the same location in the previous and succeeding transmitted fields, as follows:

$$I(x,t) = \frac{1}{K_1 + K_2}\,[K_1 I\,(x,t + K_2\tau) + K_2 I\,(x,t - K_1\tau)].\qquad(10)$$

6

A block diagram of apparatus arranged to estimate the intensity values of elements in a picture (such as a nontransmitted field of a video signal) using either motion compensated interpolation or fixed position interpolation is shown in FIG. 3. Intensity information representing the versions of the picture which precede and follow the picture being estimated, obtained, for example, by decoding transmitted information representing fields such as fields 201 and 205 of FIG. 2, is entered in random access memories 301 and 302, respectively, via lines 370 and 371. The information is stored within these memories such that intensity values for specific addressed groups of pels can be recovered. For this purpose, each of the memories 301 and 302 includes address inputs 303 and 304, respectively, which receive the integer portions of $K_1 D^j$ and $K_2 D^j$, which indicate the position in fields 201 and 205 of the same object which is depicted in the pel for which an intensity is being estimated. The products of the displacement estimate $D_j$ stored in a delay element 310 and the factors $K_1$ and $K_2$, respectively, are formed by multipliers 331 and 332. The intensity values for several (usually four) picture elements nearest the addressed displaced locations are output from memories 301 and 302 and applied to a pair of interpolators 305 and 306 via lines 307 and 308, respectively.

Interpolators 305 and 306 are arranged to use the intensity values output from memories 301 and 302 and the fractional part of the displacement estimates $K_1 D^j$ and $K_2 D^j$ received on lines 365 and 366, respectively, to compute the intensity values $I(x-K_1 D^j, t-K_1\tau)$ and $I(x+K_2 D^j, t+K_2\tau)$. This procedure, which is essentially intrafield interpolation "in space", is used because the displacement estimates usually do not indicate a single pel location, but rather a position between pels; a second interpolation step described below, which is interfield interpolation "in time", actually calculates the nontransmitted intensity values being reconstructed. To determine the intensity at the in-between locations, the fractional portions of the displacement estimates are resolved into horizontal and vertical components. The intensity values for pels which bracket the specified location both vertically and horizontally are chosen, and the in-between values computed by linear interpolation. An example of this interpolation is given below. The resulting displaced interpolated intensity values are output on lines 309 and 310.

In order to determine the desired intensity value $I(x,t)$ in accordance with Eq. (1), the intensity values at the displaced locations in fields 201 and 205 are timewise interpolated. For this purpose the outputs on lines 309 and 310 are weighted by factors $K_2$ and $K_1$ in multipliers 311 and 312, and a sum of the weighted values is formed in adder 313. The sum is then scaled by $1/(K_1+K_2)$ in multiplier 314. From the foregoing, it is seen that more emphasis is given to the intensity value of the field closest in time to field 203, and less emphasis is given the more remote field. The output of multiplier 314 on line 316 which represents the motion compensated interpolated intensity value specified in Eq. (1), is applied to one input of switch 315.

Field memories 301 and 302 are also arranged to make available on lines 317 and 318, respectively, the intensity values $I(x,t-K_1\tau)$ and $I(x,t+K_2\tau)$ for pels in the transmitted fields which are in the same spatial position as the pel presently being processed. To obtain an estimate of $I(x,t)$ by fixed position interpolation, the intensity values are again likewise weighted by forming

EXHIBIT H

236

4,383,272

7

the sum of $K_1$ times the intensity in field 205 and $K_2$ times the intensity in field 201, and by dividing the sum by $1/(K_1+K_2)$. This is accomplished by applying the signals on lines 317 and 318 to inputs of adder 319 via multipliers 341 and 342 with coefficients $K_1$ and $K_2$, respectively. The output of adder 319 is applied, in turn, to a multiplier circuit 330 via line 320, where the sum is multiplied by the factor $1/(K_1+K_2)$. The resulting value represents the intensity estimate specified in Eq. (10), which is applied to a second input of switch 315.

As mentioned previously, the position of switch 315 is adaptively controlled so as to select either the motion compensated interpolated value on line 316 or the fixed position interpolated value output from multiplier 330, depending upon the relative magnitudes of the frame difference FD(x) and the displaced frame difference DFD(x,D). The magnitude of FD(x) is obtained by forming the differences between $I(x,t-K_1\tau)$ and $I(x,t+K_2\tau)$ in a subtractor 325 and applying the subtractor output on line 326 to a magnitude circuit 327, which disregards sign information. The magnitude of DFD(x,D) is obtained by forming the difference between $I(x-D,t-K_1\tau)$ and $I(x+D,t+K_2\tau)$ in a subtractor circuit 322 and applying the difference to a magnitude circuit 324. |FD(x)| and |DFD(x,D)| are compared in a subtractor circuit 321, and a sign bit output is used to control the position of switch 315. Thus, when the frame difference FD(x) is smaller than the displaced frame difference DFD(x,D) in the local area of the picture being processed, switch 315 is arranged to couple the output of multiplier 330, representing a fixed position interpolation, through the switch to output line 390. On the other hand, if the displaced frame difference is smaller, switch 315 is positioned to couple the output of multiplier 314 representing motion compensated interpolation through to output line 390. The estimated intensity value available on line 390 can be accumulated in a memory, not shown, and the entire process described above repeated for the remaining picture elements in the field. When the entire field has been reconstructed, the contents of the memory may be applied to a display medium in the appropriate time position with respect to the transmitted fields, by multiplexing apparatus, not shown.

As mentioned previously, the displacement estimate $D^i$ is stored in a one pel delay element 350, and recursively updated for each pel. To implement the updating, the output of delay element 350 is applied to one input of an adder 351, which receives an update or correction term as its second input on line 352. The output of adder 351 is the next displacement estimate $D^{i+1}$, which is, in turn, coupled back to the input of delay element 350 to yield the next estimate. Displacement estimates are updated in accordance with Eq. (5) only in the moving area of the picture, and a "zero" update is used otherwise. For this purpose, the position of switch 353 is controlled by the output of comparator 354, the latter serving to determine whether or not |FD(x)| output from magnitude circuit 327 exceeds a predetermined threshold value T. If the threshold is not exceeded, the picture area being processed is not moving. In this circumstance, switch 353 is positioned as shown in FIG. 3 so as to couple a "0" update to adder 351. On the other hand, if the output of comparator 354 indicates that the frame difference does exceed T, a moving area in the picture has been detected, switch 353 is repositioned, and the displacement correction term (from multiplier 360) is coupled through switch 353 to adder 351. The

8

magnitude of the update term is calculated in accordance with Eq. (5) by multiplying second outputs of interpolators 305 and 306 on lines 343 and 344, which represent the displaced element and line differences in the previous and succeeding fields, by $K_1$ and $K_2$, respectively, in multipliers 368 and 369 and forming the sum of these products in adder 367. The sum is multiplied, in turn, by the displaced frame difference output from subtractor 322, and this product is scaled by the factor $\epsilon$ in multiplier 360 before being applied to the second input of switch 353. The manner in which the element and line differences are formed in interpolators 305 and 306 is explained below, in connection with FIG. 4.

After each nontransmitted field has been reconstructed by interpolation in accordance with the present invention, it is necessary to update multiplier coefficients $K_1$ and $K_2$ (when either or both exceeds one) before the next nontransmitted field is processed. For example, in FIG. 2, assuming that fields 201 and 205 are transmitted and fields 202, 203, and 204 are not, then $K_1=K_2=2$ when field 203 is being processed. When field 202 is processed, $K_1=1$ and $K_2=3$. On the other hand, when field 204 is processed, $K_1=3$ and $K_2=1$. Updating of the coefficients $K_1$ and $K_2$ is easily carried out by storing their values in random access memories and by reading out appropriate coefficients under control of clocking circuitry not shown. Information needed to control clocking is derived from sync signals recovered from the transmitted video fields.

An example of the spatial (intrafield) interpolation performed by interpolators 305 and 306 is illustrated graphically in FIG. 4. Locations P, Q, R and S represent four picture elements in a transmitted field of the signal being processed, and $I_P$, $I_Q$, $I_R$ and $I_S$ represent the intensity values at these locations. For convenience, it is assumed that location Q is at the origin of an orthogonal coordinate system, and locations P, R and S are at coordinates (0,1), (1,1) and (1,0), respectively. If the displacement estimate $D^i$ shown by vector 401 has a horizontal component with a fractional portion x, $0<x<1$ and a vertical component with a fractional portion y, $0<y<1$, then the intensity value at location (x,0) is obtained by linear interpolation such that:

$$I_{(x,0)}=(1-x)I_Q+(x)I_S \qquad (11)$$

and the intensity value at location (x,1) is given by:

$$I_{(x,1)}=(1-x)I_P+(x)I_R. \qquad (12)$$

The intensity at location (x,y) is also obtained by interpolation, such that:

$$I_{(x,y)} = (y)I_{(x,1)} + (1-y) I_{(x,0)} \qquad (13)$$

$$= y(1-x) I_P + (y)(x) I_R + (1-y)(1-x) I_Q + \qquad (14)$$

$$(1-y)(x) I_S. $$

From Eq. (14), it is seen that $I_{(x,y)}$ is a weighted sum of the intensities of the pels surrounding the location specified by the displacement estimate, with more weight being given to the closest pels. If desired, other interpolation weights can be used, or additional samples can be used to contribute to the weighting pattern.

The manner in which element and line differences ED and LD are formed in interpolators 305 and 306 can also be illustrated by reference to FIG. 4. For example,

EXHIBIT H

237

4,383,272

9

if $I_P$, $I_Q$, $I_R$ and $I_S$ represent the intensity values for pels in field 201 at time $t-K_1\tau$ and at spatial locations which surround the location indicated by vector 401, then the element difference ED can be represented by $\frac{1}{2}[(I_R-I_P)+(I_S-I_Q)]$ and the line difference LD can be represented by $\frac{1}{2}[(I_Q-I_P)+(I_S-I_R)]$. This calculation averages the differences, in both the horizontal (element) and vertical (line) directions, for pels surrounding the location for which an intensity value is being estimated. Alternatively, a simple calculation can use a single difference $(I_R-I_P)$ for ED and $(I_Q-I_P)$ for LD. In either event, interpolators 305 and 306 may include suitable arithmetic circuits for forming the desired differences.

The timewise interpolation performed by multipliers 311, 312 and 314 can be further illustrated by several examples. If a series of fields is designated a, b, c, d . . . and if every third field a, d, h . . . is transmitted, then the intensity value $I_b$ in field b is reconstructed using intensity values $I_a$ and $I_d$ from the transmitted fields a and d as follows:

$$I_b = \frac{1}{3}(2I_a + I_d)$$

The intensity value $I_c$ in field c is given by:

$$I_c = \frac{1}{3}(I_a + 2I_d)$$

As a second example, if every fourth field a, e, i . . . in the series is transmitted, the reconstructed intensity value $I_b$ in field b is given by:

$$I_b = \frac{1}{4}(3I_a + I_e)$$

Similarly, the reconstructed values for fields c and d are:

$$I_c = \frac{1}{4}(2I_a + 2I_e), \text{ and}$$

$$I_d = \frac{1}{4}(I_a + 3I_e).$$

Various modifications and adaptations may be made to the present invention by those skilled in the art. Accordingly, it is intended that the invention be limited only by the appended claims. For example, while the preceding description primarily described reconstruction of nontransmitted interlaced fields, it should be clearly understood that the present invention enables efficient reconstruction of information defining a picture or a portion of a picture using similar information derived from preceding and succeeding versions of the picture which include the same spatial area.

What is claimed is:

1. Apparatus for estimating the intensities of elements (pels) in a picture in accordance with information defining intensities of pels in preceding and succeeding versions of the picture including means for determining by interpolation intensities of pels in said picture in accordance with intensities of pels in related locations in said preceding and succeeding versions, characterized in that said determining means includes means for selecting said related locations as a function of the displacement of objects in said picture.

2. The invention defined in claim 1 wherein said apparatus includes:

means for storing a present estimate D′ of said displacement, and

means for recursively updating said estimate for each element in said picture.

10

3. The invention defined in claim 2 wherein said apparatus includes means for operating said updating means only in moving areas in said picture.

4. The invention defined in claim 3 wherein said apparatus further includes:

means for computing a frame difference FD(x) indicating the intensity difference at spatially corresponding locations in preceding and succeeding versions, and

means for computing a displaced frame difference [DFD(x,D)] indicating the intensity difference at the related locations determined by said displacement estimate,

wherein said selecting means is arranged to select said displaced locations if said displaced frame difference is smaller than said frame difference and to select said corresponding locations otherwise.

5. The invention defined in claim 1 wherein said apparatus further includes:

means for storing the intensity values for pels in said preceding and succeeding versions, and

means responsive to said present displacement estimate for addressing selected ones of said stored values.

6. Apparatus for estimating the intensity values of each element (pel) of a picture being processed by interpolating between the intensity values of related pels in first and second other versions of said picture, including:

means for estimating the displacement of objects in said picture occurring between said other versions, and

means for selecting said related pels in accordance with said displacement estimate.

7. The invention defined in claim 6 wherein said first and second other versions occur at intervals $K_1\tau$ before and $K_2\tau$ after said picture being processed, where $K_1$ and $K_2$ are positive integers and $\tau$ is a predetermined constant, and wherein said related pels are at displaced locations $x-K_1D$ and $x+K_2D$ in said first and second versions, respectively, where x is the vector location of the pel in said presently processed picture and D is the vector representing said displacement estimate per time $\tau$.

8. The invention defined in claim 7 wherein said displacement estimate is recursively updated such that an update term is added to each estimate to form the next estimate, where said update term is a function of the intensity difference at said displaced locations.

9. The invention defined in claim 8 wherein said apparatus further includes means for comparing said intensity difference at said displaced location with the intensity difference at the same location x in said other versions, and

means for operating said selecting means only if said displaced location intensity difference is smaller than said same location intensity difference.

10. Apparatus for reducing the bandwidth needed to transmit a video signal representing a sequence of pictures by encoding the intensity values of pels in ones of said pictures in said sequence and reconstructing missing pictures using information from encoded pictures, including:

means for computing the intensity of pels in a missing picture by interpolating the intensity of pels in corresponding locations in the encoded ones of said pictures which precede and follow said missing picture, and

means for selecting said corresponding locations as a function of the displacement of objects in said picture between said preceding and following pictures.

4,383,272

**11**

11. The invention defined in claim 10 further including:

means for storing an estimate $D^i$ of said displacement, and

means for recursively updating said estimate to form a new estimate $D^{i+1}$ by adding a correction term which is a joint function of (a) the intensity difference at said corresponding location, and (b) the spatial gradient of said intensity difference.

12. The invention defined in claim 11 wherein said apparatus further includes:

means for storing the intensity values of pels in said preceding and following pictures, and

means for addressing said stored values in accordance with $D^i$ to obtain the intensities at said corresponding locations.

13. A method of estimating the intensities of elements (pels) in a picture in accordance with information defining intensities of pels in preceding and succeeding versions of the picture including the step of determining by interpolation intensities of pels in said picture in accordance with intensities of pels in related locations in said preceding and succeeding versions, characterized in that

said determining step includes selecting said related locations as a function of the displacement of objects in said picture.

14. The method defined in claim 13 further including the steps of:

storing a present estimate $D^i$ of said displacement, and recursively updating said estimate for each element in said picture.

15. The method defined in claim 14 further including the step of operating said updating means only in moving areas in said picture.

16. The method defined in claim 15 further including the steps of:

computing a frame difference FD(x) indicating the intensity difference at spatially corresponding locations in preceding and succeeding versions, and

computing a displaced frame difference [DFD(x,D)] indicating the intensity difference at the related locations determined by said displacement estimate, wherein said selecting step includes selecting said displaced locations if said displaced frame difference is smaller than said frame difference and selecting said corresponding locations otherwise.

17. The method defined in claim 13 wherein said determining step further includes:

storing the intensity values for pels in said preceding and succeeding versions, and addressing selected ones of said stored values in response to said present displacement estimate.

18. A method of estimating the intensity values of each element (pel) of a picture being processed by interpolating between the intensity values of related pels in

**12**

first and second other versions of said picture, including the steps of

estimating the displacement of objects in said picture occurring between said other versions, and

selecting said related pels in accordance with said displacement estimate.

19. The method defined in claim 18 wherein said first and second other versions occur at intervals $K_1\tau$ before and $K_2\tau$ after said picture being processed, where $K_1$ and $K_2$ are positive integers and $\tau$ is a predetermined constant, and wherein said related pels are at displaced locations $x-K_1D$ and $x+K_2D$ in said first and second versions, respectively, where x is the vector location of the pel in said presently processed picture and D is the vector representing said displacement estimate per time $\tau$.

20. The method defined in claim 19 wherein said displacement estimating step includes recursive updating such that an update term is added to each estimate to form the next estimate, where said update term is a function of the intensity difference at said displaced locations.

21. The method defined in claim 20 further including the steps of comparing said intensity difference at said displaced location with the intensity difference at the same location x in said other versions, and

precluding said selecting step if said displaced location intensity difference is larger than said same location intensity difference.

22. A method of reducing the bandwidth needed to transmit a video signal representing a sequence of pictures by encoding the intensity values of pels in ones of said pictures in said sequence and reconstructing missing pictures using information from encoded pictures, including:

computing the intensity of pels in a missing picture by interpolating the intensity of pels in corresponding locations in the encoded ones of said pictures which precede and follow said missing picture, and

selecting said corresponding locations as a function of the displacement of objects in said picture between said preceding and following pictures.

23. The method defined in claim 22 further including the steps of:

storing an estimate $D^i$ of said displacement, and

recursively updating said estimate to form a new estimate $D^{i+1}$ by adding a correction term which is a joint function of (a) the intensity difference at said corresponding location, and (b) the spatial gradient of said intensity difference.

24. The method defined in claim 23 further including the steps of:

storing the intensity values of pels in said preceding and following pictures, and

addressing said stored values in accordance with $D^i$ to obtain the intensities at said corresponding locations.

* * * * *

60

65

EXHIBIT H

739

# United States Patent [19]

## Doughty

[11] **Patent Number:** 4,582,956

[45] **Date of Patent:** Apr. 15, 1986

[54] **METHOD AND APPARATUS FOR DISPLAYING AT A SELECTED STATION SPECIAL SERVICE INFORMATION DURING A SILENT INTERVAL BETWEEN RINGING**

[75] Inventor: Carolyn A. Doughty, Wheaton, Ill.

[73] Assignee: AT&T Bell Laboratories, Murray Hill, N.J.

[21] Appl. No.: 513,080

[22] Filed: Jul. 12, 1983

[51] Int. Cl.⁴ ..................... H04M 11/00; H04M 15/06

[52] U.S. Cl. ..................................... 179/2 A; 179/5.5; 179/18 B

[58] Field of Search .................. 179/2 R, 2 A, 2 AM, 179/2 AS, 2 DP, 5.5, 5 R, 5 P, 6.16, 18 B, 18 FH, 18 HB, 18 BF, 18 BG, 84 R, 84 A, 84 C, 84 SS, 99 P

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,591,722 | 7/1971 | Palsa | 179/2 DP |
| 3,727,003 | 4/1983 | Paraskevakos | 178/28 |
| 3,868,640 | 2/1975 | Binnie et al. | 179/2 AM |
| 4,140,882 | 2/1979 | Regan et al. | 179/84 L |
| 4,242,539 | 12/1980 | Hashimoto | 179/5.5 |
| 4,289,931 | 9/1981 | Baker | 179/18 FH |
| 4,383,138 | 5/1983 | Castro et al. | 179/2 A X |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0082512 | 12/1982 | European Pat. Off. |
| 2720435 | 5/1977 | Fed. Rep. of Germany |
| 3025462 | 4/1980 | Fed. Rep. of Germany |
| 2183442 | 12/1973 | France |

*Primary Examiner*—Gene Z. Rubinson
*Assistant Examiner*—W. J. Brady
*Attorney, Agent, or Firm*—Richard J. Godlewski

[57] **ABSTRACT**

Method and apparatus is disclosed for displaying special service information at a selected station during a silent interval between ringing. The apparatus, a data receiver (100), is connected to the tip and ring leads of any well-known station set and comprises a line interface unit (101), a converter (102), a control circuit (103), and a display unit (126). A frequency shift keyed (FSK) signal which represents the special service information is filtered from the ringing signals by the line interface unit. The converter detects the FSK signal and demodulates the special service information from the FSK signal. Upon detection of the FSK signal, the control circuit receives and stores the special service information. The stored special service information is then periodically sent to the display unit to begin exhibiting the information during the silent interval before the next ringing signal.

**14 Claims, 11 Drawing Figures**



*EXHIBIT 1*

*240*



FIG. I

EXHIBIT | 1

41



FIG. 2

FIG. 3

EXHIBIT 1

242

*FIG. 4*

| STATE VARIABLE |
|---|
| CHARACTER COUNT ACCUMULATOR |
| CHECKSUM ACCUMULATOR |
| INPUT ARRAY POINTER |
| DATA INPUT ARRAY |
| OUTPUT ARRAY POINTER |
| DATA OUTPUT ARRAY |

MESSAGE STATUS BLOCK

*FIG. 5*



INPUT INTERRUPT ROUTINES

EXHIBIT 1

243

U.S. Patent    Apr. 15, 1986    Sheet 4 of 8    4,582,956



*FIG. 6*

CARRIER DETECT ROUTINE

Case 3:02-cv-02060-B-MDD    Document 73    Filed 07/23/03    PageID.3896    Page 263 of 331

FIG. 7

CHARACTER READY ROUTINE



EXHIBIT 1

145



FIG. 9

RECEIVE CHARACTER COUNT SUBROUTINE

ENTER

901 ENTER RECEIVED CHARACTER IN CHARACTER COUNT ACCUMULATOR

902 ADD RECEIVED CHARACTER TO CHECKSUM ACCUMULATOR

903 SET MSB STATE TO RECEIVE DATA

904 INITIALIZE MSB INPUT ARRAY POINTER

RETURN

FIG. 8

RECEIVE MESSAGE TYPE SUBROUTINE

ENTER

801 DISPLAY MESSAGE

YES

804 ENTER CHARACTER IN CHECKSUM ACCUMULATOR

805 SET MSB STATE TO RECEIVE CHARACTER COUNT

NO

802 CLEAR DISPLAY

803 SET MSB STATE TO IDLE

RETURN

EXHIBIT 1
246



FIG.10

RECEIVE DATA SUBROUTINE

EXHIBIT i

247

U.S. Patent     Apr. 15, 1986     Sheet 8 of 8     4,582,956



FIG. II

BASE LEVEL
UPDATE DISPLAY PROGRAM

1101
RETRIEVE CHARACTER
FROM
OUTPUT ARRAY

1102
WRITE CHARACTER
TO DISPLAY USING
OUTPUT ARRAY POINTER

1103
INCREMENT
OUTPUT ARRAY
POINTER

1104
DOES
OUTPUT ARRAY
POINTER
= (n)

NO

YES

1105
INITIALIZE
DATA OUTPUT ARRAY
POINTER

EXHIBIT 1

48

4,582,956

1

## METHOD AND APPARATUS FOR DISPLAYING AT A SELECTED STATION SPECIAL SERVICE INFORMATION DURING A SILENT INTERVAL BETWEEN RINGING

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is related to the applications of R. W. Foster et al., Ser. No. 512956, entitled "Method and Apparatus for Providing Call Tracing Service"; R. M. Lottes, Ser. No. 512079, entitled "Method and Apparatus for Providing a Plurality of Special Services"; and C. A. Doughty, Ser. No. 512955, entitled "Method and Apparatus for Sending a Data Message to a Selected Station during a Silent Interval between Ringing"; all filed concurrently on July 12, 1983, with this application.

### TECHNICAL FIELD

This invention relates to telephone station sets and particularly to displaying special service information at an on-hook telephone station.

### BACKGROUND OF THE INVENTION

A variety of display station sets and other means exist for displaying at a called station the directory number of a calling station after the parties establish a talking condition between the stations. In one arrangement, while a called party is talking, the telephone switching system performs calling station directory number identification upon request of the called party. There are also some subscriber-owned systems in which the directory number of the calling station is transmitted to the called station by devices positioned at both of the stations. However, these devices are only functional after the call has assumed a talking condition.

In situations where the privacy of the called party is important, a number of arrangements are available. Many require the use of an additional communications link which is an inefficient use unless justified by other needs. Another arrangement transmits the directory number of the calling station to the called station between successive ringing signals. However, this arrangement displays only dialed information such as the directory number of a calling station and is not so practical for other than use in a private branch exchange.

### SUMMARY OF THE INVENTION

The foregoing problems are solved and a technical advance is achieved by method and apparatus for displaying at a selected station special service information during a silent interval between ringing signals from a telephone switching office. In addition to transmitting the ringing signals, the telephone switching office is capable of sending to the selected station an unmodulated signal and by a modulated signal during the silent interval between ringing signals. The modulated signal represents the special service information. The apparatus includes a detector which detects the unmodulated signal during the silent interval between ringing signals. After the unmodulated signal is detected, the special service information is received and stored during the silent interval. The stored special service information is then displayed at the selected station during the silent interval.

In one illustrative embodiment of the invention, the apparatus comprises a frequency shift keyed (FSK)

2

demodulator, a universal asynchronous receiver transmitter (UART), a microprocessor with program and data memory, and a display unit which are all well-known devices. The FSK demodulator detects incoming modulated and unmodulated carrier signals which have been filtered from the ringing signals. Upon detecting an unmodulated carrier signal, the FSK demodulator signals the UART to receive special service information demodulated from the subsequently received modulated carrier signal. Each received character of the special service information is then stored in the data memory by the program-controlled microprocessor. The stored special service information is then exhibited in the display unit under the control of the microprocessor. The display is thus initiated during the silent interval and remains until cleared. This special service information not only includes the directory number of the calling station, but may comprise special service indicators, personal messages, time of day, a called station directory number, and any other desired information.

### BRIEF DESCRIPTION OF THE DRAWING

The invention may be better understood from the following detailed description when read with reference to the drawing in which:

FIG. 1 shows, in block diagram form, a data receiver connectable to a telephone station set for displaying special service information during the silent interval between ringing signals from a telephone switching system;

FIG. 2 illustrates an idealized frequency shift keyed signal, which represents special service information, during the silent interval between idealized ringing signals from a telephone switching system;

FIG. 3 discloses the message character format of the special service information sent from a telephone switching system, to the data receiver;

FIG. 4 shows the memory layout of a message status block in the data memory of the data receiver;

FIGS. 5 through 10 show detailed flow diagrams of the routines and subroutines for detecting and receiving special service information at a selected station during a silent interval between ringing signals; and

FIG. 11 shows a flow diagram of the base level program for periodically updating the display unit of the data receiver with special service information.

### DETAILED DESCRIPTION

The general organization of an embodiment of the invention is illustrated in the block diagram of FIG. 1 which shows on-hook data receiver 100. Input leads 150 and 151 of the receiver are connected to the tip and ring leads of any well-known and commercially available telephone station set. The data receiver may be built into the station set or connected to the station set as a separate stand-alone unit. Data receiver 100 comprises line interface 101, converter 102, control circuit 103, and alpha-numeric display unit 126 to receive frequency shift keyed signals during a silent interval between intermittent ringing signals from a telephone central office. These frequency shift keyed signals represent a data message which contains information which is displayed in providing a telephone special service. In particular, this special service information may include the directory number of the station which is making the call to this particular station. Also included in this informa-

EXHIBIT 1

749

4,582,956

| 3 | 4 |

tion may be special service indicators, alpha-numeric messages, etc.

Graphically depicted in FIG. 2 are idealized intermittent ringing signals 201 and 202, plotted with respect to time, with silent interval 203 therebetween. Commonly transmitted from a telephone central office on the ring lead of the station set, ringing signals such as 201 and 202 typically comprise a 20-hertz, 86-volt RMS sine-wave superimposed on −48 volts. Each ringing signal occurs for a time period of approximately two seconds followed by a silent interval such as 203 of approximately four seconds in duration. With a 20-hertz ringing signal, the time period of each ringing signal cycle is 50 milliseconds.

In accordance with this invention, a serial data message is sent during the first silent interval between intermittent ringing signals. A frequency shift keyed (FSK) signal such as 204 represents this data message and comprises two carrier frequencies such as 2025 and 2225 hertz which represent the low ("0") and high ("1") logic levels of the serial data message. The frequency shift keyed signal is received in a balanced manner on the tip and ring leads of the station set. This signal is transmitted from the central office by a data transmitter such as described in the copending application of this inventor, C. A. Doughty, Ser. No. 512955, filed concurrently on July 12, 1983, with this application, and entitled "Method and Apparatus for Sending a Data Message to a Selected Station during a Silent Interval between Ringing". Reference to this related application is made for a better understanding of the transmission of the data message during the silent interval between ringing. As shown, frequency shift keyed signal 204 is received a short time interval such as 205 after ringing signal 201. This short time interval lasts, for example, 300 to 350 milliseconds to allow the station set to reach a steady state condition. During time interval 206, a single frequency unmodulated FSK signal is received on the tip and ring leads of the station set to initialize the data receiver. During subsequent time interval 207, a modulated FSK signal is received which represents the serial data message.

As shown in FIG. 1, line interface unit 101 comprises high-pass filter 104, difference amplifier 105 and band-pass filter 106, which amplifies the modulated and unmodulated FSK signal and attenuates the 20-hertz ringing signals. High-pass filter 104 comprises blocking capacitors 107 and 108 which are serially connected to respective input leads 150 and 151 to block any DC voltage on the tip and ring leads of the station set. Also included are resistors 109 and 110 along with inductor 111 to attenuate any 20-hertz ringing signal which may be applied to difference amplifier 105. Since the voltage level of the frequency shift keyed signal on the tip lead is equal in magnitude and opposite in polarity to the voltage level on the ring lead, difference amplifier 105 combines the two balanced input voltages to provide a single voltage input signal to band-pass filter 106. Band-pass filter 106 passes the two carrier frequencies of the frequency shift keyed signal and greatly attenuates any other signals outside the frequency range of the two FSK signal frequencies.

Converter 102 converts the modulated FSK signal from the interface unit to a serial bit stream representative of the data message. In addition, converter 102 generates a carrier detect control signal indicating when a FSK signal is present. Converter 102 comprises well-known and commercially available frequency shift keyed modem 112 connected to a frequency standard such as crystal 113. Only the demodulator portion of the modem is used to convert the modulated FSK signal to a serial bit stream. In addition, the modem generates the carrier detect control signal when a FSK signal is present.

The serial bit stream on output conductor 152 of converter 102 comprises a plurality of serial 8-bit characters each preceded by a start bit and followed by a stop bit. Depicted in FIG. 3 is the layout of a typical data message which comprises a plurality of 8-bit characters. The first 8-bit character 301 represents the message type such as a calling station directory number, an alpha-numeric message, special service indication, etc. The second character, character count 302 represents the number of subsequent data characters contained in the message followed by check sum 304. Next, data characters 303 represent, for example, the digits of the calling station directory number, an alpha-numeric message, or any other indication which is intended to be displayed. When the data represents a directory number, each character represents two digits of the number beginning with the highest order digit of the number. Each digit is thus encoded as a 4-bit binary coded decimal character. The last character of the message, check sum character 304, is the two's complement of the modulo 256 total of the character bytes of the message. Thus, when all the characters of the message are totaled, the sum should be zero if the message was received correctly.

The carrier detect control signal present on output conductor 153 of converter 102 assumes one of two logic levels when a FSK signal is present on input conductor 154 and assumes the other logic level when an FSK signal is not present.

Shown in FIG. 1, control circuit 103 is the processing unit of on-hook data receiver 100. Control circuit 103 performs two basic operations; namely, it interprets data messages received from converter 102 and sends special service information to alpha-numeric display 126. Control circuit 103 comprises microprocessor 121, program memory 122, data memory 123, address decoder 124, UART 125, and baud rate generator 127 which are all well-known and commercially available units. Also included are address bus 170 and data bus 171 which interconnect the various units as shown. Common to the various units of the control circuit are read (R) and write (W) conductors 157 and 158 for conveying read and write signals from microprocessor 121 to the other units of the control circuit. Individual select (S) conductors 172 through 176 from address decoder 124 are used to access program memory 122, data memory 123, UART 125, and display 126, respectively, in a well-known manner.

Microprocessor 121 is the information processing unit of the control circuit and executes the program instructions stored in program memory 121 to periodically update display 126. Furthermore, responsive to the carrier detect control signal from converter 102, microprocessor loads the characters of the data message into data memory 123.

Program memory 122 is a permanent memory such as an erasable programmable read-only memory (EPROM) and stores program instructions which direct microprocessor 121 to sequentially perform its many functions.

Data memory 123 is a temporary and erasable memory such as a random access memory for storing infor-

EXHIBIT 1

250

4,582,956

5

mation related to the incoming message. The data memory comprises a message status block which is segmented to store a plurality of variables necessary to receive a data message. Depicted in FIG. 4 is the layout of the message status block (MSB) of the data memory which is segmented into a plurality of variables such as a MSB state, character count accumulator, check sum accumulator, input array pointer, and an output array pointer. Also included are larger segments of memory for an input and an output data array.

Universal asynchronous receiver transmitter (UART) 125 interfaces with microprocessor 121 to receive the serial data messages from converter 102. These serial data messages are converted by UART 125 to a parallel format which are interpreted by micro-processor 121. As previously mentioned, these serial format data messages include special service information such as the directory number of a calling station.

Responsive to address signals received on address bus 170 from microprocessor 121, address decoder 124 selects program memory 122, data memory 123, UART 125, and display 126 to receive address signals on address bus 170 and data signals on data bus 171.

Baud rate generator 127 generates bit rate timing signals for UART 125. For example, this timing signal has a bit rate of $16 \times 300$ baud which represents the baud rate of the incoming data message to UART 125. Responsive to this timing signal on conductor 177, UART 125 receives serial data characters on conductor 152. Furthermore, UART 125 generates an interrupt signal to microprocessor 121 via conductor 178 when the carrier detect control signal on conductor 153 changes level or when a complete data character has been received.

Display unit 126 is a well-known and commercially available array of light-emitting diodes (LED's) or the like for displaying special service information from control circuit 103. As suggested, this special service information may be the directory number of a calling station. Microprocessor 121 periodically updates each character of the display by selecting one of two well-known registers, a character address register and a data register of the unit (not shown), and writing data into these registers via data bus 171. Selecting the character address register via select (S) conductor 175, micro-processor 121 writes the address of the display character into the character address register via data bus 171 by activating the write (W) conductor 158. The contents of this register is then used to address the desired character in the display. In addition, selecting the data register via select (S) conductor 176, microprocessor 121 writes the data register with the character for the desired display character location. Thus, each character of the display is periodically addressed to form a continuous display of the data message.

As previously mentioned, control circuit 103 performs two basic functions. The first is to interpret and store the data received in the receive buffer register of the UART, and the second is to periodically update the characters of the display with the stored data. These actions are accomplished by program instructions stored in the program memory which direct the micro-processor to perform the following functions: (1) recognize a start of message, (2) buffer data into data memory 123, (3) check character count and check sum, (4) recognize loss of carrier, (5) recognize an excessive inter-character timing interval, (6) discard defective messages, and (7) unpack incoming BCD digits. The first

6

basic operation involves receiving a data message from the central office for the associated called station. This data message includes special service information such as the directory number of the calling station in addition to a special service indicator. As previously described, the receipt of a data message is preceded by typically 90-milliseconds of a single frequency unmodulated FSK signal. This single frequency FSK signal causes converter 102 to send a carrier detect control signal to UART 125. Responsive to the carrier detect control signal, UART 125 sends an interrupt signal to micro-processor 121. This in turn causes microprocessor 121 to call an input interrupt routine which is stored in program memory 122.

Depicted in FIG. 5 is the INPUT INTERRUPT routine which is called in response to an interrupt signal from UART 125. The INPUT INTERRUPT routine is called in response to a plurality of events, thus making it necessary for the microprocessor to determine which event caused the interrupt. Microprocessor 121 determines the cause of the interrupt by reading a well-known status register (not shown) in the UART which contains the logic level of the carrier detect control signal. The bits of the status register are examined to determine whether the carrier detect control signal has changed logic levels or the UART receive buffer register has received a complete data character (block 501). When the carrier detect control signal has changed logic levels to indicate the presence of a frequency shift keyed signal from the central office, a CARRIER DETECT routine is called (block 502). When the status register indicates that a complete data character has been loaded in the UART receive buffer register, a CHARACTER READY routine is called (block 503). When the INPUT INTERRUPT routine is completed, control is then returned to the base level program which is used to periodically update alpha-numeric display 126.

Depicted in FIG. 6 is the CARRIER DETECT routine which is used to recognize the beginning of a data message. When an unmodulated single carrier frequency FSK signal has been detected (block 601) micro-processor 121 sets the state of the message status block in data memory 123 to "type" (block 602) and initializes the UART (block 603). Microprocessor 121 initializes UART 125 by writing the status register of the UART. In response, UART 125 clears its receive buffer register in a well-known manner.

When the carrier detect control signal changes logic level to indicate the absence of a frequency shift keyed signal (block 601), the state of the message status block is checked to determine whether it is "idle" (block 604). When "idle", a complete data message has been received, as expected, and control is returned to the base level program. When the state of the message status block is not "idle", this indicates an abnormal termination of the data message transmission such as would happen when a customer lifts his receiver off hook during the transmission of a data message. As a result, the display is cleared (block 605), and the message status block is set to "idle" (block 606). Control is then returned to the INPUT INTERRUPT routine.

When the INPUT INTERRUPT routine indicates that a complete data character has been loaded in the UART receive buffer register, microprocessor 121 calls the CHARACTER READY routine which is depicted in FIG. 7. The status register of the UART is then examined to determine whether the interrupt signal was

EXHIBIT 1

251

4,582,956

7                                                          8

caused by the receipt of a complete data character or by a data transmission error. Typically, a data transmission error is the result of noise on the tip and ring leads of the station set typically causing a framing error. When the UART has detected a transmission error (block 701), display 126 is cleared (block 702), and the message status block state is set to "idle" (block 703). Control is then returned to the INPUT INTERRUPT routine.

When UART status register indicates that a complete data character has been received, microprocessor 121 reads the character in the UART receive buffer register and stores the character in the data input array of the message status block (block 704). The data input array of the message status block is a segment of data memory 123 in which are stored the characters of the data message received from the central office transmitter. Based on the state of the message status block (block 705), microprocessor 121 calls one of four subroutines: namely, IDLE (block 706), RECEIVE MESSAGE TYPE (block 707), RECEIVE CHARACTER COUNT (block 708), and RECEIVE DATA (block 709).

When the message status block is in the "idle" state, no action is required, and control is immediately returned to the CHARACTER READY routine.

When the state of the status block is "type", the RECEIVE MESSAGE TYPE subroutine is called which is depicted in FIG. 8. Microprocessor 121 interprets the message type character to determine whether the data message is to be displayed (block 801). Recognizing that the message is not to be displayed, microprocessor 121 clears display 126 (block 802) and sets the message status block state to "idle" (block 803). Control is then returned to the CHARACTER READY routine. Recognizing that the message is to be displayed, microprocessor 121 stores the message type character in the check sum accumulator of the message status block for subsequent check sum calculations (block 804) and sets the state of the message status block to "character count" (block 805). After which, control is once again returned to the CHARACTER READY routine.

When the second character of the data message is received by the UART, microprocessor 121 calls the RECEIVE CHARACTER COUNT subroutine which is depicted in FIG. 9. Under control of this subroutine, microprocessor 121 performs several operations. First, the character is entered in the character count accumulator of the message status block to indicate the number of subsequent data characters to be received (block 901). Second, the character is added to the check sum accumulator in the message status block for transmission error detection (block 902). Next, microprocessor 121 sets the state of the message status block to "data" (block 903). Lastly, the input array pointer of the message status block is initialized for use in storing subsequently received data characters (block 904). After this, control is once again returned to the CHARACTER READY routine.

Upon receiving the third character from UART 125, microprocessor 121 calls the RECEIVE DATA subroutine which is depicted in FIG. 10. Under control of this subroutine, microprocessor 121 first adds the received character to the check sum accumulator (block 1001) and decrements the character count accumulator of the message status block (block 1002). The character count accumulator is decremented each time a data character is received to determine the end of the data message (block 1003). The end of a data message is

reached when the character count equals zero with the receipt of a check sum character. Otherwise, when the end of a data message has not been reached, microprocessor 121 unpacks the binary coded decimal character to form two digits of the calling station directory number (DN) (block 1004) and stores them in the data input array of the message status block using the array pointer (block 1005). The input array pointer is then incremented to a data memory location for the subsequent storage of the next digits of the directory number (block 1006). Again, control is returned to the CHARACTER READY routine.

The RECEIVE DATA subroutine is repeatedly called by the microprocessor until all the characters of a complete data message have been stored in the data input array of the message status block. As mentioned, the subroutine is repeatedly called until the character count of the message status block equals zero (block 1003) at which time the contents of the check sum accumulator is examined (block 1007). When the contents of the check sum accumulator equals zero, microprocessor 121 converts the characters stored in the data input array to a format suitable for display (block 1008) and enters the converted format message in the output array of the message status block (block 1009). The state of the message status block is then set to "idle" (block 1010), and control is, once again, returned to the CHARACTER READY routine.

When the contents of the check sum accumulator is other than zero, this normally indicates that a character has been changed in transmission due to noise or the like. Thus, an appropriate error message is entered into the data output array (block 1011), and the state of the message status block is once again set to "idle" (block 1010) to prepare the receiver for the receipt of the next data message. Likewise, control is then returned to the CHARACTER READY routine.

After having received a data message from the central office and storing it in the data output array of the message status block, microprocessor 121 under the control of a base level update display program uses the data output array to display the data message in display 126. The BASE LEVEL UPDATE-DISPLAY program is depicted in FIG. 11 and is repeatedly used by the microprocessor to update display 126 whenever none of the input interrupt routines are called. Microprocessor 121 uses the update-display program to retrieve, for example, the digits of the calling station directory number stored in the data output array of the message status block and to display the digits in the appropriate location of the display. This operation is repeated at a rate such that all the digits of the directory number "appear" to be simultaneously present in the display as is the case with any well-known pocket calculator. Microprocessor 121 accomplishes this operation by first initializing the array output pointer of the message status block to point to the first character of the data output array. Guided by the output array pointer, microprocessor 121 retrieves the first character of the data message from the data output array (block 1101). Again using the output pointer, microprocessor 121 then writes the character into the display as previously described (block 1102) and increments the output array pointer for the next character of the data message (block 1103). This operation is repeated until all the characters of the (n) character display have been addressed. This is the case when the output array pointer equals the number of characters (n) of the display (block

EXHIBIT 1

252

4,582,956

9

1104). The array output pointer is again initialized (block 1105), and the update-display process is repeated.

It is to be understood that the above-described data receiver is merely an illustrative embodiment of the principles of this invention and that numerous other arrangements may be devised by those skilled in the art without departing from the spirit and scope of the invention. In particular, the data receiver may be used to display not only the directory number of a calling station during the first silent interval, but also special service indicators, personal messages and the like. Thus, this data receiver may be used with any well-known station set to provide a plurality of special services to a telephone customer.

What is claimed is:

1. A method for displaying at a selected station special service information during a silent interval between ringing signals from a telephone switching system, said system being capable of sending to said selected station a modulated and an unmodulated signal during said silent interval, said modulated signal representing said special service information; said method comprising the steps of:

detecting said unmodulated signal during said silent interval between said ringing signals;

responsive to the detection of said unmodulated signal, receiving said modulated signal representative of said special service information during said silent interval;

storing said special service information during said silent interval; and

displaying said stored special service information at said selected station during said silent interval.

2. The method as set forth in claim 1 wherein said method further comprises the step of demodulating said special service information from said modulated signal during said silent interval.

3. The method as set forth in claim 1 wherein said method further comprises the step of filtering said modulated and unmodulated signals from said ringing signals during said silent interval.

4. The method as set forth in claim 1 in which said special service information includes a message type and wherein said receiving step includes the step of receiving said modulated signal representative of said message type during said silent interval after detecting said unmodulated signal.

5. The method as set forth in claim 4 in which special services information further includes a message length and wherein said step of receiving said modulated signal representative of said special services information further includes the step of receiving said modulated signal representative of said message length to store said special service information during said silent interval.

6. The method as set forth in claim 5 in which said special services information further includes a check sum and wherein said step of receiving said modulated

10

signal representative of said special services information further includes the step of receiving said modulated signal representative of said check sum to ascertain errors introduced in sending said special service information during said silent interval.

7. The method as set forth in claim 6 wherein said method further comprises the step of demodulating said message type, said message length, and said check sum from said modulated signal during said silent interval.

8. The method as set forth in claim 7 wherein said method further comprises the step of filtering said unmodulated and said modulated signal from said ringing signals.

9. Apparatus for displaying at a selected station special service information during a silent interval between ringing signals from a telephone switching system, said system being capable of sending to said selected station a modulated and an unmodulated signal during said silent interval, said modulated signal representing said special service information; said apparatus comprising

detector means for detecting said unmodulated signal during said silent interval between said ringing signals;

receiver means responsive to the detection of said unmodulated signal for receiving said modulated signal representative of said special service information during said silent interval;

memory means for storing said special service information during said silent interval; and

display means for displaying said stored special service information at said selected station during said silent interval.

10. The apparatus in accordance with claim 9 in which said apparatus further comprises demodulator means for demodulating said special service information from said modulated signal during said silent interval.

11. The apparatus in accordance with claim 9 in which said apparatus further comprises filter means for filtering said modulated and unmodulated signals from said ringing signals during said silent interval.

12. The apparatus in accordance with claim 9 in which said apparatus further comprises processor means responsive to a first plurality of program instructions stored in a program memory for entering said special service information from said data receiver means into said memory means during said silent interval.

13. The apparatus in accordance with claim 12 in which said processor means is responsive to a second plurality of program instructions stored in said program memory for sending said stored special service information to said display means during said silent interval.

14. The apparatus in accordance with claim 13 in which said processor means is also responsive to said second plurality of program instructions for periodically sending said stored special service information to said display means during said silent interval.

* * * * *

EXHIBIT 1

253

# United States Patent [19]

## Jayant et al.

[11]  Patent Number:  **4,617,676**

[45]  Date of Patent:  **Oct. 14, 1986**

[54]  **PREDICTIVE COMMUNICATION SYSTEM FILTERING ARRANGEMENT**

[75]  Inventors:  Nuggehally S. Jayant, Short Hills, N.J.; Venkatasubbarao Ramamoorthy, Linköping, Sweden

[73]  Assignee:  AT&T Bell Laboratories, Murray Hill, N.J.

[21]  Appl. No.:  646,971

[22]  Filed:  **Sep. 4, 1984**

[51]  Int. Cl.⁴ .......................... G10L 9/14; H04B 14/06

[52]  U.S. Cl. ...................................... 375/27; 375/122; 381/30; 381/31

[58]  Field of Search ................. 358/135, 138; 375/27, 375/30, 31, 32, 33, 34, 122; 381/29, 30, 31, 32

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,631,520 | 12/1971 | Atal .......................... | 381/30 |
| 3,715,512 | 2/1973 | Kelley ........................ | 381/31 |
| 3,750,024 | 7/1973 | Dunn et al. ................. | 381/31 |
| 4,133,976 | 1/1979 | Atal et al. .................. | 381/30 |
| 4,411,003 | 10/1983 | Su ............................ | 381/32 |
| 4,491,953 | 1/1985 | Bellisio et al. .............. | 375/27 |

*Primary Examiner*—Benedict V. Safourek
*Attorney, Agent, or Firm*—Jack S. Cubert

[57]  **ABSTRACT**

A digital communication system includes a predictive decoder that is operative to convert received digital codes into a predictively decoded signal, e.g., speech signal, and to generate a set of predictive parameter signals and a signal representative of the communication system bit rate. A set of filter control signals is generated responsive to the communication bit rate signal. The predictively decoded signal is passed through a filter which modifies the output signal responsive to the filter control signals and the decoder predictive parameter signals to improve the output signal quality. The filter control signals selectively alter the predictive parameter signals to optimize the predictively decoded signal modification for the current transmission bit rate.

**23 Claims, 9 Drawing Figures**



EXHIBIT J

254



FIG. 1

FIG. 2



*FIG. 3*

EXHIBIT J



FIG. 4

## FIG. 5



## FIG. 6



EXHIBIT J

258

*FIG. 7*



*FIG. 8*



*FIG. 9*



EXHIBIT  J

459

4,617,676

**1**

# PREDICTIVE COMMUNICATION SYSTEM FILTERING ARRANGEMENT

## TECHNICAL FIELD

Our invention relates to digital communication and more particularly to signal processing adapted to reduce noise effects in digital communication systems.

## BACKGROUND OF THE INVENTION

Coding of signals for transmission over a digital channel generally includes sampling an input, quantizing the samples, and forming a digital code for each quantized sample. A replica of the input is produced by decoding the digital codes corresponding to the input into a time sequence of signal samples and low pass filtering the sample sequence. As is well known in the art, some types of signals such as speech patterns are highly correlated so that portions thereof can be predicted from past values. By taking advantage of the predictive nature of such signals, the channel bit rate may be substantially reduced.

Predictive coding of signals as disclosed in U.S. Pat. No. 3,631,520, issued to B. S. Atal, Dec. 28, 1971, and assigned to the same assignee, involves the generation of predictive parameters from a succession of signal samples and the formation of a predicted value for each sample from the generated parameters and the preceding signal samples. The difference between each sample and its predicted value is quantized, encoded and sent to a receiver wherein the difference signal is decoded and combined with the corresponding predictive value formed in the receiver.

Quantizing a signal sample is accomplished as is well known by selecting the closest of a set of specified amplitude levels. The approximation introduced by quantization, however, results in noiselike distortion. Such quantization noise may be reduced by forming an error signal corresponding to the difference between the quantized and unquantized signals and modifying the signal samples in a prescribed manner responsive to the error signal. While the total quantizing noise level is unaffected by the modification, the noise may be reshaped so that it is concentrated in a specific portion of the signal spectrum where its effects are minimized. For speech signals, quantizing noise may be concentrated in formant regions of the speech signal spectrum. This results in the noise being masked so that it is not perceived by the listener.

U.S. Pat. No. 4,133,976 issued to B. S. Atal et al, Jan. 9, 1979, and assigned to the same assignee discloses a circuit adapted to redistribute quantizing noise in a speech signal spectrum during the digital encoding of the signal. The use of such a circuit in a digital coding scheme results in a significant reduction in the perceived quantizing noise. The circuit arrangements, however, are relatively complex and require that the communication system operate at a predetermined bit rate. It is an object of the invention to provide improved digital signal coding that reduces quantizing noise effects for communication at a variable bit rate.

## BRIEF SUMMARY OF THE INVENTION

The invention is directed to a signal communication system having a predictive decoder for generating a predictively decoded signal, and apparatus for generating a set of predictive parameter signals and a signal representative of the communication system bit rate. A

**2**

plurality of control signals is produced responsive to said communication system bit rate signal and the predictively decoded signal is modified responsive to said control signals and said predictive parameter signals.

According to one aspect of the invention, the modifying arrangement is a spectral modifying arrangement that includes a spectral filter for enhancing spectral regions having predictively decoded signal components and suppressing the remaining spectral regions responsive to the predictive parameter signals and the detected bit rate. Advantageously, the signal to background noise ratios in the spectral regions is improved and the residual noise spectrum is perceived as signal-like in the predictively decoded signal spectral regions.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 depicts a general block diagram of a digital speech communication arrangement illustrative of the invention;

FIG. 2 shows a block diagram of an adaptive differential pulse code modulation coder that may be used in the circuit of FIG. 1;

FIG. 3 shows a block diagram of an ADPCM decoder that may be used in the circuit of FIG. 1 in accordance with the invention;

FIG. 4 shows a detailed block diagram of a post filter circuit illustrative of the invention;

FIG. 5 shows waveforms illustrative of signal spectra obtained from the decoder circuit of FIG. 3;

FIG. 6 shows waveforms illustrative of signal spectra obtained from the filter circuit of FIG. 4;

FIG. 7 shows a detailed block diagram of a circuit that may be used as a zero pole predictor in FIGS. 2 and 3;

FIG. 8 shows a detailed block diagram of a circuit that may be used as an all pole predictor in FIGS. 2 and 3; and

FIG. 9 shows an alternative circuit that may be used as the decoder in FIG. 1.

## DETAILED DESCRIPTION

A general block diagram of a digital speech communication system illustrative of the invention is shown in FIG. 1. Referring to FIG. 1, a speech signal is converted into an analog electrical signal by transducer 100. Predictive encoder 110 is operative to generate a sequence of digital coded signals corresponding to the analog signal from transducer 100. As is well known in the art, coder 110 is adapted to take advantage of the redundancy inherent in a speech pattern to reduce the digital code rate required for transmission. The coder includes circuitry for generating a set of predictive parameters for each successive time frame interval of the input signal and for forming a sequence of coded signals for the interval responsive to the predictive parameters and the successive signal samples of the interval. The coded signals are transmitted over digital channel 120 and are received by digital decoder 130.

Decoder 130 is operative to produce predictive parameters from the received coded signals and to combine the coded signals with the predictive parameters to generate a sequence of coded signals that correspond to the signal applied to encoder 110. The output of decoder 130 contains noise that results from the quantization of the input signal in coder 110. In accordance with the invention, post filter 140 is adapted to modify the output signal from decoder 130 so that the effect of

EXHIBIT J

4,617,676

3

quantizing noise on the quality of the output signal is mitigated. This is accomplished by applying the predictive parameter signals a,b developed in decoder 130 and a signal $\alpha,\beta$ corresponding to the current bit rate of the transmission channel to post filter 140 and shaping the post filter characteristics jointly responsive to the predictive parameters and the bit rate.

The predictive parameters from decoder 130 are indicative of the spectrum of decoder output signal and may be used to enhance the output signal spectral portions and to suppress other portions of the spectrum. The bit rate corresponding signal $\alpha,\beta$ determines the degree to which the output signal from decoder 130 is to be modified by the predictive parameters. The bit rate corresponding signals are required in digital communication systems where the bit rate is adjusted to accommodate the traffic on the transmission channels. While the post filter of FIG. 1 is shown as apparatus independent of the decoder, it may also be part of the decoder so that the decoder signals needed for the post filter operation can be efficiently utilized.

FIG. 2 shows a predictive speech encoding circuit that may be used in lieu of FIG. 1. A speech signal s(t) is supplied from transducer 201 to filter and sampling circuit 203 in which signal s(t) is filtered and sampled at a predetermined rate. Circuit 203 may comprise a low pass filter with a cut off frequency of 4 kHz and a sampler having a sampling rate of 8 kHz. The successive samples s(n) from filter and sampling circuit 203 are applied to analog-to-digital converter 205 wherein a digital code x(n) is produced for each sample s(n). A coded signal representative of the predicted value of signal $\bar{x}(n)$ is generated

$$\bar{x}(n) = \bar{x}_p(n) + \bar{x}_z(n) \tag{1a}$$

where

$$x_p(n) = \sum_{j=1}^{2} a_j(n)y(n-j) \tag{1b}$$

$$x_z(n) = \sum_{j=1}^{6} b_j(n)u(n-j) \tag{1c}$$

and y(n) is the reconstructed output. $\bar{x}(n)$ is subtracted from signal x(n) in summing circuit 206. The resulting difference signal is quantized in quantizer 210 and the quantized signal is coded at a selected bit rate in coder 260. The coded signal u'(n) is then applied to transmission channel 270.

The predictive signal generating arrangements in FIG. 2 to reduce redundancy in signal u(n) include predictive parameter generator 220, all zero predictor 230, all pole predictor 240 and summing circuits 245 and 250. Predictive parameter signal generator 220 is operative to form pole and zero predictive signals in accordance with

$$a_j(n) = \lambda_1 a_j(n-1) + \mu_j sgn[u(n-1)]sgn[y(n-1-j)] \tag{2}$$

$$j = 1,2, \lambda_1 = \frac{511}{512}, \lambda_2 = \frac{255}{256}, \mu_1 = \mu_2 = 0.008$$

$$b_j(n) = \lambda_j^1 b_j(n-1) + \mu_j^1 sgn[u(n-1)]sgn[u(n-1-j)] \tag{3}$$

$$j = 1 \text{ to } 6, \lambda_j^1 = \frac{255}{256}, \text{ and } \mu_j^1 = 0.008 \text{ for all } j.$$

The predictive parameter generator may comprise a microprocessor arrangement such as the TMS 320 sig-

4

nal processor device produced by Texas Instruments having a permanently stored set of instructions adapted to perform the parameter generation. Any of the well known predictive parameter generation arrangements may also be used. All zero predictor 230 is adapted to produce a signal in accordance with equation 1(c).

The all zero predictor may comprise the circuit shown in FIG. 7 which includes shift register 710, multiplier circuits 720-1 through 720-6 and summing circuit 730. In FIG. 7, the signal u(n) is applied to the input of shift register 710 and is successively delayed therein. The delayed outputs from the shift register are multiplied by coefficients $b_j$ in circuits 720-1 through 720-6. The multiplier outputs are summed in adder 730 to form signal $x_z(n)$.

All pole predictor 240 generates the output signal $x_p(n)$ of equation (1b). The all pole predictor may be implemented in the arrangement shown in FIG. 8. Referring to FIG. 8, signal y(n) is supplied to delay shift register 810 and the successively delayed outputs therefrom are multiplied by coefficients $a_j$ in multipliers 820-1 and 820-2. The multiplier output signals are summed in adder 830 to form the $x_p(n)$.

The quantized difference signal from quantizer 210

$$u(n) = Q[x(n) - x(n)] \tag{4}$$

is applied to predictive parameter signal generator 220, all zero predictor 230 and summing circuit 245. Predictive parameter generator 220 combines the quantized difference signal and output of summer 245 to form the set of zero prediction parameters a and the set of pole prediction parameters b in accordance with equations (2) and (3). The a parameter signals are supplied to all pole predictor 240 and the b parameter signals are supplied to all zero predictor 230.

Predictor 230 modifies the quantized difference signal and applies its output $x_z(n)$ to summing circuit 250. Predictor 240 receives the output of summer 245 and provides the pole prediction signal $x_p(n)$ to summer 250. The current predicted output signal x(n) is then applied to summer 206.

Alternatively, the functions of the adaptive encoder of FIG. 2 may be performed in a signal processor arrangement such as shown in FIG. 9. The arrangement includes bus 950, microprocessor 910 which may be the type TMS 320 signal processor device, a read only memory 920 having permanently stored program instructions therein known in the art to control the predictive encoding process, input-output interface circuit 930 and random access memory 940.

Coder 260 in FIG. 2 is adapted to convert the digital signal from quantizer 210 into a digital code suitable for transmission over channel 270 at a selected bit rate. This bit rate may be adjustable to accommodate the traffic on the channel. The channel bit rate may be 4 bits per output signal from quantizer 210 under normal traffic conditions but could be reduced to 3 or 2 bits as the traffic is increased. As is well known in the art, the quality of the transmitted signal decreases with decreasing bit rate. In accordance with the invention, the predictive characteristics of the speech signal and the transmission bit rate are utilized in a filter associated with the decoder to maintain signal quality. While quantizing noise filtering has been included in prior art encoders, such filtering increases the cost and complexity of the

EXHIBIT J

261

4,617,676

5                                                                                               6

encoder and does not readily accommodate changing transmission channel bit rates.

Digital decoder 130 is shown in greater detail in the block diagram of FIG. 3. As illustrated in FIG. 3, signal u″(n) from decoding circuit 301 is supplied to summing circuit 310, all zero predictor 305, predictive parameter generator 325 and bit rate detector 330. Predictive parameter generator 325 reconstructs the predictive parameter signals a and b responsive to the succession of u″(n) signals applied thereto in accordance with equations (2) and (3).

All zero predictor 305 is operative responsive to signal u″(n) and predictive parameter signals a′ from generator 325 to produce an all zero predictive signal in accordance with equation l(c). The zero predictive signal is summed with the output of all pole predictor 315 in summing circuit 320 and the total predictive signal is supplied to an input of summer 310. The sum of the input signal u″(n) and the predictive signal from summer 320 formed in summer 310 is supplied as an input to all pole predictor 315. The all pole predictor operates to modify the output from summer 310 responsive to pole predictive parameter signal b′ from generator 325. All of the decoder operations may also be accomplished using the processor apparatus of FIG. 9 in accordance with the permanently stored instructions of Appendix A to perform the decoder functions.

Bit rate detector 330 is adapted to provide a set of filter control signals α,β to the post filter responsive to the received codes from the transmission channel. In packet transmission systems well known in the art, the bit rate information may be added to each packet and the bit rate detector provides a selected set of control signals for each bit rate. The detector may comprise any of the well known code detectors known in the art.

The decoder predictive output signal y′(n) is obtained from summer 310 and constitutes a digital coded replica of the speech signal applied to summing circuit 206 of the encoder of FIG. 2. This replica, however, also includes quantizing noise and transmission channel noise that degrades intelligibility. Post filter 335 in FIG. 3 modifies signal y′(n) so as to enhance the signal spectral portions and attenuate nonsignal spectral portions determined by zero predictive parameter signal and the pole predictor parameter signals from generator 325 to the degree specified by bit rate parameter signals α and β from bit rate detector 330.

A detailed block diagram of the post filter is depicted in FIG. 4. The circuit of FIG. 4 includes multiplier circuits 401 and 405, pole prediction shift register 410 and associated multiplier circuits 420-1 through 420-j, zero prediction shift register 415 and associated multiplier circuits 425-1 through 425-j, and summing circuits 430, 435 and 440.

Referring to FIG. 4, signal α from bit rate detector 330 is multiplied by pole predictive parameter signal a′ in multiplier 405 to form a set of signals

$$a_j'(n)\alpha^j \text{ for } j=1 \text{ to } 2 \qquad (5)$$

which signals are supplied to multiplier circuits 420-1 to 420-j. The output of the post filter, signal $y_F(n)$, is applied to the input of zero prediction shift register 410 and the successively delayed outputs therefrom are combined with the signals from multiplier 401 in multiplying circuits 420-1 to 420-j. The signals from multipliers 420-1 to 420-j are then summed in summing circuit 435 to form signal

$$y_{FP}(n) = \sum_{j=1}^{2} a_j'(n)\alpha^j y_F(n-j). \qquad (6)$$

The output of summing circuit 435, $y_{Fp}(n)$, is added to the output of summing circuit 430 in summing circuit 440 and the resulting signal, $y_F(n)$ is transmitted to the input of pole shift register 410.

Multiplier 401 is operative to form the product signal

$$b_j'(n)\beta^j \text{ for } j=1 \text{ to } 6 \qquad (7)$$

where $\beta$ is obtained from bit rate detector 330 and $b_j'$ is the zero predictive parameter signal set from predictive parameter generator 325. The output speech signal from the decoder of FIG. 3 is applied to zero prediction shift register 415. Product signals from multiplier 401 are multiplied by the delayed outputs of zero predictor shift register 415 in multiplier circuits 425-1 through 425-j and the resultant signals are summed in summing circuit 430 to form signal

$$y_{FZ}(n) = \sum_{1}^{6} b_j'(n)\beta^j y'(n-j). \qquad (8)$$

The output of the post filter circuit of FIG. 4, signal $y_F(n)$ corresponds to

$$\begin{aligned} y_F(n) &= y_{FZ}(n) + y_{FP}(n) \qquad (9) \\ &= \sum_{1}^{2} a_j'(n)\alpha^j y_F(n-j) + \sum_{1}^{6} b_j'(n)\beta^j y'(n-j). \end{aligned}$$

Where the processor of FIG. 9 is utilized to perform the decoder operations illustrated in FIG. 3, the post filter may be implemented by adding further instructions to the program memory of FIG. 9. A set of such instructions is set forth in FORTRAN language in Appendix B attached hereto.

FIG. 5 illustrates the effect of the post filter circuit of FIG. 4 on the output of the decoder of FIG. 3. Waveform 501 shows the spectrum of a speech signal at the output of a predictive decoder. The speech signal includes formant regions having peaks 505, 510, and 515 as indicated. Formant peak 505 is 30 db and the formant peak 515 is 10 db. The flat noise spectrum of 15 db at the decoder output is illustrated in waveform 501. The noise level in the regions outside formant regions is relatively high and reduces the quality of the speech signal.

The post filter is operative to modify the speech signal and noise as illustrated in FIG. 6. The speech signal appearing at the output of the post filter is shown in waveform 601 and includes formant regions having peaks 605, 610 and 615. The shape of the speech signal spectrum is modified so that the formant peaks are raised as indicated. The noise spectrum of waveform 620 is modified so that the noise is enhanced within the formant regions and attenuated outside the formant regions. As is evident from a comparison of FIGS. 5 and 6, the use of filter increases the signal to background noise ratio and redistributes the noise so that its perceived effect is mitigated.

Filter control signals α and β are selected to suit the bit rate of the transmission system. The selection of the filter control signals is based on the degree of predictive filtering that is desired for the current bit rate. Subjective listening tests show that particular values of α and

EXHIBIT   J

4,617,676

7

$\beta$ provide good quality speech signals. Where the bit rate is 4 bits per transmitted code, $\alpha$ and $\beta$ may be in the range of 0.0 to 0.1. In the event that the bit rate changes to 3 bits per transmitted code, $\alpha$ may be set to approximately 0.2 and $\beta$ may be set to approximately 1.0. If the detected bit rate changes to 2 bits per transmitted code both $\alpha$ and $\beta$ should be altered to be approximately 1.0.

The invention has been described with reference to a particular embodiment thereof. It is to be understood, however, that various changes and modifications may be made by those skilled in the art without changing the scope or spirit of the invention.

### APPENDIX A
#### PROGRAM FOR ADPCM DECODER

| | |
|---|---|
| C | Assumes data is processed in blocks of 256 |
| C | samples. |
| Dimensioned | Quantities with negative indices are appropriate values from preceding block. |
| C | Input to system is the sequence of quantized |
| C | prediction error amplitudes, U(N) |
| C | Output of pole-predictor is XP(N) |
| C | Output of zero-predictor is XZ(N) |
| C | Output of ADPCM decoder is Y(N) |
| | COMMON /COEFF/ A(J,N) ,B(J,N) |
| | DIMENSION U(256), XZ(256), |
| | XP(256), XP(256), |
| | XZ(256), Y(256), YF(256) |
| | DIMENSION A(2,256), B(6,256) |
| | DO 1 N = 1,256 |
| | DO 100 J = 1,2 |
| 100 | A(J,N) = A(J,N-1) * (511/512) + .008 * SIGN(1.0, U(N-1)) * SIGN(1.0, Y(N-1-J)) |
| | DO 200 J = 1,6 |
| 200 | B(J,N) = B(J,N-1) * (255/256) + .008 * SIGN(1.0, U(N-1)) * SIGN(1.0, U(N-1-J)) |
| | XP(N) = 0. |
| | DO 300 J = 1,2 |
| 300 | XP(N) = A(J,N) * Y(N-J) + XP(N) |
| | XZ(N) = 0. |
| | DO 400 J = 1,6 |
| 400 | XZ(N) = B(J,N) * U(N-J) + XZ(N) |
| | Y(N) = XP(N) + XZ(N) + U(N) |
| 1 | CONTINUE |

### APPENDIX B
#### PROGRAM FOR ADPCM POST FILTER

| | |
|---|---|
| C | Input of post filter is Y(N) |
| C | Output of post filter is YF(N) |
| | COMMON /COEFF/ A(J,N),B(J,N) |
| | DIMENSION A(2,256), B(6,256), |
| | Y(256), YF(256) |
| | DO 11 N = 1,256 |
| | YFZ = 0. |
| | DO 500 J = 1,6 |
| 500 | YFZ = B(J,N) * (BETA**J) * Y(N-J) + YFZ |
| | YFP = 0 |
| | DO 600 J = 1,2 |
| 600 | YFP = A(J,N) * (ALPHA**J) * YF(N-J) + YFP |
| | YF(N) = YFZ + YFP |
| 11 | CONTINUE |

What is claimed is:

1. In a digital communication system having at least one transmission channel, decoder means for producing a speech representative signal responsive to digital codes received from said transmission channel, means for generating predictive parameter signals responsive to said received digital codes, and means for producing a first signal representative of the number of bits in each transmission channel digital code, a method for modify-

8

ing the speech representative signal produced by said decoder means comprising the steps of:

generating a plurality of spectral filter control signals responsive to said first signal; and

filtering the speech representative signal from said decoder means to enhance selected spectral regions of the speech representative signal and suppressing other spectral regions responsive to said spectral filter control signals and said generated predictive parameter signals.

2. In a digital communication system having at least one transmission channel, decoder means for producing a speech representative signal responsive to digital codes received from said transmission channel, means for generating predictive parameter signals responsive to said received digital codes, and means for producing a first signal representative of the number of bits in each transmission channel digital code, a method for modifying the speech representative signal produced by said decoder means according to claim 1 wherein said enhancing and suppressing step comprises enhancing formant spectral regions of the speech representative signal from said decoder means and attenuating spectral regions of the speech representative signal from said decoder means outside said formant spectral regions responsive to said spectral filter control signals and said generated predictive parameter signals.

3. In a digital communication system having at least one transmission channel, decoder means for producing a speech representative signal responsive to digital codes received from said transmission channel, means for generating predictive parameter signals responsive to said received digital codes, and means for producing a first signal representative of the number of bits in each transmission channel digital code, a method for modifying the speech representative signal produced by said decoder means according to claim 2 wherein said received digital codes are ADPCM codes.

4. In a digital communication system having means for producing a predictively decoded signal responsive to received digital codes, means for generating zero and pole predictive parameter signals responsive to said received digital codes, and means for producing a signal representative of the communication system bit rate, a method for modifying the predictively decoded signal comprising the steps of:

generating zero predictive filter control signals and pole predictive filter control signals responsive to the communication system bit rate;

combining said zero predictive filter control signals with said zero predictive parameter signals to form a set of zero predictive spectral shaping parameter signals;

combining said pole predictive filter control signals with said pole predictive parameter signals to form a set of pole predictive spectral shaping parameter signals; and

modifying the frequency spectrum of the predictively coded signals responsive to said zero predictive spectral shaping parameter signals and said pole predictive spectral shaping parameter signals.

5. In a digital communication signal having means for producing a predictively decoded signal responsive to received digital codes, means for generating predictive parameter signals responsive to said received digital codes, and means for producing a signal representative of the communication system bit rate, a method for modifying the predictively decoded signal according to

EXHIBIT J

263

4,617,676

9

claim 4 wherein said filter control signal generating step comprises assigning predetermined filter control signals to each bit rate of said communication system; and

selecting a predetermined set of filter control signals responsive to said communication system bit rate signal.

6. In a digital communication system having means for producing a predictively decoded signal responsive to received digital codes, means for generating predictive parameter signals responsive to said received digital codes, and means for producing a signal representative of the communication system bit rate, a method for modifying the predictively decoded signal according to claim 4, or 5 wherein said predictively decoded signal is a speech representative signal.

7. A digital communication system having at least one transmission channel comprising:

a predictive decoder for producing a speech representative signal responsive to digital codes received from said transmission channel;

means for generating predictive parameter signals responsive to said received digital codes;

means for producing a first signal representative of the number of bits in each transmission channel digital code; and

a filter for altering said speech representative signal produced by said predictive decoder;

said filter comprising:

means responsive to said first signal for generating filter control signals;

means for combining said filter control signals with said predictive parameter signals to form a set of predictive spectral shaping signals; and

means responsive to said predictive spectral shaping signals for enhancing selected spectral regions of the speech-representative signal produced by said predictive decoder and attenuating the other spectral regions.

8. A digital communication system according to claim 8 wherein said means for enhancing selected spectral regions of the speech representative signal and attenuating the other spectral regions comprises means responsive to said spectral filter control signals and said generated predictive parameter signals for enhancing formant spectral regions of the speech representative signal and attenuating spectral regions outside said speech representative signal formant spectral regions.

9. A digital communication system comprising:

a predictive decoder for producing a predictively decoded signal responsive to received digital codes,

means responsive to said received digital codes for generating zero and pole predictive parameter signals;

means for producing a signal representative of the communication system bit rate, and a filter for altering said predictively decoded signal;

said filter comprising:

means responsive to the communication system bit rate for generating zero predictive filter control signals and pole predictive filter control signals;

means for combining said zero predictive filter control signals with said zero predictive parameter signals to form a set of zero predictive spectral shaping parameter signals;

means for combining said pole predictive filter control signals with said pole predictive parameter

10

signals to form a set of pole predictive spectral shaping parameter signals; and

means responsive to said zero predictive spectral shaping parameter signals and said pole predictive spectral shaping parameter signals for modifying the frequency spectrum of the predictively coded signals.

10. A digital communication system according to claim 9 wherein said filter control signal generating means comprises means for assigning a predetermined set of filter control signals to each bit rate of said communication system; and

means responsive to said communication system bit rate signal for selecting a predetermined set of filter control signals.

11. A digital communication system according to claim 9 or 10 wherein said predictively decoded signal is a speech representative signal.

12. In a digital speech communication system having at least one transmission channel comprising a predictive decoder including means for receiving digitally coded signals, means responsive to said received digital coded signals for generating a speech representative signal, predictive parameter signals, and a first signal representative of the number of bits in each received digital code, a method for modifying the said speech representative signal from said predictive decoder comprising the steps of:

generating a plurality of control signals responsive to said first signal;

forming a predictive shaping signal responsive to said predictive parameter signals and said control signals; and

amplifying selected portions of the frequency spectrum of said speech representative signal from said predictive decoder and attenuating the remaining frequency spectrum portions of said speech representative signal responsive to said predictive spectral shaping signal.

13. In a digital speech communication system having at least one transmission channel comprising a predictive decoder including means for receiving digitally coded signals, means responsive to said received digital coded signals for generating a speech representative signal, predictive parameter signals, and a signal representative of the transmission channel bit rate, a method for modifying the said speech representative signal according to claim 12 wherein said amplifying and attenuating step comprises amplifying formant portions of the speech representative signal and attenuating other spectral portions of the speech representative signal.

14. In a digital communication system comprising a predictive decoder including means for receiving digitally coded signals, means responsive to said received digital coded signals for generating a predictively decoded signal, zero and pole predictive parameter signals, and a signal representative of the communication system bit rate, a method for modifying the predictively decoded signal comprising the steps of:

generating zero predictive filter control signals and pole predictive filter control signals responsive to the communication system bit rate:

combining said zero predictive filter control signals with said zero predictive parameter signals to form a set of zero predictive spectral shaping parameter signals;

combining said pole predictive filter control signals with said pole predictive parameter signals to form

EXHIBIT J

764

4,617,676

11

a set of pole predictive spectral shaping parameter signals; and

modifying the frequency spectrum of the predictively coded signals responsive to said zero predictive spectral shaping parameter signals and said pole predictive spectral shaping parameter signals.

15. In a digital communication system comprising a predictive decoder including means for receiving digitally coded signals, means responsive to said received digital coded signals for generating a predictively decoded signal, predictive parameter signals, and a signal representative of the communication system bit rate, a method for modifying the predictively decoded signal according to claim 14 wherein said control signal generating step comprises generating a zero predictive control signal and a pole predictive control signal responsive to said communication bit rate signal; and

said predictive spectral shaping signal forming step comprises combining said zero predictive control signal with said zero predictive parameter signals and combining said pole predictive control signal with said pole predictive parameter signals.

16. In a digital communication system comprising a predictive decoder including means for receiving digitally coded signals, means responsive to said received digital coded signals for generating a predictively decoded signal, predictive parameter signals, and a signal representative of the communication system bit rate, a method for modifying the predictively decoded signal according to claim 15 wherein said communication system has a variable bit rate; and

said control signal generating step comprises storing a plurality of zero predictive control signals and a plurality of pole predictive control signals, and selecting a zero predictive control signal and a pole predictive control signal responsive to said communication bit rate signal.

17. In a digital communication system comprising a predictive decoder including means for receiving digitally coded signals, means responsive to said received digital coded signals for generating a predictively decoded output signal, predictive parameter signals, and a signal representative of the communication system bit rate, a method for modifying the predictively decoded signal according to claim 14, 5 or 6 wherein said predictively decoded signal is a speech representative signal.

18. A digital speech communication system having at least one transmission channel comprising:

a predictive decoder including means for receiving digitally coded signals from said transmission channel, means responsive to said received digital coded signals for generating a predictively decoded speech representative signal, predictive parameter signals, and means responsive to said received digital coded signals for generating a first signal representative of the number of bits in each received digital code;

means responsive to said first signal for generating a plurality of spectral control signals;

12

means responsive to said predictive parameter signals and said control signals for forming a predictive spectral shaping signal; and

means responsive to said predictive spectral shaping signal for amplifying selected portions of the predictively decoded speech representative signal frequency spectrum and for attenuating the remaining portions of the said predictively decoded speech representative signal frequency spectrum.

19. A digital communication system according to claim 18 wherein said predictively decoded signal is a speech representative signal and said amplifying and attenuating means comprises means for amplifying formant portions of said predictively decoded speech representative signal and attenuating other spectral portions of said predictively decoded speech representative signal.

20. A digital communication system comprising:

a predictive decoder including means for receiving digitally coded signals, means responsive to said received digital coded signals for generating a predictively decoded signal, means responsive to the received digital codes for generating a set of zero predictive parameter signals, and means responsive to said received digital codes for generating a signal representative of the communication system bit rate;

means responsive to said communication system bit rate signal for generating a plurality of control signals;

means for forming a predictive spectral shaping signal responsive to said predictive parameter signals and said control signals; and

means responsive to said predictive spectral shaping signal for amplifying selected portions of the predictively decoded signal frequency spectrum and for attenuating the remaining portions of said predictively decoded signal frequency spectrum.

21. A digital communication system according to claim 20 wherein said control signal generating means comprises means responsive to said communication bit rate signal for generating a zero predictive control signal and a pole predictive control signal; and

said predictive spectral shaping signal forming means comprises means for combining said zero predictive control signal with said zero predictive parameter signals and means for combining said pole predictive control signal with said pole predictive parameter signals.

22. A digital communication system according to claim 21 wherein said communication system has a variable bit rate; and

said control signal generating means comprises means for storing a plurality of zero predictive control signals and a plurality of pole predictive control signals, and means for selecting a zero predictive control signal and a pole predictive control signal responsive to said communication bit rate signal.

23. A digital communication system according to claim 20, 21, or 22 wherein said predictively decoded signal is a speech representative signal.

* * * * *

65

# United States Patent [19]

## Atal

[11] **Patent Number:** **4,701,954**

[45] **Date of Patent:** **Oct. 20, 1987**

[54] **MULTIPULSE LPC SPEECH PROCESSING ARRANGEMENT**

[75] Inventor: **Bishnu S. Atal,** New Providence, N.J.

[73] Assignee: **American Telephone and Telegraph Company, AT&T Bell Laboratories,** Murray Hill, N.J.

[21] Appl. No.: 590,228

[22] Filed: **Mar. 16, 1984**

[51] Int. Cl.⁴ ............................................... G10L 5/00
[52] U.S. Cl. ................................................. 381/49
[58] Field of Search ............................... 381/29-40, 381/49, 50, 51; 364/513.5; 375/122

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,582,546 | 6/1969 | Brown | 381/31 |
| 3,624,302 | 11/1971 | Atal | 179/1 SA |
| 3,631,520 | 12/1971 | Atal | 179/1 SA |
| 3,750,024 | 7/1973 | Dann et al. | 381/31 |
| 4,022,974 | 5/1977 | Kohut et al. | 364/513.5 |
| 4,130,729 | 12/1978 | Gagnon | 381/30 |
| 4,133,976 | 1/1979 | Atal | 179/1 P |
| 4,304,964 | 12/1981 | Wiggins, Jr. et al. | 381/51 |
| 4,472,832 | 9/1984 | Atal et al. | 381/40 |

### OTHER PUBLICATIONS

"A New Model of LPC Excitation for Producing Natural-Sounding Speech at Low Bit Rates", *Proceedings of the International Conference on Acoustics Speech and Signal Processing,* B. S. Atal and J. R. Remde, 1982, pp. 614–617.
Kortman, C. M., "Redundancy Reduction—A Practical Method of Data Compression", Proceedings of the IEEE, vol. 55, No. 3, Mar. 1967.

*Primary Examiner*—E. S. Matt Kemeny
*Attorney, Agent, or Firm*—Jack S. Cubert

[57] **ABSTRACT**

A multipulse-code approximation of of one frame of a predictive residual signal may lose the frame-to-frame redundancy. Accordingly, pitch redundancy removal during the iterative process of forming the multipulse sequence, rather than frame-to-frame code comparison, provides reduction of excitation signal bit rate, substantially independent of voice pitch. A speech pattern predictive coding arrangement includes forming a prescribed format multipulse excitation signal for each successive time frame of the pattern. The multipulse excitation signal corresponds to the frame predictive residual. The redundancy in the multipulse excitation signal is reduced by forming a signal representative of the similarities between the current frame speech pattern and the speech pattern of preceding frames and removing such similarities from the multipulse excitation signal. Advantageously, the bit rate of the multipulse excitation signal is reduced and the excitation signal is rendered substantially independent of voice pitch.

**6 Claims, 6 Drawing Figures**



EXHIBIT K

266



FIG. I



FIG. 2

FIG. 3



EXHIBIT K

:69

FIG. 4





FIG. 5

EXHIBIT K

70

*FIG. 6*



4,701,954

**1**

## MULTIPULSE LPC SPEECH PROCESSING ARRANGEMENT

This invention relates to speech analysis and more particularly to linear prediction speech pattern analyzers.

Linear predictive coding (LPC) is used extensively in digital speech transmission, speech recognition and speech synthesis systems which must operate at low bit rates. The efficiency of LPC arrangements results from the encoding of the speech information rather than the speech signal itself. The speech information corresponds to the shape of the vocal tract and its excitation and as is well known in the art, its bandwidth is substantially less than the bandwidth of the speech signal. The LPC coding technique partitions a speech pattern into a sequence of time frame intervals 5 to 20 milliseconds in duration. The speech signal is quasi-stationary during such time intervals and may be characterized by a relatively simple vocal tract model specified by a small number of parameters. For each time frame, a set of linear predictive parameters are generated which are representative of the spectral content of the speech pattern. Such parameters may be applied to a linear filter which models the human vocal tract along with signals representative of the vocal tract excitation to reconstruct a replica of the speech pattern. A system illustrative of such an arrangement is described in U.S. Pat. No. 3,624,302 issued to B. S. Atal, Nov. 30, 1971, and assigned to the same assignee.

Vocal tract excitation for LPC speech coding and speech synthesis systems may take the form of pitch period signals for voiced speech, noise signals for unvoiced speech and a voiced-unvoiced signal corresponding to the type of speech in each successive LPC frame. While this excitation signal arrangement is sufficient to produce a replica of a speech pattern at relatively low bit rates, the resulting replica has limited intelligibility. A significant improvement in speech quality is obtained by using a predictive residual excitation signal corresponding to the difference between the speech pattern of a frame and a speech pattern produced in response to the LPC parameters of the frame. The predictive residual, however, is noise-like since it corresponds to the unpredicted portion of the speech pattern. Consequently, a very high bit rate is needed for its representation. U.S. Pat. No. 3,631,520 issued to B. S. Atal, Dec. 28, 1971, and assigned to the same assignee discloses a speech coded system utilizing predictive residual excitation.

An arrangement that provides the high quality of predictive residual coding at a relatively low bit rate is disclosed in U.S. Pat. 4,472,832 issued to B. S. Atal et al Sept. 18, 1984 and assigned to the same assignee and in the article, "A new model of LPC excitation for producing natural sounding speech at low bit rates", appearing in the Proceedings of the International Conference on Acoustics, Speech and Signal Processing, Paris, France, 1982, pp. 614–617. As described therein, a signal corresponding to the speech pattern for a frame is generated as well as a signal representative of its LPC parameters responsive speech pattern for the frame. A prescribed format multipulse signal is formed for each successive LPC frame responsive to the differences between the frame speech pattern signal and the frame LPC derived speech pattern signal. Unlike the predictive residual excitation whose bit rate is not controlled,

**2**

the bit rate of the multipulse excitation signal may be selected to conform to prescribed transmission and storage requirements. In contrast to the predictive vocoder type arrangement, intelligibility is improved, partially voiced intervals are accurately encoded and classification of voiced and unvoiced speech intervals is eliminated.

It has been observed that a multipulse excitation signal having approximately eight pulses per pitch period provides adequate speech quality at a bit rate substantially below that of the corresponding predictive residual. Speech pattern pitch, however, varies widely among individuals. More particularly, the pitch found in voices of children and adult females is generally much higher than the pitch for voices of adult males. As a result, the bit rate for multipulse excitation signals increases with voice pitch if high speech quality is to be maintained for all speakers. Thus, the bit rate in speech processing using multipulse excitation for adequate speech quality is a function of speaker pitch. It is an object of the invention to provide improved speech pattern coding with reduced excitation signal bit rate that is substantially independent of voice pitch.

### BRIEF SUMMARY OF THE INVENTION

The foregoing object is achieved through removal of redundancy in the prescribed format multipulse excitation signal. A certain redundancy is found in all portions a speech pattern and is particularly evident in voiced portions of the speech pattern. Thus, signals indicative of excitation signal redundancy over several frames of speech may be coded and utilized to form a lower bit rate (redundancy reduced) excitation signal from the coded excitation signal. In forming a replica of the speech pattern, the redundancy indicative signals are combined with the redundancy reduced coded excitation signal to provide the appropriate excitation. Advantageously, the transmission facility bit rate and the coded speech storage requirements may be substantially reduced.

The invention is directed to a predictive speech pattern coding arrangement in which a speech pattern is sampled and the samples are partitioned into successive time frames. For each frame, a set of speech parameter signals are generated responsive to the frame sample signals and a signal representative of differences between the frame speech pattern and the speech parameter signal representative pattern is produced responsive to said frame predictive parameter signals and said frame speech pattern sample signals. A first signal is formed responsive to said frame speech parameter signals and said frame differences signal. A secnd signal is generated responsive to said frame speech parameter signals, and a third signal is produced that is representative of the similarities between the speech pattern of the frame and the speech pattern of preceding frames. Jointly responsive to the first, second and third signals, a prescribed format signal corresponding to the frame differences signal is formed. The second signal is modified responsive to said prescribed format signal.

According to one aspect of the invention the speech parameter signals are predictive parameter signals and the frame differences signal is a predictive residual signal.

According to another aspect of the invention, at least one signal corresponding to the frame to frame similarities is formed for each frame and a replica of the frame speech pattern is generated responsive to the prescribed

EXHIBIT K

4,701,954

3

format signal, the frame to frame similarity signals and the prediction parameter signals of the frame.

## DESCRIPTION OF THE DRAWING

FIG. 1 depicts a block diagram of a speech coding arrangement illustrative of the invention;

FIG. 2 depicts a block diagram of processing circuit arrangement that may be used in the arrangement of FIG. 1.

FIGS. 3 and 4 show flow charts that illustrate the operation of the processing circuit of FIG. 2;

FIG. 5 shows a speech pattern synthesis arrangement that may be utilized as a decoder for the arrangement of FIG. 1; and

FIG. 6 shows waveforms illustrating the speech processing according to the invention.

## DETAILED DESCRIPTION

FIG. 1 depicts a general block diagram of a speech processor that illustrates the invention. In FIG. 1, a speech pattern such as a spoken message is received by microphone transducer 101. The corresponding analog speech signal therefrom is band-limited and converted into a sequence of pulse samples in filter and sampler circuit 113 of prediction analyzer 110. The filtering may be arranged to remove frequency components of the speech signal above 4.0 KHz and the sampling may be at an 8.0 KHz rate as is well known in the art. The timing of the samples is controlled by sample clock SC from clock generator 103. Each sample from circuit 113 is transformed into an amplitude representative digital code in analog-to-digital converter 115. The sequence of digitally coded speech samples is supplied to predictive parameter computer 119 which is operative, as is well known in the art, to partition the speech signals into 10 to 20 ms frame intervals and to generate a set of linear prediction coefficient signals $a_k, k=1,2, \ldots, p$ representative of the predicted short time spectrum of the $N>>p$ speech samples of each frame. The speech samples from A/D converter 115 are delayed in delay 117 to allow time for the formation of speech parameter signals $a_k$. The delayed samples are supplied to the input of prediction residual generator 118. The prediction residual generator, as is well known in the art, is responsive to the delayed speech samples and the prediction parameters $a_k$ to form a signal corresponding to the differences therebetween. The formation of the predictive parameters and the prediction residual signal for each frame shown in predictive analyzer 110 may be performed according to the arrangement disclosed in U.S. Pat. No. 3,740,476 issued to B. S. Atal June 19, 1973, and assigned to the same assignee or in other arrangements well known in the art.

While the predictive parameter signals $a_k$ form an efficient representation of the short time speech spectrum, the residual signal generally varies widely and rapidly over each interval and exhibits a high bit rate that is unsuitable for many applications. Waveform 601 of FIG. 6 illustrates a typical speech pattern over a plurality of frames. Waveform 605 shows the prescribed format multipulse excitation signal for the speech pattern of waveform 601 in accordance with the arrangements described in the aforrementioned patent application and article. As a result of the invention, the similarities between the excitation signal of the current frame and the excitation signals of preceding frames are removed from the prescribed format multipulse signal of waveform 605. Consequently, the pitch dependence of

4

the multipulse signal is eliminated and the amplitude range of the multipulse signal is substantially reduced. After processing in excitation signal forming circuit 120, the redundancy reduced multipulse signal of waveform 610 is obtained. A comparison between waveforms 605 and 610 illustrates the improvement that is achieved. Waveform 615 shows a replica of the pattern of waveform 601 obtained using the excitation signal of waveform 610, the redundancy parameter signals and the predictive parameter signals.

The prediction residual signal $d_k$ and the predictive parameter signals $a_k$ for each successive frame are applied from circuit 110 to excitation signal forming circuit 120 at the beginning of the succeeding frame. Circuit 120 is operative to produce a redundancy reduced multielement excitation code EC having a predetermined number of bit positions for each frame and a redundancy parameter code $\gamma, M^*$ for the frame. Each excitation code corresponds to a sequence of $1 \leq i \leq I$ pulses representative of the excitation function of the frame with multiframe redundancy removed to make it pitch insensitive. The amplitude $\beta_i$ and location $m_i$ of each pulse within the frame is determined in the excitation signal forming circuit as well as the $\gamma$ and $M^*$ redundancy parameter signals so as to permit construction of a replica of the frame speech signal from the excitation signal when combined with the redundancy parameter signals, and the predictive parameter signals of the frame. The $\beta_i$ and $m_i$ signals are encoded in coder 131. The $\gamma$ and M signals are encoded in coder 155. These excitation related signals are multiplexed with the delayed prediction parameter signals $a'_k$ of the frame in multiplexer 135 to provide a coded digital signal corresponding to the frame speech pattern.

In excitation signal forming circuit 120, the predictive residual signal $d_k$ and the predictive parameter signals $a_k$ of a frame are supplied to filter 121 via gates 122 and 124, respectively. At the beginning of each frame, frame clock signal FC opens gates 122 and 124 whereby the frame $d_k$ signal is applied to filter 121 and the frame $a_k$ signals are applied to filters 121 and 123. Filter 121 is adapted to modify signal $d_k$ so that the quantizing spectrum of the error signal is concentrated in the formant regions thereof. As disclosed in U.S. Pat. No. 4,133,976 issued to B. S. Atal et al, Jan. 9, 1979 and assigned to the same assignee, this filter arrangement is effective to mask the error in the high signal energy portions of the spectrum.

The transfer function of filter 121 is expressed in z transform notation as:

$$H(z) = \frac{1}{1 - B(z)} \qquad (1)$$

where

$$B(z) = \sum_{k=1}^{p} b_k z^{-k} \text{ and } b_k = a^k a_k \qquad (2)$$

$$k = 1, 2, \ldots, p$$

and

$$h_o = 1 \qquad (3)$$

$$h_k = \sum_{i=1}^{\min(k-1,p)} b_k h_{k-i}$$

EXHIBIT K

473

4,701,954

5

-continued

$$k = 1, 2, \ldots, K$$

Predictive filter 123 receives the frame predictive parameter signals $a_k$ from computer 119 and an excitation signal $v(n)$ corresponding to the prescribed format multipulse excitation signal EC from excitation signal former 145. Filter 123 has the transfer function of Equation 1. Filter 121 forms a weighted frame speech signal $\hat{y}$ responsive to the predictive residual $d_k$ while filter 123 generates a weighted predictive speech signal $y$ responsive to the multipulse excitation signal being formed over the frame interval in multipulse signal generator 127. The output of filter 121 is

$$y(n) = \sum_{k=n-K}^{n} d_k h_{n-k} \qquad (4)$$

$$1 \leq n \leq N$$

where $d_k$ is the predictive residual signal from residual signal generator 118 and $h_{n-k}$ corresponds to the response of filter 121. The output of filter 123 is

$$\hat{y}(n) = \sum_{j=1}^{i} \beta_j h_{n-mj} \qquad (5)$$

$$1 \leq n \leq N$$

Signals $y(n)$ and $\hat{y}(n)$ are applied to frame correlation signal generator 125 and the current frame predictive parameters $a_k$ are applied to multiframe correlation signal generator 140.

Multiframe correlation signal generator 140 is operative to form a multiframe correlation component signal $y_p(n)$ corresponding to the correlation of the speech pattern of the current frame to preceding frames, a signal $z(n)$ corresponding to the contribution of preceding excitation of the current frame speech pattern, a current frame correlation parameter signal $\gamma$, and a current frame correlation location signal $M^*$. Signal $z(n)$ is formed from its past values responsive to linear prediction parameter signals $a_k$ in accordance with

$$z(n) = \sum_{k=1}^{p} x(n-k)b_k \qquad (6)$$

A range of samples $M_{min}$ to $M_{max}$ extending over a plurality of preceding frames is defined. A signal

$$v(n) = \gamma v(n - M^*) + \sum_{i=1}^{I} \beta_I \gamma_{n-mi} \qquad (6a)$$

representing the excitation of the preceding frame is produced from the proceeding frame prescribed format multipulse signal is produced. For each sample M in the range, a signal

$$z_p(n,M) = \sum_{k=o}^{K} v(n-k-M)h_k \qquad (6b)$$

$$n = 1, 2, \ldots, N$$

is formed corresponding to the contribution of the frame of excitation from m samples earlier. A signal

6

$$E(\gamma,M) = \sum_{n=1}^{N} [y(n) - z(n) - \gamma(M)z_p(n,M)]^2 \qquad (7)$$

corresponding to the difference between the current value of the speech pattern $y(n)$ and the sum of the past excitation contribution to the present speech pattern value $z(n)$ and the contribution of the correlated component from sample $\gamma y_p(n)(M)z(n,M)$ may be formed. Equation 7 may be expressed as

$$E(\gamma,M) = \sum_{n=1}^{N} [y(n) - z(n)]^2 - \qquad (8)$$

$$2\gamma(M) \sum_{n=1}^{N} [y(n) - z(n)]z_p(n,M) + \gamma^2(M) \sum_{n=1}^{N} z_p^2(n,M)$$

By setting the derivative of $E(\gamma, M)$ with respect to $\gamma(M)$ equal to zero, the value of $\gamma$ which minimizes $E(\gamma,M)$ is found to be

$$\gamma(M) = \frac{\sum_{n=1}^{N} [y(n) - z(n)]z_p(n,m)}{\sum_{n=1}^{N} z_p^2(n,m)} \qquad (9)$$

and the minimum value of $E(\gamma,M^*)$ is determined by selecting the minimum signal $E(M^*)$ from

$$E(M) = \sum_{n=1}^{N} [y(n) - z(n)]^2 - \left( \frac{\left[ \sum_{n=1}^{N} [y(n) - z(n)]z_p(n,m) \right]^2}{\sum_{n=1}^{N} z_p^2(n,m)} \right) \qquad (10)$$

over the range $M_{min} < = M < = M_{max}$. $\gamma$ can then be formed from equation 9 using the value of $M^*$ corresponding to the selected minimum signal $E(\gamma,M)$ as per Equation 10.

The multiframe correlated component of signal

$$y_p(n) = \gamma(M^*)z_p(n,M^*) \qquad (11)$$

is obtained from signals $\gamma$ and $z_p(n,M^*)$.

Signal $y_p(n)$ is supplied to frame correlation signal generator 125 which is operative to generate signal

$$C_{iq} = \sum_{n=q}^{N} y_n h_{n-q} - \sum_{n=q}^{N} \hat{y}_{i-1}(n)h_{n-q} - y_p(n) \qquad (12)$$

where

$$\hat{y}_{i-1}(n) = \sum_{j=1}^{i-1} \beta_j h_{n-mj} \qquad (13)$$

responsive to signals $y(n)$ from predictive filter 121, signal $\hat{y}(n)$ from predictive filter 123 and signal $y_p(n)$ from multiframe correlation signal generator 140. Signal $C_{iq}$ is representative of the weighted differences between signals $y(n)$ and the combination of signals $\hat{y}(n)$ and $y_p(n)$. The effect of signal $y_p(n)$ in processor 125 is to remove long term redundancy from the weighted differences. The long term redundancy is generally related to the pitch predictable component of the speech pattern. The output of frame correlation genera-

EXHIBIT K

274

4,701,954

7

tor 125 represents the maximum value of $C_{iq}$ over the current frame and its location $q^*$. Generator 127 produces a pulse of magnitude

$$\beta_i = C_{iq}^* / \sum_{k=o}^{K} h_k^2 \qquad (14)$$

and location $m_i = q^*$. The signals $\beta_i$ and $m_i$ are formed iteratively until I such pulses are generated by feedback of the pulses through excitation signal former 145.

In accordance with the invention, the output of processor 125 has reduced redundancy so that the resulting excitation code obtained from multipulse signal generator 127 has a smaller dynamic range. The smaller dynamic range is illustrated by comparing waveforms 605 and 610 in FIG. 6. Additionally, the removal of the pitch related component from the multipulse excitation code renders the excitation substantially independent of the pitch of the input speech pattern. Consequently, a significant reduction in excitation code bit rate is achieved.

Signal EC comprising the multipulse sequence $\beta_i$, $m_i$ is applied to multiplexor 135 via coder 131. The multipulse signal EC is also supplied to excitation signal former 145 in which an excitation signal $v(n)$ corresponding to signal EC is produced. Signal $v(n)$ modifies the signal formed in predictive filter 123 to adjust the excitation signal EC so that the differences between the weighted speech representative signal from filter 121 and the weighted artificial speech representative signal from filter 123 are reduced.

Multipulse signal generator 127 receives the $C_{iq}$ signals from frame correlation signal generator 127, selected the $C_{iq}$ signal having the maximum absolute value and $i^{th}$ element of the coded signal as per Equation 14. The index i is incremented to $i+1$ and signal $\hat{y}(n)$ at the output of predictive filter 123 is modified. The process in accordance with Equations 4, 5 and 6 is repeated to form element $\beta_{i+1}$, $m_{i+1}$. After the formation of element $\beta_i$, $m_I$, the signal having elements $\beta_1 m_1$, $\beta_2 m_2$, . . . , $\beta_I m_I$ is transferred to coder 131. As is well known in the art, coder 131 is operative to quantize the $\beta_i m_i$ elements and to form a coded signal suitable for transmission to utilization device 148.

Each of filters 121 and 123 in FIG. 1 may comprise a recursive filter of the type described in aforementioned U.S. Pat. No. 4,133,976. Each of generators 125, 127, and 140 as well as excitation signal former 145 may comprise one of the processor arrangements well known in the art adapted to perform the processing required by Equations 4 and 6 such as the C.S.P., Inc. Macro Arithmetic Processor System 100 or other processor arrangements well known in the art. Alternatively, the aforementioned C.S.P. system may be used to accomplish the processing required in all of these generating and forming units. Generator 140 includes a read only memory that permanently stores a set of instructions to perform the functions of Equations 9–11. Processor 125 includes a read-only memory which permanently stores programmed instructions to control the $C_{iq}$ signal formation in accordance with Equation 4. processor 127 includes a read-only memory which permanently stores programmed instructions to select the $\beta_i$, $m_i$ signal elements according to Equation 6 as is well known in the art. These read only memories may be selectively connected to a single processor arrangement of the type described as shown in FIG. 2. The program instructions for the signal processing in the circuit of

8

FIG. 1 is set forth in FORTRAN language form in Appendix A hereto.

FIG. 3 depicts a flow chart showing the operations of signal generators 125, 127, 140, and 145 for each time frame. Referring to FIG. 3, the $h_k$ impulse response signals are generated in box 305 responsive to the frame predictive parameters $a_k$ in accordance with the transfer function of Equation 1. This occurs after receipt of the FC signal from clock 103 in FIG. 1 as per wait box 303. The generation of the multiframe correlation signal $y_p(n)$ and the multiframe correlation parameter signals $\gamma$ and $M^*$ is then performed in multiframe signal generator 140 as per box 306. The operations of box 306 are shown in greater detail in the flow chart of FIG. 4.

Referring to FIGS. 1 and 4, signal $z(n)$ representative of the contribution of preceding excitation is generated (box 401) and stored in multiframe correlation signal generator 140 according to equation 1 responsive to the predictive parameter signals $a_k$. Index M is set to Mmin and minimum error signal $E^*$ is set to zero in box 405. The loop including boxes 410, 415, 420, 425, 430, and 435 is then iterated over the range Mmin $< = M < =$ Mmax so that the minimum error signal $E(m)$ and the location of the minimum error signal are determined. In box 410, the contribution of the preceding M samples to the excitation is generated as per Equation 6a and 6b. The error signal for the current frame is generated in box 415 and compared to the minimum error signal $E^*$ in decision box 420. If the current error signal is smaller than $E^*$, $E^*$ is replaced (box 420), its location M becomes $M^*$ (box 425) and decision box 430 is reached. Otherwise, decision box 430 is entered directly from box 420. Sample index M is incremented (box 435) and the loop from box 410 to box 435 is iterated until sample Mmax is detected in box 430. When M = Mmax, correlation parameter $\gamma$ for the current frame is generated (box 440) in accordance with Equation 9 using sample $M^*$ and the multiframe correlation signal $y_p(n)$ is generated in box 445. Signals $\gamma$, $M^*$, and $y_p(n)$ are stored in generator 440. The element index i and the excitation pulse location index q are initially set to 1 in box 307. Upon receipt of signals $y(n)$ and $\hat{y}(n)$ from predictive filters 121 and 123, signal $C_{iq}$ is formed as per box 309. The location index q is incremented in box 311 and the formation of formation of the next location $C_{iq}$ signal is initiated.

After the $C_{iq}$ signal is formed for excitation signal element i in processor 125, processor 127 is activated. The q index in processor 127 is initially set to 1 in box 315 and the i index as well as the $C_{iq}$ signals formed in processor 125 are transferred to processor 127. Signal $C_{iq}^*$ which represents the $C_{iq}$ signal having the maximum absolute value and its location $q^*$ are set to zero in box 317. The absolute values of the $C_{iq}$ signals are compared to signal $C_{iq}^*$ and the maximum of these absolute values is stored as signal $C_{iq}^*$ in the loop including boxes 319, 321, 323, and 325.

After the $C_{iq}$ signal from processor 125 has been processed, box 327 is entered from box 325. The excitation code element location $m_i$ is set to $q^*$ and the magnitude of the excitation code element $\beta_i$ is generated in accordance with Equation 6. The $\beta_i m_i$ element is output to predictive filter 123 as per box 328 and index is incremented as per box 329. Upon formation of the $\beta_i m_I$ element of the frame, signal $v(n)$ for the frame is generated as per Equation 6a (box 340) and wait box 303 is reentered. Processors 125 and 127 are then placed in

EXHIBIT K

375

4,701,954

9

10

wait states until the FC frame clock pulse of the next frame.

The excitation code in processor 127 is also supplied to coder 131. The coder is operative to transform the excitation code from processor 127 into a form suitable for use in network 140. The prediction parameter signals $a_k$ for the frame are supplied to an input of multiplexer 135 via delay 133 as signals $a'_k$. The excitation coded signal ECS from coder 131 is applied to the other input of the multiplexer. The multiplexed excitation and predictive parameter codes for the frame are then sent to utilization device 148.

The data processing circuit depicted in FIG. 2 provides an alternative arrangement to excitation signal forming circuit 120 of FIG. 1. The circuit of FIG. 2 yields the excitation code $\beta_i$, $m_i$ for each frame of the speech pattern as well as the redundancy parameter signals for the frame $\gamma$, $M^*$ in response to the frame prediction residual signal $d_k$ and the frame prediction parameter signals $a_k$ in FIG. 2 may comprise the previously mentioned C.S.P., Inc. Macro Arithmetic Processor System 100 or other processor arrangements well known in the art.

Referring to FIG. 2, processor 210 receives the predictive parameter signals $a_k$ and the prediction residual signals $d_k$ of each successive frame of the speech pattern from circuit 110 via store 218. The processor is operative to form the excitation code signal elements $\beta_1$ $m_1$, $\beta_2$, $m_2$, ..., $\beta_I$, $m_I$, and redundancy parameter signals $\gamma$ and $M^*$ under control of permanently stored instructions in predictive filter processing subroutine read-only memory 201, multiframe correlation processing read-only memory 212, frame correlation signal processing read-only memory 217, and excitation processing read-only memory 205. The permanently stored instructions of these read-only memories are set forth in Appendix A.

Processor 210 comprises common bus 225, data memory 230, central processor 240, arithmetic processor 250, controller interface 220 and input-output interface 260. As is well known in the art, central processor 240 is adapted to control the sequence of operations of the other units of processor 210 responsive to coded instructions from controller 215. Arithmetic processor 250 is adapted to perform the arithmetic processing on coded signals from data memory 230 responsive to control signals from central processor 240. Data memory 230 stores signals as directed by central processor 240 and provides such signals to arithmetic processor 250 and input-output interface 260. Controller interface 220 provides a communication link for the program instructions in the read-only memories 201, 205, 212, and 217 to central processor 240 via controller 215, and input-output interface 260 permits the $d_k$ and $a_k$ signal to be supplied to data memory 230 and supplies output signals $\beta_i$, $m_i$, $\gamma$ and $M^*$ from the data memory to coders 131 and 155 in FIG. 1.

The operation of the circuit of FIG. 2 is illustrated in the flow charts of FIGS. 3 and 4. At the start of the speech signal, box 305 in FIG. 3 is entered via box 303 after signal ST is obtained from clock signal generator 103 in FIG. 1. The predictive filter impulse response for signals $y(n)$ and $\hat{y}(n)$ are formed as per box 305 in processors 240 and 250 under control of instructions from predictive filter processing ROM 201. Box 306 is then entered and the operations of the flow chart of FIG. 4 are carried out responsive to the instructions stored in ROM 212. These operations result in the formation of

signals $y_p(n)$, $\gamma$, and $M^*$ and have been described with respect to FIG. 1. Signals $\gamma$ and $M^*$ are made available at the output of input-output interface 260 and signal $y_p(n)$ is stored in data memory 230.

Upon completion of the operations of box 306, Controller 215 connects frame correlation signal processing ROM 217 to central processor 240 via controller interface 220 and bus 225 so that the signals $C_{ip}$, $C_{ig}^*$, and $q^*$ are formed as per the operations of boxes 307 through 325 for the current value of excitation signal index i. Excitation signal processing ROM 205 is then connected to computer 210 by controller 215 and the signals $\beta_i$ and $m_i$ are generated in boxes 327 through 333 as previously described with respect to FIG. 1. Signal $v(n)$ is then produced for use in the next frame in box 340 as per equation 6a. The excitation signals are generated in serial fashion for i=1, 2, ..., I in each frame. Upon completion of the operations of FIG. 3 for excitation signal $\beta_I$, $m_I$, controller 215 places the circuit of FIG. 2 in a wait state as per box 303.

The frame excitation code and the frame redundancy parameter signals from the processor of FIG. 2 are supplied via input-output interface 260 to coders 131 and 155 in FIG. 1 as is well known in the art. Coders 131 and 155 are operative as previously mentioned to quantize and format the excitation code and the redundancy parameter signals for application to utilization device 148. The $a_k$ prediction parameter signals of the frame are applied to one input of multiplexer 135 through delay 133 so that the frame excitation code from coder 131 may be appropriately multiplexed therewith.

Utilization device 148 may be a communication system, the message store of a voice storage arrangement, or apparatus adapted to store a complete message or vocabulary of prescribed message units, e.g., words, phonemes, etc., for use in speech synthesizers. Whatever the message unit, the resulting sequence of frame codes from circuit 120 are forwarded via utilization device 148 to a speech synthesizer such as that shown in FIG. 5. The synthesizer, in turn, utilizes the frame excitation and redundance parameter signal codes from circuit 120 as well as the frame predictive parameter codes to construct a replica of the speech pattern.

Demultiplexer 502 in FIG. 5 separates the excitation code EC, the redundancy parameter codes $\gamma$, $M^*$, and the prediction parameters $a_k$ of each successive frame. The excitation code, after being decoded into an excitation pulse sequence in decoder 505, is applied to one input of summing circuit 511 in excitation signal former 510. The $\gamma$, $M^*$ signals produced in decoder 506 are supplied to predictive filter 513 in excitation signal former 510. The predictive filter is operative as is well known in the art to combine the output of summer 511 with signals $\gamma$ and $M^*$ to generate the excitation pulse sequence of the frame. The transfer function of filter 513 is

$$p(z) = \gamma z^{-M^*} \tag{15}$$

Signal $M^*$ operates to delay the redundancy reduced excitation pulse sequence and signal $\gamma$ operates to modify the magnitudes of the redundancy reduced excitation pulses so that the frame multipulse excitation signal is reconstituted at the output of excitation signal former 510.

The frame excitation pulse sequence from the output of excitation signal former 510 is applied to the excita-

EXHIBIT K

276

4,701,954

**11**

tion input of speech synthesizer filter 514. The $a_k$ predictive parameter signals decoded in decoder 508 are supplied to the parameter inputs of filter 514. Filter 514 is operative in response to the excitation and predictive parameter signals to form a digitally encoded replica of the frame speech signal as is well known in the art. D/A converter 516 is adapted to transform the coded replica into an analog signal which is passed through low-pass filter 518 and transformed into a speech pattern by transducer 520.

**12**

The invention has been described with reference to particular illustrative embodiments. It is apparent to those skilled in the art that various modifications may be made without departing from the scope and the spirit of the invention. For example, the embodiments described herein have utilized linear predictive parameters and a predictive residual. the linear predictive parameters may be replaced by formant parameters or other speech parameters well known in the art.

APPENDIX A.

```
c+++      **** Predictive Filter Processor ****
c+++                 box 201

       Subroutine BOX201

       common ym(12),y(80),yo(20),
      &yhatm(12),yhat(80),yhato(20),
      &d(80),v(280),zp(80),yp(80),
      &a(12),b(12),h(20),gamma,mper,beta(10),m(10),imax

       dimension ytemp(112)
       equivalence (ytemp,ym)

       data nlpc/12/,nmax/112/,alpha/0.85/,kmax/20/,mmin/40/

c+++   Compute Coefficients for the Predictive Filter

       g=1
       do101k=1,nlpc
       g=g*alpha
  101  b(k)=g*a(k)

c+++   Generate y Signal

       do102n=1,100
       sm=0
       do103k=1,nlpc
  103  sm=sm+b(k)*ytemp(n+nlpc-k)
  102  ytemp(n+nlpc)=sm
```

EXHIBIT K

277

4,701,954

13                                         14

```
      return
      end
c+++       ****    Multiframe Correlation Processor *****
c+++                       box 212

      Subroutine BOX212

      common ym(12),y(80),yo(20),
     &yhatm(12),yhat(80),yhato(20),
     &d(80),v(280),zp(80),yp(80),
     &a(12),b(12),h(20),gamma,mper,beta(10),m(10),imax

      dimension z(100)
      equivalence (z,yhat)

      data nlpc/12/,nmax/112/,alpha/0.85/,kmax/20/,mmin/40/

c+++   Generate Predictive Filter Memory Signal

      do104n=1,100
      z(n)=0
      do104i=1,nlpc
  104 z(n)=z(n)+b(i)*z(n-i)

c+++   Initialize mper estar v
      mper=mmin
      estar=0
      call copy(d,v(201),80)

  150 continue


c+++   Generate Periodic Component Signal
c+++   Compute Correlation Between Periodic Component
c+++     and Difference Signal 'y-z'

      en=0
      ed=0
```

EXHIBIT K

278

4,701,954

**15**                                    **16**

```
      do107n=1,80
      sm=0
      do106k=1,kmax
106   sm=sm+h(k)*v(n+200-mper-(k-1))
      zp(n)=sm
      en=en+(y(n)-z(n))*zp(n)
      ed=ed+zp(n)**2
107   continue


c+++    Find Minimum Error

      e=-en*en/ed
      if(e.ge.estar)goto140

      mstar=mper
      estar=e


140   continue
      mper=mper+1
      if(mper.le.mmin+80)goto150



c+++    Generate Periodic Component Signal zp

      en=0
      ed=0
      do109n=1,80
      sm=0
      do108k=1,kmax
108   sm=sm+h(k)*v(n+200-mstar-(k-1))
      zp(n)=sm
      en=en+(y(n)-z(n))*zp(n)
      ed=ed+zp(n)**2
109   continue


c+++    Compute gamma  mper

      gamma=en/ed
```

EXHIBIT K

79

4,701,954

17                                        18

```
      mper=mstar

c+++    Compute Periodic Component yp

        call scale(zp,gamma,yp,80)

        return
        end


        Subroutine COPY (x,y,n)
        dimension x(n),y(n)
        do1i=1,n
    1 y(i)=x(i)
        return
        end


        Subroutine SCALE (x,a,y,n)
        dimension x(n),y(n)
        do2i=1,n
    2 y(i)=a*x(i)
        return
        end
c+++       **** Frame Correlation Signal Processor ****
c+++                    box 217

        Subroutine BOX217

        common ym(12),y(80),yo(20),
      &yhatm(12),yhat(80),yhato(20),
      &d(80),v(280),zp(80),yp(80),
      &a(12),b(12),h(20),gamma,mper,beta(10),m(10),imax

        dimension ci(100)
        dimension z(100)
        equivalence (z,yhat)
        integer q,qmax,qstar

        data nlpc/12/,nmax/112/,alpha/0.85/,kmax/20/,mmin/40/
```

EXHIBIT K

280

4,701,954

19                                        20

```
      imax=12

c+++    Compute Impulse Response of the Predictive Filter
        h(1)=1
        do103k=2,kmax
        h(k)=0
        do102i=min0(k-1,nlpc)
  102   h(k)=h(k)+b(i)*h(k-i)
        sumsqh=sumsqh+h(k)**2
  103   continue


c+++    Generate Periodic Component

        call BOX212


c+++    Set Initial Excitation Signal Count
        i=1
        q=1

        do181n=1,100
  181   ci(n)=0

c+++    Generate Initial yhat Signal

        do182n=1,80
  182   yhat(n)=z(n)+yp(n)

  500   q=1
  200   continue

c+++    Compute Correlation Signal

        do201n=q,100
  201   ci(q)=ci(q)+(y(n)-yhat(n))*h(n-(q-1))

        q=q+1
```

EXHIBIT K

4,701,954

21                                  22

```
      if(q.le.qmax)goto200

c+++   Find Peak of Correlation Signal

      q=1
      qstar=0
      ciqstar=0

  300 if(abs(ci(q)).lt.abs(ciqstar))goto301
      qstar=q
      ciqstar=ci(q)


  301 q=q+1
      if(q.le.qmax)goto300

      m(i)=qstar
      beta(i)=ciqstar/sumsqh

      do203k=m(i),m(i)+kmax-1
  203 yhat(k)=yhat(k)+beta(i)*h(k-m(i)+1)

      i=i+1
      if(i.le.imax)goto500


      return
      end
c+++       ***** Excitation Signal Processor *****
c+++                     box 205


      Subroutine BOX205

      common ym(12),y(80),yo(20),
     &yhatm(12),yhat(80),yhato(20),
     &d(80),v(280),zp(80),yp(80),
     &a(12),b(12),h(20),gamma,mper,beta(10),m(10),imax
```

EXHIBIT K

282

4,701,954

23                                              24

```
        data nlpc/12/,nmax/112/,alpha/0.85/,kmax/20/,mmin/40/


c+++    Generate Periodic Component in the Excitation Signal 'v'

        do101n=201,280
  101   v(n)=gamma*v(n-mper)


c+++    Add the Multi-Pulse Part to the Excitation

        do102i=1,imax
        if(m(i).gt.80)goto102
        v(200+m(i))=v(200+m(i))+beta(i)
  102   continue

        return
        end
```

What is claimed is:

1. A method for generating multipulse excitation codes for a speech pattern comprising the steps of:

partitioning a speech pattern into successive time frame portions;

generating a set of predictive parameter signals representative of the speech pattern portion of each successive time frame;

producing a signal representative of the predictive residual of each successive time frame speech pattern portion responsive to the time frame speech parameter signals and time frame speech pattern portion; and

generating a multipulse excitation code having a sequence of $n = 1, 2, \ldots, N$ pulses for each successive time frame to provide prescribed coded speech pattern quality where N is substantially independent of the pitch of the speech pattern by iteratively forming pulses for said time frame, each pulse having a magnitude $\beta$ and a location m within the frame in N successive iterations and each successive iteration including the steps of;

combining said time frame predictive parameter signals with said time frame predictive residual signals to form a signal $y(n)$ corresponding to the time frame speech pattern portion,

combining the excitation pulse sequence of the preceding iteration with said time frame predictive parameter signals to form a signal $z(n)$ corresponding to the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion,

forming a signal representative of the differences between said signal $y(n)$ corresponding to the time frame speech pattern portion and said signal $z(n)$ corresponding to the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion,

comparing the current time frame signal representative of the differences between the signal $y(n)$ corresponding to the time frame speech pattern portion and said signal $z(n)$ corresponding to the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion with the signal of prescribed preceding time frames representative of the differences between said signal $y(n)$ corresponding to the preceding time frame speech pattern portion and said signal $z(n)$ corresponding to the contribution of the preceding iteration excitation pulse sequence to the preceding time frame speech pattern portion to generate a signal $y_p(n)$ representative of speech pattern portions of said preceding time frames having a predetermined degree of similarity to the speech pattern portion of the time frame, and

producing an excitation pulse of magnitude $\beta$ and location m for the present iteration responsive to the differences between said speech pattern portion representative signal $y(n)$ and the sum of said signal representative of the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion and said signal $y_p(n)$ representative of similar speech pattern portions of said preceding time frames.

2. A method for generating multipulse excitation codes for a speech pattern according to claim 1 further comprising the step of utilizing said frame multiphase excitation code and said frame predictive parameter signals to construct a replica of said frame speech pattern.

3. Apparatus for generating multipulse excitation codes for a speech pattern comprising:

means for partitioning a speech pattern into successive time frame portions;

EXHIBIT K

283

25

4,701,954

26

means for generating a set of predictive parameter signals representative of the speech pattern portion of each successive time frame;

means responsive to the time frame speech parameter signals and time frame speech pattern portion for producing a signal representative of the predictive residual of each successive time frame speech pattern portion; and

means for iteratively forming a sequence of n = 1, 2, . . . N pulses for said time frame, each pulse having a magnitude $\beta$ and a location m within the frame where N is substantially independent of the pitch of the speech pattern to generate a multipulse excitation code for each successive time frame to provide prescribed coded speech pattern quality;

said iteratively pulse sequence forming means comprises means for generating the nth pulse of said sequence including;

means for combining said time frame predictive parameter signals with said time frame predictive residual signal to form a signal y(n) corresponding to the time frame speech pattern portion,

means for combining the excitation pulse sequence of the preceding iteration with said time frame predictive parameter signals to form a signal z(n) corresponding to the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion,

means for forming a signal representative of the differences between said signal y(n) corresponding to the time frame speech pattern portion and said signal z(n) corresponding to the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion,

means for comparing the signal of the current time frame representative of the differences between said signal y(n) corresponding to the time frame speech pattern portion and said signal z(n) corresponding to the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion of the current time frame with the signal of prescribed preceding time frames representative of the differences between said signal y(n) corresponding to the preceding time frame speech pattern portion and said signal z(n) corresponding to the contribution of the preceding iteration excitation pulse sequence to the preceding time frame speech pattern portion to generate a signal $y_p(n)$ representative of portions of said preceding time frames having a predetermined degree of similarity to the speech pattern portion of the time frame,

means for forming a signal representative of the sum of said signal representative of the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion and said signal $y_p(n)$ representative of similar portions of said preceding time frames, and

means responsive to the differences between said n speech pattern portion representative signal y(n) and the sum of said signal representative of the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion and said signal $y_p(n)$ representative of similar portions of said preceding time frames for producing an excitation pulse of magnitude $\beta$ and location m for the present iteration.

4. Apparatus for generating multipulse excitation codes for a speech pattern according to claim 3 further comprising means for utilizing said frame multipulse excitation code and said frame predictive parameter signals to construct a replica of said frame speech pattern.

5. A speech processor for producing a speech message comprising:

means for receiving a sequence of speech message time frame signals, each speech time frame signal including a set of predictive speech parameter signals, a first coded excitation signal, and a second coded excitation signal for said time frames;

means for combining said first and second coded excitation signal to form a multipulse speech message excitation representative signal for the frame; and

means jointly responsive to said linear predictive frame speech parameter signals and said frame multipulse excitation representative signal for generating a speech pattern corresponding to the speech message;

the first coded excitation signal for said frame being formed by the steps of:

generating a sequence of signals corresponding to successive samples of a speech pattern;

partitioning a speech pattern into successive time frame portions;

generating a set of predictive parameter signals representative of the speech pattern portion of each successive time frame;

producing a signal representative of the predictive residual of each successive time frame speech pattern portion responsive to the time frame speech parameter signals and time frame speech pattern portion; and

generating a multipulse excitation code having a sequence of n = 1, 2, . . . , N pulses for each successive time frame to provide prescribed coded speech pattern quality where N is substantially independent of the pitch of the speech pattern by iteratively forming a sequence of pulses for said time frame, each pulse having a magnitude $\beta$ and a location m within the frame in N successive iterations and each successive iteration including the steps of:

combining said time frame predictive parameter signals with said time frame predictive residual signals to form a signal y(n) corresponding to the time frame speech pattern portion,

combining the excitation pulse sequence of the preceding iteration with said time frame predictive parameter signals to form a signal z(n) corresponding to the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion,

forming a signal representative of the differences between said signal y(n) corresponding to the time frame speech pattern portion and said signal z(n) corresponding to the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion,

comparing the current time frame signal representative of the differences between said signal y(n) corresponding to the time frame speech pattern portion and said signal z(n) corresponding to the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion with the signal of prescribed preceding

EXHIBIT K

284

4,701,954

27

time frames representative of the differences between said signal y(n) corresponding to the preceding time frame speech pattern portion and said signal z(n) corresponding to the contribution of the preceding iteration excitation pulse sequence to the preceding time frame speech pattern portion to generate a signal $y_p(n)$ representative of speech pattern portions of said preceding time frames having a predetermined degree of similarity the speech pattern portion of the time frame, and

producing an excitation pulse of magnitude $\beta$ and location m for the present iteration responsive to the differences between said speech pattern portion representative signal y(n) and the sum of said signal representative of the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion and said signal $y_p(n)$ representative of similar speech pattern portions of said preceding time frames.

6. A method for producing a speech message comprising:

receiving a sequence of speech message time frame signals, each speech time frame signal including a set of linear predictive speech parameter signals, a first coded excitation signal, and a second coded excitation signal for said time frame; forming a multipulse speech message excitation representative signal for the frame responsive to said first and second coded excitation signals, and

generating a speech pattern corresponding to the speech message jointly responsive to said frame linear speech parameter signals and said frame multipulse excitation representative signal;

the first coded excitation signal for said frame being formed by the steps of:

partitioning a speech pattern into successive time frame portions;

generating a set of predictive parameter signals representative of the speech pattern portion of each successive time frame;

producing a signal representative of the predictive residual of each successive time frame speech pattern portion responsive to the time frame speech parameter signals and time frame speech pattern portion; and

generating a multipulse excitation code having a sequence of n = 1, 2, ..., N pulses for each successive time frame to provide prescribed coded speech pattern quality where N is substantially independent of the pitch of the speech pattern by iteratively forming a sequence of pulses for said time frame, each pulse having a magnitude $\beta$ and a location m within the frame in successive iterations and each successive iteration including the steps of:

28

combining said time frame predictive parameter signals with said time frame predictive residual signals to form a signal y(n) corresponding to the time frame speech pattern portion,

combining the excitation pulse sequence of the preceding iteration with said time frame predictive parameter signals to form a signal z(n) corresponding to the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion,

forming a signal representative of the differences between said signal y(n) corresponding to the time frame speech pattern portion and said signal z(n) corresponding to the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion,

comparing the current time frame signal representative of the differences between said signal y(n) corresponding to the time frame speech pattern portion and said signal z(n) corresponding to the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion of the current time frame with the signal of prescribed preceding time frames representative of the differences between said signal y(n) corresponding to the preceding time frame speech pattern portion and said signal z(n) corresponding to the contribution of the preceding iteration excitation pulse sequence to the preceding time frame speech pattern portion to generate a signal $y_p(n)$ representative of speech pattern portions of said preceding time frames having a predetermined degree of similarity to the speech pattern portion of the time frame, and

producing an excitation pulse of magnitude $\beta$ and location m for the present iteration responsive to the differences between said speech pattern portion representative signal y(n) and the sum of said signal representative of the contribution of the preceding iteration excitation pulse sequence to the time frame speech pattern portion and said signal $y_{p(n)}$ representative of similar speech pattern portions of said preceding time frames.

* * * * *

# United States Patent [19]

## Day, Jr. et al.

[11] Patent Number: **4,763,356**

[45] Date of Patent: **Aug. 9, 1988**

[54] **TOUCH SCREEN FORM ENTRY SYSTEM**

[75] Inventors: Benjamin W. Day, Jr., Rumson; Alexander C. Gillon, Aberdeen; Raoul A. LeConte, Howell, all of N.J.

[73] Assignee: AT&T Information Systems, Inc. American Telephone and Telegraph Company, Murray Hill, N.J.

[21] Appl. No.: **940,408**

[22] Filed: **Dec. 11, 1986**

[51] Int. Cl.⁴ ...................... H04M 1/23; G06F 15/18; G08C 21/00

[52] U.S. Cl. ..................................... 379/368; 379/396; 340/712; 340/734; 178/18; 364/900

[58] Field of Search .................. 379/93, 96, 100, 396, 379/354, 368; 178/18, 19, 20; 340/712, 734, 365 C, 365 P, 365 VL; 364/200 MS File, 900 MS File

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,185,282 | 1/1980 | Pick | 340/711 |
| 4,202,041 | 5/1980 | Kaplow et al. | 364/900 |
| 4,224,615 | 9/1980 | Penz | 340/712 |
| 4,291,198 | 9/1981 | Anderson et al. | 376/96 |
| 4,431,870 | 2/1984 | May et al. | 379/354 X |
| 4,451,895 | 5/1984 | Sliwkowski | 364/521 |
| 4,649,499 | 3/1987 | Sutton et al. | 178/18 X |
| 4,653,086 | 3/1987 | Laube | 379/96 |
| 4,659,876 | 4/1987 | Sullivan et al. | 379/96 |
| 4,725,694 | 2/1988 | Auer et al. | 178/18 |

### FOREIGN PATENT DOCUMENTS

59-170929   9/1984   Japan ..................................... 340/712

### OTHER PUBLICATIONS

Linda Lowe, "System for Terminals Creates Keyboards Anyone Can Use," Electronics, Jun. 5, 1980, pp. 39 and 40.

To Russell Hsing, Hoa Anh Quach, Charles LeBlanc and James C. Stoddard, "An Interactive Touch Phone for Office Automation," IEEE Communications Magazine, Feb. 1985–vol. 23, No. 2, pp. 21 through 26.

Werner Horn, Robert Trappl, Dietmar Ulrich, and Gerhard Chroust, "A Frame-Based Real-Time Graphic Interaction System," European Meeting on Cybernetics and Systems Research, 1984, pp. 825 through 830.

To Russell Hsing, Hoa Anh Quach, Charles LeBlanc, Ralph Mednick, and Leonard Abraham, "An Interactive Touch Phone for Future Offices," IEEE International Conference on Communications, 20th, Amsterdam, May 14–17, 1984, pp. 272 through 275.

Primary Examiner—Keith E. George
Attorney, Agent, or Firm—Frederick B. Luludis

[57] **ABSTRACT**

A personal computer connected to a display and touch screen panel is provided with a form entry system integrated therewith. The form entry system is adapted to display a predefined form and to automatically display a predefined tool, such as a keyboard, menu, calculator, etc., to facilitate inputting information in a respective field of the form or chart. Specifically, the user is prompted as to which field is to be filled in by highlighting the field and concurrently displaying as an overlay (window) the tool that the user will use to input the information called for by the highlighted field. In the case where a field calls for illustratively the insertion of a name, the system may be adapted to display a menu of names as the tool for filling in that field. The user selects the name that he or she desired to be inserted in the field by touching that name. The system responsive thereto inserts the name in that field, highlights the next field to be filled in and displays the tool for filling that field. The system may also be adapted to communicate with a host computer to obtain the information that is to be inserted in one or more fields. Also, the user may erase the tool that is displayed by the system and direct the system to display another tool, such as the aforementioned keyboard.

**22 Claims, 17 Drawing Sheets**





EXHIBIT L

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3938   Page 305 of 331

*FIG. 1*



EXHIBIT L

287



FIG. 2

EXHIBIT L



FIG. 3

EXHIBIT L

289

Case 3:02-cv-02060-B-MDD   Document 73   Filed 07/23/03   PageID.3941   Page 308 of 331



EXHIBIT L



*FIG. 5*

EXHIBIT L



FIG. 6

EXHIBIT L



FIG. 7

EXHIBIT L 1



*FIG. 8*

EXHIBIT L



FIG. 9

EXHIBIT L

295



FIG. 10

EXHIBIT L

296

FIG. 11



EXHIBIT L

FIG. 12



EXHIBIT L



FIG. 13

EXHIBIT

599

FIG. 14



EXHIBIT L
300



FIG. 15

FIG. 17

FIG. 15

FIG. 16

EXHIBIT L



FIG. 16

EXHIBIT L

302

FIG. 18



EXHIBIT L

303

4,763,356

1

## TOUCH SCREEN FORM ENTRY SYSTEM

### FIELD OF THE INVENTION

The invention relates to data entry arrangements.

### BACKGROUND OF THE INVENTION

It is well known that such persons as securities traders, sales people, order takers, nurses, etc., spend an appreciable amount of time over the course of a day manually filling in various forms, such as purchase orders, charts, etc. Various techniques have been devised to reduce the amount of time spent filling in such forms. One such technique displays the fields of a form on the cathode ray tube or other display of a computer. A user "fills in" the displayed fields by entering the information called for by each field using the computer keyboard. However, the amount of time that such known techniques save over the manual method of filling in a form is not substantial when a user thereof is not proficient in using a computer keyboard.

### SUMMARY OF THE INVENTION

We have recognized that a more desirable approach to providing a computerized form entry system is one that upon displaying a form indicates in a predetermined sequence which of the information fields of the displayed form a user is to fill in and concurrently displays one of a plurality of predefined tools adapted to specifically facilitate the inputting of the information called for by that field. Specifically, in our arrangement, the field that is to be filled in by the user is highlighted and the tool which the user operates to fill in the highlighted field is displayed as an overlay (window) on the form. A tool could be, for example, a calculator, a keyboard, a date pad, etc.

In accordance with one aspect of the invention, the form entry system may be arranged to communicate with illustratively a host computer during the course of filling in a form or chart to obtain the entries for one or more fields thereof. In accordance with another aspect of the invention, one of the displayed fields could be a bit-mapped graphics field which the user fills in by writing on the touch screen using a hand-held stylus. In accordance with another aspect of the invention, the user may erase a displayed tool and bring up another tool and use the other tool to fill in a respective field.

### BRIEF DESCRIPTION OF THE DRAWINGS

These and other objects and features, together with the operation and utilization of the present invention, will be more apparent from the illustrative embodiment shown in conjunction with the drawings in which

FIG. 1 illustrates a computer arrangement in which the present invention is illustratively implemented;

FIGS. 2 through 10 show various stages of a customized form displayed by the computer arrangement of FIG. 1 in which a field in the form is filled in using a respective displayed tool in accordance with the invention;

FIG. 11 depicts a menu of predefined tools that is displayed by the computer arrangement of FIG. 1 when a user points to a respective one of the function keys shown in FIGS. 2 through 10;

FIG. 12 shows a telephone station set tool which may be displayed by the computer arrangement of FIG. 1 to establish a telephone call;

2

FIG. 13 is a simplified block diagram of the computer arrangement of FIG. 1;

FIG. 14 is a simplified block diagram showing a central computer connected to a plurality of other computers, such as the computer depicted in FIG. 1, the computers, in turn, being shown connected to respective display panels;

FIGS. 15 and 16 are flowcharts describing the operation of the computer arrangement of FIG. 1 in relation to, inter alia, filling in the form of FIGS. 2 through 10, in accordance with the invention;

FIG. 17 shows the manner in which FIGS. 15 and 16 should be arranged; and

FIG. 18 illustrates a portion of memory contained within the computer of FIG. 1 in which is stored, inter alia, the form shown in FIG. 2.

### DETAILED DESCRIPTION

Form entry system 10 depicted in FIG. 1 includes personal computer 20 and display panel 15. Computer 20 operates under a predetermined operating system—illustratively the MS-DOS operating system. (The MS-DOS operating system is available from Microsoft, Inc.) The computer includes a display 21, keyboard 23 and floppy diskette unit 22 as well as other internal components not explicitly shown in FIG. 1, such as a hard disk unit. The keyboard 23 provides a mechanism for the user to input instructions to the computer, such as an instruction to bring up a predefined screen pattern on display 21. In the practice of the invention, display 21 is not required since any screen pattern that is brought up on display 21 is also brought up on display panel 15.

In particular, panel 15 includes a touch-sensitive screen 16 overlaying a display device, for example, an ac plasma display. The touchsensitive screen could be, for example, the TIX touch-screen available from the Elographics Company of Oak Ridge, Tenn., and the ac plasma display could be, for example, the D0640LB ac plasma display available from DIXY Corporation of Japan. The display 21 and the D0640LB ac plasma display each comprise 400 rows of 640 picture elements (pixels) in each row and therefore, both are suitable for displaying so-called bit-mapped graphics.

Cable 17 includes a multilead bus connected between the ac plasma display and a video (monitor) output port (not shown) available at the back of computer 20. It also includes signal leads connected between touch-sensitive screen 16 and a touch-screen controller circuit board mounted in an available computer 20 circuit board slot (not shown). When touch-screen 16 is touched by the user, the voltage levels appearing on particular signal leads of cable 17 change. The touch-screen controller decodes these changes in the signal levels into x and y coordinates, which define the location that is being touched.

As will be discussed below, a user of the invention may design a customized form for display on panel 15 such that the fields of the form are highlighted one at a time in a particular pattern, such as a sequential pattern. Moreover, the user may associate a predefined tool with a particular field and have that tool displayed as an overlay when the associated field is highlighted. When the user "fills in" a highlighted field using the displayed tool, the system automatically advances to the next field to be filled in, highlights that field and displays the tool that will be used to fill in the field.

EXHIBIT L

4,763,356

| 3 | 4 |

Referring now to FIG. 2, there is shown an illustrative example of a customized form which may be displayed on the ac plasma display of panel 15 after the computer 20 is turned on and has performed some initial tasks including the "booting" of the operating system from the aforementioned hard disk unit, and a screen command identifying the form has been inputted into computer 20 via keyboard 23. Form 30 comprises two pages in which the first page is shown in FIGS. 2–9 and the second page is shown in FIG. 10.

Form 30 is illustratively a customized form for ordering a particular model of automobile from the fictitious Saturn Motor Company (SMC). The form comprises a plurality of information fields each identifying the kind of information to be inserted therein, such as Model, Year, Qty (quantity), etc. The fields, when filled in by a user (e.g., a salesperson), define a particular model of automobile having a particular set of options, the options being filled when the user reaches the options section 31 of the form. Also, special equipment may be ordered when the user points to the box labeled SP EQUIP, as will be discussed below.

(The term "points to" and the variants of that term as used herein is meant to include other terms that are understood by the art and which define similar functions. For example, it includes such notions as moving a screen cursor to the location of displayed text or to an entry in a menu of entries and operating, for example, an enter key; as "touching" the screen as one would touch the touch screen 16 of panel 15; or even as identifying particular displayed text or a menu of entries using terminal buttons, for example, computer keyboard buttons.)

It is seen from FIG. 2 that the fields of form 30 are actually constructed from a plurality of vertical and horizontal lines, such as lines 20, 21, 23, 24 and 25 which define fields 41 and 51 labeled Model and Year, respectively. Function keys 32 through 37 and the manner in which a user specifies the various horizontal and vertical lines to construct the fields of a customized form will be discussed below.

When a form is first brought up on panel 15, one of the fields in the form is illustratively highlighted and, in accordance with the invention, the predefined tool for filling in that field is concurrently displayed illustratively as a window overlaying the form.

Specifically, FIG. 3 depicts form 30 when it is first brought up on panel 15. It is seen from FIG. 3 that the first field in the form—the Model field 41—is highlighted and the tool 40 for filling in that field is displayed as an overlay (window) on form 30. In this instance, tool 40 is a menu of predefined entries (or items) 42 through 46 representing respective models of automobiles available from SMC. To "fill in" field 41, then, in accordance with a feature of the invention, all that the user needs to do is to point to one of the entries 42 through 46.

(Other functions related to a displayed tool can be invoked by touching tool movement icon 48 or tool erase icon 47, the former allowing the user to move the tool to another location on the display and the latter allowing the user to erase the tool from the display.)

For example, if it is assumed that a purchaser wishes to purchase the CONVERTIBLE model, then the user points to that entry. As shown in FIG. 4, the form entry system, responsive thereto (a) inserts the name CONVERTIBLE in field 41, (b) erases menu 40 from the display of panel 15, (c) highlights the next field—the

Year field—and (d) brings up the corresponding tool 50 to fill in that field.

It is assumed for the purpose of illustrating the invention that SMC has an inventory of automobiles that it manufactured during the years 1978 through 1986 and the entries in tool 50 reflect that fact. To fill in field 51, then, all that the user needs to do is to point to one of the entries displayed in tool 50. Assuming that the user selects the entry 1986, the system (a) inserts 1986 in field 51, (b) erases tool 50 from the display, (c) highlights the next field to be filled in, i.e., the Qty field, and (d) displays the tool for filling in that field.

Turning then to FIG. 5, there is shown form 30 at the point where fields 41 and 51 have been filled in and field 61 is highlighted, indicating that field 61 is the next field to be filled in by the user. The device for filling in field 61—number entry tool 60—has also been brought up on the display. The number entry tool 60 operates similar to a standard hand-held calculator in which the user composes a string of numbers by touching individual ones of the displayed buttons of tool 60, for example, the button labeled 0 (zero), as though the user were touching the number buttons on a hand-held calculator or the number buttons on a computer keyboard.

Number entry tool 60 also includes four function keys 63 through 66. Briefly, the BS (back space) key 63 allows the user to backspace to overwrite a digit displayed in the display section 62. The C (clear) key 64 clears the number displayed in display section 62. The E (enter) key 65 allows the user to transfer the number displayed in display section 62 to the highlighted field, i.e., field 61, but the system does not automatically skip, or advance, to the next field to be filled in. To advance to the next field, the user would have to point to it. When the user does so, the system highlights that field (i.e., the Bid Date field) and brings up the tool for filling in the field. The E/S (enter/skip) key 66 causes the system to transfer the number displayed in display section 62 to field 61 and advance to the next field to be filled in.

In the illustrative example of the present invention, it is assumed that the number of automobiles to be ordered is ten. Accordingly, the user touches the digit 1 and 0, respectively, to enter the number 10. In turn, the system displays the digits in the display section 62 of tool 60, as shown in FIG. 6.

FIG. 6 depicts the result of the user having pointed to the E/S key 66 of tool 60. It is seen that the system has inserted the number 10 in field 61 and has highlighted the Bid Date field 71 to indicate to the user that that field is the next field to be filled in. The system has also brought up the tool 70 for filling in field 71, which, in this case, is a transitory date and time entry tool 70 that is updated periodically. The current date 72 and time 73 displayed in tool 70 are derived from computer 20.

Since the Bid Date field 71 calls for a date and not a time, the user points to the E/S key 74 of tool 70. When the user does so, the system inserts the current date 72 in the associated field 71 and advances to the next field to be filled in.

As will be discussed below, the form entry system of the present invention may be programmed, in accordance with a feature of the invention, to advance to any field in the form. Thus, the system may be programmed, for example, to pass over one or more fields and to return to those fields after the other fields have been filled in.

EXHIBIT L
305

4,763,356

5

Turning then to FIG. 7, there is shown an example in which the system has been programmed to pass over field 85-1 and highlight field 81. The system has also brought up keyboard tool 80, since field 81 calls for the insertion of a name.

Specifically, tool 80 is patterned after a conventional keyboard having a display section 82. The user may illustratively compose a name by pointing to respective ones of the displayed keys of tool 80. When the user touches a key, for example, the key labeled C, the system displays that letter in display section 82 of tool 80. Upon composing the customer's name and seeing it displayed in display section 82, as shown in FIG. 7, the user then enters the name in the associated field 81 by pointing to the E/S key 83.

At this point in the discussion, it is assumed that, upon filling in field 81, the system is programmed to skip over fields 85-2 and 85-3 and advance to the Return Request To field 91. When the system advances to field 91, it highlights that field and brings up the corresponding tool for filling in the field, such as a menu of names (not shown). In the present illustrative example of the invention, when the user selects one of the names in the displayed menu of names, the system inserts the selected name in field 91 and advances to DLR INFO 90.

In certain instances, it may be advantageous to allow a central location, such as a host computer, to determine the information that is to be inserted in a field of a form. For example, a unique number is typically printed on each copy of a printed form to distinguish one copy of the form from another copy. The preprinted form number thus prevents the same number from being used on more than one copy of the form, which may not be ensured if the person who is filling in the form also fills in the form number, since the person could mistakenly write the same number on more than one copy.

Also, in certain instances, the same information may be inserted in a particular field(s) of a form each time a copy of the form is filled in, such information being, for example, the phone number of the dealer inserted in field 85-3.

In accordance with a feature of the invention, the form entry system may be programmed to communicate with other equipment, such as a host computer, via an application program to obtain information for filling in one or more fields of a form, such as fields 85-1 through 85-7.

Turning then to FIG. 8, there is shown form 30 with DLR INFO 90 highlighted. In this instance, DLR INFO 90 provides the function of a "button" rather than a field. When the user touches button 90, computer 20 communicates with a host computer via an application program (discussed below) to obtain the information for filling in fields 85-1 through 85-7. Upon obtaining such information, the system automatically (a) inserts it in fields 85-1 through 85-7, (b) removes the highlighting at button 90 and (c) advances to the option section 31 of the form, as shown in FIG. 9.

It is seen from FIG. 9 that the system, in advancing to option section 31, has highlighted field 101 and has brought up tool 100 comprising a menu of alternatives which the user operates to fill in that field in the manner as discussed above. The remaining fields of section 31, i.e., the fields labeled Engine through Ex Sys, are filled in by the user as each of those fields is highlighted and the respective tool is displayed.

It is assumed at this point in the discussion that page 1 of form 30 has been filled in and the system has high-

6

lighted the SP EQUIP (special equipment) button 102. When the user points to button 102, the system erases page 1 of form 30 and displays page 2 of form 30, as shown in FIG. 10.

It is seen from FIG. 10 that the fields in the top section of page 2 and the fields in the top section of page 1 of form 30 are identical. Accordingly, the system, upon bringing up page 2 of the form, automatically fills in those fields using the information inserted in the corresponding fields of page 1. In bringing up page 2, the system also highlights field 110 of form 30.

Specifically, field 110 is, in accordance with a feature of the invention, a bit-mapped graphics field which permits the user to "write in" instructions in the field. These instructions may be, illustratively, special equipment items to be ordered from SMC. Other instructions, such as the method of delivering the automobiles to the purchaser, may also be written in field 110 as well as the signature of the person filling in form 30. In the present example of the invention, the special equipment item called "cruise control" is being ordered. Accordingly, the user writes in the name of that item in field 110. In turn, the system tracks the points on touch screen 16 that is being touched by the stylus and illuminates the corresponding points on the ac plasma display of panel 15, thereby tracking the user's handwriting. Upon filling in field 110, the user touches the RTN (return) button 111. When the user does so, the system erases page 2 and redisplays page 1 of form 30.

Page 1 of form 30 includes a COMP (complete) button 103, as shown in FIG. 9. Upon filling in the form, the user touches button 103. In response thereto, the system illustratively (a) stores the various field entries in a so-called hand-off file, (b) erases form 30 from the display and brings up a fresh form 30, as shown in FIG. 3, and (c) passes the hand-off file to the host computer for processing.

Other functions related to either filling in form 30 or creating a customized form can be invoked, or selected, by pointing to, i.e., touching, individual ones of the function keys 32 through 37 displayed along the top of form 30, as shown in FIG. 9. Briefly, key 32 is blank and available for future use, such future use being, for example, an edit key which causes a menu of editing functions to be displayed when the user touches key 32. The SPECIALS key 33 provides two functions, the first function allowing the user to store a customized form in hard disk, and the second function allowing the user to calibrate a touch point on touch screen 16 with either the ac plasma display of panel 15 or display 21 of computer 20 if the touch screen happens to be overlaying the latter display. The HIGHLIGHT key 34 allows the user to change the contrast of form 30 when it is being displayed from light to dark or vice-versa. The TOOL-BOX key 35 displays a menu of predefined "tools" as will be discussed below. The STYLUS key 36 changes the style of handwriting displayed in a bit-mapped graphics field of form 30 to either fine or bold point writing. The CLEAR key 37 allows the user to either clear one or all of the filled in fields of a displayed form.

In certain instances the tool that the system brings up for filling in a corresponding field may be out of date. For example, assume that SMC adds a new tire to its product line and that tool 100, shown in FIG. 9, has not been updated to include the new tire as an option. Thus, tool 100 could not be used to fill in field 101 if the new tire is the selected option. This problem is dealt with, in accordance with a feature of the invention, by

EXHIBIT L

6

4,763,356

7

allowing the user to bring up another tool, such as the keyboard shown in FIG. 7, and use that tool to fill in field 101. The user brings up the keyboard by first touching the erase icon of the displayed tool, which erases the displayed tool, and then touching the toolbox function key 35, which displays a menu of predefined tools.

Turning then to FIG. 11, there is shown the menu 115 of predefined tools that is displayed as an overlay when the user touches function key 35. The user may redisplay the tool that was erased from the screen by touching the corresponding one of the tools 1 through 8. For example, tool 100 (shown in FIG. 9) is redisplayed by touching menu item 1 and is redisplayed with an E/S button if menu item 2 is touched. In particular, the user may bring up either the keyboard tool 80 (shown in FIG. 7), the number pad tool 60 (shown in FIG. 5) or the date and time tool 70 (shown in FIG. 6) by touching either menu item 4, 5 or 6, respectively. The user may bring up a date pad tool (not shown) by touching item 3. The date pad that is brought up on the display has a format that is similar to the format of number pad 60 and is used to insert a date in a field when the date to be inserted is not the current date. The user may bring up a calculator tool (not shown) by touching item 7. The calculator tool is similar in appearance to a conventional hand-held calculator and includes four registers. The user operates the displayed calculator as though the user was operating a hand-held calculator. The user may also bring up the four calculator registers (not shown) without bringing up the calculator by touching menu item 8.

The foregoing was discussed in terms of displaying a customized form and the tools that are used to enter data in the fields of the form. Alternatively, the present invention may be adapted to bring up a tool which is used to perform a specific function other than inserting data in a field.

For example, FIG. 12 shows tool 120 which is patterned after a telephone station set and which may be brought up on panel 15 when the latter is connected to a computer having the capability to establish a telephone connection, such as the AT&T UNIX PC 7300.

Specifically, the buttons bearing the labels 1 through 0, * and # represent telephone buttons which the user touches as though he or she were touching the similarly labeled buttons on a conventional telephone station set to dial in a telephone number. Included in telephone tool 120 are buttons 121 through 124 which are used to invoke well-known telephone features. For example, Conference button 121 is used to establish a conference call, Drop button 122 is used to terminate a call, Transfer button 123 is used to transfer a call to another station or computer and Hold button 124 is used to place a call on hold. Telephone tool 120 also includes fields 125-1 through 125-3 which display the status of respective telephone lines connected to the computer. FIG. 12 shows two such telephone lines—Line 1 and Line 2—in fields 125-1 and 125-2, respectively. Field 125-3 is shown blank to indicate that it is reserved for a third telephone line not yet connected to the computer. Each of the fields 125-1 through 125-3 has associated therewith two other fields, such as fields 126 and 127, to simulate the functions performed by the well-known in-use lamps that are found on conventional business telephone station sets. For example, field 126 represents the red in-use lamp and is highlighted to indicate to the user that line 1 is the line that will be used (or is being

8

used) when placing a telephone call. It is noted that the computer will typically select line 1 and will place that line in the off-hook state when tool 120 is brought up on the display. The user may select line 2 by touching field 125-2, in which case, the computer places line 1 in the on-hook state if a call has not been established over that line and places line 2 in the off-hook state.

Field 127 represents the green in-use lamp and is highlighted to indicate to the user that the associated line is active. The field is also placed in a flashing mode by highlighting and removing the highlighting from the field to indicate that a call is being received over the associated line.

Field 128 represents an intercom button which is highlighted when the user touches field 128. In that event, the computer connects the user to an intecom line. Fields 129-1 through 129-5 represent the well-known one-touch dialing buttons that are found on conventional station sets. For example, if the user wishes to place a telephone call to the person named in field 129-1, i.e., DAY, then all the user needs to do is touch that field rather than dialing the person's telephone number using the displayed telephone keypad.

In operation, when tool 120 is brought up, fields 126 and 127 are highlighted indicating that line 1 is the active line. When the user touches one of the digits of the displayed keypad, for example, the digit labeled 2, the form entry system passes the coordinates of the touch point to an application program, as will be discussed below. The application program, in turn, causes the computer to outpulse the digit over line 1, line 1 and line 2 being connected to, for example, a telephone company central office. The form entry system operating in conjunction with the application program handles the remaining digits touched by the user in the same fashion to establish a telephone connection to the desired telephone number.

According to a feature of the invention, the user may design his or her own customized form for a particular application. In designing such a form the user specifies, using various commands, where on the screen the rectangles (fields), lines, text and graphic images should be placed, such commands being stored in a screen file as they are being inputted by the user via keyboard 23 of computer 20 (FIG.1). The user also specifies the attributes of each field, i.e., the highlighting of the field, the tool that is brought up when the field is highlighted, the next field that is highlighted when the current field is filled in, etc., as will be discussed below. In discussing the design of a form, reference will be made to FIG. 2.

Returning then to FIG. 2, it is noted that function keys 32 through 37 are typically displayed regardless of which form or tool is brought up, function keys 32 through 37 being displayed over illustratively the first 30 rows of pixels. Thus, the beginning (upper left-hand corner) of form 30 starts at row 31 of the display. It is seen from FIG. 2, that a demarcation between form 30 and keys 32 through 37 is established by the bold line 22. A line in a form, such as line 22, may be specified using illustratively a line command as follows:

putline(x1,y1,x2,y2,linewidth)

where x1 and y1 are the horizontal and vertical coordinates (row and column) of one endpoint of the line, x2 and y2 are the coordinates of the other endpoint of the line and linewidth is the thickness of the line, in pixels, and is restricted to 1, 2 or 3, such as the thickness of

EXHIBIT L

4,763,356

9

10

lines 20, 21 and 22, respectively. Accordingly, the command that is inputted to display line 22 is as follows:

    putline(31,3,31,635,3)

(It is noted that the putline command may also be used to bring up a diagonal line by specifying the coordinates of the endpoints of the line.)

A horizontal line may be displayed using illustratively the command,

    puthline(x,y,length,linewidth)

where x and y are the coordinates of the upper-left-most pixel of the line and length is the length of the line in pixels. Thus, line 22 may also be inputted as follows:

    puthline(31,3,635,3)

A vertical line may be displayed using illustratively the command,

    putvline(x,y,length,linewidth)

where length in this case is the height (number of rows) of the vertical line.

Text may be inserted in a form using illustratively a text command as follows:

    puttext1(x,yh,font,"text")

where x is the horizontal coordinate of the location of where the text is to being, yh is the top pixel of the text string, font specifies the type of font to be used (for example, the type of font that is used to spell out "SATURN", "Model" or "Required Options" shown in FIG. 1), and text is the string of text to be displayed. Thus, the user inputs the following commands to display the text that is shown across the the top of form 30:

    puttext1(28,37,9,"SATURN")

    puttext1(250,37,1"Special Equipment Worksheet Page 1")

The following sequence of commands establishes the first set of fields of form 30; namely, the Model, Year, Qty, Bid Date and Saturn Ord. fields:

    puthline(3,60,537,2);                          (1)

    putvline(3,60,105,2);                          (2)

    puttext1(15,65,1,"Model");                     (3)

    putvline(95,60,35,1);                          (4)

    puttext1(98,65,1,"Year");                      (5)

    putvline(135,60,35,1);                         (6)

    puttext1(138,65,1,"Qty");                      (7)

    putvline(190,60,35,1);                         (8)

    puttext1(193,65,1,"Bid date")                  (9)

    putvline(325,60,35,1);                         (10)

    puttext1(328,65,1,"Saturn Ord. No.")           (11)

    putvline(540,60,70,2);                         (12)

    puthline(3,95,537,1);                          (13)

Of the above commands the first command (1) displays horizontal line 22, commands 2, 4, 6, 8, 10 and 12 display vertical lines 23 through 28, commands 3, 5, 7, 9 and 11 display the labels for those fields, respectively, and command 13 displays line 20.

A field may also be displayed on a display using a command which displays a rectangle. For example, either of the following commands may be used to draw any size rectangle, anywhere on the display:

    putrect1(x1,y1,width,height,linewidth)

    putrect2(x1,y1,x2,y2,linewidth)

Where x1 and y1 are the horizontal and vertical coordinates of the upper left corner of the rectangle, respectively, x2 and y2 are the horizontal and vertical coordinates of the lower right corner of the rectangle, respectively, width and height are the width and height (including the border lines) of the rectangle, respectively, and linewidth is the width in pixels of the border around the rectangle. Thus, a rectangular field and the text identifying the field, such as button 90, may be drawn on the display as follows:

    putrect1(565,75,55,50,2)

    puttext1(576,85,2,"DLR")

    puttext1(574,103,2,"INFO")

Once the form designer has completed the layout of the fields of the desired form using the above mentioned commands, he or she then specifies the attributes of the fields, i.e., the highlighting of the respective field, which tool is brought up when the field is highlighted, which field is next highlighted after the field is "filled in", etc.

In particular, either of the following commands specify the highlighting of a field:

    deflite1(litenum,x1,y1,width,height)

    deflite2(litenum,x1,y1,x2,y2)

where litenum is an integer which uniquely identifies the area to be highlighted, x1 and y1 are the horizontal and vertical coordinates of the upper left corner of the highlighted area, respectively, width and height are the width and height of the highlighted area, respectively and x2 and y2 are the horizontal and vertical coordinates of the lower right corner of the highlight area, respectively. For example, fields 41, 51, 61, 71 and 75 are highlighted by inputting the following commands:

    deflite1(1,3,60,92,35);

    deflite1(2,95,60,39,35);

    deflite1(3,135,60,54,35);

    deflite1(5,190,60,135,35);

    deflite1(10,325,60,214,35);

The other attributes of a field may be specified using, for example, the following command:

EXHIBIT L

508

4,763,356

11

12

```
deffld1(fldnum,"fldname",x1,y1,width,height,type,
    litenum,autotool,xtool,ytool,autoskip,enable,
    keygroup,font,valid,vmin,vmax);
```

Where fldnum is an integer uniquely identifying the respective field; fldname is the name (label) displayed on the corresponding tool that is specified in the "auto-tool" field of the command and is the name that is used when the system displays validation errors; x1 and y1 are the horizontal and vertical coordinates of the upper left corner of the field; respectively; width and height are the width and height of the respective field; type is the field type, such as a bit-mapped-graphics field or an ASCII text area; litenum is the number of the associated highlighted area, mentioned above; autotool identifies the particular tool that is displayed when the field is highlighted, for example, the values 1 through 8 are used to specify the predefined tools shown in FIG. 11, respectively, the value 0 is used to signify a null state, i.e., no tool; xtool and ytool are the horizontal and vertical coordinates of the upper left corner of the tool to be displayed; autoskip is the number of the next field to be highlighted; enable is the field number (if any) of another key field which must be activated before current field can be activated; font is the type of font to be used when inserting the entry in the respective field; valid is an indication of whether a validation is to be done on the selected entry before it is entered in the field, for example, validating a date that is to be entered in the field, vmin and vmax specify the range of the validation, such as whether a number falls within the range of vmin and vmax.

The attributes of, for example, fields 41 and 51 of form 30, may be specified (inputted) as follows:

```
deffld1(1,"MODEL",15,82,79,12,4,1,2,175,100,2,
    0,0,0,0,0,0);

deffld1(2,"YEAR",101,82,33,12,4,2,2,175,100,3,
    0,0,0,0,0,0);
```

(It is noted that the attributes of a field may be specified using, alternatively, a deffld2 command, the format of the deffld2 being similar to the format of the deffld1 command.)

The following command may be used to specify which field is to be highlighted when illustratively a form is first displayed:

```
defstart (fldnum);
```

where fldnum is defined above in connection with defining the deffld1 command.

We turn now to the hardware and software which implement the present illustrative embodiment of the invention.

FIG. 13 is a simplified block diagram of computer 20. At the heart of the computer is a microprocessor 211 which communicates with its peripherals via a bus 210. These peripherals include ROM 213, RAM 215, memory management circuitry 212, hard and floppy disk units 214 and 217, respectively, interrupt controller 218, video controller 220 and various other peripherals denoted collectively at 216. As mentioned above, touch screen controller 219 is used to determine the x and y coordinates of a location on touch screen 16 that is being touched by the user.

Specifically, touch screen 16 of panel 15 comprises a glass plate with a transparent resistive coating that is fired onto the active side of the glass plate at a high temperature to provide a voltage divider. A mylar contact sheet is stretched over the glass substrate and is held above the resistive coating by separator points. Finger or stylus pressure causes the mylar cover sheet to deform and make electrical contact with the resistive coating at the point of touch. Controller 219, which can be, for example, the Elographics E271-101 controller, periodically impresses a voltage gradient across the resistive coating on the glass plate via a pair of leads of cable 17. The voltage gradient is alternately applied between the x and y directions to obtain voltages which are analog representations of the coordinates of the location on touch screen 16 that is being touched by the user. These analog voltages are digitized by controller 219 and transmitted to microcomputer 211 for processing.

Ac plasma display 18 of panel 15 is composed of multiple rows and columns (400×640) of individual gas cells (pixels), formed at the intersection of a cover glass and two (addressing and common sustain) parallel substrate electrodes. The control circuitry (not shown) upon receiving digital video signals from controller 220 ignites individual gas pixels to form a pattern on display 18, such as the screens depicted in FIGS. 2 through 12. To illuminate a pixel on display 18, a neon-argon gas mixture within the corresponding cell is excited by applying a high voltage potential across the the cover glass electrode and addressing substrate electrode, thereby causing the gas mixture to become ionized and emit light. Ionization is sustained by transferring the electrical charge from the cover glass electrode to the common sustain substrate electrode. The pattern brought up on display 18 is erased by removing the sustaining voltage from the common sustain substrate electrode.

FIG. 14 is a simplified block diagram of central (host) computer 140 and a plurality of computers 20-1 through 20-N. Computer 140 is a multiserver computer, such as Digital Equipment Corporation's VAX-11/780 operating under, for example, the UNIX operating system, and having stored therein, such as in memory 141, the earlier mentioned handoff files that it receives from respective ones of computers 20-1 through 20-N. Also stored in memory 141 are the entries that are inserted in illustratively fields 85-1 through 85-7 of form 30, as discussed above.

Each of the computers 20-1 through 20-N can be either a personal computer, such as computer 20, workstation, or another VAX11/780. Computers 20-1 through 20-N communicate with computer 140 over respective bidirectional communication paths 14-1 through 14-N. Such communication paths can be either a hard-wired connection, a telephone line, or a local area network, the latter being represented by dashed line 14-N. It is seen that computer 20-3 also has two telephone lines L1 and L2 connected to it. Lines L1 and L2, in turn, connect to a telephone company central office (CO) so that computer 20-3 can establish a telephone connection between telephone station set S1 and the central office when it is directed to do so by a user using station set tool 120 shown in FIG. 12.

Each of the computers 20-1 through 20-N is arranged to implement the invention and each is connected to a respective touch screen and display panel 15-1 through 15-N via respective cables 17-1 through 17-N. In the practice of the invention, each of the computers 20-1

EXHIBIT L

4,763,356

13

through 20-N may be arranged to bring up the same form, such as form 30 discussed above, different pages of a form, different customized forms, or different customized tools, in which a customized tool performs a specific function, as discussed above.

As mentioned above, a form may be displayed via an application program designed by the user. The application program may be, for example, a program which firsts displays, for example, instructions to the user, erases the instructions and then directs the form entry system to bring up a particular form. It could also be a program which controls the display of a series of forms or pages of a form, such as page 1 and page 2 of form 30, discussed above. The application program could also be a program which responds to user inputs when, for example, the station set tool of FIG. 12 is displayed on either panel 15 or display 21.

Turning back to FIGS. 15 and 16, there is shown a flowchart of an application program, as represented by block 1501, and the form entry system program, as represented by blocks 1502 through 1533. FIGS. 15 and 16 should be arranged as shown in FIG. 17. Hereinafter the form entry system program will be referred to as the program. It is assumed that the application program at block 1501 is arranged to pass the name of a file containing the commands for displaying a customized form to block 1502. Upon receiving the name of the file, the program at block 1502 executes the commands contained in the file, the commands being, for example, the above mentioned puthline, putvline and puttext commands. The program then proceeds to block 1503 where it scans the file for a defstart command. If the file contains a defstart command, the program executes the command and then proceeds to block 1504. If the file does not contain a defstart command, then the program executes the deffld1 command associated with the first field of the displayed form and then proceeds to block 1504.

At block 1504, the program determines if it should return to the application program, i.e., the value in the autoskip field of the deffld1 command being executed equals illustratively 126 or 127. If the autoskip field contains a number other than 126 or 127, then the program proceeds to block 1505. Otherwise, it returns to the application program.

At block 1505, the program tests the value contained in the autotool field of the deffld1 command being executed. If the value is zero, then the program proceeds to block 1506 where it waits for a response from the user. Otherwise, the program proceeds to block 1515 to bring up the tool identified in the autotool field.

The program at block 1506, waits for the user to touch the touch screen. When the user touches the touch screen of panel 15, the program proceeds to block 1507 to determine if the user has touched a point within the boundary of a displayed field. If not, the program proceeds to block 1508 to check if the user has touched of one the function keys 32 through 37. If the program finds that the user has not touched one of those keys, it then proceeds to block 1509 to output an audible tone as an indication that the user has touched an invalid point. The program returns to block 1506 upon outputting the tone to wait for the next input from the user.

If the program at block 1508 finds that the user has indeed touched one of the function keys 32 through 37 it proceeds to block 1511 where it displays a menu of functions associated with the touched key, as discussed above. The program then proceeds to block 1512 upon

14

completing that task. Block 1512 is representative of a software program which (a) waits for the user to select one of the items from the displayed menu and (b) processes the item selected by the user. After processing the user's selection, the program returns to block 1506 to wait for the next input from the user.

If, on the other hand, the determination made at block 1507 turns out to be positive, i.e., the program finds that the user has touched a valid field, then it proceeds to block 1510. At block 1510, the program tests the type field of the deffld1 command associated with the field touched by the user. If the type field indicates that the displayed field is a bit-mapped-graphics (BMG) field, then the program proceeds to block 1513. Otherwise, it proceeds to block 1514 where it erases the highlighting from the currently active field (if any) and highlights the field touched by the user. The program then proceeds to block 1504 to execute the deffld1 command associated with the newly highlighted field.

At block 1513, the program highlights the point on the display having the same coordinates as the touch point, as discussed above. The program then proceeds to block 1506.

As mentioned above, the program at block 1515 displays the tool identified in the autotool field of the deffld1 command being executed. It then proceeds to block 1516 to wait for the user to touch the tool.

When the user touches the touch screen the program proceeds to block 1517 to determine if the touch point is within the boundary of the displayed tool and transfers to block 1519 if it finds that to be the case. Otherwise, it proceeds to block 1518 where it outputs an error and returns to block 1516 to await receipt of the coordinates of the next touch point.

At block 1519, the program tests to see if the user has touched the exit icon of the displayed tool and proceeds to block 1520 if the result of the test turns out to be affirmative. At block 1520, the program erases the displayed tool and then proceeds to block 1506. Otherwise, the programs proceeds to block 1521 if the results of the test made at block 1520 turns out to be negative. At block 1521 the program determines if the user has touched the move icon of the displayed tool and proceeds to block 1522 if it finds that to be the case. At block 1522, the program "moves" the displayed tool in the direction of the point touched by the user. The program upon "moving" the tool returns to block 1516.

The program, on the other hand, proceeds to block 1523 if it finds that the user has not touched the move icon. At block 1523, the program determines if the tool that is being touched is one of the predefined tools, discussed above. If it finds that to be the case, then the program proceeds to block 1524. Otherwise, the program considers the displayed tool to be a tool that is defined by the user, for example, station set tool 120 shown in FIG. 12, and proceeds to block 1525 where it passes the input (coordinates of the touched point) to the application program. The program then proceeds to block 1516 upon completing that task.

At block 1524, the program determines if the tool that is being displayed is a menu without an E or E/S key, such as menu 40 depicted in FIG. 3. If this determination is affirmative, then the program transfers to block 1526 where it (a) loads the menu item touched by the user in the corresponding field, (b) removes the highlighting from the field, and (c) proceeds to block 1527 to

EXHIBIT L

4,763,356

15

erase the displayed tool. The program proceeds to block 1528 upon completing the above task.

Block 1528 is representative of a software routine which (a) transfers to block 1506 if the user has touched the E key of the previously displayed tool or the autoskip field of the command being executed contains a zero, or (b) transfers to block 1529 to highlight the next field if the user has touched the E/S key of the previously displayed tool. At block 1529, the program highlights the field identified by the value contained in the autoskip field of the command being executed and then transfers to block 1504 to execute the deffld1 command associated with the newly highlighted field.

If the determination made at block 1524 is negative, then the program proceeds to block 1530 where it tests the coordinates of the touch point to see if they match the coordinates of either the E or E/S key of the displayed tool and transfers to block 1526 if it finds that to be the case. Otherwise, it proceeds to block 1531.

At block 1531, the program determines if the displayed tool is the calculator tool and passes the coordinates of the touch point to block 1532 if it finds that to be the case. Block 1532 is representative of a calculator program which processes user's inputs when the calculator tool is displayed. The calculator program processes inputs similar to the way that a hand-held calculator processes inputs. The calculator program also displays the result brought about by the user's input (i.e., the result of a multiplication, division, addition, etc.) in the display section of the tool, as represented by block 1533.

If the result of the determination made at block 1531 is negative, then the program proceeds to block 1533 where it displays the designation (label) of the tool button that is displayed at the coordinates of the point touched by the user, the label being displayed in the display section of the tool. Block 1533 then transfers to block 1516 upon completing its task.

FIG. 18 illustrates a layout of the (a) application program and form entry system program of FIGS. 15 and 16, (b) customized forms, such as form 30, (c) tools, such as tools 40, 50, 60, 70, 80, 100, and 120, discussed above, and (d) hand-off file, discussed above, in the hard disk 214 of computer 20.

The foregoing is merely illustrative of the principles of our invention. Those skilled in the art will be able to devise numerous arrangements which, although not explicitly shown or described herein, embody those principles that are within its spirit and scope.

What is claimed is:

1. An arrangement for use in a computer having a display associated therewith comprising

    means for displaying on said display a pattern including a plurality of information fields and for identifying for each field a kind of information to be inserted therein,

    means for indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including at least a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and

16

    means for inserting in said one field information that is derived as a result of said user operating said displayed tool.

2. The arrangement set forth in claim 1 wherein said group of predefined tools further includes a tool which displays transitory information, said transitory information being changed periodically.

3. The arrangement set forth in claim 2 wherein said tool which displays transitory information includes at least a date and time tool.

4. The arrangement set forth in claim 1 wherein said tool adapted to allow said user to compose said information includes at least a number pad, a keyboard, and a calculator.

5. The arrangement set forth in claim 1 further comprising means for obtaining from a host computer the information that is to be inserted in one or more of said fields.

6. The arrangement set forth in claim 1 wherein said display includes a touch-sensitive screen overlaying said display.

7. The arrangement set forth in claim 1 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field.

8. The arrangement set forth in claim 1 further comprising means for displaying a menu of labels identifying respective ones of said group of predefined tools and for displaying one of said predefined tools when said user points to its label.

9. The arrangement set forth in claim 1 wherein said computer includes at least one telephone line connected to a telephone system and wherein one of said predefined tools is adapted to operate as a telephone station set when it is displayed on said display to allow said user to establish a telephone call over said at least one telephone line by touching respective buttons displayed in said telephone station set tool.

10. An arrangement for use in a computer having a display comprising

    means for displaying a plurality of information fields and for identifying for each field a kind of information to be inserted therein,

    means for storing a plurality of predefined tools associated with respective ones of said fields, each of said tools being adapted to supply information of the kind identified for its associated field, and

    means responsive to information being inserted in at least one of said fields for indicating another of said fields to be filled in and for concurrently displaying the respective one of said tools to be used by said user to supply the kind of information identified for said other field.

11. The arrangement set forth in claim 10 wherein said one tool is selected from a group of tools including (a) a menu tool which displays a plurality of predefined items in which said user selects one of said items to be inserted in the associated field by pointing to that item, and (b) a tool adapted to allow said user to compose the information to be inserted in the associated field.

12. The arrangement set forth in claim 11 wherein said group of tools further includes a tool which displays information which is changed periodically so that the information that is to be inserted in the associated field is current.

13. The arrangement set forth in claim 10 wherein said plurality of predefined tools includes at least a number pad, a keyboard, and a calculator.

EXHIBIT L

4,763,356

**17**

14. The arrangement set forth in claim 10 further comprising means for obtaining from a host computer the information that is to be inserted in one or more of said fields.

15. The arrangement set forth in claim 10 wherein said display includes a touch-sensitive screen overlaying said display.

16. The arrangement set forth in claim 10 wherein at least one of said fields is a bit-mapped-graphics field adapted to allow said user to compose said information by writing on said bit-mapped-graphics field.

17. The arrangement set forth in claim 10 further comprising means for displaying a menu of labels identifying respective ones of said predefined tools and for displaying one of said tools when said user points to its label.

18. The arrangement set forth in claim 10 wherein said computer includes at least one telephone line connected to a telephone system and wherein one of said predefined tools is adapted to operate as a telephone station set when it is displayed on said display to allow said user to establish a telephone call over said at least one telephone line by touching respective buttons displayed in said telephone station set tool.

19. A method for use in a computer having a display comprising the steps of
    displaying on said display a plurality of information fields,

**18**

identifying for each field a kind of information to be inserted therein,

indicating a particular one of said information fields into which information is to be inserted and for concurrently displaying a predefined tool associated with said one of said fields, said predefined tool being operable to supply information of the kind identified for said one field, said tool being selected from a group of predefined tools including a tool adapted to supply an individual entry from a menu of alternatives and at least a tool adapted to allow said user to compose said information, and

inserting in said one field information that is derived as a result of said user operating said displayed tool.

20. The method set forth in claim 19 wherein said inserting step includes the step of obtaining from a host computer information that is to be inserted in one or more of said fields.

21. The method set forth in claim 19 wherein the step of displaying said pattern includes the step of displaying one or more of said information fields as a bit-mapped-graphics field.

22. The method set forth in claim 19 further comprising the steps of
    displaying a menu of labels when directed to do so by a user, said labels identifying respective ones of said predefined tools, and
    displaying the respective predefined tool when said user points to its label.

* * * * *

EXHIBIT, L

312

Lucent Technologies Inc. v. Dell Computers
Case No. 03-CV-1108 B (LAB)

**PROOF OF SERVICE**

I am a resident of the state of California over the age of eighteen years, and not a party to the within action. My business address is Hahn & Adema, 501 West Broadway, Suite 1730, San Diego, California 92101-3595.

On July 21, 2003, I served the within documents:

**FIRST AMENDED COMPLAINT IN CASE NO. 03-cv-1108 B(LAB)**

☒     by causing personal delivery by Federal Express of the document(s) listed above to the person(s) at the address(es) set forth below.

Joel M. Freed
Joseph A. Micallef
Ali R. Sharifahmadian
Arnold & Porter
555 12th Street NW
Washington, D.C. 20004

David J. Zubkoff, Esq.
SELTZER CAPLAN MCMAHON VITEK
750 "B" Street, Suite 2100
San Diego, CA 92101

Ronald L. Johnston
James S. Blackburn
Arnold & Porter
1900 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067-4408

John F. Gartman
Christopher S. Marchese
Gary H. Savitt
Fish & Richardson P.C.
4350 La Jolla Village Drive Suite 500
San Diego, CA 92122

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Executed on July 21, 2003, at San Diego, California.

x     (Federal) I declare that I am employed in the office of a member of the bar of this court at whose directions the service was made.

Catherine M. Reager

ORIGINAL