USDC SCAN INDEX SHEET










```
CSG    8/12/03    14:13
3:02-CV-02060    LUCENT TECHNOLOGIES V. GATEWAY INC
*89*
*STIPO.*
```

```
                                              FILED
                                         03 AUG 12 AM 10:56

                                         CLERK U.S. DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA

                                         BY:              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>                Plaintiff,<br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>                Defendants,<br>and<br>MICROSOFT CORPORATION,<br><br>                Intervener. | Case No. 02-CV-2060 B (LAB)<br>consolidated with<br>Case No. 03-CV-0699 B (LAB)<br>Case No. 03-CV-1108 B (LAB)<br><br>**STIPULATION BETWEEN LUCENT AND DELL AND [<br>ORDER TO MOVE HEARING DATE IN CASE NO. 03-CV-1108 B (LAB)**<br><br>VIA FAX |
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br>v.<br>LUCENT TECHNOLOGIES INC.,<br><br>                Defendant. | |
| LUCENT TECHNOLOGIES INC.,<br><br>                Plaintiff,<br>v.<br>DELL INC.,<br><br>                Defendant. | |

STIPULATION AND [PROPOSED] ORDER TO MOVE
HEARING DATE IN CASE NO. 03-CV-1108 B (LAB)





Case No. 02cv2060 B (LAB)

ORIGINAL

1  IT IS HEREBY STIPULATED and agreed upon by and between plaintiff Lucent
2  Technologies Inc. ("Lucent") and defendant Dell Inc. ("Dell"), and by and between their respective
3  counsel of record, that the time scheduled for argument of Lucent's Motion To Strike Dell's
4  Affirmative Defense Of Unenforceability And To Dismiss Dell's Counterclaim To The Extent It Is
5  Based On That Affirmative Defense shall be moved from 10:30 a.m. on August 11, 2003 to
6  9:00 a.m. on August 18, 2003.

**IT IS SO STIPULATED.**

Dated:   August 8, 2003         HAHN & ADEMA

                                By: /s/ Alison Adema
                                    Jane Hahn, SBN 125203
                                    Alison P. Adema, SBN 149285
                                    HAHN & ADEMA
                                    501 West Broadway, Suite 1730
                                    San Diego, California 92101-3595
                                    Telephone (619) 235-2100
                                    Facsimile (619) 235-2101

                                Attorneys for *Lucent Technologies Inc.*

Dated:   August ___, 2003       ARNOLD & PORTER

                                By: _____
                                    Ronald L. Johnston, SBN 57418
                                    James S. Blackburn, SBN 169134
                                    ARNOLD & PORTER
                                    1900 Avenue of the Stars, 17th Floor
                                    Los Angeles, California 90067
                                    Telephone (310) 552-2500
                                    Facsimile (310) 552-1191

                                Attorneys for *Dell Inc.*

IT IS HEREBY STIPULATED and agreed upon by and between plaintiff Lucent Technologies Inc. ("Lucent") and defendant Dell Inc. ("Dell"), and by and between their respective counsel of record, that the time scheduled for argument of Lucent's Motion To Strike Dell's Affirmative Defense Of Unenforceability And To Dismiss Dell's Counterclaim To The Extent It Is Based On That Affirmative Defense shall be moved from 10:30 a.m. on August 11, 2003 to 9:00 a.m. on August 18, 2003.

IT IS SO STIPULATED.

Dated: August ___, 2003

HAHN & ADEMA

By: _____
Jane Hahn, SBN 125203
Alison P. Adema, SBN 149285
HAHN & ADEMA
501 West Broadway, Suite 1730
San Diego, California 92101-3595
Telephone (619) 235-2100
Facsimile (619) 235-2101

Attorneys for *Lucent Technologies Inc.*

Dated: August 8, 2003

ARNOLD & PORTER

By: _____
Ronald L. Johnston, SBN 57418
James S. Blackburn, SBN 169134
ARNOLD & PORTER
1900 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Telephone (310) 552-2500
Facsimile (310) 552-1191

Attorneys for *Dell Inc.*

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that argument of Lucent's Motion To Strike Dell's Affirmative Defense Of Unenforceability And To Dismiss Dell's Counterclaim To The Extent It Is Based On That Affirmative Defense shall be heard at 9:00 a.m. on August 18, 2003.

Dated: August 11, 2003

_____
Judge of the District Court

---

STIPULATION AND [PROPOSED] ORDER TO MOVE
HEARING DATE IN CASE NO. 03-CV-1108 B (LAB)

3

Case No. 02cv2060 B (LAB)

Lucent Technologies Inc. v. Dell Computers
Case No. 03-CV-1108 B (LAB)

## PROOF OF SERVICE

I am a resident of the state of California over the age of eighteen years, and not a party to the within action. My business address is Hahn & Adema, 501 West Broadway, Suite 1730, San Diego, California 92101-3595.

On August 8, 2003, I served the within documents:

**STIPULATION BETWEEN LUCENT AND DELL AND (PROPOSED) ORDER TO MOVE HEARING DATE IN CASE NO. 03-CV-1108 B (LAB)**

x    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

Ronald L. Johnston
James S. Blackburn
Arnold & Porter
Tele: 310-552-2500
Fax: 310-552-1191

David J. Zubkoff
Seltzer Caplan McMahon & Vitek
Tele: 619-685-3003
Fax: 619-702-6827

John E. Gartman
Christopher S. Marchese
Gary H. Savitt
Fish & Richardson
Tele: 858-678-5070
Fax: 858-678-5099

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Executed on August 8, 2003, at San Diego, California.

x    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose directions the service was made.

Catherine M. Reager

Lucent Technologies, Inc., et al. v. Dell Computer Corporation     Case No. 03-CV-1108 B (LAB)
PROOF OF SERVICE