UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GATEWAY, INC.; GATEWAY COUNTRY STORES LLC; MICROSOFT CORPORATION; and DELL, INC., <br><br> Defendants. | Civil No. 02cv2060-B (CAB) <br><br> **ORDER DENYING LUCENT'S MOTION TO PRECLUDE MICROSOFT'S DESIGNATION OF NEW EXPERT WITNESSES** |
| And related counterclaims. | |

On September 28, 2006, the Court held a telephonic discovery conference on Plaintiff Lucent Technologies, Inc.'s Motion to Preclude Microsoft from Designating New Expert Witnesses with regard to claims and defenses relating to U.S. Patent No. RE 39,080 ("the '080 Patent"). Alan Kellman, Esq., Scott Samay, Esq., and Robert Appleby, Esq., appeared for Lucent. Justin Barnes, Esq., and John Giust, Esq., appeared for Microsoft. Having considered the submissions of the parties and the arguments of counsel, the motion is DENIED.

The '080 Patent is a reissue of U.S. Patent No. 5,627,938 ("the '938 Patent"). The Court substituted the '080 Patent into this case in place of the '938 Patent on August 15, 2006, after the close of discovery and the exchange of expert reports. [Doc. No. 525.] At the time of the substitution, the Court reopened discovery for the "limited purpose of exploring any new claims and defenses raised by Lucent's substitution of the '080 Patent."

1     Microsoft designated two new experts with opinions on invalidity, enforceabilty and damages
2 regarding the '080 Patent. In accordance with the Court's order limiting the scope of discovery, the
3 reports of these experts may incorporate previously provided opinions regarding the '938 Patent that
4 are now applicable to the '080 Patent and any new opinions raised by the substitution of the '080
5 reissue patent for the '938 patent in this litigation. Lucent may serve rebuttal reports incorporating
6 any previously provided rebuttal opinions corresponding to those previous opinions incorporated by
7 Microsoft and respond to any new opinions raised by the substitution.

8     **IT IS SO ORDERED.**

10 DATED: September 29, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge