UNITED STATES DISTRICT COURT

OF SOUTHERN CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>    Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWBUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervener and Counter-claimant, | Case No. 02-CV-2060 B (CAB) consolidated with Case No. 03-CV-0699 B (CAB) and Case No. 03-CV-1108 B (CAB)<br><br>**ORDER MODIFYING BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT FOR GROUP 2(AUDIO CODING) PATENTS**<br><br>Honorable Rudi M. Brewster |
| MICROSOFT CORPORATION,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Defendant and Counter-claimant, | |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC., |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | DELL, INC., |
| 5 | |
| 6 | Defendant. |

PURSUANT TO AGREEMENT AMONG COUNSEL, IT IS ORDERED that the Opposition to Motions for Summary Judgment for the Group 2 (Audio Coding) Patents be filed and served on or before **December 8, 2006**, and the Replies to those Oppositions be filed and served on or before **December 20, 2006**.

**IT IS SO ORDERED.**

DATED: November 28, 2006

*[signature: Rudi M. Brewster]*

Hon. Rudi M. Brewster
United States Senior District Judge

cc: Hon. Cathy Ann Bencivengo
   United States Magistrate Judge

   All Counsel of Record

2

Case No. 02-CV-2060 B (CAB)