UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>　　Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWBUNGA ENTERPRISES, INC.,<br><br>　　Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>　　Intervener and Counter-claimant, | Case No. 02-CV-2060 B (CAB)<br>consolidated with<br>Case No. 03-CV-0699 B (CAB) and<br>Case No. 03-CV-1108 B (CAB)<br><br>**ORDER ALLOWING COUNSEL FOR LUCENT AND MICROSOFT TO BRING EQUIPMENT TO TRIAL** |
| MICROSOFT CORPORATION,<br><br>　　Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>　　Defendant and Counter-claimant, | Date:　　　　January 29, 2007<br>Time:　　　　9:00 a.m.<br>Courtroom:　　2<br><br>Honorable Rudi M. Brewster |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC., |
| 2 |     Plaintiff, |
| 3 | v. |
| 4 | DELL, INC., |
| 5 |     Defendant. |

2                    Case No. 02-CV-2060 B (CAB)

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, subject to the Court's approval, that the parties may bring into the Federal Courthouse in San Diego, California, located at 880 Front Street, San Diego, California 92101, and set up the courtroom of the Honorable Rudi M. Brewster, certain equipment and materials for the purposes of facilitating trial for the above entitled matter commencing January 29, 2007.  The equipment will be set up in the courtroom on the afternoon of January 26, 2007.  Specifically, the parties, by and through their equipment vendors are authorized to bring into the courtroom:

    (A)    Projector

    (B)    Large Projection Screen

    (C)    Laptop Computers and Miscellaneous Peripherals;

    (D)    Flat Panel Monitors (includes Touch-Screen Enabled Monitors)

    (E)    Document Camera (ELMO)

    (F)    Switches

    (G)    Distribution Amplifiers

    (H)    A/V carts

    (I)    Miscellaneous cables to connect everything

    (J)    Audio system (to include Mixer, speakers, cables and connectors)

    (K)    Color Printers

    (L)    Battery Power Back Ups (UPS)

    (M)    Document Scanner

    (O)    Wireless Barcode Scanner

    (P)    Plasma Screen

    (Q)    Folding Tables

///

///

///

///

(R)   Stopwatches

IT IS SO ORDERED.

DATED: January 16, 2007

*Rudi M. Brewster*

Hon. Rudi M. Brewster

United States Senior District Judge

4                                   Case No. 02-CV-2060 B (CAB)