# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>　　　　　　Defendants,<br>　　and<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　Intervener. | Case No. 02-CV-2060-B (CAB)<br>　　consolidated with<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**ORDER REGARDING LUCENT'S MOTION TO FILE ITS EX PARTE MOTION FOR EVIDENTIARY SANCTIONS AND THE DECLARATION OF AARON J. SCHECHTER AND EXHIBITS THERETO UNDER SEAL PURSUANT TO LOCAL RULE 79-2**<br><br>Date:<br>Time:<br>Courtroom:　2<br>Judge:　　　Hon. Rudi M. Brewster |
| MICROSOFT CORPORATION,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>　　　　　　Defendant. | |
| LUCENT TECHNOLOGIES INC.,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>DELL INC.,<br><br>　　　　　　Defendant. | |

1 | Having considered Plaintiff Lucent Technologies Inc. Motion To File Under Seal Pursuant To Local Rule 79-2 Regarding Lucent's Motion for Evidentiary Sanctions and the Declaration of Aaron J. Schechter and Exhibits Thereto, and the parties' Stipulated Protective Order, and good cause appearing,

IT IS HEREBY ORDERED that the following shall be filed under seal:

(1) Lucent's Ex Parte Motion for Evidentiary Sanctions Precluding Microsoft from Contending that the High Quality Encoder is not Called in Windows Media Player 10;

(2) Declaration of Aaron J. Schechter in Support of Lucent's Ex Parte Motion for Evidentiary Sanctions Precluding Microsoft from Contending that the High Quality Encoder is not Called in Windows Media Player 10 and the following Exhibits Thereto:

Exhibit 1 is a true and correct copy of the April 7, 2006 Expert Report of Dr. Nathaniel Polish Regarding Infringement of U.S. Patent Nos. 5,341,457 and 5,627,938.

Exhibit 2 is a true and correct copy of excerpts of the June 29, 2005 deposition of Kasy Srinivas.

Exhibit 3 is a true and correct copy of a July 20, 2005 letter from Alan Kellman to Justin Barnes.

Exhibit 4 is a true and correct copy of a January 8m 2007 letter from Joseph Rein to Alan Kellman.

Exhibit 5 is a true and correct copy of Defendant's Exhibit 7049.

Exhibit 6 is a true and correct copy of Defendant's Exhibit 7050.

Exhibit 7 is a true and correct copy of Defendant's Exhibit 7051.

Exhibit 8 is a true and correct copy of the January 24, 2007 declaration of Dr. Nathaniel Polish in Support of Lucent's Emergency Motion for Evidentiary Sanctions.

Exhibit 9 is a true and correct copy of excerpts of the transcript of Day 3 (April 12, 2006) of the *z4 Technologies v. Microsoft Corp.*, No. 06-142 (E.D. Tex.), trial.

1   Exhibit 10 is a true and correct copy of excerpts of the September 27, 2006 Rebuttal Expert
2   Report of John Strawn to Supplemental Expert Report of Dr. Nathaniel Polish Regarding
3   Infringement of U.S. Patent Nos. 5,341,457 and 5,627,938.

5   **IT IS SO ORDERED.**

7   Dated: January 25, 2007

   Honorable Rudi M. Brewster
   United States District Judge