John E. Gartman (SBN 152300)
Juanita R. Brooks (SBN 75934)
Roger A. Denning (SBN 228998)
Shekhar Vyas (SBN 229853)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
Telephone:    (858) 678-5070
Facsimile:    (858) 678-5099

Stephen P. McGrath (SBN 202696)
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
Telephone:    (425) 882-8080
Facsimile:    (425) 936-7329

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC., <br><br>    Plaintiff and Counterclaim-defendant, <br><br> v. <br><br> GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWBUNGA ENTERPRISES, INC., <br><br>    Defendants and Counter-claimants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br>    Intervenor and Counter-claimant, | Case No. 02-CV-2060 B (CAB) consolidated with <br> Case No. 03-CV-0699 B (CAB) and <br> Case No. 03-CV-1108 B (CAB) <br><br> **MICROSOFT CORPORATION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 5,649,131** |
| MICROSOFT CORPORATION, <br><br>    Plaintiff and Counter-defendant, <br><br> v. <br><br> LUCENT TECHNOLOGIES INC., <br><br>    Defendant and Counter-claimant, | Date:          March 2, 2007 <br> Time:          9:00 a.m. <br> Courtroom:  2 <br> Judge:         Honorable Rudi Brewster |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC., |
| 2 |     Plaintiff, |
| 3 | v. |
| 4 | DELL, INC., |
| 5 |     Defendant. |

7  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

8      **PLEASE TAKE NOTICE THAT** Microsoft Corporation ("Microsoft") will and hereby does move the Court for Summary Judgment of Noninfringement of U.S. Patent No.5,649,131. The instant motion is based upon the Memorandum of Points and Authorities in Support of its Motion for Summary Judgment of Noninfringement of U.S. Patent No. 5,649,131 (which accompanies this filing), the Federal Rules of Civil Procedure, the files and records in this action, and any and all other materials submitted to the Court on or before the time of its decision in this matter.

Dated: January 26, 2007          FISH & RICHARDSON P.C.

         By:   s/Shekhar Vyas
                Shekhar Vyas (SBN 229853)
                vyas@fr.com

         Attorneys for Intervenor/Counter-claimant
         and Plaintiff/Counter-defendant
         MICROSOFT CORPORATION

*Additional Counsel:*

James S. Blackburn (SBN 169134)
Arnold & Porter LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Ali R. Sharifahmadian
Matthew Bathon (admitted *Pro Hac Vice)*
Joseph Micallef (admitted *Pro Hac Vice*)

1          Case No. 02-CV-2060 B (CAB)

| | |
|---|---|
| 1 | Arnold & Porter LLP |
| 2 | 555 Twelfth Street, N.W.<br>Washington, D.C. 20004-1206 |
| 3 | Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999 |
| 4 | |
| 5 | Joel Freed, Esq. (admitted *Pro Hac Vice*)<br>McDermott Will & Emery LLP |
| 6 | 600 13th Street, N.W.<br>Washington, DC 20005-3096 |
| 7 | Telephone: (202) 756-8080<br>Facsimile: (202) 756-8087 |
| 8 | |
| 9 | Attorneys for Defendant<br>DELL, INC. |
| 10 | David J. Zubkoff (SBN 149488) |
| 11 | Seltzer, Caplan, McMahon & Vitek<br>2100 Symphony Towers |
| 12 | 750 B Street, Suite 2100<br>San Diego, CA  92101 |
| 13 | Telephone: (619) 685-3003<br>Facsimile: (619) 702-6827 |
| 14 | |
| 15 | Bryan Farney (admitted *Pro Hac Vice*)<br>Steven R. Daniels (SBN 235398) |
| 16 | Jeffrey B. Plies (admitted *Pro Hac Vice*)<br>DECHERT LLP |
| 17 | 300 W. Sixth Street, Suite 1850<br>Austin, TX 78701 |
| 18 | Telephone: (512) 394 3000<br>Facsimile: (512) 394 3001 |
| 19 | |
| 20 | Attorneys for Defendants/Counter-claimants<br>GATEWAY, INC. and<br>GATEWAY COUNTRY STORES LLC |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 26, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

        s/Shekhar Vyas
Shekhar Vyas (SBN 229853)
vyas@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

10702855.doc