1  John E. Gartman (SBN 152300)
   Juanita R. Brooks (SBN 75934)
2  Roger A. Denning (SBN 228998)
   Shekhar Vyas (SBN 229853)
3  Fish & Richardson P.C.
   12390 El Camino Real
4  San Diego, California  92130
   Telephone:     (858) 678-5070
5  Facsimile:     (858) 678-5099

6  Stephen P. McGrath (SBN 202696)
   Microsoft Corporation
7  One Microsoft Way
   Redmond, WA  98052
8  Telephone:     (425) 882-8080
   Facsimile:     (425) 936-7329
9
   Attorneys for Intervenor/Counter-claimant
10 and Plaintiff/Counter-defendant
   MICROSOFT CORPORATION
11
   *Additional counsel listed on signature page*

12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWBUNGA ENTERPRISES, INC.,<br><br>Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervenor and Counter-claimant, | Case No. 02-CV-2060 B (CAB)<br>consolidated with<br>Case No. 03-CV-0699 B (CAB) and<br>Case No. 03-CV-1108 B (CAB)<br><br>**MICROSOFT CORPORATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 5,649,131** |
| MICROSOFT CORPORATION,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>Defendant and Counter-claimant, | Date:        March 2, 2007<br>Time:        9:00 a.m.<br>Courtroom:   2<br>Judge:       Honorable Rudi Brewster |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC., |
| 2 |     Plaintiff, |
| 3 | v. |
| 4 | DELL, INC., |
| 5 |     Defendant. |

## ARGUMENT

Lucent has accused Microsoft and Dell of infringing U.S. Patent No. 5,649,131 to Ackerman, et al. Dell has moved for summary judgment of noninfringement of the '131 patent, and Microsoft joins Dell's Motion for Summary Judgment of Non-Infringement on the Asserted Claims of U.S. Patent No. 5,649,131 to Ackerman et al. and the briefing in support thereof. In all ways relevant to this motion, Microsoft's and Dell's accused products operate the same way, and therefore the factual bases for Dell's noninfringement apply with equal force to Microsoft's accused products. [*See*, *e.g.*, Ex. G to Declaration of Joseph A. Micallef in Support of the Motion of Dell Inc. for Summary Judgment of Non-Infringement on the Asserted Claims of U.S. Patent No. 5,649,131 to Ackerman et al., (Dr. Kelly's Rebuttal Report re the '131 Patent) at ¶¶ 29-84.] Accordingly, for at least the reasons set forth in Dell's Motion for Summary Judgment of Non-Infringement on the Asserted Claims of U.S. Patent No. 5,649,131 to Ackerman et al., the Court should grant summary judgment that Microsoft does not infringe the '131 patent.

Dated: January 26, 2007                                    FISH & RICHARDSON P.C.

                                                                  By:   s/Shekhar Vyas
                                                                       Shekhar Vyas (SBN 229853)
                                                                       vyas@fr.com

                                                                  Attorneys for Intervenor/Counter-claimant
                                                                  and Plaintiff/Counter-defendant
                                                                  MICROSOFT CORPORATION

10702867.doc

| | |
|---|---|
| 1 | *Additional Counsel:* |
| 2 | James S. Blackburn (SBN 169134) |
| | Arnold & Porter LLP |
| 3 | 777 S. Figueroa Street, 44th Floor |
| 4 | Los Angeles, CA 90017 |
| | Telephone: (213) 243-4000 |
| 5 | Facsimile: (213) 243-4199 |
| 6 | Ali R. Sharifahmadian |
| | Matthew Bathon (admitted *Pro Hac Vice)* |
| 7 | Joseph Micallef (admitted *Pro Hac Vice*) |
| 8 | Arnold & Porter LLP |
| | 555 Twelfth Street, N.W. |
| 9 | Washington, D.C. 20004-1206 |
| | Telephone: (202) 942-5000 |
| 10 | Facsimile: (202) 942-5999 |
| 11 | Joel Freed, Esq. (admitted *Pro Hac Vice*) |
| | McDermott Will & Emery LLP |
| 12 | 600 13th Street, N.W. |
| 13 | Washington, DC 20005-3096 |
| | Telephone: (202) 756-8080 |
| 14 | Facsimile: (202) 756-8087 |
| 15 | Attorneys for Defendant |
| | DELL, INC. |
| 16 | |
| 17 | David J. Zubkoff (SBN 149488) |
| | Seltzer, Caplan, McMahon & Vitek |
| 18 | 2100 Symphony Towers |
| | 750 B Street, Suite 2100 |
| 19 | San Diego, CA 92101 |
| | Telephone: (619) 685-3003 |
| 20 | Facsimile: (619) 702-6827 |
| 21 | |
| | Bryan Farney (admitted *Pro Hac Vice*) |
| 22 | Steven R. Daniels (SBN 235398) |
| | Jeffrey B. Plies (admitted *Pro Hac Vice*) |
| 23 | DECHERT LLP |
| | 300 W. Sixth Street, Suite 1850 |
| 24 | Austin, TX 78701 |
| 25 | Telephone: (512) 394 3000 |
| | Facsimile: (512) 394 3001 |
| 26 | |
| | Attorneys for Defendants/Counter-claimants |
| 27 | GATEWAY, INC. and |
| | GATEWAY COUNTRY STORES LLC |
| 28 | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 26, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    s/Shekhar Vyas
Shekhar Vyas (SBN 229853)
vyas@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

10702867.doc