John E. Gartman (SBN 152300)
Juanita R. Brooks (SBN 75934)
Roger A. Denning (SBN 228998)
Shekhar Vyas (SBN 229853)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California  92130
Telephone:    (858) 678-5070
Facsimile:    (858) 678-5099

Stephen P. McGrath (SBN 202696)
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
Telephone:    (425) 882-8080
Facsimile:    (425) 936-7329

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>  Plaintiffs and Counterclaim-defendants,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>  Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>  Intervenor and Counter-claimant, | Case No. 02-CV-2060 B (CAB) consolidated with<br>Case No. 03-CV-0699 B (CAB) and<br>Case No. 03-CV-1108 B (CAB)<br><br>**MICROSOFT CORPORATION'S OPPOSITION TO LUCENT TECHNOLOGY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LUCENT'S MOTIONS FOR SUMMARY JUDGMENT CONCERNING U.S. PATENT NO. 5,649,131**<br><br>Date:         March 2, 2007<br>Time:        9:00 a.m.<br>Courtroom: 2<br>Judge:       Honorable Rudi Brewster |
| MICROSOFT CORPORATION,<br><br>  Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>  Defendant and Counter-claimant, | |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | DELL, INC., |
| 6 | Defendant. |

Case No. 02-CV-2060 B (CAB)

Lucent has moved on several grounds for partial summary judgment regarding U.S. Patent No. 5,649,131 to Ackerman, et al. Microsoft does not oppose Lucent's motions[1] in sections III-A, III-B, III-E(1), III-E(3), and III-E(4) of its brief, which relate to (a) failure to name John Karpicke as an inventor of the '131 patent and (b) "on-sale" bar invalidity due to the AT&T Smart Phone.

## I. EQUITABLE ESTOPPEL/IMPLIED LICENSE/WAIVER/EXHAUSTION

Lucent is not entitled to summary judgment on the issues concerning equitable estoppel, implied license, waiver, and exhaustion because the evidence exists from which a jury could reasonably conclude that Lucent's conduct misled Microsoft, Microsoft relied on the conduct, and Microsoft has been materially prejudiced. For example, Lucent told Microsoft that Microsoft was not on Lucent's radar with respect to Lucent's patent portfolio. [Docket No. 741, Microsoft's Opposition to Lucent's Motion for Summary Judgment Concerning U.S. Patent No. 4,701,954 at 11; *see also id*. at 12-19.] In connection with the Group III patents, this Court has already denied Microsoft's arguments regarding these defenses, which are based on substantially the same factual and legal bases that it advances for the '131 patent. [Docket No. 844, Order On Lucent's Motion for Summary Adjudications Re US Patent No. 4,701,954 dated January 12, 2007]. However, Microsoft will not re-argue here the same position it lost earlier, but Microsoft asserts and relies on the same legal arguments and applicable facts from its summary judgment motion for the '954 patent to preserve its rights for appeal.

As to the remainder of Lucent's motions, Microsoft joins Dell's opposition briefing. Accordingly, for at least the reasons set forth in Dell's Opposition to Lucent's Motion for Summary Judgment Concerning U.S. Patent No. 5,649,131, the Court should deny the remainder of Lucent's motions for summary judgment.

## II. CONCLUSION

For all the reasons above, Lucent's motions for summary judgment regarding the '131 patent should be denied.

---

[1] Microsoft does not, however, agree with every factual or legal contention set forth by Lucent in support of these motions.

| | | |
|---|---|---|
| 1 | Dated:  February 9, 2007 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | |
| 4 | | By:  s/Shekhar Vyas<br>Shekhar Vyas (SBN 229853)<br>vyas@fr.com |
| 5 | | |
| 6 | | Attorneys for Intervenor/Counter-claimant and Plaintiff/Counter-defendant<br>MICROSOFT CORPORATION |
| 7 | | |

*Additional Counsel:*

James S. Blackburn (SBN 169134)
Arnold & Porter LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Ali R. Sharifahmadian
Matthew Bathon (admitted *Pro Hac Vice)*
Joseph Micallef (admitted *Pro Hac Vice*)
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

Joel Freed, Esq. (admitted *Pro Hac Vice*)
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Telephone:  (202) 756-8080
Facsimile:  (202) 756-8087

Attorneys for Defendant
DELL, INC.

David J. Zubkoff (SBN 149488)
Seltzer, Caplan, McMahon & Vitek
2100 Symphony Towers
750 B Street, Suite 2100
San Diego, CA  92101
Telephone:  (619) 685-3003
Facsimile:  (619) 702-6827

1  Bryan Farney (admitted *Pro Hac Vice*)
   Steven R. Daniels (SBN 235398)
2  Jeffrey B. Plies (admitted *Pro Hac Vice*)
   DECHERT LLP
3  300 W. Sixth Street, Suite 1850
4  Austin, TX 78701
   Telephone:  (512) 394 3000
5  Facsimile:  (512) 394 3001

6  Attorneys for Defendants/Counter-claimants
   GATEWAY, INC. and
7  GATEWAY COUNTRY STORES LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 9, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    s/Shekhar Vyas
Shekhar Vyas (SBN 229853)
vyas@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

10705414.doc