

UNITED STATES DISTRICT COURT

OF SOUTHERN CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC., | Case No. 02-CV-2060 B (CAB) consolidated with Case No. 03-CV-0699 B (CAB) and Case No. 03-CV-1108 B (CAB) |
| Plaintiff and Counterclaim-defendant, | |
| v. | **ORDER ALLOWING COUNSEL FOR MICROSOFT TO BRING EQUIPMENT TO TRIAL** |
| GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWBUNGA ENTERPRISES, INC., | |
| Defendants and Counter-claimants, | |
| and | |
| MICROSOFT CORPORATION, | |
| Intervener and Counter-claimant, | |

| | |
|---|---|
| MICROSOFT CORPORATION, | Date:  February 5, 2007 |
| Plaintiff and Counter-defendant, | Time:  9:00 a.m. |
| v. | Courtroom: 2 |
| LUCENT TECHNOLOGIES INC., | Hon. Rudi M. Brewster |
| Defendant and Counter-claimant, | |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC., |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | DELL, INC., |
| 5 | |
| 6 | Defendant. |

Pursuant to the request of counsel for Microsoft Corporation,

IT IS HEREBY ORDERED that counsel for Microsoft may bring into the Federal Courthouse in San Diego, California, located at 880 Front Street, San Diego, California 92101, and set up in the courtroom of the Honorable Rudi M. Brewster, certain equipment and materials for the purposes of facilitating trial for the above entitled matter which commenced on January 29, 2007. Specifically, counsel for Microsoft is authorized to bring into the courtroom a digital camera for taking photographs of demonstrative evidence.

IT IS SO ORDERED.

Dated: 2-7, 2007

Honorable. Rudi M. Brewster
United States Senior Judge

John E. Gartman (SBN 152300)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California  92130
Telephone:    (858) 678-5070
Facsimile:    (858) 678-5099
Gartman@fr.com