1 | John E. Gartman (SBN 152300)
Juanita R. Brooks (SBN 75934)
2 | Roger A. Denning (SBN 228998)
Shekhar Vyas (SBN 229853)
3 | Fish & Richardson P.C.
12390 El Camino Real
4 | San Diego, California  92130
Telephone:    (858) 678-5070
5 | Facsimile:     (858) 678-5099

6 | Stephen P. McGrath (SBN 202696)
Microsoft Corporation
7 | One Microsoft Way
Redmond, WA  98052
8 | Telephone:    (425) 882-8080
Facsimile:     (425) 936-7329

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>    Plaintiffs and Counterclaim-defendants,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counter-claimant, | Case No. 02-CV-2060 B (CAB)<br>consolidated with<br>Case No. 03-CV-0699 B (CAB) and<br>Case No. 03-CV-1108 B (CAB)<br><br>**MICROSOFT CORPORATION'S REPLY TO OPPOSITION TO ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,649,131** |
| MICROSOFT CORPORATION,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Defendant and Counter-claimant, | Date:           March 2, 2007<br>Time:           9:00 a.m.<br>Courtroom:   2<br>Judge:          Honorable Rudi Brewster |

1  LUCENT TECHNOLOGIES INC. and
   MULTIMEDIA PATENT TRUST,
2
        Plaintiff,
3
   v.
4
   DELL, INC.,
5
        Defendant.
6

Case No. 02-CV-2060 B (CAB)

**ARGUMENT**

In its opening brief, Microsoft joined Dell's motion for summary judgment regarding U.S. Patent No. 5,649,131 to Ackerman, et al., because in all ways relevant to the motion, Microsoft's and Dell's accused products operate the same way. [Docket No. 906, Microsoft Opening Br. at 1.] In its opposition to Microsoft's motion, Lucent presents substantially the same arguments as in its opposition to Dell's motion. [Docket No. 992, Lucent Opp'n Br. to Microsoft (passim); *cf.* Docket No. 1071, Lucent's Opp'n Br. to Dell (passim).] Accordingly, Microsoft's joins Dell's reply briefing as well, and for at least the reasons set forth in Dell's Reply in support of its Motion for Summary Judgment of Non-Infringement on the Asserted Claims of U.S. Patent No. 5,649,131 to Ackerman et al., the Court should grant summary judgment that Microsoft does not infringe the '131 patent.

Dated: February 16, 2007            FISH & RICHARDSON P.C.


By:   s/Roger A. Denning
      Roger A. Denning (SBN 228998)
      denning@fr.com

Attorneys for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

*Additional Counsel:*

James S. Blackburn (SBN 169134)
Arnold & Porter LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

| | |
|---|---|
| 1 | Ali R. Sharifahmadian |
| 2 | Matthew Bathon (admitted *Pro Hac Vice)*<br>Joseph Micallef (admitted *Pro Hac Vice*) |
| 3 | Arnold & Porter LLP<br>555 Twelfth Street, N.W. |
| 4 | Washington, D.C. 20004-1206<br>Telephone:  (202) 942-5000 |
| 5 | Facsimile:  (202) 942-5999 |
| 6 | Joel Freed, Esq. (admitted *Pro Hac Vice*) |
| 7 | McDermott Will & Emery LLP<br>600 13th Street, N.W. |
| 8 | Washington, DC 20005-3096<br>Telephone:  (202) 756-8080 |
| 9 | Facsimile:  (202) 756-8087 |
| 10 | Attorneys for Defendant |
| 11 | DELL, INC. |
| 12 | David J. Zubkoff (SBN 149488)<br>Seltzer, Caplan, McMahon & Vitek |
| 13 | 2100 Symphony Towers<br>750 B Street, Suite 2100 |
| 14 | San Diego, CA  92101<br>Telephone:  (619) 685-3003 |
| 15 | Facsimile:  (619) 702-6827 |
| 16 | |
| 17 | Bryan Farney (admitted *Pro Hac Vice*)<br>Steven R. Daniels (SBN 235398) |
| 18 | Jeffrey B. Plies (admitted *Pro Hac Vice*)<br>DECHERT LLP |
| 19 | 300 W. Sixth Street, Suite 1850<br>Austin, TX 78701 |
| 20 | Telephone:  (512) 394 3000<br>Facsimile:  (512) 394 3001 |
| 21 | |
| 22 | Attorneys for Defendants/Counter-claimants<br>GATEWAY, INC. and<br>GATEWAY COUNTRY STORES LLC |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 16, 2007 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

  s/Roger A. Denning
Roger A. Denning (SBN 228998)
denning@fr.com

Attorney for Intervenor/Counter-claimant
and Plaintiff/Counter-defendant
MICROSOFT CORPORATION

10708071.doc

3   Case No. 02-CV-2060 B (CAB)