James S. Blackburn (State Bar No. 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Joseph A. Micallef (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

Joel M. Freed (Admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C.  20005-3096
Telephone:  (202) 756-8000
Facsimile:  (202) 756-8087

Attorneys for *Dell Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervener and Counter-claimant, | Case No. 02-CV-2060 B (CAB) consolidated with Case No. 03-CV-0699 B (CAB) and Case No. 03-CV-1108 B (CAB)<br><br>**DELL INC.'S REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-2 AND ORDER THEREON**<br><br>Judge Rudi M. Brewster<br><br>Hearing: March 2, 2007, 9:00 a.m.<br>Location: Courtroom 2, 4th Floor |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 |     Plaintiff and Counter-defendant, |
| 3 | v. |
| 4 | LUCENT TECHNOLOGIES, INC., |
| 5 |     Defendant and Counter-claimant, |
| 6 | |
| 7 | LUCENT TECHNOLOGIES, INC., |
| 8 |     Plaintiff, |
| 9 | v. |
| 10 | DELL INC., |
| 11 |     Defendant. |

Pursuant to Civil Local Rule 79-2, Defendant Dell Inc. ("Dell") hereby requests an Order sealing the following exhibit lodged herewith to the Declaration of Ali R. Sharifahmadian in Support of Defendant Dell Inc.'s Motion To Strike And Exclude Untimely Expert Opinion Report Of Nathaniel Polish ("Sharifahmadian Declaration"):

1. Exhibit 1, a true and correct copy of the DECLARATION OF DR. NATHANIEL POLISH IN SUPPORT OF LUCENT'S OPPOSITION TO DELL'S AND MICROSOFT'S MOTIONS FOR SUMMARY JUDGMENT REGARDING U.S. PATENT NO. 5,649,131, dated February 9, 2007. **[FILED UNDER SEAL]**

Exhibit 1 to the Sharifahmadian Declaration has been designated Confidential by one of the parties pursuant to the Protective Orders entered by this Court in this action. Accordingly, Dell hereby respectfully applies, pursuant to Civil Local Rule 79-2, to file this exhibit under seal.

A proposed Order is attached to this Request.

Dated: February 15, 2007

ARNOLD & PORTER LLP
James S. Blackburn
Joseph A. Micallef

McDERMOTT WILL & EMERY LLP
Joel M. Freed

By: _____/s/_____
James S. Blackburn
Attorney for Dell Inc.

- 1 -

CASE NO. 02-CV-2060-B (CAB) consolidated with CASE NO. 03-CV-0699-B (CAB) and CASE NO. 03-CV-1108-B (CAB)
DELL INC.'S REQUEST TO FILE UNDER SEAL PURSUANT TO
CIVIL LOCAL RULE 79-2 AND ORDER THEREON

**ORDER**

Having considered Dell's Request, and good cause appearing,

IT IS HEREBY ORDERED that the following document is to be filed under seal:

(1) Exhibit A to the Declaration of Ali R. Sharifamadian in Support of Dell Inc.'s Motion to Strike and Exclude Untimely Expert Opinion Report of Nathaniel Polish.

**IT IS SO ORDERED.**

Dated: February 15, 2007

*/s/ Rudi M. Brewster*
Honorable Rudi M. Brewster
United States Senior District Judge

- 2 -

CASE NO. 02-CV-2060-B (CAB) consolidated with CASE NO. 03-CV-0699-B (CAB) and CASE NO. 03-CV-1108-B (CAB)
DELL INC.'S REQUEST TO FILE UNDER SEAL PURSUANT TO
CIVIL LOCAL RULE 79-2 AND ORDER THEREON