ORGINAL FOR THE COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiffs and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervenor and Counter-claimant, | Case No. 02-CV-2060 B (CAB) consolidated with<br>Case No. 03-CV-0699 B (CAB) and<br>Case No. 03-CV-1108 B (CAB)<br><br>**SPECIAL VERDICT FORM**<br><br><br>FILED<br>FEB 2 2 2007<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY ___ DEPUTY |
| MICROSOFT CORPORATION,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>Defendant and Counter-claimant, | |
| LUCENT TECHNOLOGIES INC. And MULTIMEDIA PATENT TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>DELL, INC.,<br><br>Defendant. | |

# INFRINGEMENT

## I. The '080 patent:

Has Lucent proved by a preponderance of evidence that **Windows Media Player 10** literally infringes the following claims of the '080 patent? (A "Yes" answer is for Lucent and a "No" answer is for Microsoft.)

|  | Claim 1 | | Claim 3 | | Claim 4 | |
|---|---|---|---|---|---|---|
|  | YES | NO | YES | NO | YES | NO |
| **A.** Inducing Infringement in the United States | ✓ | | ✓ | | ✓ | |
| **B.** Contributing to Infringement in the United States | ✓ | | ✓ | | ✓ | |
| **C.** Inducing Infringement Outside the United States by Supplying Components | ✓ | | ✓ | | ✓ | |
| **D.** Contributing to Infringement Outside the United States by Supplying Components | ✓ | | ✓ | | ✓ | |

Please answer "Yes" or "No" for each of A, B, C and D as it pertains to each of the Claims 1, 3 and 4.

Has Lucent proved by a preponderance of the evidence that **Windows Media Player 11** literally infringes the following claims of the '080 patent? (A "Yes" answer is for Lucent and a "No" answer is for Microsoft.)

|  | Claim 1 | | Claim 3 | | Claim 4 | |
|---|---|---|---|---|---|---|
|  | YES | NO | YES | NO | YES | NO |
| **A.** Inducing Infringement in the United States | ✓ | | ✓ | | ✓ | |
| **B.** Contributing to Infringement in the United States | ✓ | | ✓ | | ✓ | |
| **C.** Inducing Infringement Outside the United States by Supplying Components | ✓ | | ✓ | | ✓ | |
| **D.** Contributing to Infringement Outside the United States by Supplying Components | ✓ | | ✓ | | ✓ | |

Please answer "Yes" or "No" for each of A, B, C and D as it pertains to each of the Claims 1, 3 and 4.

Has Lucent proved by a preponderance of evidence that **Windows Media Player with the Cyberlink plug-in** infringes the following claims of the '080 patent literally or under the doctrine of equivalents? (A "Yes" answer is for Lucent and a "No" answer is for Microsoft.)

|  | Claim 1 | | Claim 3 | | Claim 4 | |
|---|---|---|---|---|---|---|
|  | YES | NO | YES | NO | YES | NO |
| A. Inducing Infringement in the United States | ✓ |  | ✓ |  | ✓ |  |
| B. Contributing to Infringement in the United States | ✓ |  | ✓ |  | ✓ |  |
| C. Inducing Infringement Outside the United States by Supplying Components | ✓ |  | ✓ |  | ✓ |  |
| D. Contributing to Infringement Outside the United States by Supplying Components | ✓ |  | ✓ |  | ✓ |  |

Please answer "Yes" or "No" for each of A, B, C and D as it pertains to each of the Claims 1, 3 and 4.

Has Lucent proved by a preponderance of evidence that **Windows Media Player versions 6.1 through 9** literally infringe the following claim of the '080 patent? (A "Yes" answer is for Lucent and a "No" answer is for Microsoft.)

|  | Claim 4 | |
|---|---|---|
|  | YES | NO |
| A. Inducing Infringement in the United States | ✓ |  |
| B. Contributing to Infringement in the United States | ✓ |  |
| C. Inducing Infringement Outside the United States by Supplying Components | ✓ |  |
| D. Contributing to Infringement Outside the United States by Supplying Components | ✓ |  |

II. **SPECIAL QUESTION:**

Has Microsoft proven by a preponderance of the evidence that work was performed on or after April 1989 which was incorporated into any of the claims of the '938 patent? Please answer yes or no.

Yes: _____

No:  ✓

### III. The '457 Patent:

Has Lucent proved by a preponderance of evidence that **Windows Media Player 10** literally infringes the following claims of the '457 patent? (A "Yes" answer is for Lucent and a "No" answer is for Microsoft.)

|  | Claim 1 | | Claim 5 | | Claim 10 | |
|---|---|---|---|---|---|---|
|  | YES | NO | YES | NO | YES | NO |
| **A.** Inducing Infringement in the United States | ✓ | | ✓ | | ✓ | |
| **B.** Contributing to Infringement in the United States | ✓ | | ✓ | | ✓ | |
| **C.** Inducing Infringement Outside the United States by Supplying Components | ✓ | | ✓ | | ✓ | |
| **D.** Contributing to Infringement Outside the United States by Supplying Components | ✓ | | ✓ | | ✓ | |

Please answer "Yes" or "No" for each of A, B, C and D as it pertains to each of the Claims 1, 5 and 10.

Has Lucent proved by a preponderance of evidence that **Windows Media Player with Cyberlink plug-in** infringes the following claims of the '457 patent literally or under the doctrine of equivalents? (A "Yes" answer is for Lucent and a "No" answer is for Microsoft.)

|  | Claim 1 | | Claim 5 | | Claim 10 | |
|---|---|---|---|---|---|---|
|  | YES | NO | YES | NO | YES | NO |
| A. Inducing Infringement in the United States | ✓ | | ✓ | | ✓ | |
| B. Contributing to Infringement in the United States | ✓ | | ✓ | | ✓ | |
| C. Inducing Infringement Outside the United States by Supplying Components | ✓ | | ✓ | | ✓ | |
| D. Contributing to Infringement Outside the United States by Supplying Components | ✓ | | ✓ | | ✓ | |

Please answer "Yes" or "No" for each of A, B, C and D as it pertains to each of the Claims 1, 5 and 10.

IV. **INVALIDITY**

Has Microsoft proven by clear and convincing evidence the invalidity of the '080 patent for any of the following reasons: (A "Yes" answer is for Microsoft and a "No" answer is for Lucent.)

A.  Anticipation:

|  | Claim 1 | Claim 3 | Claim 4 |
|---|---|---|---|
| Yes | _____ | _____ | _____ |
| No | ✓ | ✓ | ✓ |

B.  Obviousness

|  | Claim 1 | Claim 3 | Claim 4 |
|---|---|---|---|
| Yes | _____ | _____ | _____ |
| No | ✓ | ✓ | ✓ |

C.  No Error Warranting Reissue

Yes _____   No ✓

D.  Inventorship

Yes _____   No ✓

V. **DAMAGES**

If you found infringement of at least one valid claim, please answer the following questions regarding your damages award:

Do not provide the answer for a patent in which you do not find at least one valid and infringed claim.

A.  What amount of damages has Lucent proved by a preponderance of evidence?

'457 patent:   Amount: $ #769,028,351.00

(If the above amount was based upon a running royalty rather than a lump sum, what percentage or per unit rate did you use? __0.5%__ )

'080 patent:   Amount: $ 769,028,351.00

(If the above amount was based upon a running royalty rather than a lump sum, what percentage or per unit rate did you use? __0.5%__ )

## VI.   **WILLFULNESS**

If you found infringement of at least one valid claim of either the '457 or the '080 patent, answer the question below for the appropriate patent.

Has Lucent proved that any valid claim of either patent was willfully infringed by Microsoft? (A "Yes" answer is for Lucent and a "No" answer is for Microsoft.)

'457 patent:   Yes _____       No _____

'080 patent:   Yes _____       No _____

**Please date and sign the Verdict Form and return it to the Court.**

Dated: _2/22/07_

_Ronald Bacon_ (signature)

Foreperson