UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>Intervenor and Counter-claimant,<br><br>MICROSOFT CORPORATION,<br><br>Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>Defendant and Counter-claimant, | Case No. 02-CV-2060 B (CAB)<br>consolidated with<br>Case No. 03-CV-0699 B (CAB) and<br>Case No. 03-CV-1108 B (CAB)<br><br>**ORDER GRANTING MICROSOFT CORPORATION'S REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-2 IN SUPPORT OF ITS RESPONSE TO LUCENT TECHNOLOGIES' GROUP 2 BILL OF COSTS SUPPLEMENTAL MEMORANDUM**<br><br>**FILED UNDER SEAL – CONFIDENTIAL AND SUBJECT TO PROTECTIVE ORDER**<br><br>Date:   July 2, 2007<br>Time:   2:00 p.m.<br>CRD Supervisor: Nancy S. Prewitt |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC. and |
| 2 | MULTIMEDIA PATENT TRUST, |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | DELL, INC., |
| 6 | Defendant. |

Case No. 02-CV-2060 B (CAB)

**ORDER**

Pursuant to Local Rule 79-2, Microsoft Corporation ("Microsoft") requested an Order sealing the following documents lodged with the Court in support of its Response to Lucent Technologies' Group 2 Bill Of Costs Supplemental Memorandum.  Having considered Microsoft's Request, and good cause appearing, IT IS HEREBY ORDERED that the following pleadings and exhibits are to be filed under seal:

Microsoft Corporation's Response to Lucent Technologies' Group 2 Bill Of Costs Supplemental Memorandum.

1. Declaration Of Francis J. Albert In Support of Microsoft Corporation's Response to Lucent Technologies' Group 2 Bill of Costs Supplemental Memorandum.

3. Attached as Exhibit A is a true and correct copy of a Summary of Costs Relating to Depositions from Groups I, III and IV.

4. Attached as Exhibit B is a true and correct copy of Plaintiff's Audio Trial Demonstrative Exhibits 3114-117A, 3123-3134, 3136-3141.

5. Attached as Exhibit C is a true and correct copy of excerpts from the Audio Trial Transcript dated January 30, 2007.

6. Attached as Exhibit D is a true and correct copy of the Draft Pretrial Order for the Group III Speech Trial dated February 22, 2007.

7. Attached as Exhibit E is a true and correct copy of the Joint Pretrial Order for the Group IV Orphans Trial dated May 7, 2007.

8. Attached as Exhibit F is a true and correct copy of Exhibit 1 to the Deposition of Adam Berns dated February 15, 2006.

9. Attached as Exhibit G is a true and correct copy of excerpts of Exhibit 2 to the Deposition of Henry Brendzel dated December 19, 2005.

10. Attached as Exhibit H is a true and correct copy of excerpts of Exhibit 1 to the Deposition of Andy Hung dated April 28, 2006.

11. Attached as Exhibit I is a true and correct copy of Exhibit 1 to the Deposition of George Kokkosoulis dated August 25, 2005.

12. Attached as Exhibit J is a true and correct copy of Exhibit 8 to the Deposition of Stan Pennington dated February 17, 006.

13. Attached as Exhibit K is a true and correct copy of Exhibit 7 to the Deposition of Gary Sullivan dated September 30, 2005.

14. Attached as Exhibit L is a true and correct copy of Exhibit 1 to the Deposition of Ping Ting Lin dated February 10, 2006.

**IT IS SO ORDERED.**

Dated:     June 27, 2007

Hon. Rudi M. Brewster
United States Senior District Court Judge