1  James S. Blackburn (State Bar No. 169134)
   ARNOLD & PORTER LLP
2  777 South Figueroa Street, 44th Floor
   Los Angeles, California 90017-5844
3  Telephone: (213) 243-4000
   Facsimile: (213) 243-4199
4
   Joseph A. Micallef (admitted *pro hac vice*)
5  ARNOLD & PORTER LLP
   555 Twelfth Street, N.W.
6  Washington, D.C. 20004-1206
   Telephone: (202) 942-5000
7  Facsimile: (202) 942-5999
8  Joel M. Freed (Admitted *pro hac vice*)
   McDERMOTT WILL & EMERY LLP
9  600 13th Street, N.W.
   Washington, D.C. 20005-3096
10 Telephone: (202) 756-8000
   Facsimile: (202) 756-8087
11
   Attorneys for *Dell Inc.*
12

FILED

07 JUL 16 AM 10:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: *LG*                    DEPUTY

13              **UNITED STATES DISTRICT COURT**

14             **SOUTHERN DISTRICT OF CALIFORNIA**

15

16 LUCENT TECHNOLOGIES INC.,                )   Case No. 03-CV-1108 B (CAB)
                                            )   Master Case No. 02-CV-2060 B (CAB)
17     Plaintiff and Counterclaim-defendant, )
                                            )   **MISCELLANEOUS ADMINISTRATIVE**
18         v.                                )   **REQUEST TO WITHDRAW**
                                            )   **ATTORNEYS FOR DEFENDANT**
19 GATEWAY, INC. AND GATEWAY               )   **DELL INC. AND ORDER THEREON**
   COUNTRY STORES LLC, GATEWAY             )
20 COMPANIES, INC., GATEWAY               )   Judge Rudi M. Brewster
   MANUFACTURING LLC and                   )
21 COWABUNGA ENTERPRISES, INC.,           )
                                            )
22     Defendants and Counter-claimants,    )
                                            )
23 and                                      )
                                            )
24 MICROSOFT CORPORATION,                  )
                                            )
25     Intervener and Counter-claimant,     )
                                            )
26
27
28

CASE NO. 03-CV-1108-B (CAB) - Master Case No. CASE NO. 02-CV-2060-B (CAB)
MISCELLANEOUS ADMINISTRATIVE REQUEST TO WITHDRAW ATTORNEYS
FOR DEFENDANT DELL INC. AND ORDER THEREON

1   MICROSOFT CORPORATION,                )
                                          )
2          Plaintiff and Counter-defendant, )
                                          )
3   v.                                    )
                                          )
4   LUCENT TECHNOLOGIES, INC.,            )
                                          )
5          Defendant and Counter-claimant, )
                                          )
6   ──────────────────────────────────   )
                                          )
7   LUCENT TECHNOLOGIES, INC.,            )
                                          )
           Plaintiff,                     )
8                                         )
9   v.                                    )
                                          )
10  DELL INC.,                            )
                                          )
11         Defendant.                     )
    ──────────────────────────────────   )

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dell Inc. ("Dell") hereby gives notice that attorneys Sidney A. Rosenzweig and Truc

2    Nguyen, formerly of Arnold & Porter LLP, no longer serve as counsel for Dell in this action.

3    Accordingly, Dell respectfully requests that they be withdrawn as attorneys for Dell and that their

4    names be removed from the Court's service list for this matter.  Arnold & Porter LLP remains

5    counsel of record for Dell.  A proposed Order is attached hereto.

6

7    Dated: July 12, 2007

8                                          By:      /s/ James S. Blackburn

9                                                  James S. Blackburn
                                                   Arnold & Porter LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

1

## ORDER

2     Upon the request of Dell Inc. and good cause appearing therefor,

3     **IT IS HEREBY ORDERED** that Sidney A. Rosenzweig and Truc Nguyen may withdraw

4 as counsel for defendant Dell Inc.

5     **IT IS FURTHER ORDERED** that the Clerk of this Court shall remove their names from

6

7 the service list for this matter.

8     Dated: July 12, 2007

9

10                                    Honorable Rudi M. Brewster
                                        United States Senior District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

CASE NO. 03-CV-1108-B (CAB) - Master Case No. CASE NO. 02-CV-2060-B (CAB)
**MISCELLANEOUS ADMINISTRATIVE REQUEST TO WITHDRAW ATTORNEYS
FOR DEFENDANT DELL INC. AND ORDER THEREON**