1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>　　　　　Defendants,<br>　　and<br>MICROSOFT CORPORATION,<br><br>　　　　　Intervener. | Case No. 02-CV-2060-B (CAB)<br>　　consolidated with<br>Case No. 03-CV-0699-B (CAB)<br>Case No. 03-CV-1108-B (CAB)<br><br>**ORDER ALLOWING COUNSEL FOR LUCENT TECHNOLOGIES INC. TO BRING EQUIPMENT INTO COURTROOM**<br><br>Date:　　　　July 24-26, 2007<br>Time:　　　　9:00 a.m.<br>Courtroom:　2<br>Judge:　　　Hon. Rudi M. Brewster |
| MICROSOFT CORPORATION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>　　　　　Defendant. | |
| LUCENT TECHNOLOGIES INC.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DELL INC.,<br><br>　　　　　Defendant. | |

IT IS HEREBY ORDERED that counsel for Lucent Technologies Inc. may bring the below listed equipment into the Federal Courthouse located at 880 Front Street, San Diego, California 92101, and set up in the courtroom of the Honorable Rudi M. Brewster, for the hearings on July 24, 25, and 26, 2007.

1. Projector
2. Large Projection Screen
3. Laptop Computers and Miscellaneous Peripherals
4. Flat Panel Monitors (includes Touch-Screen Enabled Monitors)
5. Document Camera (ELMO)
6. Switches
7. Distribution Amplifiers
8. A/V carts
9. Miscellaneous cables to connect everything
10. Audio system (to include Mixer, speakers, cables and connectors)
11. Color Printers
12. Battery Power Back Ups (UPS)
13. Document Scanner
14. Wireless Barcode Scanner
15. Plasma Screen
16. Folding Tables
17. Stopwatches

The courtroom will be available for Lucent to set up their equipment on or after July 20, 2007.

**IT IS SO ORDERED.**

Dated: July 17, 2007

_____
Honorable Rudi M. Brewster
United States Senior District Judge

MOTION TO BRING EQUIPMENT INTO COURTROOM   1   Case Nos. 02-CV-2060-B (CAB),
03-CV-0699-B (CAB), and 03-CV-1108-B (CAB)