1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST,<br><br>    Plaintiffs and Counterclaim-defendants,<br><br>v.<br><br>GATEWAY, INC. AND GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervener and Counter-claimant, | Case No. 02-CV-2060 B (CAB) consolidated with Case No. 03-CV-0699 B (CAB) and Case No. 03-CV-1108 B (CAB)<br><br>**ORDER ALLOWING COUNSEL FOR DELL INC. TO BRING EQUIPMENT TO TRIAL GROUP 1 SUMMARY JUDGMENT HEARING**<br><br>Judge Rudi M. Brewster<br><br>Hearing: July 24, 2007, 9:00 a.m.<br>Location: Courtroom 2, 4th Floor |
| MICROSOFT CORPORATION,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Defendant and Counter-claimant, | |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC. and MULTIMEDIA PATENT TRUST, )
| 2 | )
| 3 | Plaintiffs and Counterclaim-defendants, )
| 4 | v. )
| 5 | DELL INC., )
| 6 | Defendant and Counter-claimant. )

1  LUCENT TECHNOLOGIES INC. and
   MULTIMEDIA PATENT TRUST,
2
          Plaintiffs and Counterclaim-defendants,
3
   v.
4
   DELL INC.,
5
          Defendant and Counter-claimant.
6

---

CASE NO. 02-CV-2060-B (CAB) consolidated with CASE NO. 03-CV-0699-B (CAB) and CASE NO. 03-CV-1108-B (CAB)
ORDER ALLOWING COUNSEL FOR DELL INC. TO BRING
EQUIPMENT TO TRIAL GROUP 1 SUMMARY JUDGMENT HEARING

1   IT IS HEREBY ORDERED that counsel for Dell Inc. may bring equipment into the Federal Courthouse in San Diego, California, located at 880 Front Street, San Diego, California 92101, and set up in the courtroom of the Honorable Rudi M. Brewster, for the purposes of facilitating the continuation of the Trial Group 1 summary judgment hearing to be held on July 24, 2007.

Specifically, counsel is authorized to bring two laptop computers into the courtroom.

**IT IS SO ORDERED.**

Dated: July 18, 2007

                                           Honorable Rudi M. Brewster
                                           United States Senior District Judge

CASE NO. 02-CV-2060-B (CAB) consolidated with CASE NO. 03-CV-0699-B (CAB) and CASE NO. 03-CV-1108-B (CAB)
ORDER ALLOWING COUNSEL FOR DELL INC. TO BRING
EQUIPMENT TO TRIAL GROUP 1 SUMMARY JUDGMENT HEARING