# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

LUCENT TECHNOLOGIES, INC., and MULTIMEDIA PATENT TRUST

    Plaintiffs and Counter-Defendants,

v.

GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,

    Defendants and Counter-Claimants,

and

MICROSOFT CORPORATION

    Intervenor and Counter-Claimant.

AND CONSOLIDATED CASES

case no. 02-cv-2060 – MLH (CAB)

JURY TRIAL DEMANDED

**ORDER AMENDING SCHEDULING ORDER REGARDING BRIEFING ON TRUST/LICENSING ISSUES**

On June 6, 2007, the Court issued a Scheduling Order for Groups 1, 4, 5 and 6 Patents in this case. In light of the Court's agreement to reschedule the hearing on motions regarding the trust/licensing issues to September 26, 2007 at 9:00 a.m., and considering counsel's submission, the Court amends the Scheduling Order to set the following briefing schedule for motions regarding the trust/licensing issues:

Opening briefs are due on or before August 17, 2007.

Oppositions are due on or before August 31, 2007.

Reply briefs are due on or before September 12, 2007.

**IT IS SO ORDERED.**

Dated: July 20, 2007

RUDI M. BREWSTER
United States Senior District Judge