**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.,<br><br>    Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>    Defendants and Counter-claimants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor and Counter-claimant,<br>_____<br><br>MICROSOFT CORPORATION,<br><br>    Plaintiff and Counterclaim-defendant,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Defendant and Counter-claimant<br>_____<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DELL, INC.,<br><br>    Defendant.<br>_____ | **Civil No:** 02CV2060-B(CAB)<br>consolidated with<br>**Civil No:** 03CV0699-B (CAB) and<br>**Civil No:** 03CV1108-B (CAB)<br><br>**ORDER GRANTING MICROSOFT'S MOTION TO RETAX COSTS AND DENYING LUCENT'S MOTION FOR ATTORNEY FEES FOR GROUP 2** |

Pending before the Court are Microsoft's motion to retax costs and Lucent's motion for attorney fees, both pertaining to Group 2.  In light of the Court's recent order granting-in-part Microsoft's motions for judgment as a matter of law and for a new trial, Lucent is no longer the prevailing party in Group 2.  Accordingly, Microsoft's motion to retax costs is **GRANTED**; the Court Clerk's award of costs to Lucent is hereby **VACATED**.  Additionally, Lucent's motion for an award of attorney fees is **DENIED AS MOOT**.  This Order also **VACATES** the August 15, 2007 hearing date set for these motions.

**IT IS SO ORDERED.**

DATED:  August 6, 2007

Hon. Rudi M. Brewster
United States Senior District Court Judge

cc: Hon. Cathy Ann Bencivengo
　　United States Magistrate Judge

　　All Counsel of Record