## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC., <br><br>    Plaintiff and Counterclaim-defendant, <br><br>v. <br><br>GATEWAY, INC. and GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC., <br><br>    Defendants and Counter-claimants, <br><br>and <br><br>MICROSOFT CORPORATION, <br><br>    Intervenor and Counter-claimant, <br>_____ <br>MICROSOFT CORPORATION, <br><br>    Plaintiff and Counterclaim-defendant, <br><br>v. <br><br>LUCENT TECHNOLOGIES INC., <br><br>    Defendant and Counter-claimant <br>_____ <br>LUCENT TECHNOLOGIES INC., <br><br>    Plaintiff, <br><br>v. <br><br>DELL, INC., <br><br>    Defendant. <br>_____ | **Civil No:** 02CV2060-B(CAB) consolidated with <br>**Civil No:** 03CV0699-B (CAB) and <br>**Civil No:** 03CV1108-B (CAB) <br><br>**AMENDED PARTIAL JUDGMENT FOLLOWING SUMMARY JUDGMENT OF U.S. PATENT NO. 4,582,956 ONLY, UNDER FRCP 54(b).** <br><br>**THESE CONSOLIDATED CASES ARE NOT TERMINATED BY THIS PARTIAL JUDGMENT.** |

1   Plaintiff Lucent Technologies, Inc. ("Lucent") was represented by counsel Robert A.
2 Appleby, and James Marina. Defendant Dell, Inc., ("Dell") was represented by counsel Joel
3 Freed and Joseph Micallef.  Defendant Gateway, Inc. and Gateway Country Stores LLC,
4 Gateway Companies, Inc., Gateway Manufacturing LLC and Cowabunga Enterprises, Inc.
5 ("Gateway") was represented by W. Bryan Farney, Jeffrey B. Plies, Andrew N. Thomases,
6 and Joshua Walsh-Benson.

7   This matter came before the Court on May 11, 2007 for summary judgment.  After a
8 consideration of the parties' extensive briefing on the matter as well as a consideration of
9 the parties' arguments presented at the oral hearing, the Court granted summary judgment
10 of no literal infringement, no infringement under the doctrine of equivalents, no inducing
11 infringement and no contributory infringement of U.S. Patent No. 4,582,956 ("the '956
12 patent") as set forth in the Court's Order May 15, 2007.  In light of these rulings, the Court
13 declared the parties' pending motions on the affirmative defense of implied license moot.

14   Now therefore, this Court enters judgement as to the '956 patent as follows: (1) no
15 literal infringement; (2) no infringement under the doctrine of equivalents; (3) no inducing
16 infringement; and (4) no contributory infringement.

17   The Court finds that there is no just reason for delay and upon an express direction
18 for the entry of judgment, the Court therefore enters final judgment on these issues under
19 Fed. R. Civ. P. 54(b). Any causes of action remaining with respect to the '956 patent shall
20 remain pending off-calendar to abide the results of the appeal.  This judgment shall not
21 terminate the action as to any other patents in this consolidated case.

22   **IT IS SO ORDERED**, **ADJUDGED AND DECREED.**

23

24 DATED: September 4, 2007

25

26   Hon. Rudi M. Brewster
    United States Senior District Court Judge

27 cc: Hon. Cathy Ann Bencivengo
       United States Magistrate Judge
28
       All Counsel of Record

2