John E. Gartman (SBN 152300)
Juanita R. Brooks (SBN 75934)
Roger A. Denning (SBN 228998)
Christopher S. Marchese (SBN 170239)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Stephen P. McGrath (SBN 202696)
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
Telephone: (425) 882-8080
Facsimile: (425) 936-7329

Attorneys for Intervenor/Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENT TECHNOLOGIES INC.<br><br>    Plaintiff,<br><br>v.<br><br>GATEWAY, INC., GATEWAY COUNTRY STORES LLC, GATEWAY COMPANIES, INC., GATEWAY MANUFACTURING LLC and COWABUNGA ENTERPRISES, INC.,<br><br>    Defendants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor, | Case No. 02-CV-2060 B (CAB)<br>consolidated cases:<br>03-CV-0699 B (CAB)<br>03-CV-1108 B (CAB)<br><br>**JOINT MOTION RE STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |
| MICROSOFT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Defendant, | **Honorable Rudi M. Brewster** |

| | |
|---|---|
| 1 | LUCENT TECHNOLOGIES INC. |
| 2 |     Plaintiff, |
| 3 | v. |
| 4 | DELL, INC., |
| 5 |     Defendant. |

IT IS STIPULATED, by and among Plaintiff, Lucent Technologies Inc. ("Lucent") and Defendants, Microsoft Corporation ("Microsoft") and Dell, Incorporated ("Dell"), through their counsel of record and subject to the approval of the Court that:

(1) All claims by Lucent against Microsoft and against Dell presented by the Complaint and remaining in this action, as well as all counterclaims thereto between Lucent, Microsoft, and Dell remaining in this action, shall be dismissed with prejudice; and

(2) Lucent, Microsoft, and Dell shall each bear their own costs and attorney's fees.

Dated: December 16, 2008    KIRKLAND & ELLIS LLP

By: /s/ Jeanne Heffernan
Jeanne Heffernan (Admitted Pro Hac Vice)
jheffernan@kirkland.com

Attorneys for Plaintiff/Defendant
LUCENT TECHNOLOGIES INC.

Dated: December 16, 2008    FISH & RICHARDSON P.C.

By: /s/ John E. Gartman
John E. Gartman (SBN 152300)
gartman@fr.com

Attorneys for Intervenor/Plaintiff
MICROSOFT CORPORATION

| | |
|---|---|
| Dated: December 16, 2008 | McDERMOTT WILL & EMERY LLP |
| | |
| | By: /s/ Joel Freed |
| | Joel Freed (Admitted Pro Hac Vice) |
| | jfreed@mwe.com |
| | |
| | Attorneys for Defendant |
| | DELL INC. |

**DECLARATION OF CONSENT**

I, John E. Gartman, certify that the content of this document is acceptable to all persons required to sign this document and that I have obtained either the physical signatures or authorization for the electronic signatures of all parties on the document.

Dated: December 16, 2008     FISH & RICHARDSON P.C.


By: /s/ John E. Gartman
John E. Gartman (SBN 152300)
gartman@fr.com

Attorneys for Intervenor/Plaintiff
MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 16, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    /s/ John E. Gartman
John E. Gartman

1        Case No. 02-CV-2060 B (CAB)